AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida ▼

| | | |
|---|---|---|
| UNISOURCE DISCOVERY, INC. | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | Case No. 20-23276-CIV-GAYLES/OTAZO-REYES |
| v. | ) | |
| UNISOURCE DISCOVERY, LLC., a California Limited Liability Company and STEVEN A. CERASALE, individually. | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Unisource Discovery, LLC
625 The City Drive, Suite 303
Orange, CA 92868

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Diego David Valdes, P.A.
2350 Coral Way, Suite 403B
Miami, FL 33145
Tel: 305-910-6602
Fax: 305-513-5924

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Aug 6, 2020

*s/ J. Conway*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### Southern District of Florida  ▼

| | |
|---|---|
| UNISOURCE DISCOVERY, INC. <br><br><br>_____<br>*Plaintiff(s)*<br><br>v.<br><br>UNISOURCE DISCOVERY, LLC., a California Limited Liability Company and STEVEN A. CERASALE, individually.<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>`<br><br>)<br>)<br>)<br>)<br>) |

Case No. 20-23276-CIV-GAYLES/OTAZO-REYES

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Steven A. Cerasale
2881 Forrester Drive
Los Angeles, CA 90064

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Diego David Valdes, P.A.
2350 Coral Way, Suite 403B
Miami, FL 33145
Tel: 305-910-6602
Fax: 305-513-5924

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   Aug 6, 2020
_____

Angela E. Noble
Clerk of Court

*s/ J. Conway*
_____
Deputy Clerk
U.S. District Courts