AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 20-23276-CIV-GAYLES/OTAZO-REY

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* UNISOURCE DISCOVERY, LLC, A CALIFORNIA LIMITED LIABILITY COMPAN

was received by me on *(date)*          08/07/2020          .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   JOHN SMITH/PERSON IN CHARGE          , who is

designated by law to accept service of process on behalf of *(name of organization)*   UNISOURCE DISCOVERY,

LLC, A CALIFORNIA LIMITED LIABILITY COMPANY          on *(date)*          08/10/2020          ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $ _____ for travel and $     55.40     for services, for a total of $     55.40     .

I declare under penalty of perjury that this information is true.

Date:          08/10/2020

_____
*Server's signature*

MIGUEL RUIZ  REG#2687
_____
*Printed name and title*

1522 BROOKHOLLOW DR. STE 3
SANTA ANA CA 92705
_____
*Server's address*

Additional information regarding attempted service, etc:

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**                                    **CIVIL CODE § 1189**

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California                                     )
County of __Sen Diego__                        )
On __August 11th 2020__ before me, __Kimberly Neckel, Notry Public__,
      *Date*                                              *Here Insert Name and Title of the Officer*
personally appeared __Miguel Ruiz__
                                      *Name(s) of Signer(s)*

_____,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

> KIMBERLY NECKEL
> Notary Public – California
> San Diego County
> Commission # 2217193
> My Comm. Expires Oct 28, 2021

Signature _____
                            *Signature of Notary Public*

*Place Notary Seal Above*

———————————————— OPTIONAL ————————————————

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: __Proof of Service__
Document Date: __8/11/20__ _____ Number of Pages: __1__
Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited   ☐ General
☐ Individual          ☐ Attorney in Fact
☐ Trustee            ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited   ☐ General
☐ Individual          ☐ Attorney in Fact
☐ Trustee            ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

©2016 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5907