AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Southern District of Florida  ▼

| | |
|---|---|
| UNISOURCE DISCOVERY, INC. | ) ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | Case No. 20-23276-CIV-GAYLES/OTAZO-REYES |
| UNISOURCE DISCOVERY, LLC., a California Limited Liability Company and STEVEN A. CERASALE, individually. | ) ) ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Steven A. Cerasale
2881 Forrester Drive
Los Angeles, CA 90064

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Diego David Valdes, P.A.
2350 Coral Way, Suite 403B
Miami, FL 33145
Tel: 305-910-6602
Fax: 305-513-5924

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   Aug 6, 2020

**SUMMONS**

*s/ J. Conway*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 20-2376-CIV-Gayles/Otazo-Reyes

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Steven A. Cerasale

was received by me on *(date)*          08/06/2020          .

☑ I personally served the summons on the individual at *(place)*   2881 Forrester Drive, Los Angeles, CA 90064

at 7:00 pm                                            on *(date)*          08/11/2020          ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____                on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:     08/13/2020

*Bonita Haller*
*Server's signature*

Bonita Haller, Reg. #2018029861
*Printed name and title*

Los Angeles Process Servers - (323) 508-1711
1439 N. Highland Ave., #274
Los Angeles, CA 90028
*Server's address*

Additional information regarding attempted service, etc: