AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Southern District of Florida ▼

|  |  |
|---|---|
| UNISOURCE DISCOVERY, INC. | ) |
|  | ) |
|  | ) |
|  | ) |
| _Plaintiff(s)_ | ) |
| v. | ) |
| UNISOURCE DISCOVERY, LLC., a California Limited Liability Company and STEVEN A. CERASALE, individually. | ) |
|  | ) |
|  | ) |
|  | ) |
| _Defendant(s)_ | ) |

Case No. 20-23276-CIV-GAYLES/OTAZO-REYES

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ Unisource Discovery, LLC
625 The City Drive, Suite 303
Orange, CA 92868

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Diego David Valdes, P.A.
2350 Coral Way, Suite 403B
Miami, FL 33145
Tel: 305-910-6602
Fax: 305-513-5924

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Aug 6, 2020

s/ J. Conway
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 20-23276-CIV-GAYLES/OTAZO-REY

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* UNISOURCE DISCOVERY, LLC, A CALIFORNIA LIMITED LIABILITY COMPAN

was received by me on *(date)*            08/07/2020                .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   JOHN SMITH/PERSON IN CHARGE               , who is

designated by law to accept service of process on behalf of *(name of organization)*   UNISOURCE DISCOVERY,

LLC, A CALIFORNIA LIMITED LIABILITY COMPANY        on *(date)*     08/10/2020      ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*


My fees are $ _____ for travel and $    55.40    for services, for a total of $    55.40    .

I declare under penalty of perjury that this information is true.

Date:      08/10/2020

_____
*Server's signature*

MIGUEL RUIZ  REG#2687
_____
*Printed name and title*

1522 BROOKHOLLOW DR. STE 3
SANTA ANA CA 92705

_____
*Server's address*

Additional information regarding attempted service, etc:

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**                    CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )
County of San Diego )

On August 11th 2020 before me, Kimberly Neckel, Notary Public,
    Date                     Here Insert Name and Title of the Officer

personally appeared Miguel Ruiz
                           Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

**KIMBERLY NECKEL**
Notary Public – California
San Diego County
Commission # 2217193
My Comm. Expires Oct 28, 2021

Signature _____
                  Signature of Notary Public

Place Notary Seal Above

──────────── OPTIONAL ────────────

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: Proof of Service
Document Date: 8/11/20             Number of Pages: 1
Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Individual     ☐ Attorney in Fact
☐ Trustee       ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Individual     ☐ Attorney in Fact
☐ Trustee       ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

©2016 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)  Item #5907