THE UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF FLORIDA

UNISOURCE DISCOVERY, INC.

        Plaintiff,

                                    **NOTICE OF STRICKING DOCKET ENTRY NO. 6**

        v.

UNISOURCE DISCOVERY, LLC               Case No.       1:20-cv-23276-DPG
a California Limited Liability Company
and STEVEN A. CERASALE,
Individually

        Defendants,

                               /

Pursuant to the Clerk's Notice, DE 7, Plaintiff UNISOURCE DISCOVERY, INC.,

hereby gives notice of striking Docket Entry 6 and the Affidavit of Service will be refiled with

a separate Notice of Filing.

                                  Respectfully submitted,

                                  Dated: August 14, 2020

                                  By: /s/ *Diego David Valdes*
                                  Diego David Vales, Esq.
                                  Florida State Bar No.: 251010
                                  ddvlaw@gmail.com
                                  Attorney for Plaintiff(s) Unisource Discovery, Inc.

                                  Diego David Valdes, P.A.
                                  2350 Coral Way, Suite 403B
                                  Miami, FL 33145
                                  Tel: 305-910-6602
                                  Fax: 305-513-5924