**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-CIV-23276-DPG**

UNISOURCE DISCOVERY, INC.

      Plaintiff,

v.

UNISOURCE   DISCOVERY,   LLC,   a
California   limited   liability   company,   and
STEVEN A. CERASALE, individually,

      Defendants.

**UNOPPOSED MOTION FOR 21-DAY EXTENSION OF TIME**
**TO SERVE AND FILE RESPONSE TO COMPLAINT**

Pursuant to Rule 6(b), Fed. R. Civ. P., Defendants, Unisource Discovery, LLC and Steven

A. Cerasale, by and through their undersigned counsel, move for an unopposed 21-day extension

of time to serve and file its response to Plaintiff, Unisource Discovery, Inc.'s Complaint and, as

"good cause" for the requested extension, respectfully submits the following:

1.      Plaintiff filed its Complaint (DE 1) on August 6, 2020. Defendant, Steven A.

Cerasale, was served with the Complaint on August 11, 2020. *See* Return of Service on Steven A.

Cerasale (DE 8). Defendant, Unisource Discovery, LLC was served with the Complaint on August

10, 2020. *See* Return of Service on Unisource Discovery, LLC (DE 9).

2.      Unisource Discovery, LLC's response to the Complaint is due August 31, 2020 and

Steven Cerasale's response is due September 1, 2020.

3.      Since August 11, 2020, Defendants counsel's time has been monopolized by several

time-consuming matters, including, but not limited to, a trial. The trial was supposed to conclude

on July 30, 2020 but was not completed on that day and was continued to August 19, 2020.

4.      Since the trial ended on August 19, 2020, undersigned counsel has been occupied with complying with strict court-imposed deadlines for post-trial submissions.

5.      Therefore, Defendants' counsel has not been able to review thoroughly review and analyze Plaintiff's Complaint.

6.      Undersigned counsel estimates that he will need 21 days to evaluate the allegations with his clients and adequately prepare a response to the Complaint.

7.      Plaintiff does not oppose Defendants' request for a 21-day extension of time. No party, therefore, would not be prejudiced by Defendants' requested extension. By contrast, without the extension, Defendants' ability to properly respond to the Complaint would be compromised.

8.      Allowing Defendants the requested extension of time, therefore, would serve the interests of justice.

For the foregoing reasons, Defendants, Unisource Discovery, LLC and Steven A. Cerasale respectfully request the Court to extend the time to file a response to the Complaint by 21 days, (i.e., until September 22, 2020) and for such further relief as the Court deems just and appropriate under the circumstances.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Counsel for Defendants has conferred with counsel for Plaintiff in a good faith effort to resolve the issues raised in this Motion. Counsel for Plaintiff confirmed that Plaintiff has no objection to the requested relief.

2

Respectfully submitted,

/s/ Juan C. Zorrilla
Juan C. Zorrilla
Fla. Bar No. 381403
Email: jzorrilla@fowler-white.com
Victor M. Velarde
Fla. Bar No. 105620
Email: vvelarde@fowler-white.com

FOWLER WHITE BURNETT, P.A.
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone:   (305) 789-9200
Facsimile:   (305) 789-9201

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by Notice

of Electronic Filing generated by CM/ECF, on August 31, 2020, on all counsel or parties of record

on the Service List below.

/s/ Juan C. Zorrilla
Juan C. Zorrilla

| SERVICE LIST | |
| --- | --- |
| *Unisource Discovery, Inc. v. Unisource Discovery, LLC and Steven A. Cerasale*<br>**Case No. 20-CIV-23276-DPG** | |
| Diego David Valdes, Esq.<br>Fla. Bar No. 251010<br>Diego David Valdes, P.A.<br>2350 Coral Way, Suite 403B<br>Coral Gables, Florida 33145<br>Telephone: (305) 910-6602<br>Facsimile: (305) 513-5924<br>E-mail: ddvlaw@gmail.com<br><br>*Counsel for Plaintiff, Unisource Discovery, Inc.* | |

3