**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-CIV-23276-DPG**

UNISOURCE DISCOVERY, INC.

      Plaintiff,

v.

UNISOURCE   DISCOVERY,   LLC,   a
California  limited  liability  company,  and
STEVEN A. CERASALE, individually,

      Defendants.

## MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE

Pursuant to the Court's Order (DE 14), Defendants, Unisource Discovery, LLC and Steven A. Cerasale, hereby move to dismiss Plaintiff, Unisource Discovery, Inc.'s Complaint (DE 1) without prejudice for the following reasons.

1.      The Court's Order (DE 14) required the parties to jointly "prepare and file a Joint Scheduling Report, as well as Certificates of Interested Parties and Corporate Disclosure Statements" "on or before October 13, 2020."

2.      The Order was clear that "[f]ailure to comply with this Order shall be grounds for dismissal without prejudice and without further notice."

3.      Counsel for the parties discussed the merits of Plaintiff's Complaint via telephone on October 2, 2020. During that conference, the parties (through counsel) agreed to reconvene the following week (i.e., the week of October 5, 2020) to discuss possibly resolving this lawsuit as well as resolving unrelated disputes between the parties.

4.      On October 5, 2020, the undersigned followed up with Plaintiff's counsel via email to schedule a telephonic conference to discuss this case. Plaintiff's counsel did not respond.

5.      On October 13, 2020, the undersigned again followed up with Plaintiff's counsel via email.

6.      Again, no response from Plaintiff's counsel.

7.      Having not heard from Plaintiff's counsel, the undersigned prepared a draft Joint Scheduling Report and proposed Scheduling Order and provided the drafts to Plaintiff's counsel via email requesting input from Plaintiff.

8.      Yet again, no response from Plaintiff.

9.      Later that day, Defendants timely filed their Certificate of Interested Parties and Corporate Disclosure Statement (DE 15) as required by the Court's Order (DE 14). Plaintiff has not filed its Certificate of Interested Parties or its Corporate Disclosure Statement.

10.      As is clear from Defendants' Answer (DE 13), Plaintiff's Complaint lacks merit.[1] It appears that rather than dismiss its meritless Complaint voluntarily, Plaintiff has instead simply abandoned this case and has failed to comply with the Court's Order.

11.      The Court's Order (DE 14) clearly provides the result: "Failure to comply with this Order shall be grounds for dismissal without prejudice and without further notice."

For the reasons set forth above, Defendants respectfully request the Court to dismiss without prejudice Plaintiff's Complaint (DE 1) and for such further relief as the Court deems just and appropriate under the circumstances.

---

[1] Plaintiff's alleged "trademark" was, in reality, created by Defendants almost a decade before Plaintiff registered it. Defendants have been using the alleged "trademark" for its business (with Plaintiff's full knowledge) since as early as 2002—i.e., years before Plaintiff was incorporated. In other words, Defendants have been using the alleged "trademark"—without any objection, instruction, supervision, or say from Plaintiff—for almost 20 years before Plaintiff attempted to "revoke" Defendants right to use the mark.

Respectfully submitted,

/s/ Victor M. Velarde
Juan C. Zorrilla
Fla. Bar No. 381403
Email: jzorrilla@fowler-white.com
Victor M. Velarde
Fla. Bar No. 105620
Email: vvelarde@fowler-white.com

FOWLER WHITE BURNETT, P.A.
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone:   (305) 789-9200
Facsimile:    (305) 789-9201

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by Notice

of Electronic Filing generated by CM/ECF, on October 14, 2020, on all counsel or parties of record

on the Service List below.

/s/ Victor M. Velarde
Victor M. Velarde
Fla. Bar No. 105620

| SERVICE LIST |  |
|---|---|
| *Unisource Discovery, Inc. v. Unisource Discovery, LLC and Steven A. Cerasale*<br>**Case No. 20-CIV-23276-DPG** |  |
| Diego David Valdes, Esq.<br>Fla. Bar No. 251010<br>Diego David Valdes, P.A.<br>2350 Coral Way, Suite 403B<br>Coral Gables, Florida 33145<br>Telephone: (305) 910-6602<br>Facsimile: (305) 513-5924<br>E-mail: ddvlaw@gmail.com<br><br>*Counsel for Plaintiff, Unisource Discovery, Inc.* |  |

3