**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 20-23276-CIV-GAYLES/OTAZO-REYES**

UNISOURCE DISCOVERY, INC.,

      Plaintiff,

v.

UNISOURCE DISCOVERY, LLC
and STEVEN A. CERASALE,

      Defendants.

_____ /

## ORDER TO SHOW CAUSE

THIS CAUSE came before the Court upon Defendants Unisource Discovery, LLC and Steven A. Cerasale's (together, "Defendants") Motion to Dismiss Complaint Without Prejudice (hereafter, "Motion to Dismiss") [D.E. 1]. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Darrin P. Gayles, United States District Judge [D.E. 20]. Upon review of the case docket, it appears that Plaintiff Unisource Discovery, Inc. ("Plaintiff") has failed to respond in opposition to Defendants' Motion to Dismiss. Pursuant to Rule 7.1 of the Local Rules for the Southern District of Florida, failure to respond "may be deemed sufficient cause for granting the motion." Accordingly, it is

ORDERED AND ADJUDGED that **within 20 days from the date of this Order**, Plaintiff shall show cause why the Motion to Dismiss should not be granted. In the alternative, Plaintiff shall file a response in opposition to the Motion to Dismiss by the same date.

DONE AND ORDERED in Chambers at Miami, Florida, this 3rd day of November, 2020.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:    United States District Judge Darrin P. Gayles; Counsel of Record