**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-CV-23276-DPG**

UNISOURCE DISCOVERY, INC.

      Plaintiff,

v.

UNISOURCE DISCOVERY, LLC, a California limited liability company, and STEVEN A. CERASALE, individually,

      Defendants.

_____

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO**
**FILE RESPONSE TO MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Rule 6(b), Fed. R. Civ. P., Defendants, Unisource Discovery, LLC and Steven A. Cerasale, by and through their undersigned counsel, move for an unopposed 45-day extension of time to serve and file their response to Plaintiff, Unisource Discovery, Inc.'s Motion for Preliminary Injunction and, as "good cause" for the requested extension, respectfully submits the following:

1.      Plaintiff filed its Motion for Preliminary Injunction on October 28, 2020.

2.      Defendant's Motion to Dismiss is the subject of the Court's Order to Show Cause, and therefore this case may be dismissed. Subject to the Court's ruling, Defendants' deadline to respond to Plaintiff's Motion for Preliminary Injunction would be November 11, 2020.

3.      Defendants respectfully submit that Plaintiff's Motion for Preliminary Injunction lacks merit and should be summarily denied. However, out of an abundance of caution, Defendants served their First Request for Production and First Set of Interrogatories to Plaintiff (the "Discovery Requests") on November 4, 2020.  The Discovery Requests focus on Plaintiff's contentions in its Motion for Preliminary Injunction.

4.      Plaintiff's responses to the Discovery Requests are due December 4, 2020.

5.      To prepare a complete response to Plaintiff's Motion for Preliminary Injunction, Defendants respectfully request the opportunity to review and analyze Plaintiff's responses to the Discovery Requests.

6.      Undersigned counsel estimates that 45 days are needed to give enough time for Plaintiff to respond to the Discovery Requests, for Defendants to review those responses, and for the undersigned to adequately prepare a complete response to the Motion for Preliminary Injunction. The requested extension would also give Plaintiff sufficient time to respond to the Court's Order to Show Cause and have the pending Motion to Dismiss resolved.

7.      Before filing this Motion, the undersigned conferred with counsel for Plaintiff regarding the requested 45-day extension of time. Plaintiff's counsel confirmed that the requested 45-day extension of time is unopposed.

8.      Allowing Defendants the requested extension of time, therefore, would not prejudice any party and would serve the interests of justice. This is especially true in light of the fact that the Court's Order to Show Cause is still pending a response from Plaintiff and could lead to the dismissal of this case.

For the foregoing reasons, Defendants, Unisource Discovery, LLC and Steven A. Cerasale, respectfully request the Court to extend the time to file a response to the Motion for Preliminary Injunction by 45 days, (i.e., until December 28, 2020) and for such further relief as the Court deems just and appropriate under the circumstances.

### CERTIFICATE OF GOOD FAITH CONFERENCE

Counsel for Defendants has conferred with counsel for Plaintiff in a good faith effort to resolve the issues raised in this Motion. Counsel for Plaintiff confirmed that Plaintiff has no objection to the requested relief.

Respectfully submitted,

/s/ Victor M. Velarde
Juan C. Zorrilla
Fla. Bar No. 381403
Email: jzorrilla@fowler-white.com
Victor M. Velarde
Fla. Bar No. 105620
Email: vvelarde@fowler-white.com

FOWLER WHITE BURNETT, P.A.
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone:    (305) 789-9200
Facsimile:    (305) 789-9201

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by Notice

of Electronic Filing generated by CM/ECF, on November 10, 2020, on all counsel or parties of

record on the Service List below.

/s/ Victor M. Velarde
Victor M. Velarde

| **SERVICE LIST** | |
| *Unisource Discovery, Inc. v. Unisource Discovery, LLC and Steven A. Cerasale*<br>**Case No. 20-CIV-23276-DPG** | |
| Diego David Valdes, Esq.<br>Fla. Bar No. 251010<br>Diego David Valdes, P.A.<br>2350 Coral Way, Suite 403B<br>Coral Gables, Florida 33145<br>Telephone: (305) 910-6602<br>Facsimile: (305) 513-5924<br>E-mail: ddvlaw@gmail.com<br><br>*Counsel for Plaintiff, Unisource Discovery, Inc.* | |

3