**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNISOURCE DISCOVERY, INC.

     Plaintiff,

v.

                               **Case No. 1:20-cv-23276-DPG**

UNISOURCE DISCOVERY, LLC, a
California limited liability company, and
STEVEN A. CERASALE, individually,

     Defendants.

---

**CERTIFICATE OF INTERESTED PERSONS AND**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to the Court's Order (DE 14), Plaintiff, Unisource Discovery, Inc., hereby disclose the following:

**CERTIFICATE OF INTERESTED PARTIES**

1. The name of each person, association of persons, firm, law firm, partnership and corporation that has or may have an interest in the outcome of this action within the meaning of the rules– including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any part of the case, and all members of any LLC including their citizenship:

    A.    Unisource Discovery, Inc. (Plaintiff)

    B.    Steven Cerasale (Defendant and sole member of Defendant, Unisource Discovery LLC), who resides in California.

    C.    Unisource Discovery, LLC. (Defendant)

    D.    Fowler White Burnett, P.A. (law firm representing Defendants)

    E.    Juan C. Zorrilla, Esq. (counsel for Defendants)

1

F.      Victor M. Velarde (counsel for Defendants)

G.      Diego David Valdes, Esq. (counsel for Plaintiff)

H.      Diego David Valdes, P.A. (law firm representing Plaintiff)

I.       Alfred Lutter, III (Unisource Discovery, Inc. Shareholder)

J.       Lisa D. Cote (Unisource Discovery, Inc. Shareholder)

K.      Noel Mijares (Unisource Discovery, Inc. Shareholder)


2.      The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None.

3.      The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None.

4.      The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution.

None.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1, Fed. R. Civ. P., Plaintiff, Unisource Discovery, Inc. states that it does not have a parent corporation and there are no publicly held corporations owning 10% or more of the ownership interest in Unisource Discovery, Inc.

Respectfully submitted,

/s/ *Diego David Valdes*

Diego David Valdes, Esq.
Florida Bar No. 251010
Email: ddvlaw@gmail.com
        ddv@ddvlawgroup.com

DIEGO DAVID VALDES, P.A.
2350 Coral Way, Suite 403B
Miami, FL 33145
Tel: 305-910-6602
Fax: 305-513-5924

Counsel for Plaintiff: Unisource Discovery, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by Notice

of Electronic Filing generated by CM/ECF, on Juan C. Zorilla, Esq., jzorilla@fowler-white.com, Fowler,

White, Burnett, P.A., on November 12, 2020.

/s/ *Diego David Valdes*
Diego David Valdes, Esq.
Fla. Bar No. 251010