**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-CIV-23276-DPG**

UNISOURCE DISCOVERY, INC.

      Plaintiff,

v.

UNISOURCE   DISCOVERY,   LLC,   a
California limited liability company, and
STEVEN A. CERASALE, individually,

      Defendants.

_____

**AMENDED NOTICE OF TELEPHONIC HEARING[1]**

Pursuant to the Court's Scheduling Order Setting Civil Trial Date (DE 33), Defendants, Unisource Discovery, LLC and Steven A. Cerasale, hereby file their notice of the telephonic hearing on **December 11, 2020** at **11:30 a.m.**, before the Honorable Alicia M. Otazo-Reyes regarding the following discovery matters:

1)     Plaintiff's failure to respond or produce any documents responsive to Defendants' First Requests for Production and First Set of Interrogatories, which were due on December 4, 2020; and

2)     Plaintiff's request for an extension of time to respond and produce responsive documents to Defendants' First Requests for Production and First Set of Interrogatories.

---

[1] This Amended Notice corrects typographical errors in the original Notice (DE 34).

## BRIEF DESCRIPTION OF DISCOVERY MATTERS

Plaintiff's responses to Defendants' First Requests for Production and First Set of Interrogatories (collectively, the "Discovery Requests") were due on December 4, 2020.

Plaintiff did not respond to the Discovery Requests, did not produce any documents, and did not request an extension of time.

Defendants' Discovery Requests are tailored to the issues raised in Plaintiff's Motion for Temporary Injunction (DE 18). Defendants' response to Plaintiff's Motion (DE 18) is due December 28, 2020. *See* Paperless Order Granting Unopposed Motion for Extension of Time (DE 23). Plaintiff's discovery responses, therefore, are necessary in time for Defendants to review the responses / responsive documents and prepare their response to Plaintiff's Motion (DE 18).

After conferring on this issue on December 9, 2020, Plaintiff requested an extension of time to respond to the discovery.

In light of their looming deadline to respond to Plaintiff's Motion (DE 18), however, Defendants cannot agree to an after-the-deadline extension of time for Plaintiff unless Defendants' deadline to respond to Plaintiff's Motion (DE 18) is similarly extended. Because the December 28, 2020 deadline is set by Court Order (DE 23), the parties cannot extend this deadline without a Court Order granting the extension. The parties are, therefore, preparing a joint motion for extension and have set this discovery dispute for hearing on December 11, 2020, to avoid prejudice to Defendants as to the overdue discovery.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to the Court's Order (DE 33) and Local Rule 7.1(a)(3), the undersigned certifies that counsel for Defendants has conferred with Plaintiff's counsel in a good faith effort to resolve the issues raised in this filing and has been unable to do so.

CASE NO. 20-CIV-23276-DPG

Respectfully submitted,

/s/ Victor M. Velarde
Juan C. Zorrilla
Fla. Bar No. 381403
Email: jzorrilla@fowler-white.com
Victor M. Velarde
Fla. Bar No. 105620
Email: vvelarde@fowler-white.com

FOWLER WHITE BURNETT, P.A.
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone:   (305) 789-9200
Facsimile:   (305) 789-9201

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by Notice of Electronic Filing generated by CM/ECF, on December 9, 2020, on all counsel or parties of record on the Service List below.

/s/ Victor M. Velarde
Victor M. Velarde
Fla. Bar No. 105620

| SERVICE LIST | |
|---|---|
| *Unisource Discovery, Inc. v. Unisource Discovery, LLC and Steven A. Cerasale*<br>**Case No. 20-CIV-23276-DPG** | |
| Diego David Valdes, Esq.<br>Fla. Bar No. 251010<br>Diego David Valdes, P.A.<br>2350 Coral Way, Suite 403B<br>Coral Gables, Florida 33145<br>Telephone: (305) 910-6602<br>Facsimile: (305) 513-5924<br>E-mail: ddvlaw@gmail.com<br><br>*Counsel for Plaintiff, Unisource Discovery, Inc.* | |

3