**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 20-23276-CIV-GAYLES/OTAZO-REYES**

UNISOURCE DISCOVERY, INC.,

      Plaintiff,

v.

UNISOURCE DISCOVERY, LLC
and STEVEN A. CERASALE,

      Defendants.

_____ /

**ORDER**

THIS CAUSE came before the Court upon Defendants Unisource Discovery, LLC and Steven A. Cerasale's (together, "Defendants") Amended Notice of Telephonic [D.E. 35]. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Darrin P. Gayles, United States District Judge [D.E. 20]. The undersigned held a telephonic hearing on this matter on December 11, 2020. In accordance with the undersigned's rulings at the hearing, it is

ORDERED AND ADJUDGED that Plaintiff Unisource Discovery, Inc. ("Plaintiff") shall serve its responses to Defendants' First Requests for Production and First Set of Interrogatories by **January 4, 2021**. It is further ORDERED AND ADJUDGED that Defendants' deadline to file their response to Plaintiff's Motion for Preliminary Injunction [D.E. 18] is extended to **February 1, 2021**, with Plaintiff's reply to Defendants' response due by **February 8, 2021**.

DONE AND ORDERED in Chambers at Miami, Florida, this 11th day of December, 2020.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:    United States District Judge Darrin P. Gayles; Counsel of Record