**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 20-23276-CIV-GAYLES/OTAZO-REYES**

UNISOURCE DISCOVERY, INC.,

     Plaintiff,

v.

UNISOURCE DISCOVERY, LLC
and STEVEN A. CERASALE,

     Defendants.

_____ /

## ORDER

THIS CAUSE came before the Court upon Defendants Unisource Discovery, LLC and Steven A. Cerasale's (together, "Defendants") Notice of Declaration of Attorney's Fees (hereafter, "Declaration") [D.E. 39].  At a hearing held on December 2, 2020, the undersigned denied Defendants' Motion to Dismiss Complaint Without Prejudice (hereafter, "Motion to Dismiss") as a sanction for Plaintiff Unisource Discovery, Inc.'s ("Plaintiff") noncompliance with the Court's Order Requiring Joint Scheduling Report and Proposed Scheduling Order pursuant to Local Rule 16.1 of the Southern District of Florida. See Motion to Dismiss [D.E. 16]; Order [D.E. 32].  As an alternative remedy, the undersigned awarded Defendants their reasonable attorneys' fees incurred in connection with the Motion to Dismiss, to be paid by Plaintiff's counsel, and instructed Defendants to file their Statement of Reasonable Attorney's Fees within fourteen days. See Order [D.E. 32].

On December 17, 2020, Defendants filed their Declaration, requesting a total fee award of $1,611.75.  See Declaration [D.E. 39].  Defendants' fee request is comprised of the following items:

| Timekeeper | Hours | Rate ($/hour) | Total ($) |
|---|---|---|---|
| Attorney Victor M. Velarde | 5.9 | 210.00 | 1,239.00 |
| Law Clerk Lauren N. Alvarez | 2.13 | 175.00 | 372.75 |
| **Requested Total** | **8.03** | | **$1,611.75** |

Id. at 1; Ex. 1 to Declaration [D.E. 39-1].

"A reasonable award of attorney's fees is calculated using the lodestar method, which requires the court to multiply the reasonable hours expended by a reasonable hourly rate." Gary Brown & Assocs., Inc. v. Ashdon, Inc., No. 05-CV-80359, 2006 WL 8435138, at *1 (S.D. Fla. 2006) (citing Hensley v. Eckerhart, 461 U.S. 424, 433 (1983)). "[T]he Court is an expert on the issues of the prevailing market's reasonable hourly rates for similar work and hours expended." Learning Connections, Inc. v. Kaufman, Englett & Lynd, PLLC, No. 11-CV-368, 2012 WL 13102412, at *4 (M.D. Fla. 2012) (citing Norman v. Housing Auth. of the City Montgomery, 836 F.2d 1292, 1303 (11th Cir. 1988)).

Having reviewed Plaintiff's Declaration and applying her own knowledge and expertise, the undersigned finds that the hourly rates and hours expended are reasonable. Therefore, it is

ORDERED AND ADJUDGED that Defendants SHALL RECOVER from Plaintiff's counsel the sum of **$1,611.75**, representing the reasonable attorney's fees incurred in connection with the Motion to Dismiss.

DONE AND ORDERED in Chambers at Miami, Florida, this 17th day of December, 2020.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:     United States District Judge Darrin P. Gayles; Counsel of Record

2