**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-CIV-23276-DPG**

UNISOURCE DISCOVERY, INC.

      Plaintiff,

v.

UNISOURCE   DISCOVERY,   LLC,   a
California limited liability company, and
STEVEN A. CERASALE, individually,

      Defendants.

_____

## NOTICE OF TELEPHONIC HEARING

Pursuant to the Court's Scheduling Order Setting Civil Trial Date (DE 33), Defendants,

Unisource Discovery, LLC and Steven A. Cerasale, hereby file their notice of the telephonic

hearing on **January 19, 2020** at **10:30 a.m.**, before the Honorable Alicia M. Otazo-Reyes

regarding the following discovery matters:

1)      Plaintiff's failure to comply with the Court's Order (DE 38), and Defendants'
            request for sanctions.

CASE NO. 20-CIV-23276-DPG

## BRIEF DESCRIPTION OF DISCOVERY MATTERS

Plaintiff has violated yet another Court Order, and this will be the third hearing caused by Plaintiff's failure to comply with Court-ordered and/or Rule-imposed obligations.

The Court's Order (DE 38) ruled that Plaintiff "shall serve its responses to Defendants' First Requests for Production and First Set of Interrogatories by **January 4, 2021**." The Court-ordered extended deadline of January 4, 2021 came and went, and Plaintiff did not respond to a single discovery request, produce any documents, or request any extension.

This is not the first time Plaintiff flouts its obligations in this case.[1] Plaintiff's responses to Defendants' discovery requests were due on December 4, 2020. Plaintiff did not respond, did not produce any documents, and did not request an extension of time on or before the December 4 deadline.

As a result, Defendants scheduled a hearing before Judge Otazo-Reyes on December 11, 2020. At the telephonic hearing, Plaintiff requested an untimely extension of time until January 4, 2021. Defendants did not object to Plaintiff's untimely request for extension of time, and the Court granted the requested extension and also granted a corresponding extension to Defendants' deadline to response to Plaintiff's Motion for Preliminary Injunction (DE 18).

Despite being granted a significant extension of time (which Plaintiff untimely requested days after the expiration of its deadline), Plaintiff has once again flouted the Court's Order.

Having violated yet another Court Order, sanctions are warranted, and Plaintiff's Complaint should be dismissed.

---

[1] Plaintiff's violation of the Court's Order (DE 14) led to Defendants' Motion to Dismiss Without Prejudice (DE 16). Plaintiff then failed to respond to the Motion to Dismiss, which caused the Court to enter an Order to Show Cause (DE 21). After a hearing, the Court awarded sanctions (i.e., Defendants' reasonable attorney's fees) against Plaintiff's counsel. To date, the Court's December 17, 2020 Order (DE 40) requiring the payment of Defendants' reasonable attorney's fees has not been complied with.

CASE NO. 20-CIV-23276-DPG

## <u>CERTIFICATE OF GOOD FAITH CONFERENCE</u>

Pursuant to the Court's Order (DE 33) and Local Rule 7.1(a)(3), the undersigned certifies that counsel for Defendants has conferred with Plaintiff's counsel in a good faith effort to resolve the issues raised in this filing and has been unable to do so.

Respectfully submitted,

/s/ Victor M. Velarde
Juan C. Zorrilla
Fla. Bar No. 381403
Email: jzorrilla@fowler-white.com
Victor M. Velarde
Fla. Bar No. 105620
Email: vvelarde@fowler-white.com

FOWLER WHITE BURNETT, P.A.
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone:    (305) 789-9200
Facsimile:    (305) 789-9201

*Counsel for Defendants*

3

CASE NO. 20-CIV-23276-DPG

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by Notice

of Electronic Filing generated by CM/ECF, on January 12, 2021, on all counsel or parties of

record on the Service List below.

 /s/ Victor M. Velarde
Victor M. Velarde
Fla. Bar No. 105620

| <u>SERVICE LIST</u><br>*Unisource Discovery, Inc. v. Unisource Discovery, LLC and Steven A. Cerasale*<br>**Case No. 20-CIV-23276-DPG** | |
| --- | --- |
| Diego David Valdes, Esq.<br>Fla. Bar No. 251010<br>Diego David Valdes, P.A.<br>2350 Coral Way, Suite 403B<br>Coral Gables, Florida 33145<br>Telephone: (305) 910-6602<br>Facsimile: (305) 513-5924<br>E-mail: ddvlaw@gmail.com<br><br>*Counsel for Plaintiff, Unisource Discovery, Inc.* | |

4