**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 20-23276-CIV-GAYLES/OTAZO-REYES**

UNISOURCE DISCOVERY, INC.,

      Plaintiff,

v.

UNISOURCE DISCOVERY, LLC
and STEVEN A. CERASALE,

      Defendants.

_____ /

**<u>ORDER</u>**

THIS CAUSE came before the Court upon the following submissions:

> ➤ Defendants Unisource Discovery, LLC and Steven A. Cerasale's (together, "Defendants") Notice of Telephonic Hearing [D.E. 41].

> ➤ Defendants' Motion to Strike Plaintiff Unisource Discovery, Inc.'s ("Plaintiff") Response and for Sanctions Including Dismissal of the Complaint Based Upon Plaintiff's Fraud Upon the Court and Bad Faith (hereafter, "Motion to Strike and for Sanctions") [D.E. 44].

These matters were referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Darrin P. Gayles, United States District Judge [D.E. 20]. The undersigned held a telephonic hearing on these matters on January 19, 2021. In accordance with the undersigned's rulings at the hearing, it is

ORDERED AND ADJUDGED as follows as to Defendants' Notice of Hearing [D.E. 41]:

1.     By close of business **Friday, January 22, 2021**:

> o Plaintiff shall fully respond without objection and produce all documents responsive to Defendants' Request for Production of Documents to Plaintiff [D.E. 44-1 at 2-5] and fully answer Defendants' First Set of Interrogatories to Plaintiff [D.E. 44-1 at 6-9].

- o Plaintiff's counsel shall comply with the undersigned's December 17, 2020 Order [D.E. 40] awarding Defendants **$1,611.75** in attorney's fees recoverable from Plaintiff's counsel.

2. Defendants' deadline to file their response to Plaintiff's Motion for Preliminary Injunction [D.E. 18] is extended to **February 22, 2021**, with Plaintiff's reply to Defendants' response due by **March 1, 2021.**

It is further ORDERED AND ADJUDGED that Defendants' Motion to Strike and for Sanctions [D.E. 44] is **GRANTED IN PART**.  To the extent that Plaintiff's Response (hereafter, "Response") [D.E. 42] is a response to the undersigned's December 11, 2020 Order [D.E. 38], the Response is **STRICKEN**.  Plaintiff shall otherwise respond the Motion to Strike and for Sanctions in accordance with the Southern District of Florida's Local Rules.

DONE AND ORDERED in Chambers at Miami, Florida, this <u>19th</u> day of January, 2021.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:     United States District Judge Darrin P. Gayles
        Counsel of Record

2