**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:20-cv-23276-CIV-DPG**

UNISOURCE DISCOVERY, INC.,

           Plaintiff,

    v.

UNISOURCE DISCOVERY, LLC
and STEVEN A. CERASALE,

           Defendants.

_____

## PLAINTIFF, UNISOURCE DISCOVERY, INC., NOTICE OF COMPLIANCE WITH COURT ORDER

Plaintiffs, Unisource Discovery, Inc. hereby files this Notice of Compliance with the Order of this Court dated January 19, 2021 [DE 46] by Responding to Defendants Request for Production of Documents [DE 44-1 at 2-5] and Defendants' First Set of Interrogatories [DE 44-1 at 6-9] and Court Order [DE 40] and said responsive documents have been placed on a Secured Cloud which was requested on previous occasions and provided by Defendants' Counsel on January 27, 2021, for their ready access.  See emails attached as Exhibit "A" Dated: January 11, 2021 and Exhibit "B" dated January 27, 2021.

2

## CERTIFICATE OF SERVICE

I hereby certify that this notice was served via the PACER E-Filing Portal on this 1<u>st</u> day of <u>February</u>, 2021 upon: Juan C. Zorilla, Esq., **jzorilla@fowler-white.com**, Fowler, White, Burnett, P.A. counsel for Unisource Discovery, LLC and Steven A. Cerasale.

**DIEGO DAVID VALDES, P.A.**

2350 Coral Way, Suite 403B
Miami, FL 33145
Tel: 305-910-6602
Fax: 305-513-5924

By: /s/ *Diego David Valdes*
Diego David Valdes, Esq.
Florida State Bar No.: 251010
Email:  ddvlaw@gmail.com
           ddv@ddvlawgroup.com
Attorney for Plaintiff: Unisource Discovery, Inc.

2