**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 20-23276-CIV-GAYLES/OTAZO-REYES**

UNISOURCE DISCOVERY, INC.,

     Plaintiff,

v.

UNISOURCE DISCOVERY, LLC
and STEVEN A. CERASALE,

     Defendants.

_____ /

**ORDER**

THIS CAUSE came before the Court upon Defendants Unisource Discovery, LLC and Steven A. Cerasale's (together, "Defendants") Amended Notice of Telephonic Hearing [D.E. 50]. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Darrin P. Gayles, United States District Judge [D.E. 20].  The undersigned held a telephonic hearing on this matter on February 3, 2021 (hereafter, "Discovery Hearing").  In accordance with the undersigned's rulings at the Discovery Hearing, it is

ORDERED AND ADJUDGED that the objections set forth in Plaintiff Unisource Discovery, Inc.'s ("Plaintiff") responses to Defendants' discovery requests [D.E. 47, 48] are STRICKEN and RENDERED A NULLITY, given the provisions of the undersigned's January 19, 2021 Order [D.E. 46].

It is further ORDERED AND ADJUDGED that Plaintiff's *ore tenus* request for an extension of time to respond to Defendants' Motion to Strike Plaintiff's Response and for Sanctions Including Dismissal of the Complaint Based upon Plaintiff's Fraud upon the Court and

Bad Faith (hereafter, "Motion to Strike and for Sanctions") [D.E. 44] is GRANTED.  Plaintiff shall respond to the Motion to Strike and for Sanctions by **Monday, February 8, 2021.**

It is further ORDERED AND ADJUDGED that Defendants have leave to file a motion for discovery sanctions in connection with the matters discussed at the Discovery Hearing.

DONE AND ORDERED in Chambers at Miami, Florida, this 3rd day of February, 2021.

ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:     United States District Judge Darrin P. Gayles
        Counsel of Record

2