**UNITED STATES DISTRICT COURT SOUTHERN
DISTRICT OF FLORIDA**

**Case No. 1:20-cv-23276-CIV-DPG**

UNISOURCE DISCOVERY, INC.

     Plaintiff,

V.

UNISOURCE   DISCOVERY,   LLC,
A California Limited Liability Company, and
STEVEN A. CERASALE, individually,

     Defendants.

---

**PLAINTIFF, UNISOURCE DISCOVERY, INC,
RESPONSE TO DEFENDANTS' FIRST REQUEST FOR ADMISSIONS**

Plaintiff Unisource Discovery Inc., pursuant to Federal Rule 36, response to Defendants, Unisource Discovery, LLC, and Steven Cerasale, hereby First Request for Admissions and states:

**RESPONSE TO DEFENDANTS' ADMISSIONS**

1.     **Admit that you did not use the Mark or the Trademark before you were incorporated on June 15, 2006.**

Response: Admitted that Unisource did not use the Mark until it acquired ownership/title on June 15, 2006 and as part of Steven Cerasale initial capital investment into the Florida Company, which is Unisource Discovery, Inc.

2.     **Admit that you did not use the Mark or the Trademark before 2006.**

Response: Admitted that Unisource did not us the Mark/Trademark until it acquired ownership/title on June 15, 2006 and as part of Steven Cerasale initial capital investment into the

Florida Company, which is Unisource Discovery, Inc.

3.     **Admit that you did not create the Mark.**

Response: Admitted that Unisource did not create the Mark, but acquired ownership/title on June 15, 2006 and as part of Steven Cerasale initial capital investment into the Florida Company, Unisource Discovery, Inc.

**4.     Admit that you did not create the Trademark.**

Response:   Denied. Plaintiff Unisource Discovery, Inc. created and filed the Trademark under US Serial Number 77594059, US Registration Number 363516 with the United States Patent and Trademark Office on October 16, 2008.

**5.     Admit that Defendant Unisource Discovery, LLC created the Mark.**

Response: Denied.  Plaintiff Unisource cannot authenticate whom originally created the Mark.  Plaintiff Unisource was provided representations by Steven Cerasale related to the creation of the Mark prior to any involvement with Defendants.

**6.     Admit that Defendant Unisource Discovery, LLC created the Trademark.**

Response:   Denied. Plaintiff Unisource Discovery, Inc. created and filed the Trademark under US Serial Number 77594059, US Registration Number 363516 with the United States Patent and Trademark Office on October 16, 2008.

### CERTIFICATE OF SERVICE

I hereby certify that this notice was served via the PACER E-Filing Portal on this 4th day of February, 2021 upon: Juan C. Zorilla, Esq., **jzorilla@fowler-white.com**, Fowler, White, Burnett, P.A. counsel for Unisource Discovery, LLC and Steven A. Cerasale.

**DIEGO DAVID VALDES, P.A.**
2350 Coral Way, Suite 403B
Miami, FL 33145
Tel: 305-910-6602
Fax: 305-513-5924

By: /s/ *Diego David Valdes*
Diego David Valdes, Esq.
Florida State Bar No.: 251010
Email:      ddvlaw@gmail.com
                  ddv@ddvlawgroup.com
Attorney for Plaintiff: Unisource Discovery, Inc.