**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-CIV-23276-DPG**

UNISOURCE DISCOVERY, INC.

      Plaintiff,

v.

UNISOURCE DISCOVERY, LLC, a
California limited liability company, and
STEVEN A. CERASALE, individually,

      Defendants.

_____

**NOTICE OF STRIKING DOCKET ENTRY NO. 58**
**PURSUANT TO CLERK'S NOTICE (DE 59)**

Pursuant to Clerk's Notice (DE 59), Unisource Discovery, LLC and Steven A. Cerasale, hereby give notice of striking Docket Entry No. 58, Defendants' Verified Response in Opposition to Plaintiff's Motion for Preliminary Injunction.

Defendants' Verified Response in Opposition will be refiled with the correct signature block as instructed by the Clerk (DE 59).

                    Respectfully submitted,

                    /s/ Juan C. Zorrilla
                    Juan C. Zorrilla
                    Fla. Bar No. 381403
                    Email: jzorrilla@fowler-white.com
                    Victor M. Velarde
                    Fla. Bar No. 105620
                    Email: vvelarde@fowler-white.com

                    FOWLER WHITE BURNETT, P.A.
                    Brickell Arch, Fourteenth Floor
                    1395 Brickell Avenue
                    Miami, Florida 33131
                    Telephone:   (305) 789-9200
                    Facsimile:   (305) 789-9201

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by Notice of Electronic Filing generated by CM/ECF, on February 23, 2021, on all counsel or parties of record on the Service List below.

                                       /s/ Juan C. Zorrilla
                                       Juan C. Zorrilla

| **SERVICE LIST**<br>*Unisource Discovery, Inc. v. Unisource Discovery, LLC and Steven A. Cerasale*<br>**Case No. 20-CIV-23276-DPG** | |
|---|---|
| Diego David Valdes, Esq.<br>Fla. Bar No. 251010<br>Diego David Valdes, P.A.<br>2350 Coral Way, Suite 403B<br>Coral Gables, Florida 33145<br>Telephone: (305) 910-6602<br>Facsimile: (305) 513-5924<br>E-mail: ddvlaw@gmail.com<br><br>*Counsel for Plaintiff, Unisource Discovery, Inc.* | |