THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNISOURCE DISCOVERY, INC.                         Case No.:  1:20-cv-23276-DPG


　　　　Plaintiffs,

v.

UNISOURCE DISCOVERY, LLC, a
California Limited Liability Company
and STEVEN A. CERASALE, individually,

Defendants.

_____

**PLAINTIFF UNISOURCE DISCOVERY, INC UNCONTESTED MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE ITS REPLY MEMORANDUM IN RESPONSE TO DEFENDANT'S MOTION FOR SANCTIONS [DE 42]**

Plaintiff, Unisource Discovery Inc. a Florida Corporation ("Plaintiff"), respectfully moves this Court, pursuant to Fed. R. Civ. P. 7 for entry of the attached Order extending the time for the Plaintiff to file its Reply Memorandum in response to the Motion for Sanctions [DE 42] (the "Motion") filed by Defendants, Unisource Discovery LLC (hereinafter "UNI-CA" or "Defendant"), a California Limited Liability Company, and Steven Cerasale, (hereinafter "CERASALE").

For its reasons, the Plaintiff relies upon the following:

1.  It is unclear to the Plaintiff whether any Reply Memorandum is required at this time. The Court has not acted upon the Defendants' Motion for Sanctions [DE 42], Plaintiff's response [DE 56] and Defendants Reply [DE 57]. Without unnecessarily anticipating that the Court will deny the Defendants' Motion for Sanctions [DE 42], the Plaintiff wants to preserve its right to file its Reply Memorandum.

2.  The time for filing a Reply Memorandum by the Plaintiff, if necessary, may expire before the Court rules on the Defendant's Motion for Sanctions [DE 42].

3.   This case has been heavily litigated and Plaintiff simply requires additional time to fully response to Defendants very ambitious effort to seek sanctions when its clearly has suffered no injury and, indeed, the Plaintiff simply wishes to make sure this Honorable is clear given the Defendant's crafty and untrue arguments found in its Reply memorandum [DE 57]

**Statement of Compliance with Local Rule 7.1**

Pursuant to Local Rule 7.1, Plaintiff discussed this motion with Defendants' counsel via email on February 24, 2021, and counsel for the Defendants did not respond and therefore takes no position and does not contest.

Wherefore, Plaintiff respectfully requests the entry of the attached Order granting the Plaintiff an extension of time to March 05, 2021, for the filing of its Reply Memorandum in response to the Defendants' motion for sanction [DE 42].

**CERTIFICATE OF SERVICE**

I hereby certify that this notice was served via the CM/ECF Court E-Filing Portal on this 24th day of February, 2021 upon: Juan C. Zorilla, Esq., jzorilla@fowler-white.com, Fowler, White, Burnett, P.A., Counsel for Unisource Discovery, LLC and Steven A. Cerasale.

**DIEGO DAVID VALDES, P.A.**
2350 Coral Way, Suite 403B
Miami, FL 33145
Tel: 305-910-6602
Fax: 305-513-5924

By: */s/ Diego David Valdes*

Diego David Valdes, Esq.
Florida State Bar No.: 251010

Email:  ddvlaw@gmail.com
            ddv@ddvlawgroup.com
Attorney for Plaintiff:
Unisource Discovery, Inc.