**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-CIV-23276-DPG**

UNISOURCE DISCOVERY, INC.

      Plaintiff,

v.

UNISOURCE   DISCOVERY,   LLC,   a
California  limited  liability  company,  and
STEVEN A. CERASALE, individually,

      Defendants.

---

## NOTICE OF TELEPHONIC HEARING

Pursuant to the Court's Scheduling Order Setting Civil Trial Date (DE 33), Defendants,

Unisource Discovery, LLC and Steven A. Cerasale, hereby file their notice of the telephonic

hearing on **March 2, 2021** at **3:30 p.m.**, before the Honorable Alicia M. Otazo-Reyes regarding

the following discovery matters:

1)      Plaintiff's failure to respond or produce any documents responsive to Defendants' Second Request for Production of Documents, which were due on February 18, 2021.

CASE NO. 20-CIV-23276-DPG

## BRIEF DESCRIPTION OF DISCOVERY MATTERS

Plaintiff has not responded to Defendants' Second Request for Production of Documents, which were served on January 19, 2021.

Plaintiff's responses and documents were due on February 18, 2021.

Plaintiff has not requested an extension and has not provided any justification for its failure to respond.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to the Court's Order (DE 33) and Local Rule 7.1(a)(3), the undersigned certifies that counsel for Defendants has conferred with Plaintiff's counsel by email and telephone conference in a good faith effort to resolve the issues raised in this filing and has been unable to do so.

Respectfully submitted,

/s/ Victor M. Velarde
Juan C. Zorrilla
Fla. Bar No. 381403
Email: jzorrilla@fowler-white.com
Victor M. Velarde
Fla. Bar No. 105620
Email: vvelarde@fowler-white.com

FOWLER WHITE BURNETT, P.A.
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone:    (305) 789-9200
Facsimile:    (305) 789-9201

*Counsel for Defendants*

2

CASE NO. 20-CIV-23276-DPG

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by Notice

of Electronic Filing generated by CM/ECF, on March 1, 2021, on all counsel or parties of record

on the Service List below.

 /s/ Victor M. Velarde
Victor M. Velarde
Fla. Bar No. 105620

| <u>**SERVICE LIST**</u><br>*Unisource Discovery, Inc. v. Unisource Discovery, LLC and Steven A. Cerasale*<br>**Case No. 20-CIV-23276-DPG** | |
|---|---|
| Diego David Valdes, Esq.<br>Fla. Bar No. 251010<br>Diego David Valdes, P.A.<br>2350 Coral Way, Suite 403B<br>Coral Gables, Florida 33145<br>Telephone: (305) 910-6602<br>Facsimile: (305) 513-5924<br>E-mail: ddvlaw@gmail.com<br><br>*Counsel for Plaintiff, Unisource Discovery, Inc.* | |

3