**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 20-23276-CIV-GAYLES/OTAZO-REYES**

UNISOURCE DISCOVERY, INC.,

     Plaintiff,

v.

UNISOURCE DISCOVERY, LLC
and STEVEN A. CERASALE,

     Defendants.

_____ /

## **ORDER**

THIS CAUSE came before the Court upon Defendants Unisource Discovery, LLC and Steven A. Cerasale's (together, "Defendants") Re-Notice of Telephonic Hearing [D.E. 66]. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Darrin P. Gayles, United States District Judge [D.E. 20]. The undersigned held a telephonic hearing on this matter on March 18, 2021 (hereafter, "Hearing"). In accordance with the undersigned's rulings at the Hearing, it is

ORDERED AND ADJUDGED that Plaintiff Unisource Discovery, Inc. shall fully respond without objection and produce all documents responsive to Defendants' Second Request for Production of Documents to Plaintiff by close of business **Friday, March 19, 2021**.

DONE AND ORDERED in Chambers at Miami, Florida, this 18th day of March, 2021.

                     _____
                     ALICIA M. OTAZO-REYES
                     UNITED STATES MAGISTRATE JUDGE

cc:    United States District Judge Darrin P. Gayles
       Counsel of Record