**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:20-cv-23276-CIV-DPG**


UNISOURCE DISCOVERY, INC.,

                     Plaintiff,

    v.

UNISOURCE DISCOVERY, LLC
and STEVEN A. CERASALE,

                     Defendants.

_____


## PLAINTIFF, UNISOURCE DISCOVERY, INC., NOTICE OF COMPLIANCE WITH COURT ORDER [DE 69]


Plaintiffs, Unisource Discovery, Inc. hereby files this Notice of Compliance with the Order of this Court dated March 18, 2021 [DE 69] by Responding to Defendants' Second Request for Production of Documents dated January 19, 2021.  Plaintiffs were able to locate additional documents that had been stored in an offsite, not in use back-up storage server.  All Request for Production has been provided and said responsive documents have been placed on a Secured Cloud provided by Fowler White Sharefile (Exhibit A) and provided notification to Defendants' Counsel on March 18, 2021, for their ready access.

1

## CERTIFICATE OF SERVICE

I hereby certify that this notice was served via the PACER E-Filing Portal on this 19th day of March, 2021 upon: Juan C. Zorilla, Esq., **jzorilla@fowler-white.com**, Fowler, White, Burnett, P.A. counsel for Unisource Discovery, LLC and Steven A. Cerasale.

**DIEGO DAVID VALDES, P.A.**

2350 Coral Way, Suite 403B
Miami, FL 33145
Tel: 305-910-6602
Fax: 305-513-5924

By: /s/ *Diego David Valdes*
Diego David Valdes, Esq.
Florida State Bar No.: 251010
Email:       ddvlaw@gmail.com
                ddv@ddvlawgroup.com
Attorney for Plaintiff: Unisource Discovery, Inc.

2