**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-CIV-23276-DPG**

UNISOURCE DISCOVERY, INC.

      Plaintiff,

v.

UNISOURCE DISCOVERY, LLC, a California limited liability company, and STEVEN A. CERASALE, individually,

      Defendants.

---

## DEFENDANTS, UNISOURCE DISCOVERY, LLC AND STEVEN A. CERASALE'S WITNESS LIST AND EXHIBIT LIST

Pursuant to the Court's Order Setting the Evidentiary Hearing on Plaintiff's Motion for Preliminary Injunction (DE 70), Defendants, Unisource Discovery, LLC and Steven A. Cerasale, by and through their undersigned counsel, file their List of Witnesses and Exhibits.

## WITNESS LIST

| | |
|---|---|
| 1. | Corporate Representative of Unisource Discovery, LLC<br>c/o undersigned counsel |
| 2. | Steven Cerasale<br>c/o undersigned counsel |
| 3. | Corporate Representative of Unisource Discovery, Inc.<br>c/o Diego David Valdes, Esq. |
| 4. | Noel Mijares<br>c/o Diego David Valdes, Esq. |
| 5. | All persons necessary to provide impeachment and rebuttal evidence. |
| 6. | All persons identified in Plaintiff's Witness List. |

1

## EXHIBIT LIST

| | |
|---|---|
| 1. | Unisource Discovery, LLC's Articles of Organization (DE 61-1) |
| 2. | January 11, 2002 Print-Out of Website (DE 61-2) |
| 3. | The Subpoena Summons & Affidavit Company Website in March 2004 (DE 61-3) |
| 4. | Unisource Discovery, Inc.'s Articles of Incorporation (DE 61-4) |
| 5. | Unisource Discovery, Inc.'s Operating Agreement (DE 61-5) |
| 6. | Trademark Registration (DE 61-6) |
| 7. | Trademark Status (DE 61-7) |
| 8. | Unisource Discovery, Inc.'s Response to Request for Admissions (DE 61-8) |
| 9. | Close Corporation Shareholder Agreement (DE 61-9) |
| 10. | The Subpoena Summons & Affidavit Company Trademark Registration (DE 61-10) |
| 11. | September 28, 2018 Request from Steven Cerasale and Alfred Lutter for Corporate Books and Records (DE 61-11) |
| 12. | Complaint filed by Steven Cerasale and Alfred Lutter against Unisource Discovery, Inc. pursuant to Florida Statutes § 607.1604 (DE 61-12) |
| 13. | September 16, 2019 email from Noel Mijares (DE 61-13) |
| 14. | March 17, 2020 email from Counsel for Steven Cerasale and Alfred to Lutter to Unisource Discovery, Inc. counsel re Proposed Order Denying Motion to Dismiss (DE 61-14) |
| 15. | February 21, 2020 Letter from Noel Mijares attempting to revoke a license from Unisource Discovery, LLC (DE 61-15) |
| 16. | May 12, 2020 Letter from Noel Mijares threatening to sue Unisource Discovery, LLC (DE 61-16) |
| 17. | All documents attached to Plaintiff's Motion for Preliminary Injunction (DE 18) |
| 18. | All exhibits necessary to provide impeachment and rebuttal evidence. |
| 19. | All exhibits identified in Plaintiff's Witness List. |

Respectfully submitted,

/s/ Victor M. Velarde
Juan C. Zorrilla
Fla. Bar No. 381403
Email: jzorrilla@fowler-white.com
Victor M. Velarde
Fla. Bar No. 105620
Email: vvelarde@fowler-white.com

FOWLER WHITE BURNETT, P.A.
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone:   (305) 789-9200
Facsimile:    (305) 789-9201

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by Notice of Electronic Filing generated by CM/ECF, on March 22, 2021, on all counsel or parties of record on the Service List below.

/s/ Victor M. Velarde
Victor M. Velarde

| SERVICE LIST |  |
| --- | --- |
| *Unisource Discovery, Inc. v. Unisource Discovery, LLC and Steven A. Cerasale*<br>**Case No. 20-CIV-23276-DPG** |  |
| Diego David Valdes, Esq.<br>Fla. Bar No. 251010<br>Diego David Valdes, P.A.<br>2350 Coral Way, Suite 403B<br>Coral Gables, Florida 33145<br>Telephone: (305) 910-6602<br>Facsimile: (305) 513-5924<br>E-mail: ddvlaw@gmail.com<br><br>*Counsel for Plaintiff, Unisource Discovery, Inc.* |  |

3