**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-CIV-23276-DPG**

UNISOURCE DISCOVERY, INC.

      Plaintiff,

v.

UNISOURCE DISCOVERY, LLC, a California limited liability company, and STEVEN A. CERASALE, individually,

      Defendants.

---

## NOTICE OF STRIKING DOCKET ENTRY NO. 74

Pursuant to the Clerk's Notice (DE 76), Plaintiffs, Unisource Discovery, LLC and Steven A. Cerasale, hereby give notice of striking Docket Entry No. 74, Defendants' Response in Opposition to Motion for Sanctions.

Defendants' Response in Opposition to Motion for Sanctions (DE 74) was filed with the incorrect signature block. The Opposition will be refiled with the correct signature block.

Further, in the early morning hours of March 23, 2021, counsel for Defendants learned of additional information that will be included in the refiled Supplemented Opposition.

Respectfully submitted,

/s/ Victor M. Velarde
Juan C. Zorrilla
Fla. Bar No. 381403
Email: jzorrilla@fowler-white.com
Victor M. Velarde
Fla. Bar No. 105620
Email: vvelarde@fowler-white.com

FOWLER WHITE BURNETT, P.A.
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone:   (305) 789-9200
Facsimile:   (305) 789-9201

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by Notice

of Electronic Filing generated by CM/ECF, on March 23, 2021, on all counsel or parties of record

on the Service List below.

/s/ Victor M. Velarde
Victor M. Velarde

| SERVICE LIST |  |
|---|---|
| *Unisource Discovery, Inc. v. Unisource Discovery, LLC and Steven A. Cerasale*<br>**Case No. 20-CIV-23276-DPG** |  |
| Diego David Valdes, Esq.<br>Fla. Bar No. 251010<br>Diego David Valdes, P.A.<br>2350 Coral Way, Suite 403B<br>Coral Gables, Florida 33145<br>Telephone: (305) 910-6602<br>Facsimile: (305) 513-5924<br>E-mail: ddvlaw@gmail.com<br><br>*Counsel for Plaintiff, Unisource Discovery, Inc.* |  |

2