**THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

UNISOURCE DISCOVERY, INC.                    **Case No:  1:20-cv-23276-DPG**

Plaintiffs,

v.

UNISOURCE DISCOVERY, LLC, a
California Limited Liability Company
and STEVEN A. CERASALE, individually,

Defendants.

_____

**PLAINTIFF UNISOURCE DISCOVERY, INC.,**
**NOTICE OF SERVING DEFENDANTS**
**UNISOURCE DISCOVERY, LLC, AND STEVEN A. CERASALE WITH FIRST**
**REQUEST FOR ADMISSIONS, FIRST SET OF INTERROGATORIES AND FIRST**
**REQUEST FOR PRODUCTION**

Plaintiff, Unisource Discovery, Inc. a Florida Corporation hereby files this Notice that it

has served Defendants, Unisource Discovery, LLC, a California Limited Liability Company, and

Steven Cerasale, with First Request for Admissions, First Set of Interrogatories and First Request

for Production of Documents on March 25, 2021, delivered via email to Defendants' Counsel, Juan

C. Zorilla, Esq. (jzorilla@fowler-white.com).

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by Notice of Electronic Filing generated by CM/ECF, on Juan C. Zorilla, Esq., jzorilla@fowler-white.com, Fowler, White, Burnett, P.A., counsel for Defendants Unisource Discovery, LLC and Steven A. Cerasale, on April 2, 2021.

Respectfully submitted,

/s/ *Diego David Valdes*

Diego David Valdes, Esq.
Florida Bar No. 251010
Email: ddvlaw@gmail.com
       ddv@ddvlawgroup.com

DIEGO DAVID VALDES, P.A.
2350 Coral Way, Suite 403B
Miami, FL 33145
Tel: 305-910-6602
Fax: 305-513-5924

Counsel for Plaintiff: Unisource Discovery, Inc.