UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-23276-CIV-GAYLES/OTAZO-REYES

UNISOURCE DISCOVERY, INC.,

      Plaintiff,

  v.

UNISOURCE DISCOVERY, LLC
and STEVEN A. CERASALE,

      Defendants.

_____

**PLAINTIFF'S MOTION TO COMPEL DEFENDANT'S RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION, FIRST SET OF INTERROGATORIES, AND MOTION TO HAVE ADMISSIONS DEEMED ADMITTED AND MOTION FOR SANCTIONS AND INCORPORATED MEMORANDUM OF LAW**

Plaintiff, Unisource Discovery, Inc, by and through his undersigned counsel, and pursuant to the Federal Rules of Civil Procedure and Local Rules of the United States District Court, Southern District of Florida, files this, Motion to have Admissions Deemed Admitted, compel production of documents and interrogatories, and Incorporated Memorandum of Law, and in support thereof would allege the following:

**STATEMENT OF FACTS**

1. Plaintiff, under certificate of mailing dated March 25, 2021, submitted Request for Production, Interrogatories and Requests for Admissions to Defendants. Copies of said discovery are attached hereto and made a part hereof as Exhibit's "A", "B" and "C", respectively.

2. More than thirty (30) days have passed since Plaintiff propounded discovery on Defendants, and Defendant has neither responded to the Request for Production, or the Interrogatories or Request

1

for Admissions, nor filed objections, nor requested additional time in which to respond.

3. Plaintiff will be extremely prejudiced in not receiving a response to the discovery, as it will be unable to go forward with preparation of its case.

4. On or about March 27, 2021 and again on March 29, 2021, the undersigned made a written request to Defendants' counsel to respond to said discovery requests.  The Defendant's again have tried to muddy the waters with their correspondence, responding with information pertaining to another State case which has nothing to do with our request for discovery in this matter.  See Exhibit "D" attached.

5. The undersigned counsel certifies, pursuant to Rule 26.1(I) of the Local Rules for the United States District Court, Southern District of Florida, that Plaintiff's counsel corresponded with Defendant's counsel for the purpose of attempting to obtain responses to Plaintiff's discovery requests, which remain outstanding, but were unable to resolve the matter. See Exhibit "D" attached.

6. Notwithstanding the good faith attempt to have this matter resolved without the necessity of filing this Motion, and notwithstanding the substantial delay, the requested discovery remains outstanding.

7. Defendant's and Defendant's counsel have failed to respond to any of Plaintiff's requests for responses.

8. Defendant has offered no explanation for the ongoing refusal to comply with Rule 37 of the Fed. R. Civ. P., which addresses the production and inspection of documents, answers to interrogatories and response to requests for admissions. Defendant has made no effort to contact the undersigned about the outstanding discovery requests.

9. Defendants have shown a complete lack of interest in defending this case as evidenced by Defendant's failure to respond to virtually any of Plaintiff's discovery requests, correspondence to the Fed. R. Civ. P., and ultimately, this Court's Scheduling Order.

10. Rule 37(a)(4) authorizes this Court to impose sanctions upon Defendant for his willful disobedience of Rule 37 of the Fed. R. Civ. P. which directs Defendant to provide those documents to which a party has not objected upon which a proper request has been made. Defendants' complete failure to respond to Plaintiff's request for production, interrogatories and request for admissions rises to the level of sanctionable behavior.

11. The undersigned counsel has expended numerous hours in attempts to contact Defendant via correspondence and in drafting the instant motion in an effort to obtain discovery requests.

12. Accordingly, pursuant to Rule 37(a)(4)(a) of the Fed. R. Civ. P., Plaintiff is entitled to recover attorney's fees and costs unnecessarily expended, but for Defendant's refusal to comply with the                         Fed.                         R.                         Civ.                         P.

WHEREFORE, Plaintiff, Unisource, respectfully requests that this Honorable Court enter an Order granting the foregoing Motion to Compel Production of Documents and Answers to Interrogatories, to Have Admissions Deemed Admitted, and Motion for Sanctions in addition to attorney's fees and costs pursuant to Rule 37(a)(4) of the Fed. R. Civ. P. incurred in connection with the filing of this Motion or such further relief this Court deems just and equitable.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by Notice of Electronic Filing generated by CM/ECF, on Juan C. Zorilla, Esq., jzorilla@fowler-white.com Fowler, White, Burnett, P.A., counsel for Unisource Discovery, LLC and Steven A. Cerasale on this day 29th of April, 2021.

**DIEGO DAVID VALDES, P.A.**
2350 Coral Way, Suite 403B
Miami, FL 33145
Tel: 305-910-6602
Fax: 305-513-5924

By: /s/ *Diego David Valdes*
Diego David Valdes, Esq.
Florida State Bar No.: 251010
Email:  ddvlaw@gmail.com

Attorney for Plaintiff: Unisource Discovery, Inc.