**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 20-23276-CIV-GAYLES/OTAZO-REYES**

UNISOURCE DISCOVERY, INC.,

      Plaintiff,

v.

UNISOURCE DISCOVERY, LLC
and STEVEN A. CERASALE,

      Defendants.

_____ /

## AMENDED ORDER RE: STATUS CONFERENCE

THIS CAUSE came before the Court for Telephonic Status Conference held on May 11, 2021. At the Status Conference, Plaintiff Unisource Discovery, Inc. ("Plaintiff") advised that its "Ex Parte Amended Motion for Preliminary Injunction and to Expedite Hearing" [D.E. 88, 89 (Sealed)] will no longer comport with the pleadings if its anticipated motion for leave to file an amended complaint is granted. Based on that representation and with the agreement of Plaintiff's counsel, the undersigned did not set D.E. 88 and 89 for immediate hearing at this time. With regard to the other pending ripe matters appearing on the docket, it is

ORDERED AND ADJUDGED that a Zoom hearing is **SET** for **Thursday, June 10, 2021 at 10:30 a.m.** on: Defendants Unisource Discovery, LLC and Steven A. Cerasale's (together, "Defendants") Motion for Sanctions [D.E. 44]; and Defendants' Motion for Leave to File Amended Answer and Affirmative Defenses to Complaint and Counterclaim [D.E. 81]. Instructions will be emailed to counsel prior to the hearing.

DONE AND ORDERED in Chambers at Miami, Florida, this 11th day of May, 2021.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:    United States District Judge Darrin P. Gayles
       Counsel of Record