**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-CIV-23276-DPG**

UNISOURCE DISCOVERY, INC.

      Plaintiff,

v.

UNISOURCE DISCOVERY, LLC, a California limited liability company, and STEVEN A. CERASALE, individually,

      Defendants.

_____/

## <u>NOTICE OF HEARING</u>

**YOU ARE HEREBY NOTIFIED** that, the following Discovery Disputes will be

called for hearing on the **<u>May 17, 2021</u>** at **<u>3:30 p.m.</u>**:

**TO COMPEL DEFENDANTS' DISCOVERY RESPONSE TO FIRST SET OF INTERROGATORIES, FIRST REQUEST FOR ADMISSIONS, AND FIRST REQUEST FOR PRODUCTION**, before the Honorable Alicia M. Otazo-Reyes regarding the following discovery matters:

1)     Defendants' failure to respond or produce any documents responsive to Plaintiffs' First Requests for Production, First Set of Interrogatories, and First Request for Admissions which were due on April 25, 2021; and

2)     Overrule Defendants' Objections and produce responsive documents to Plaintiffs' First Requests for Production, First Set of Interrogatories and First Request for Admissions.

3)     Defendants' have Objected under Attorney Client Privilege on all Discovery requested, and does not fall under such privilege.

## <u>DESCRIPTION OF DISCOVERY MATTERS</u>

Defendants' responses to Plaintiffs' First Requests for Production and First Set of

Interrogatories (collectively, the "Discovery Requests") and First Request for Admissions were

due on April 25, 2021.

Defendants failed to respond to the Discovery Requests by Objecting to the majority, if not all of the Discovery, did not produce any documents, and did not request an extension of time.

Plaintiffs' Discovery Requests have been specifically drafted to obtain the required information from Defendants, as it pertains to violations of Trademark Infringement, Closed Corporation Shareholder Agreement, Stock Transfer and Licensing Agreement, Poaching of Plaintiffs' clients in Florida, Louisiana, Georgia, Tennessee by Defendants' sales department, managers and corporate staff.

Plaintiffs' have requested Discovery to advance the claims presented to this Court, and further proof the multiple violations by Defendants, including ongoing damages to Plaintiffs.

### <u>CERTIFICATE OF GOOD FAITH CONFERENCE</u>

Pursuant to the Court's Order (DE 33) and Local Rule 7.1(a)(3), the undersigned certifies that counsel for Plaintiffs has conferred with Defendants' counsel in a good faith effort to resolve the issues raised in this filing and has been unable to do so.

### <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this notice was served via the PACER E-Filing Portal on this 12th day of <u>May</u>, 2021 upon: Juan C. Zorilla, Esq., **jzorilla@fowler-white.com**, Fowler, White, Burnett, P.A. counsel for Unisource Discovery, LLC and Steven A. Cerasale.

**DIEGO DAVID VALDES, P.A.**
2350 Coral Way, Suite 403B
Miami, FL 33145
Tel: 305-910-6602
Fax: 305-513-5924

By: /s/ *Diego David Valdes*
Diego David Valdes, Esq.
Florida State Bar No.: 251010
Email:      ddvlaw@gmail.com
            ddv@ddvlawgroup.com
Attorney for Plaintiff: Unisource Discovery, Inc.