**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**Case No. 20-23276-CIV-GAYLES/OTAZO-REYES**

UNISOURCE DISCOVERY, INC.,

     Plaintiff,

v.

UNISOURCE DISCOVERY, LLC
and STEVEN A. CERASALE,

     Defendants.

_____/

## **ORDER**

THIS CAUSE came before the Court upon the following submissions:

1. Plaintiff Unisource Discovery, Inc.'s ("Plaintiff") Notice of Hearing (hereafter, "Notice") [D.E. 102].

2. Defendants Unisource Discovery, LLC and Steven A. Cerasale's (together, "Defendants") Cross-Notice of Hearing (hereafter, "Cross-Notice") [D.E. 103].

These matters were referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Darrin P. Gayles, United States District Judge [D.E. 20]. The undersigned held a telephonic hearing on these matters on May 17, 2021 (hereafter, "Hearing").

At the Hearing, Plaintiff's counsel acknowledged that he had not attempted to meet and confer with Defendants' counsel in an effort to resolve the issues identified in the Notice, as required by Local Rule 7.1(a)(3) of the Southern District of Florida's Local Rules ("L.R. 7.1(a)(3)") and the undersigned's Discovery Procedures [D.E. 33 at 7]. Moreover, Defendants' counsel advised that he had unsuccessfully attempted on numerous occasions to meet and confer with Plaintiff's counsel to resolve the issues identified in the Cross-Notice. In light of the foregoing, it is

ORDERED AND ADJUDGED as follows:

1.      By the close of business on **Wednesday May 19, 2021**, Plaintiff shall fully respond without objections to: Defendants' Second Request for Production of Documents; Defendants' Third Request for Production of Documents; Defendants' Second Set of Interrogatories; and Defendants' Second Request for Admissions.  Plaintiff shall also produce responsive documents by the foregoing deadline.

2.      Thereafter, Defendants shall promptly file a report regarding Plaintiff's compliance with this Order.

3.      Plaintiff is advised that failure to comply with this Order will result in the undersigned's **immediate** issuance of a recommendation that Plaintiff's case be dismissed as a discovery sanction, pursuant to Rule 37 of the Federal Rules of Civil Procedure, given Plaintiff's repeated disregard for the undersigned's prior Discovery Orders.

4.      Only in the event that Plaintiff fully complies with this Order, the undersigned will reset the Notice [D.E. 102] for further hearing on **May 21, 2021** at **2:30 p.m.**, provided that Plaintiff's counsel meets and confers with Defendants' counsel in connection with the issues identified in the Notice prior to that time.

DONE AND ORDERED in Chambers at Miami, Florida, this 17th day of May, 2021.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:     United States District Judge Darrin P. Gayles
        Counsel of Record

2