**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-CIV-23276-DPG**

UNISOURCE DISCOVERY, INC.

      Plaintiff,

v.

UNISOURCE    DISCOVERY,    LLC,    a
California limited liability  company, and
STEVEN A. CERASALE, individually,

      Defendants.

---

## <u>PLAINTIFFS' REPLY TO DEFENDANTS' REPORT PURSUANT TO</u>
## <u>COURT ORDER (DE 106)</u>

Plaintiff, Unisource  Discovery, Inc. (UNISOURCE) by and through undersigned counsel,

hereby file their Reply to Defendants' Report pursuant to the Court's Order (DE 106).

1. Pursuant to the Court's Order (DE 106), Plaintiff was required to fully respond

without objections to the following by close of business on Wednesday, May 19, 2021:

      A. Defendants' Second Set of Interrogatories;

      B. Defendants' Second Request for Production of Documents;

      C. Defendants' Third Request for Production of Documents; and

      D. Defendants' Second Request for Admissions.

The Court also ordered Plaintiff to produce all responsive documents by the foregoing deadline.

1

2.     Plaintiff has complied with the Court Order [DE 106] and has provided responses to Defendants' Second Set of Interrogatories; Second Request for Production of Documents; Third Request for Production of Documents; and Second Request for Admissions.

3.     Plaintiff has turned over approximately 1,000 pages of records, provided over 25 witnesses, provided multiple verified Affidavits, filed Notices of Compliance with the Court and has no additional records to produce under the requested First, Second and Third Production of Documents.  What is disturbing and requires immediate resolve is that Plaintiff has not received a single piece of discovery requested from Defendants, to date.

4.     On May 19, 2021, the undersigned conferred with Defendant's counsel for over 2 hours and discussed at length each and every discovery request the Court ordered Plaintiff to respond to, and Plaintiff has done so.

5.     Plaintiff has complied in full with the Court Order.  In Defendants' own words: *Defendants respectfully submit that while Plaintiff <u>did comply</u> with the Court's Order (DE 106) in part, Plaintiff did not fully comply.*  Plaintiff submits that they have fully complied with the Court order, have provided all requested responses and production of documents, including approximately 1,000 pages of records, provided 25 witnesses, provided multiple verified Affidavits, filed Notices of Compliance with the Court and has no additional records to produce under the requested First, Second and Third Production of Documents.   Plaintiff has complied with responses and discovery, without Objection.

6.     Plaintiff complied fully by providing Defendants with a Calculated Damages Report that also included 20 Witnesses.  In Defendants own words: *Plaintiff timely served answers to the Second Set of Interrogatories on May 19, 2021, at 4:38 p.m. without objection.*

7.     Defendants are not providing this Court with an accurate Report.  Plaintiffs' email dated May 19, 2021 at 5:11 PM clearly states that Plaintiff has provided Defendants  specific

responses "numerous times" and have received "confirmed receipt" by Defendants on the matter of client poaching, damages, and witnesses.   This email clearly shows that Defendants have continued to violate standing Agreements by continuing to poach Plaintiff clients in Florida, with last known confirmation as early as May 14, 2021, see email:

Re: Response to Defendants Second Set of Interrogatories (Federal) (05.19.21)

Legal Department <legal@ddvlawgroup.com>

Wed 5/19/2021 5:11 PM

To:Victor M. Velarde <VVelarde@

Cc:Juan C. Zorrilla <                                      >;Patricia Delgado <

           >;Lauren N. Alvarez <LAlvarez@                        Diego D. Valdes Esq.

(                              <

Victor,

You are asking for information at this time, that my clients are still gathering based on ongoing poaching that last occurred as early as last Friday, May 14, 2021.

As we mention is the response, we have identified and provided documents of the clients poached, names of those clients, and actual emails of each occurrence.  You already have this.

All this information has already been provided to you.  If you want me to re-submit all the Cease & Desist letters, with attached emails detailing the poaching, and the names, etc., we will gladly do that.

You asked for me to provide this under separate cover (Cease & Desist Letter) today during our call - correct?

Please keep in mind, your clients have not produced any responsive discovery, which we will need to address next.

Legal Services Department

**DDV LAW GROUP**

*"We Connect The Dots"*

8.      Plaintiff has provided 25 witnesses including a breakdown of Damages as of May 2021, producing all Discovery as it pertains to the First, Second and Third Request of Production, with approximately 1,000 pages of records delivered to Defendants and responses provided without Objection.  In addition, Plaintiff has provided Verified Affidavit attesting to full compliance.

9.      Defendants continue to use Discovery as a shield to slow the process of their own Discovery obligations.  To date, Defendants' have not complied with Plaintiffs First Request for Admissions (Objected and non-Compliant Responses), First Set of Interrogatories (Objected and non-Compliant Responses) and First Request for Production (None).

10.      Plaintiff timely responded to Defendants' Second Set of Interrogatories without Objection, on May 19,2021, at 4:38 p.m.

11.      Plaintiff timely responded to Defendants' Second Request for Production of Documents and produced responsive documents, without Objection on May 19,2021, at 4:12 p.m.

12.      Plaintiff timely responded to Defendants' Third Request for Production of Documents and produced responsive documents, without Objection on May 19, 2021 at 4:25 p.m.

13.        Plaintiff timely responded to Defendants' Second Request for Admissions without Objection, on May 19,2021, at 4:30 p.m.

14.        In conclusion, Judge Otazo-Reyes was very clear in her order.  Your Honor's order specifically stated that Plaintiff shall respond to every order fully.  It is clear from the filings that all discovery requests were filed fully without objections and responsive to each request.  If Defendant's counsel is not content with the response and/or the documents or answers provided, then they will be provided an opportunity to plead to this Court, however the Plaintiffs have responded and provided production of records requested to the Court's Order in compliance with the same.

15.        At this point, the Plaintiffs' have provided all documents that are in their possession and in response to the discovery requests, without objections, over 1,000 pages of records have been turned over, and the Defendants' have not complied to the Plaintiffs' discovery requests and have objected to the same.

16.        Plaintiffs through undersigned counsel, respectfully requests that this Court accept the responses and documents provided by Plaintiff.  In addition, Plaintiff respectfully requests that Your Honor enter an order requiring that Defendants' respond fully and without objection to the following outstanding discovery that has been propounded to the Defendants' since March 25, 2021, including:

1.  Plaintiffs' First Request for Admissions

2.  Plaintiffs' First Set of Interrogatories

3.  Plaintiffs' First Request for Production

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by Notice of Electronic Filing generated by CM/ECF, on Juan C. Zorilla, Esq., jzorilla@fowler-white.com, Fowler, White, Burnett, P.A., counsel for Defendants Unisource Discovery, LLC and Steven A. Cerasale, on this 21st day of May, 2021.

**DIEGO DAVID VALDES, P.A.**

2350 Coral Way, Suite 403B

Miami, FL 33145

Tel: 305-910-6602

Fax: 305-513-5924

By: */s/ Diego David Valdes*

Diego David Valdes, Esq.

Florida State Bar No.: 251010

Email:  legal@ddvlawgroup.com

ddv@ddvlawgroup.com

Attorney for Plaintiff: Unisource Discovery, Inc.

6