**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 20-23276-CIV-GAYLES/OTAZO-REYES**

UNISOURCE DISCOVERY, INC.,

    Plaintiff,

v.

UNISOURCE DISCOVERY, LLC
and STEVEN A. CERASALE,

    Defendants.

_____/

## **ORDER**

THIS CAUSE came before the Court upon the following submissions:

1. Defendants Unisource Discovery, LLC and Steven A. Cerasale's (together, "Defendants") "Report Pursuant to Court Order (DE 106)" (hereafter, "Report") [D.E. 107]; and

2. Plaintiff Unisource Discovery, Inc.'s ("Plaintiff") Reply to Defendants' Report [D.E. 108, 109].

These matters were referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Darrin P. Gayles, United States District Judge [D.E. 20]. The undersigned held a hearing on these matters on May 25, 2021 (hereafter, "Hearing"). In accordance with the undersigned's rulings at the Hearing, it is

ORDERED AND ADJUDGED that, by the close of business on **Wednesday May 26, 2021**, Plaintiff shall:

1.     Serve an amended sworn answer to Interrogatory No. 3 of Defendants' Second Set of Interrogatories that: (1) incorporates the list of witnesses regarding Plaintiff's damages claim, which was previously provided to Defendant's counsel via email, together with the last known

contact information for those witnesses; and (2) identifies by bates number any documents in Plaintiff's production that support Plaintiff's damages claim.

2.      Serve amended responses to Defendants' Second Request for Production of Documents, which identify by bates numbers the documents in Plaintiff's production that are responsive to each request.

DONE AND ORDERED in Chambers at Miami, Florida, this 25th day of May, 2021.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:     United States District Judge Darrin P. Gayles
        Counsel of Record