**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:20-cv-23276-CIV-DPG**

UNISOURCE DISCOVERY, INC.,

                Plaintiff,

    v.

UNISOURCE DISCOVERY, LLC
and STEVEN A. CERASALE,

                Defendants.

_____

## PLAINTIFF, UNISOURCE DISCOVERY, INC., NOTICE OF COMPLIANCE WITH COURT ORDER [DE 111]

Plaintiffs, Unisource Discovery, Inc. hereby files this Notice of Compliance with the "Court Order" dated May 25, 2021 [DE 111] by Responding under sworn answers to Defendants' Amended Response and Answers to Second Set of Interrogatories (Number 3), and Amended Response to Defendants' Second Request for Production of Documents (Bates Stamp).

Plaintiff, Unisource Discovery, Inc. hereby files this Notice of Compliance and affirms that all responses and production of documents has been fulfilled as requested under Court Order [DE 111] and affirms full compliance herein.

## CERTIFICATE OF SERVICE

I hereby certify that this notice was served via the PACER E-Filing Portal on this 26th day of May, 2021 upon: Juan C. Zorilla, Esq., **jzorilla@fowler-white.com**, Fowler, White, Burnett, P.A. counsel for Unisource Discovery, LLC and Steven A. Cerasale.

**DIEGO DAVID VALDES, P.A.**

2350 Coral Way, Suite 403B
Miami, FL 33145
Tel: 305-910-6602
Fax: 305-513-5924

By: /s/ *Diego David Valdes*
Diego David Valdes, Esq.
Florida State Bar No.: 251010
Email:      ddvlaw@gmail.com
              ddv@ddvlawgroup.com
Attorney for Plaintiff: Unisource Discovery, Inc.