**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-CIV-23276-DPG**

UNISOURCE DISCOVERY, INC.

     Plaintiff,

v.

UNISOURCE DISCOVERY, LLC, a
California limited liability company, and
STEVEN A. CERASALE, individually,

     Defendants.

_____

**STATEMENT OF REASONABLE ATTORNEY'S FEES**
**PURSUANT TO COURT ORDER (DE 118)**

Pursuant to the Court's Order (DE 118), Defendants, Unisource Discovery, LLC and
Steven A. Cerasale, hereby timely file the undersigned counsel's Statement of Reasonable Fees.
This Statement is supported by the detailed time entries of counsel attached hereto as Exhibit "1."

**I.**    **Attorney's Fees – Time Expended.**

The Court's June 14, 2021 Order (DE 118) ruled that "Defendants shall recover from
Plaintiff their reasonable attorney's fees and costs incurred in connection with filing the notices
and attending the hearings listed above," which include Docket Entries 35, 37, 41, 45, 50, 53, 66,
71, 103, 105, and 112. *See* Order (DE 118) at pp. 5, 7.

In total, Defendants' counsel have dedicated 59.98 hours over the seven-month period of
December 2020 to June 2021 to get Plaintiff to comply with its discovery obligations and
numerous Court Orders.

Of the total 59.98 hours, 45.30 hours were expended by the undersigned (Victor M.
Velarde, Esq.) and the remaining 14.68 hours were expended by Lauren N. Alvarez, Esq.

The time that Defendants' counsel expended are summarized below:

1.      1.50 hours in connection with the Notice of Hearing (DE 35) and hearing (DE 37);

2.      6.40 hours in connection with the Notice of Hearing (DE 41) and hearing (DE 45);

3.      6.90 hours in connection with the Notice of Hearing (DE 50) and hearing (DE 53);

4.      9.31 hours in connection with the Notice of Hearing (DE 66) and hearing (DE 71);

5.      13.70 hours in connection with the Notice of Hearing (DE 103) and hearing (DE 105);

6.      13.50 hours in connection with the hearing (DE 112); and

7.      8.67 hours in connection with the June 10, 2021 hearing wherein the Court awarded Defendants their reasonable attorney's fees and costs in connection with Docket Entries 35, 37, 41, 45, 50, 53, 66, 71, 103, 105, and 112.

The attached spreadsheet (Exhibit 1 hereto) sets forth in detail each time entry supporting the above summary of fees.

Defendants, therefore, respectfully request the Court to issue an award of attorney's fees covering a total of 59.98 hours (i.e., 45.30 hours of the undersigned's time, and 14.68 hours of Lauren N. Alvarez, Esq.'s time).

## II.      Attorney's Fees – Reasonable Hourly Rate.

As a result of the long-standing relationship between Defendants and the undersigned's law firm, the undersigned's law firm agreed to significantly reduce the hourly rates charged to Defendants for the time expended by the undersigned and Lauren N. Alvarez, Esq. Specifically, the undersigned reduced hourly rate charged to Defendants for this case is $210.00, and Lauren Alvarez, Esq.'s reduced hourly rate charged to Defendants for this case is $175.00.

The undersigned's standard hourly rate, however, is $300.00. This standard hourly rate is at or below the market based upon the undersigned's litigation experience. Specifically, the undersigned has been practicing civil, commercial, and intellectual property litigation since September 24, 2013 when he was admitted to the Florida Bar (i.e., almost eight years).

2

Lauren N. Alvarez, Esq.'s standard hourly rate is $200.00, which is based upon (and commensurate with) her skill, experience, and reputation. Ms. Alvarez graduated from University of Miami School of Law, *magna cum laude*, in 2020 and was admitted to practice law in Florida on March 20, 2021.

The Eleventh Circuit has held that "the agreed-upon fee rate does not necessarily act as a cap or ceiling in determining the reasonable hourly rate. Instead, as the magistrate judge correctly noted, an agreed-upon rate is relevant evidence to determine the fee rate, but it is not necessarily determinative." *Tire Kingdom, Inc. v. Morgan Tire & Auto, Inc.*, 253 F.3d 1332, 1337 (11th Cir. 2001) (awarding a higher hourly rate than was charged by the attorneys to the party); *see also City of Huntsville v. Proliance Energy, LLC*, CV-02-HS-1296-NE, 2005 WL 8158017, at *1 (N.D. Ala. July 1, 2005) ("[T]he court must reject the defendants' argument that the court is prohibited from awarding more than the plaintiff's contract-rate. Instead, the court must issue an award that provides 'the reasonable worth of services rendered.' The only limitation … is that the rate the court awards must not result in a 'windfall for the prevailing party.'").

Rather, the reasonable hourly rate to be awarded "is the prevailing market rate in the relevant legal community for similar services by lawyers of reasonably comparable skills, experience, and reputation." *Loranger v. Stierheim*, 10 F.3d 776, 781 (11th Cir. 1994). Moreover, the Court "is itself an expert on the question and may consider its own knowledge and experience concerning reasonable and proper fees and may form an independent judgment either with or without the aid of witnesses as to value." *Id.*

Defendants respectfully submit that the hourly rates of $300.00 for the undersigned's time and $200.00 for the time of Lauren N. Alvarez are reasonable, well in line with the market rates, and should be awarded. *See CBRE, Inc. v. Capital Commercial Real Estate Group, Inc.*, 19-61235-

CIV, 2019 WL 7708503, at *2 (S.D. Fla. Oct. 10, 2019), *report and recommendation adopted*, 19-CIV-61235-RAR, 2019 WL 7708499 (S.D. Fla. Oct. 28, 2019) (holding that the following rates were reasonable in a trademark infringement case: $360.00 for "an associate … [who] has practiced since 2013"; $350.00 for an "associate in the firm who has been practicing law for 5 years"; $185.00 for "a paralegal with the firm since 2014"); *Tobinick v. Novella*, 14-80781-CV, 2018 WL 6978637, at *5 (S.D. Fla. Nov. 20, 2018), *report and recommendation adopted*, 9:14-CV-80781, 2018 WL 6978629 (S.D. Fla. Dec. 6, 2018) (awarding the following hourly rates in a trademark case: $325.00 for "an associate attorney … [who] has been practicing for four years"; and $400.00 for "a partner … [who] has been practicing for eleven years"); *see also Domond v. PeopleNetwork APS*, 750 Fed. Appx. 844, 848 (11th Cir. 2018) (finding that "Miami rates … included an average partner rate of $655").

Defendants, therefore, respectfully request that they be awarded fees based upon the reasonable hourly rates of $300.00 for the undersigned and $200.00 for Lauren N. Alvarez, Esq.

Applying the requested reasonable rates, Defendants' request an award of **$16,526.00** in reasonable attorney's fees (i.e., 45.30 hours at the undersigned's rate of $300.00 and 14.68 hours at rate of $200.00 for Lauren N. Alvarez). Alternatively, Defendants would be entitled to an award of attorney's fees of $12,082.00 based upon the significantly reduced hourly rates (i.e., 45.30 hours at the undersigned's reduced rate of $210.00 and 14.68 hours at the reduced rate of $175.00 for Lauren N. Alvarez).

## **CERTIFICATE OF GOOD FAITH CONFERENCE**

The undersigned certifies that he has conferred with counsel for Plaintiff on June 15, 16, and 17, 2021 (via email and telephone) to attempt to reach an agreement regarding the attorney's fees set forth herein (including providing Plaintiff's counsel a copy of all the subject time entries). Plaintiff, however, has not agreed to any of the fees set forth herein.

Respectfully submitted,

/s/ Victor M. Velarde
Juan C. Zorrilla
Fla. Bar No. 381403
Email: jzorrilla@fowler-white.com
Victor M. Velarde
Fla. Bar No. 105620
Email: vvelarde@fowler-white.com

FOWLER WHITE BURNETT, P.A.
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone:    (305) 789-9200
Facsimile:    (305) 789-9201

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by Notice of Electronic Filing generated by CM/ECF, on June 17, 2021, on all counsel or parties of record on the Service List below.

 /s/ Victor M. Velarde
Victor M. Velarde
Fla. Bar No. 105620

| SERVICE LIST<br>*Unisource Discovery, Inc. v. Unisource Discovery, LLC and Steven A. Cerasale*<br>**Case No. 20-CIV-23276-DPG** | |
|---|---|
| Diego David Valdes, Esq.<br>Fla. Bar No. 251010<br>Diego David Valdes, P.A.<br>2350 Coral Way, Suite 403B<br>Coral Gables, Florida 33145<br>Telephone: (305) 910-6602<br>Facsimile: (305) 513-5924<br>E-mail: ddvlaw@gmail.com<br><br>*Counsel for Plaintiff, Unisource Discovery, Inc.* | |

6