**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:20-cv-23276-CIV-DPG**

UNISOURCE DISCOVERY, INC.,

        Plaintiff,

  v.

UNISOURCE DISCOVERY, LLC
and STEVEN A. CERASALE,

        Defendants.

_____

### PLAINTIFF, UNISOURCE DISCOVERY, INC., EMERGENCY MOTION TO CONTINUE

Plaintiff Unisource Discovery Inc., respectfully request this Court to enter an Order continuing/rescheduling dates for the Defendants' Motion for Sanctions [DE 44], and as grounds thereof, states as follows:

1.    The Plaintiff respectfully requests this Court continue/reschedule Plaintiff's objection deadline of July 01, 2021 [DE 118].

2.    On June 14, 2021, this Court entered an Order [DE 118] that rules, in relevant part,

> "ORDERED AND ADJUDGED that Defendants' Motion for Sanctions [D.E. 44] is GRANTED IN PART. Defendants shall recover from Plaintiff their reasonable attorney's fees and costs incurred in connection with filing the notices and attending the hearings listed above. Defendants shall file their Statement of Reasonable Fees and Costs by June 17, 2021. ***Plaintiff shall have until July 1, 2021*** to file its objections to Plaintiff's Statement of Reasonable Fees and Costs."

and

> "It is further ORDERED AND ADJUDGED that the deadline for Defendants' response to ***Plaintiff's pending Motion for Sanctions and Attorney's Fees*** Pursuant to Florida State 57.105 [D.E. 115], which is based on the flawed statute of limitations argument addressed above, ***is extended to June 18, 2021***, pending Plaintiff's potential withdrawal of that Motion.

1

(emphasis added)

3.      First,  the Order– *drafted by Defendants' counsel* -- appears to materially confuse the Plaintiff and the Defendants' obligations for compliance. For instance, the statement that "… ***Defendants' response*** to ***Plaintiff's*** pending Motion for Sanctions and Attorney's Fees …" materially reverses Plaintiffs and Defendants obligations under the Order.

4.      Second, on January 19, 2021, this Court entered an Order [DE 46] sanctioning the Plaintiff on Defendants' same Motion for Sanctions [DE 44] whereas the Plaintiff was taxed $1,611.75 for Defendants' legal fee and directed to waive all its objections as sanction.  That is, the Plaintiff – as per the Order [DE 46] --- has already been sanctioned materially and somewhat confuses Plaintiff's review.  Plaintiffs needs to also verify it will not be incurring a duplicative sanction.

5.      Notwithstanding these matter that require clarification/resolution, the Plaintiff is moving forward with the upmost good-faith and well-beyond Local Rule 5071-1 to comply.

6.      Pursuant to the Local Rule,

"Requests for continuances of scheduled hearings shall be in the form of a motion, and must:

(A)      state with particularity the grounds for the motion;

(B)      indicate whether a continuance previously has been granted and whether the opposing party consents;

(C)      certify that the client consents to the continuance; and

(D)      be filed at the earliest practical opportunity prior to the hearing.

The moving party shall submit a proposed order which provides blank spaces for the date and time of the rescheduled hearing in the event that the court grants the motion for continuance without hearing.  Motions for continuance will be granted only under exceptional circumstances and may be considered by the court without a hearing.  The stipulation of all parties is not sufficient grounds, standing alone, for a continuance."

2

7.      Recently, on June 17, 2021, the Defendants served Plaintiffs with their voluminous Statement of Reasonable Fees and Costs [DE 119], and as mentioned, and the Order [DE 118] provides Plaintiff with only days to fully and thoroughly review the Statement of Reasonable Fees and Costs and file objections, targeted questions related to certain line-items for more clarity, and/or opposition.

8.      The Defendant's Statement of Reasonable Fees and Cost consists contains more than seventy-five (75) billing line-items from the time-period of six-months.

9.      Based upon having the Statement of Reasonable Fees and Cost served upon Plaintiffs just 24-hours ago, 75+/- billing line items for two individuals, it is impossible for the undersigned to file a response and fully review same by July 01, 2021.

10.     Even more significantly, it is impossible for the undersigned to be able to be prepared to argue the merits of Defendants' Motion based upon the undersigned's other pending workload, which also includes depositions and trial preparation.

11.     The Plaintiffs' counsel thus requests that the deadline be continued/rescheduled to July 31, 2021 to give the Plaintiffs an adequate opportunity to respond and to be able to be prepared to object or otherwise if necessary.

12.     If this Motion is not granted, the Plaintiffs' will be severely prejudiced in their ability to defend their objections.

13.     There will be no prejudice to the Defendants if it is granted.

14.     This is the first continuance/motion to reschedule for Plaintiff.

15.     This Motion is not filed for the purpose of delay, but rather to simply give the Plaintiffs' counsel an adequate opportunity to review, analyze and assess the law with respect to the numerous issues that are new because the Defendants provided 75-/+ billing entries.

16.     The Plaintiffs' counsel has never requested a continuance/reschedule [a deadline] prior to filing this Motion.

17.     There is insufficient time for the Plaintiff to review, respond, and file objections before July 1, 2021

**WHEREFORE**, The Plaintiffs respectfully request this Court to continue the July 01, 2021 to July 31, 2021, to file its response and for all of the reasons set forth above and for all other relief that this court deems just and proper.

*Pursuant to Local Rule 7.1. I hereby certify that I have carefully examined this matter and it is an emergency action.*

　　　　　　　　　　　　　　　　　　*/s/ Diego David Valdes*
　　　　　　　　　　　　　　　　　Diego David Valdes, Esquire

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by Notice of Electronic Filing generated by CM/ECF, on Juan C. Zorilla, Esq., jzorilla@fowler-white.com, Fowler, White, Burnett, P.A., counsel for Defendants Unisource Discovery, LLC and Steven A. Cerasale, on this 18th day of June, 2021.

**DIEGO DAVID VALDES, P.A.**
2350 Coral Way, Suite
403B Miami, FL 33145
Tel: 305-910-6602
Fax: 305-513-5924

By:*/s/Diego David Valdes*
Diego David Valdes, Esq.
Florida Bar No. 251010
Email: ddvlaw@gmail.com
　　　legal@ddvlawgroup.com
Counsel for Plaintiff: Unisource Discovery, Inc.