**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:20-cv-23276-CIV-DPG**

UNISOURCE DISCOVERY, INC.,

             Plaintiff,

   v.

UNISOURCE DISCOVERY, LLC
and STEVEN A. CERASALE,

             Defendants.

_____

### PLAINTIFF, UNISOURCE DISCOVERY, INC., MOTION FOR EXTENSION OF TIME TO REPOND TO FOURTH REQUEST FOR DISCOVERY

     Plaintiff Unisource Discovery Inc., respectfully request this Court to enter an Order extending the deadline for the following, and as grounds thereof, states as follows:

     1.     The Plaintiff respectfully requests this Court extend the discovery deadline for the following discovery that was due on June 11, 2021, to wit:

     a.     Fourth Request for Production of Documents;

     b.     Fourth Set of Interrogatories; and

     c.     Third Request for Admissions

     2.     The undersigned's workload, which also includes depositions and trial preparation, has been very hectic latterly.

     3.     The Plaintiffs' counsel thus requests that the deadline be continued to June 30, 2021, to give the Plaintiff an adequate opportunity to respond and to be able to be prepared to object or otherwise if necessary.

4.      If this Motion is not granted, the Plaintiff  will be severely prejudiced in their ability to defend their objections.

5.      There will be no prejudice to the Defendants if it is granted.

6.      Plaintiff attempted to confer with Defendants for this extension of time but was not granted, as requested.

**WHEREFORE**, The Plaintiff respectfully request this Court for an extension of time to June 30, 2021, to file its responses for the Fourth round of discovery as set forth above and for all other relief that this court deems just and proper.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by Notice of Electronic Filing generated by CM/ECF, on Juan C. Zorilla, Esq., jzorilla@fowler-white.com, Fowler, White, Burnett, P.A., counsel for Defendants Unisource Discovery, LLC and Steven A. Cerasale, on this 22nd day of June, 2021.

**DIEGO DAVID VALDES, P.A.**
2350 Coral Way,
Suite 403B Miami,
FL 33145
Tel: 305-910-6602
Fax: 305-513-5924

By:*/s/Diego David Valdes*
Diego David Valdes, Esq.
Florida Bar No. 251010
Email: ddvlaw@gmail.com
            legal@ddvlawgroup.com
Counsel for Plaintiff: Unisource Discovery, Inc.

3