**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 20-23276-CIV-GAYLES/OTAZO-REYES**

UNISOURCE DISCOVERY, INC.,

     Plaintiff,

v.

UNISOURCE DISCOVERY, LLC
and STEVEN A. CERASALE,

     Defendants.

_____/

## **ORDER**

THIS CAUSE came before the Court upon the following submissions:

1. Defendants Unisource Discovery, LLC and Steven A. Cerasale's (together, "Defendants") Corrected Notice of Telephonic Hearing (hereafter, "Notice") [D.E. 125]; and

2. Plaintiff Unisource Discovery, Inc.'s ("Plaintiff") Cross-Notice of Hearing [D.E. 127].

These matters were referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Darrin P. Gayles, United States District Judge [D.E. 20].  The undersigned held a hearing on these matters on June 23, 2021 (hereafter, "Hearing").  In accordance with the undersigned's rulings at the Hearing, it is

ORDERED AND ADJUDGED as follows:

1.     With respect to Defendants' Notice [D.E. 125]:

    a.  Plaintiff shall serve its verified answer to Defendants' Third Set of Interrogatories by **June 29, 2021**, before Plaintiff's deposition.

    b.  Plaintiff shall withdraw the subpoenas to Non-parties listed in the Notice, without prejudice.

2.   With respect to Plaintiff's Cross-Notice [D.E. 127]:

a.   The parties shall meet and confer regarding Plaintiff's First Request for Admissions, First Set of Interrogatories, and First Request for Production by **June 25, 2021**.

b.   Following the parties' meet and confer session, Plaintiff shall file an Amended Notice identifying those issues which the parties were unable to resolve.  The undersigned will address Plaintiff's Amended Notice via telephonic hearing on **June 28, 2021** at **1:30 p.m.**

c.   The dialing instructions for the hearing are as follows: ten minutes before hearing is scheduled to commence, counsel shall call the conference number 1-888-684-8852, enter access code 4791317 and security code 0628, and then wait for the case to be called.

DONE AND ORDERED in Chambers at Miami, Florida, this 23rd day of June, 2021.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:   United States District Judge Darrin P. Gayles
Counsel of Record