**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:20-cv-23276-CIV-DPG**

UNISOURCE DISCOVERY, INC.,

          Plaintiff,

   v.

UNISOURCE DISCOVERY, LLC
and STEVEN A. CERASALE,

          Defendants.

_____

**AMENDED NOTICE OF HEARING**

**YOU ARE HEREBY NOTIFIED** that, the following Discovery Disputes will be called for hearing on the **June 28, 2021** at **1:30 p.m.**:

**TO COMPEL DEFENDANTS' DISCOVERY RESPONSE TO FIRST SET OF INTERROGATORIES, FIRST REQUEST FOR ADMISSIONS AND FIRST REQUEST FOR PRODUCTION**, before the Honorable Alicia M. Otazo-Reyes regarding the following discovery matters as outlined in the Order [DE 132].

**As ORDERED AND ADJUDGED:**

1. Plaintiff served its verified answer to Defendants' Third Set of Interrogatories on June 23, 2021 and a supplemental attachment on June 27, 2021 and filed Notice of Compliance [DE 131].

2. Plaintiff has withdrawn the Non-Party subpoenas and served Defendants with Notice of Withdrawal of Subpoenas on June 25, 2021.

3. Plaintiff met with Defendants and held a conferral on June 25, 2021, regarding Plaintiff's Frist Request for Admissions, First Set of Interrogatories, and First

Request for Production.

4. Plaintiff and Defendants counsel conferral was positive and many items that were under dispute, were agreed.

5. Plaintiff still has not been able to obtain important items under discovery, due to ongoing objections from Defendants and non-responsive answers, which remain pending.

6. Plaintiff hereby files this Amended Notice of Hearing and has submitted to the Court the list of items that the parties still have pending, as requested under Order [DE 132].

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3), the undersigned certifies the counsel for Plaintiffs has attempted to work in good-faith with Defendant's counsel, on numerous occasions, to confer and reach a resolution to the multiple objections raised by Defendants to Plaintiffs First Set of Interrogatories and First Request for Production.  Even though both Plaintiff and Defendants counsels have made every effort to resolve these issues, there are still some items that Defendants have continued to avoid, delay and dismiss by not producing under these discovery requests. Given the urgency in the discovery timetable drawing near, Plaintiffs request that this Court assist with pending discovery.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by Notice of Electronic Filing generated by CM/ECF, on Juan C. Zorilla, Esq., jzorilla@fowler-white.com, Fowler, White, Burnett, P.A., counsel for Defendants Unisource Discovery, LLC and Steven A. Cerasale, on this 27th day of June, 2021.

**DIEGO DAVID VALDES, P.A.**
2350 Coral Way, Suite
403B Miami, FL 33145
Tel: 305-910-6602
Fax: 305-513-5924

By:*/s/Diego David Valdes*
Diego David Valdes, Esq.
Florida Bar No. 251010
Email: ddvlaw@gmail.com
          legal@ddvlawgroup.com
Counsel for Plaintiff: Unisource Discovery, Inc.