**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:20-cv-23276-GAYLES/OTAZO-REYES**

**UNISOURCE DISCOVERY, INC.**,

     Plaintiff,

v.

**UNISOURCE DISCOVERY, LLC, a
California Limited Liability Company, and
STEVEN A. CERASALE, individually**,

     Defendants.

_____/

**<u>ORDER</u>**

**THIS CAUSE** comes before the Court following the post-mediation Telephonic Status Conference held at 10:00 A.M. on July 7, 2021 [ECF No. 94]. During the Telephonic Status Conference, the Court discussed with the parties their failure to comply with the conferral requirements mandated by the Local Rules and this Court's orders. Additionally, the parties failed to mediate by April 2, 2021, as required by the Court's Scheduling Order Setting Civil Trial Date and Pretrial Schedule, Requiring Mediation, and Referring Certain Motions to Magistrate Judge. [ECF No. 33]. Based thereon, it is

**ORDERED AND ADJUDGED** as follows:

1.    Plaintiff Unisource Discovery, Inc., and Defendants Unisource Discovery, LLC, and Steven A. Cerasale shall complete mediation on or before **August 9, 2021**. If the parties are unable to agree to a mediator, a written notice shall be filed with the Court as to the dispute. The Court shall then select a mediator.

2.       Counsel for Plaintiff and Defendants shall attend a standing conferral call **every Friday at 4:00 P.M.** to address any issues or motions that may arise. Defendants' counsel shall initiate the conferral call. If a conflict arises, the parties may agree to reschedule the conferral call at an earlier date during the week; however, the change in date and time shall be memorialized in writing. If Defendants' counsel fails to initiate the conferral call or if Plaintiff's counsel fails to answer or confer, the opposing side shall file a written notice with the Court informing it of such.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 7th day of July, 2021.

_____

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

cc:     Magistrate Judge Otazo-Reyes
       All Counsel of Record