**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 20-23276-CIV-GAYLES/OTAZO-REYES**

UNISOURCE DISCOVERY, INC.,

     Plaintiff,

v.

UNISOURCE DISCOVERY, LLC
and STEVEN A. CERASALE,

     Defendants.

_____/

**ORDER**

     THIS CAUSE came before the Court upon Defendants Unisource Discovery, LLC and Steven A. Cerasale's (together, "Defendants") Statement of Reasonable Attorney's Fees (hereafter, "Statement") [D.E. 119], pursuant to the undersigned's Order on discovery sanctions [D.E. 118].

     In their Statement, Defendants request a total fee award of $12,082.00 comprised of the following:

| Timekeeper | Hours | Discounted Rate ($/hour) | Total ($) |
|---|---|---|---|
| Attorney Victor M. Velarde ("Attorney Velarde") | 45.30 | 210.00 | 9,513.00 |
| Attorney Lauren N. Alvarez ("Attorney Alvarez") | 14.68 | 175.00 | 2,569.00 |
| Requested Total | 59.98 | | $12,082.00 |

See Statement [D.E. 119 at 2–4]; Ex. 1 to Statement [D.E. 119-1]. Plaintiff Unisource Discovery, Inc. ("Plaintiff") challenges the reasonableness of the hours expended by both timekeepers, but

only challenges the reasonableness of Attorney Alvarez's discounted hourly rate.  See Plaintiff's Response and Objections to the Statement (hereafter, "Response") [D.E. 136].

"A reasonable award of attorney's fees is calculated using the lodestar method, which requires the court to multiply the reasonable hours expended by a reasonable hourly rate."  Gary Brown & Assocs., Inc. v. Ashdon, Inc., No. 05-CV-80359, 2006 WL 8435138, at *1 (S.D. Fla. 2006) (citing Hensley v. Eckerhart, 461 U.S. 424, 433 (1983)).  "[T]he Court is an expert on the issues of the prevailing market's reasonable hourly rates for similar work and hours expended." Learning Connections, Inc. v. Kaufman, Englett & Lynd, PLLC, No. 11-CV-368, 2012 WL 13102412, at *4 (M.D. Fla. 2012) (citing Norman v. Housing Auth. of the City Montgomery, 836 F.2d 1292, 1303 (11th Cir. 1988)).

Having reviewed Defendants' Statement and Plaintiff's Response, and applying her own knowledge and expertise, the undersigned finds that only the time expended by Attorney Velarde is reasonable as a discovery sanction for the tasks comprised by the undersigned's Order [D.E. 118].  As noted above, Plaintiff does not challenge Attorney Velarde's discounted hourly rate, which the undersigned also finds to be reasonable.  Therefore, it is

ORDERED AND ADJUDGED that Defendants SHALL RECOVER from Plaintiff the amount of **$9,513.00**, as a discovery sanction, pursuant to the undersigned's Order [D.E. 118].

DONE AND ORDERED in Chambers at Miami, Florida, this 22nd day of July, 2021.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:     United States District Judge Darrin P. Gayles
        Counsel of Record

2