**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-CIV-23276-DPG**

UNISOURCE DISCOVERY, INC.

     Plaintiff,

v.

UNISOURCE DISCOVERY, LLC, a
California limited liability company, and
STEVEN A. CERASALE, individually,

     Defendants.

---

**UNOPPOSED MOTION FOR 14-DAY EXTENSION OF TIME**
**TO FILE RESPONSE IN OPPOSITION TO PLAINTIFF'S**
**EX PARTE AMENDED MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Rule 6(b), Fed. R. Civ. P., Defendants, Unisource Discovery, LLC and Steven

A. Cerasale, by and through their undersigned counsel, move for an unopposed 14-day extension

of time to serve and file their response to Plaintiff, Unisource Discovery, Inc.'s *Ex Parte* Amended

Motion for Preliminary Injunction (DE 139) and, as "good cause" for the requested extension,

respectfully submits the following:

1.     Plaintiff filed its *Ex Parte* Amended Motion for Preliminary Injunction (the

"Motion") on July 12, 2021. Defendants' response, therefore, is currenlty due July 26, 2021.

2.     Plaintiff's Motion is based upon Plaintiff's proposed Amended Complaint.

Specifically, Plaintiff's Motion is based upon new allegations found in its proposed Amended

Complaint and seeks an injunction against the new party that Plaintiff is requesting the Court to

bring into this litigation (i.e., Equicopy, Inc.).

3.     The Court has not granted Plaintiff leave to file its proposed Amended Complaint,

which is the basis of the Motion.

4.      On July 23, 2021, the Court scheduled a hearing on Plaintiff's Motion for Leave to File Amended Complaint for August 12, 2021.

5.      Moreover, Defendants served Plaintiffs with a set of discovery requests that are, in part, based upon some of the new allegations in Plaintiff's Amended Complaint.

6.      On June 23, 2021, Plaintiff served materially incomplete responses to Defendants' latest set of discovery requests and raised numerous objections.

7.      The undersigned was finally able to confer with Plaintiff's counsel regarding Plaintiff's incomplete discovery responses and objections on July 16, 2021.

8.      On July 16, the parties agreed that Plaintiff would withdraw all its discovery objections to the latest set of discovery requests and would provide a complete response (without objection) by 5:00 p.m. on July 23, 2021.

9.      Shortly after 4:00 p.m. on July 23, 2021, Plaintiff's counsel requested another extension of time to serve Plaintiff's responses to Defendants' most recent set of discovery requests, this time until July 28, 2021. Defendants agreed to this additional extension in light of Plaintiff's agreement to the 14-day extension requested in this Motion.

10.     Defendants anticipate that Plaintiff's responses to the most recent discovery requests will inform Defendants' Response to Plaintiff's Motion (DE 139).

11.     Defendants, therefore, respectfully request a 14-day extension of time to serve their Response in Opposition to Plaintiff's Motion (DE 139). The additional time will allow Plaintiff the

CASE NO. CACE-20-007982 (07)

time it requested to provide complete response to pending discovery requests and will also allow Defendant time to review those responses before preparing their Repsonse to the Motion.[1]

12.     Before filing this Motion, the undersigned conferred with counsel for Plaintiff regarding the requested 14-day extension of time. Plaintiff's counsel confirmed that the requested 14-day extension of time is unopposed.

13.     Allowing Defendants the requested extension of time, therefore, would not prejudice any party and would serve the interests of justice. This is especially true in light of the fact that the Court has not yet ruled upon Plaintiff's motion for leave to file Plaintiff's proposed Amended Complaint (which is the basis of Plaintiff's *Ex Parte* Amended Motion for Preliminary Injunction).

For the foregoing reasons, Defendants, Unisource Discovery, LLC and Steven A. Cerasale, respectfully request the Court to extend the time to file a response to the *Ex Parte* Amended Motion for Preliminary Injunction (DE 139) by 14 days, (i.e., until August 9, 2021) and for such further relief as the Court deems just and appropriate under the circumstances.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Counsel for Defendants has conferred with counsel for Plaintiff in a good faith effort to resolve the issues raised in this Motion. Counsel for Plaintiff confirmed that Plaintiff has no objection to the requested relief.

---

[1] Defendants respectfully submit that Plaintiff's *Ex Parte* Amended Motion for Preliminary Injunction (which is based upon Plaintiff's proposed Amended Complaint) is not ripe for consideration and should not have been filed until after the Court rules on Plaintiff's motion for leave to file its Amended Complaint. However, out of an abundance of caution, Defendants are requesting a 14-day extension of time to respond to the *Ex Parte* Amended Motion for Preliminary Injunction. Plaintiff does not oppose the requested extension.

CASE NO. CACE-20-007982 (07)

Respectfully submitted,

/s/ Victor M. Velarde
Juan C. Zorrilla
Fla. Bar No. 381403
Email: jzorrilla@fowler-white.com
Victor M. Velarde
Fla. Bar No. 105620
Email: vvelarde@fowler-white.com

FOWLER WHITE BURNETT, P.A.
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone:   (305) 789-9200
Facsimile:   (305) 789-9201

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by Notice of Electronic Filing generated by CM/ECF, on July 23, 2021, on all counsel or parties of record on the Service List below.

/s/ Victor M. Velarde
Victor M. Velarde

| SERVICE LIST | |
|---|---|
| *Unisource Discovery, Inc. v. Unisource Discovery, LLC and Steven A. Cerasale*<br>**Case No. 20-CIV-23276-DPG** | |
| Diego David Valdes, Esq.<br>Fla. Bar No. 251010<br>Diego David Valdes, P.A.<br>2350 Coral Way, Suite 403B<br>Coral Gables, Florida 33145<br>Telephone: (305) 910-6602<br>Facsimile: (305) 513-5924<br>E-mail: ddvlaw@gmail.com<br><br>*Counsel for Plaintiff, Unisource Discovery, Inc.* | |