**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-CIV-23276-DPG**

UNISOURCE DISCOVERY, INC.

      Plaintiff,

v.

UNISOURCE    DISCOVERY,    LLC,    a
California  limited  liability  company,  and
STEVEN A. CERASALE, individually,

      Defendants.

---

## NOTICE OF TELEPHONIC HEARING

Pursuant to the Court's Scheduling Order Setting Civil Trial Date (DE 33), Defendants,

Unisource Discovery, LLC and Steven A. Cerasale, hereby file their notice of the telephonic

hearing on **August 23, 2021** at **3:30 p.m.**, before the Honorable Alicia M. Otazo-Reyes

regarding the following discovery matters:

1)     Compel Plaintiff to comply with its agreement to withdraw objections, provide complete responses, and produce documents responsive to Fourth Request for Production of Documents;

2)     Compel Plaintiff to comply with its agreement to withdraw objections and provide complete responses to Fourth Set of Interrogatories;

3)     Compel Plaintiff to comply with its agreement to withdraw objections and provide complete responses to Third Request for Admission; and

4)     Alternatively, to overrule objections and compel complete responses to Fourth Request for Production of Documents, Fourth Set of Interrogatories, and Third Request for Admission.

## BRIEF DESCRIPTION OF DISCOVERY MATTERS

On June 23, 2021, Plaintiff served its responses to Defendant's Fourth Set of Interrogatories, Fourth Request for Production of Documents, and Third Request for Admissions. The responses included numerous incomplete answers, evasive responses, and meritless objections. Additionally, Plaintiff did not produce a single responsive document.

After several unsuccessful attempts to confer, counsel for the parties finally conferred on July 23, 2021. After conferral, Plaintiff agreed to "withdraw the objections and provide full responses to the latest round of discovery requests (i.e., Defendants' Third Request for Admissions; Fourth Set of Interrogatories; Fourth Request for Production of Documents)" by July 28, 2021.[1] *See* Emails Between Counsel (Exhibit "1" hereto) at p. 1.

July 28, 2021 came and went, and Plaintiff did not amend any of its discovery responses and did not produce a single responsive document.

On July 30, 2021, the undersigned conferred with Plaintiff's counsel regarding Plaintiff's failure to comply with its agreement regarding the discovery requests. Plaintiff (through counsel) did not request additional time to comply and, instead, confirmed that Plaintiff "just wants to litigate."

Defendants, therefore, respectfully request the Court to compel Plaintiff to comply with its agreement to withdraw all objections, provide complete responses, and produce documents responsive to Defendants' Fourth Request for Production, Fourth Set of Interrogatories, and Third Request for Admissions.

Alternatively, Defendants respectfully request the Court to overrule Plaintiff's objections and compel complete responses and production of responsive documents.

---

[1] Based upon Plaintiff's agreement to provide complete responses, Defendants filed an Unopposed Motion for 14-Day Extension of Time to Respond to Plaintiff's Ex Parte Motion for Preliminary Injunction (DE 143), which the Court granted (DE 144).

## <u>CERTIFICATE OF GOOD FAITH CONFERENCE</u>

Pursuant to the Court's Order (DE 33) and Local Rule 7.1(a)(3), the undersigned certifies that counsel for Defendants conferred with Plaintiff's counsel regarding the issues set forth in this Notice of Telephonic Hearing and reached an agreement resolving the issues, which Plaintiff thereafter reneged on and does not intend to comply with. Specifically, counsel for the parties conferred on July 23, 2021, and Plaintiff agreed to "withdraw the objections and provide full responses to the latest round of discovery requests (i.e., Defendants' Third Request for Admissions; Fourth Set of Interrogatories; Fourth Request for Production of Documents)" by July 28, 2021. *See* Emails Between Counsel (Exhibit "1" hereto) at p. 1.

When Plaintiff did not comply with its agreement, the undersigned and Plaintiff's counsel again conferred on July 30, 2021, wherein Plaintiff's counsel did not request additional time to comply and, instead, confirmed that Plaintiff "just wants to litigate."

Respectfully submitted,

/s/ Victor M. Velarde
Juan C. Zorrilla
Fla. Bar No. 381403
Email: jzorrilla@fowler-white.com
Victor M. Velarde
Fla. Bar No. 105620
Email: vvelarde@fowler-white.com

FOWLER WHITE BURNETT, P.A.
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone:    (305) 789-9200
Facsimile:    (305) 789-9201

*Counsel for Defendants*

CASE NO. 20-CIV-23276-DPG

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by Notice of Electronic Filing generated by CM/ECF, on August 3, 2021, on all counsel or parties of record on the Service List below.

 /s/ Victor M. Velarde
Victor M. Velarde
Fla. Bar No. 105620

| <u>SERVICE LIST</u><br>*Unisource Discovery, Inc. v. Unisource Discovery, LLC and Steven A. Cerasale*<br>**Case No. 20-CIV-23276-DPG** | |
| --- | --- |
| Diego David Valdes, Esq.<br>Fla. Bar No. 251010<br>Diego David Valdes, P.A.<br>2350 Coral Way, Suite 403B<br>Coral Gables, Florida 33145<br>Telephone: (305) 910-6602<br>Facsimile: (305) 513-5924<br>E-mail: ddvlaw@gmail.com<br><br>*Counsel for Plaintiff, Unisource Discovery, Inc.* | |

4