## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CIV-23276-DPG

UNISOURCE DISCOVERY, INC.

    Plaintiffs,

v.

UNISOURCE DISCOVERY, LLC, a
California limited liability company, and
STEVEN A. CERASALE, individually

    Defendant.

### CROSS-NOTICE OF HEARING [DE 146]

**YOU ARE HEREBY NOTIFIED** that, the following Discovery Issues will be called for hearing on the above cause on **August 23, 2021** at **3:30 p.m** **[DE 146]** before the Honorable Alicia M. Otazo-Reyes, and Plaintiffs request this Cross-Notice of Hearing regarding Defendants continued discovery violations and objections:

Pursuant to Local Rule 7.1(a)(3)(B), we hereby certify that counsel for the movant has made reasonable efforts to confer with all parties and non-parties who may be affected by the relief sought in the motion but has been unable to do so. The reasonable efforts made were specifically as follows:

1. The Defendants have objected, and refusing to change their position after conferring, to all Plaintiffs' questions found in Plaintiff's First Set of Interrogatories discovery served on April 2, 2021;

1

2. The Defendants have objected, and refusing to change their position after conferring, to <u>all</u> Plaintiffs' requests found in Plaintiffs First Request for Production served on April 2, 2021;

3. To no avail, the Plaintiff has attempted on numerous occasions to confer with Defendants to resolve these discovery disputes prior to brining same before this Court.  Plaintiff's efforts have been met to absolute resistance.  Specifically, the Plaintiff have now conferred multiple times, including every Friday at 4 pm as so Ordered by this Court, and nonetheless the Defendants continued their blanket objections; and

4. To date, Plaintiff has not received any documents [not a single piece of paper from request for production -- actually requested] as per Plaintiff's production of documents and, therefore, Plaintiff requires this Court's intervention.

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by Notice of Electronic Filing generated by CM/ECF, on Juan C. Zorilla, Esq., jzorilla@fowler-white.com, Fowler, White, Burnett, P.A., counsel for Defendants Unisource Discovery, LLC and Steven A. Cerasale, on this 13th day of August, 2021.

**DIEGO DAVID VALDES, P.A.**
2350 Coral Way, Suite
403B Miami, FL 33145
Tel: 305-910-6602
Fax: 305-513-5924

By:*/s/Diego David Valdes*
Diego David Valdes, Esq.
Florida Bar No. 251010
Email: ddvlaw@gmail.com
         legal@ddvlawgroup.com
Counsel for Plaintiff: Unisource Discovery, Inc.

2

3

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1stAve., Suite 2702, Miami, FL 33128, Telephone (305) 349-7175; TDD (305) 349-7174, Fax (305) 349-7355 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**