THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNISOURCE DISCOVERY, INC.                         Case No.:  1:20-cv-23276-DPG

      Plaintiffs,

v.

UNISOURCE DISCOVERY, LLC, a
California Limited Liability Company
and STEVEN A. CERASALE, individually,

Defendants.

---

### PLAINTIFF UNISOURCE DISCOVERY, INC UNCONTESTED MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE ITS RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT [DE 151]

Plaintiff, Unisource Discovery Inc. a Florida Corporation ("Plaintiff"), respectfully moves this Court, pursuant to Fed. R. Civ. P. 7 for entry of the attached Order extending the time for the Plaintiff to file its Response to the Motion for Summary Judgement [DE 151] (the "Motion") filed by Defendants, Unisource Discovery LLC (hereinafter "UNI-CA" or "Defendant"), a California Limited Liability Company, and Steven Cerasale, (hereinafter "CERASALE").

For its reasons, the Plaintiff relies upon the following:

1. Plaintiffs' counsel is a small law firm and due to extensive scheduling with other cases, it requires additional time to prepare and submit a Response to Defendants Motion for Summary Judgement.

2. This case has been heavily litigated and Plaintiff simply requires additional time to fully response to Defendants Motion for Summary Judgement [DE 151].

## **Statement of Compliance with Local Rule 7.1**

Pursuant to Local Rule 7.1, Plaintiff discussed this motion with Defendants' counsel for this extension request and the Defendants did not respond and therefore takes no position and does not contest.

Wherefore, Plaintiff respectfully requests the entry of the attached Order granting the Plaintiff an extension of time to September 10, 2021, for the filing of its Response to Defendants Motion for Summary Judgement [DE 151].

## **CERTIFICATE OF SERVICE**

I hereby certify that this notice was served via the CM/ECF Court E-Filing Portal on this 21st day of August, 2021 upon: Juan C. Zorilla, Esq., jzorilla@fowler-white.com, Fowler, White, Burnett, P.A., Counsel for Unisource Discovery, LLC and Steven A. Cerasale.

**DIEGO DAVID VALDES, P.A.**
2350 Coral Way, Suite 403B
Miami, FL 33145
Tel: 305-910-6602
Fax: 305-513-5924

By: */s/ Diego David Valdes*

Diego David Valdes, Esq.
Florida State Bar No.: 251010

Email: ddvlaw@gmail.com
ddv@ddvlawgroup.com
Attorney for Plaintiff:
Unisource Discovery, Inc.