Exhibit "A"

United State Patent and Trademark Office

Filing 10/16/2008

United States Patent and Trademark Office

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA. 22313-1451
If Undeliverable Return in Ten Days

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

**AN EQUAL OPPORTUNITY EMPLOYER**

3634516          77594059          06/09/09

UNISOURCE DISCOVERY
5810 BISCAYNE BLVD.
MIAMI, FL 33137



## CERTIFICATE OF REGISTRATION
### PRINCIPAL REGISTER

*The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.*

*The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office; that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Director of the United States Patent and Trademark Office; and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.*

*A copy of the Mark and pertinent data from the application are part of this certificate.*

*To avoid CANCELLATION of the registration, the owner of the registration must submit a declaration of continued use or excusable non-use between the fifth and sixth years after the registration date. (See next page for more information.) Assuming such a declaration is properly filed, the registration will remain in force for ten (10) years, unless terminated by an order of the Commissioner for Trademarks or a federal court. (See next page for information on maintenance requirements for successive ten-year periods.)*



*John Doll*

*Acting Director of the United States Patent and Trademark Office*

Int. Cl.: 45

Prior U.S. Cls.: 100 and 101

Reg. No. 3,634,516

## United States Patent and Trademark Office

Registered June 9, 2009

### SERVICE MARK
### PRINCIPAL REGISTER

**UNISOURCE**
DISCOVERY
DIGITAL DOCUMENT RETRIEVAL

UNISOURCE DISCOVERY (FLORIDA COR-
  PORATION)
5810 BISCAYNE BLVD.
MIAMI, FL 33137

FOR: LEGAL RESEARCH, IN CLASS 45 (U.S. CLS.
100 AND 101).

FIRST USE 3-1-2001; IN COMMERCE 3-1-2001.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "DISCOVERY DIGITAL DOCU-
MENT RETRIEVAL", APART FROM THE MARK
AS SHOWN.

THE MARK CONSISTS OF THE STYLIZED
WORD "UNISOURCE" REVERSED OUT ON A
SHADED RECTANGLE, WITH THE STYLIZED
WORD "DISCOVERY" BELOW IT AND THE STY-
LIZED WORDING "DIGITAL DOCUMENT RE-
TRIEVAL" BELOW THAT.

SER. NO. 77-594,059, FILED 10-16-2008.

STEPHEN AQUILA, EXAMINING ATTORNEY

1/20/2021                                                      Trademark Status & Document Retrieval

**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

| STATUS | DOCUMENTS | MAINTENANCE | | Back to Search | Print |
| --- | --- | --- | --- | --- | --- |

| | |
| --- | --- |
| **Generated on:** | This page was generated by TSDR on 2021-01-20 17:10:00 EST |
| **Mark:** | UNISOURCE DISCOVERY DIGITAL DOCUMENT RETRIEVAL |

UNISOURCE
DISCOVERY
DIGITAL DOCUMENT RETRIEVAL

| | | | |
| --- | --- | --- | --- |
| **US Serial Number:** | 77594059 | **Application Filing Date:** | Oct. 16, 2008 |
| **US Registration Number:** | 3634516 | **Registration Date:** | Jun. 09, 2009 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Offic

| | |
| --- | --- |
| **Status:** | The registration has been renewed. |
| **Status Date:** | Apr. 05, 2019 |
| **Publication Date:** | Mar. 24, 2009 |

## Mark Information

## Goods and Services

## Basis Information (Case Level)

## Current Owner(s) Information

## Attorney/Correspondence Information

## Prosecution History

## TM Staff and Location Information

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

Privacy - Terms

Trademark Status & Document Retrieval

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2008)

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

Serial Number: 77594059
Filing Date: 10/16/2008

*NOTE: Data fields with the* **\*** *are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| **\*MARK** | \\TICRS\EXPORT4\IMAGEOUT4 \775\940\77594059\xml1\FT K0002.JPG |
| **\*SPECIAL FORM** | YES |
| **USPTO-GENERATED IMAGE** | NO |
| **LITERAL ELEMENT** | Unisource Discovery Digital Document Retrieval |
| **\*COLOR MARK** | NO |
| **\*COLOR(S) CLAIMED** (If applicable) | |
| **\*DESCRIPTION OF THE MARK** (and Color Location, if applicable) | The mark consists of the stylized text "Unisource Discovery Digital Document Retrieval". |
| **PIXEL COUNT ACCEPTABLE** | YES |
| **PIXEL COUNT** | 664 x 300 |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| **\*OWNER OF MARK** | Unisource Discovery |
| **\*STREET** | 5810 Biscayne Blvd. |
| **\*CITY** | Miami |
| **\*STATE** (Required for U.S. applicants) | Florida |
| **\*COUNTRY** | United States |
| **\*ZIP/POSTAL CODE** (Required for U.S. applicants only) | 33137 |
| **PHONE** | (866) 580-0002 |
| **FAX** | (866) 580-9070 |
| **EMAIL ADDRESS** | XXXX |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |

## LEGAL ENTITY INFORMATION

| | |
|---|---|
| *TYPE | CORPORATION |
| * STATE/COUNTRY OF INCORPORATION | Florida |

## GOODS AND/OR SERVICES AND BASIS INFORMATION

| | |
|---|---|
| *INTERNATIONAL CLASS | 045 |
| FIRST USE ANYWHERE DATE | At least as early as 03/01/2001 |
| FIRST USE IN COMMERCE DATE | At least as early as 03/01/2001 |
| *IDENTIFICATION | Legal research |
| *FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 03/01/2001 |
| FIRST USE IN COMMERCE DATE | At least as early as 03/01/2001 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT4\IMAGEOUT4 \775\940\77594059\xml1\FT K0003.JPG |
| SPECIMEN DESCRIPTION | Digital image of website currently used in commerce |

## ADDITIONAL STATEMENTS SECTION

| | |
|---|---|
| *TRANSLATION (if applicable) | |
| *TRANSLITERATION (if applicable) | |
| *CLAIMED PRIOR REGISTRATION (if applicable) | |
| *CONSENT (NAME/LIKENESS) (if applicable) | |
| *CONCURRENT USE CLAIM (if applicable) | |

## CORRESPONDENCE INFORMATION

| | |
|---|---|
| *NAME | Unisource Discovery |
| FIRM NAME | Unisource Discovery |
| *STREET | 5810 Biscayne Blvd. |
| *CITY | Miami |
| *STATE (Required for U.S. applicants) | Florida |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE | 33137 |
| PHONE | (866) 580-0002 |
| FAX | (866) 580-9070 |
| *EMAIL ADDRESS | nmijares@unisourcediscovery.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

## FEE INFORMATION

| | |
|---|---|
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 275 |
| *TOTAL FEE PAID | |

| *TOTAL FEE PAID | 275 |
|---|---|
| **SIGNATURE INFORMATION** | |
| * SIGNATURE | /Noel Mijares/ "President" |
| * SIGNATORY'S NAME | Noel Mijares |
| * SIGNATORY'S POSITION | Authorized Signatory |
| * DATE SIGNED | 10/15/2008 |

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2008)

**Trademark/Service Mark Application, Principal Register**

**TEAS Plus Application**

**Serial Number: 77594059**
**Filing Date: 10/16/2008**

## To the Commissioner for Trademarks:

**MARK:** Unisource Discovery Digital Document Retrieval (stylized and/or with design, see mark)

The literal element of the mark consists of Unisource Discovery Digital Document Retrieval.
The mark consists of the stylized text "Unisource Discovery Digital Document Retrieval".
The applicant, Unisource Discovery, a corporation of Florida, having an address of
    5810 Biscayne Blvd.
    Miami, Florida 33137
    United States
requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

**For specific filing basis information for each item, you must view the display within the Input Table.**
    International Class 045:  Legal research

Use in Commerce: The applicant is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, or the applicant's predecessor in interest used the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended.

In International Class 045, the mark was first used at least as early as 03/01/2001, and first used in commerce at least as early as 03/01/2001, and is now in use in such commerce. The applicant is submitting one specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) Digital image of website currently used in commerce.
Specimen File1

Correspondence Information: Unisource Discovery
                5810 Biscayne Blvd.
                Miami, Florida 33137
                (866) 580-0002(phone)
                (866) 580-9070(fax)
                nmijares@unisourcediscovery.com (authorized)

A fee payment in the amount of $275 has been submitted with the application, representing payment for 1 class(es).

### Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /Noel Mijares/ "President"   Date Signed: 10/15/2008

Signatory's Name: Noel Mijares
Signatory's Position: Authorized Signatory


RAM Sale Number: 7609
RAM Accounting Date: 10/16/2008

Serial Number: 77594059
Internet Transmission Date: Thu Oct 16 13:31:16 EDT 2008
TEAS Stamp: USPTO/FTK-XXX.XX.XX.XX-20081016133116162
550-77594059-40085ca07fa953d0bc8bb82d06d
1e7b27-DA-7609-20081015194646688513

# UNISOURCE

## DISCOVERY

### DIGITAL DOCUMENT RETRIEVAL





# UNISOURCE

## DISCOVERY

### DIGITAL DOCUMENT RETRIEVAL

| | |
|---|---|
| **From:** | TMDesignCodeComments |
| **Sent:** | Tuesday, October 21, 2008 00:20 AM |
| **To:** | nmijares@unisourcediscovery.com |
| **Subject:** | Notice of Design Search Code and Pseudo Mark for Serial Number: 77594059 |

**ATTORNEY REFERENCE NUMBER:**

The USPTO may assign design search codes and/or pseudo marks, as appropriate, to new applications and renewed registrations to assist in searching the USPTO database for conflicting marks.  They have no legal significance and will not appear on the registration certificate.

DESIGN SEARCH CODES are numerical codes assigned to figurative, non-textual elements found in marks.  For example, if your mark contains the design of a flower, design search code 05.05 would be assigned to your application.  Design search codes are described on Internet Web page http://www.uspto.gov/tmdb/dscm/index.html.

A PSEUDO MARK may be assigned to marks that include words, numbers, compound words, symbols, or acronyms that can have alternative spellings or meanings.  For example, if the mark comprises the words 'YOU ARE' surrounded by a design of a box, the pseudo mark field in the USPTO database would display the mark as 'YOU ARE SQUARE'.  A mark filed as 'URGR8' would receive a pseudo mark of 'YOU ARE GREAT'.

Response to this notice is not required; however, to suggest additions or changes to the design search code(s) or pseudo mark assigned to your mark, please e-mail TMDesignCodeComments@USPTO.GOV.  You **must** reference your application serial number within your request.  The USPTO will review the proposal and update the record, if appropriate.  For questions, please call 1-800-786-9199 to speak to a Customer Service representative.

The USPTO will not send any further response to your e-mail.  Check TESS in approximately two weeks to see if the requested changes have been entered.  Requests deemed unnecessary or inappropriate will not be entered.

**Design search codes and pseudo marks assigned to the referenced serial number are listed below.**
**DESIGN SEARCH CODES:**

26.11.21 - Rectangles that are completely or partially shaded

**PSEUDO MARK:**

UNI SOURCE DISCOVERY DIGITAL DOCUMENT RETRIEVAL

## Trademark Snap Shot Publication & Issue Review Stylesheet
(Table presents the data on Publication & Issue Review Complete)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 77594059 | FILING DATE | 10/16/2008 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | SERVICE MARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | AQUILA, STEPHEN DAVID | L.O. ASSIGNED | 113 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 02/18/2009 |
| PUB DATE | 03/24/2009 |
| STATUS | 681-PUBLICATION/ISSUE REVIEW COMPLETE |
| STATUS DATE | 02/17/2009 |
| LITERAL MARK ELEMENT | UNISOURCE DISCOVERY DIGITAL DOCUMENT RETRIEVAL |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | YES | 1 (a) | YES | 1 (a) | NO |
| 1 (b) | NO | 1 (b) | NO | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | NO |
| LITERAL MARK ELEMENT | UNISOURCE DISCOVERY DIGITAL DOCUMENT RETRIEVAL |
| MARK DRAWING CODE | 3-AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/LETTER(S)/NUMBER(S) |
| COLOR DRAWING FLAG | NO |

### CURRENT OWNER INFORMATION

| PARTY TYPE | 10-ORIGINAL APPLICANT |
|---|---|
| NAME | Unisource Discovery |
| ADDRESS | 5810 Biscayne Blvd. Miami, FL 33137 |
| ENTITY | 03-CORPORATION |
| CITIZENSHIP | Florida |

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 045 |
|---|---|
| DESCRIPTION TEXT | Legal research |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 045 | FIRST USE DATE | 03/01/2001 | FIRST USE IN COMMERCE DATE | 03/01/2001 | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|
| COLORS CLAIMED STATEMENT | Color is not claimed as a feature of the mark. |
| DISCLAIMER W/PREDETER TXT | "DISCOVERY DIGITAL DOCUMENT RETRIEVAL" |
| DESCRIPTION OF MARK | The mark consists of the stylized word "Unisource" reversed out on a shaded rectangle, with the stylized word "Discovery" below it and the stylized wording "Digital Document Retrieval" below that. |
| PSEUDO MARK | UNI SOURCE DISCOVERY DIGITAL DOCUMENT RETRIEVAL |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 02/17/2009 | PREV | O | LAW OFFICE PUBLICATION REVIEW COMPLETED | 010 |
| 02/16/2009 | ALIE | A | ASSIGNED TO LIE | 009 |
| 02/06/2009 | CNSA | O | APPROVED FOR PUB - PRINCIPAL REGISTER | 008 |
| 01/23/2009 | XAEC | I | EXAMINER'S AMENDMENT ENTERED | 007 |
| 01/23/2009 | GNEN | O | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 006 |
| 01/23/2009 | GNEA | F | EXAMINERS AMENDMENT E-MAILED | 005 |
| 01/23/2009 | CNEA | R | EXAMINERS AMENDMENT -WRITTEN | 004 |
| 01/16/2009 | DOCK | D | ASSIGNED TO EXAMINER | 003 |
| 10/21/2008 | MDSM | O | NOTICE OF DESIGN SEARCH CODE AND PSEUDO MARK MAILED | 002 |
| 10/20/2008 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | NONE |
|---|---|
| CORRESPONDENCE ADDRESS | UNISOURCE DISCOVERY 5810 BISCAYNE BLVD. MIAMI, FL 33137 |
| DOMESTIC REPRESENTATIVE | NONE |

# UNISOURCE

## DISCOVERY

### DIGITAL DOCUMENT RETRIEVAL



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451
www.uspto.gov

Mar 4, 2009

# NOTICE OF PUBLICATION UNDER 12(a)

1. Serial No.:
   77/594,059

2. Mark:
   UNISOURCE DISCOVERY DIGITAL DOCUMENT RET
   Etc. and design

3. International Class(es):
   45

4. Publication Date:
   Mar 24, 2009

5. Applicant:
   Unisource Discovery

The mark of the application identified appears to be entitled to registration. The mark will, in accordance with Section 12(a) of the Trademark Act of 1946, as amended, be published in the Official Gazette on the date indicated above for the purpose of opposition by any person who believes he will be damaged by the registration of the mark. If no opposition is filed within the time specified by Section 13(a) of the Statute or by rules 2.101 or 2.102 of the Trademark Rules, the Commissioner of Patents and Trademarks may issue a certificate of registration.

Copies of the trademark portion of the Official Gazette containing the publication of the mark may be obtained from:

The Superintendent of Documents
U.S. Government Printing Office
PO Box 371954
Pittsburgh, PA 15250-7954
Phone: 202-512-1800

By direction of the Commissioner.

PCF10B (REV 3/2005)

Int. Cl.: 45

Prior U.S. Cls.: 100 and 101

**United States Patent and Trademark Office**

Reg. No. 3,634,516

Registered June 9, 2009

## SERVICE MARK
### PRINCIPAL REGISTER



UNISOURCE DISCOVERY (FLORIDA COR-
PORATION)
5810 BISCAYNE BLVD.
MIAMI, FL 33137

FOR: LEGAL RESEARCH, IN CLASS 45 (U.S. CLS.
100 AND 101).

FIRST USE 3-1-2001; IN COMMERCE 3-1-2001.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "DISCOVERY DIGITAL DOCU-
MENT RETRIEVAL", APART FROM THE MARK
AS SHOWN.

THE MARK CONSISTS OF THE STYLIZED
WORD "UNISOURCE" REVERSED OUT ON A
SHADED RECTANGLE, WITH THE STYLIZED
WORD "DISCOVERY" BELOW IT AND THE STY-
LIZED WORDING "DIGITAL DOCUMENT RE-
TRIEVAL" BELOW THAT.

SER. NO. 77-594,059, FILED 10-16-2008.

STEPHEN AQUILA, EXAMINING ATTORNEY

PTO Form 1966 (Rev 5/2006)
OMB No. 0651-0050 (Exp. 07/31/2017)

# Voluntary Amendment

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 77594059 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 113 |
| **MARK SECTION** | |
| **MARK FILE NAME** | http://tsdr.uspto.gov/img/77594059/large |
| **LITERAL ELEMENT** | UNISOURCE DISCOVERY DIGITAL DOCUMENT RETRIEVAL |
| **STANDARD CHARACTERS** | NO |
| **USPTO-GENERATED IMAGE** | NO |
| **OWNER SECTION (current)** | |
| **NAME** | Unisource Discovery |
| **STREET** | 5810 Biscayne Blvd. |
| **CITY** | Miami |
| **STATE** | Florida |
| **ZIP/POSTAL CODE** | 33137 |
| **COUNTRY** | United States |
| **PHONE** | (866) 580-0002 |
| **FAX** | (866) 580-9070 |
| **EMAIL** | XXXX |
| **OWNER SECTION (proposed)** | |
| **NAME** | Unisource Discovery |
| **STREET** | 141 NE 3rd Avenue, 9th Floor |
| **CITY** | Miami |
| **STATE** | Florida |
| **ZIP/POSTAL CODE** | 33132 |
| **COUNTRY** | United States |
| **PHONE** | (866) 580-0002 |
| **FAX** | (866) 580-9070 |
| **EMAIL** | XXXX |
| **AUTHORIZED TO COMMUNICATE VIA E-MAIL** | Yes |
| **LEGAL ENTITY SECTION (current)** | |
| **TYPE** | corporation |
| **STATE/COUNTRY OF INCORPORATION** | Florida |

| LEGAL ENTITY SECTION (proposed) | |
|---|---|
| TYPE | corporation |
| STATE/COUNTRY OF INCORPORATION | Florida |

| CORRESPONDENCE SECTION | |
|---|---|
| ORIGINAL ADDRESS | UNISOURCE DISCOVERY<br><br>5810 BISCAYNE BLVD.<br>MIAMI<br>Florida (FL)<br>US<br>33137 |

| NEW CORRESPONDENCE SECTION | |
|---|---|
| NAME | UNISOURCE DISCOVERY |
| FIRM NAME | Unisource Discovery |
| INTERNAL ADDRESS | 141 NE 3rd Avenue |
| STREET | 9th Floor |
| CITY | MIAMI |
| STATE | Florida |
| ZIP/POSTAL CODE | 33132 |
| COUNTRY | United States |
| PHONE | (866) 580-0002 |
| FAX | (866) 580-9070 |
| EMAIL | nmijares@unisourcediscovery.com;nmijares@unisourcediscovery.com |
| AUTHORIZED EMAIL COMMUNICATION | Yes |

| SIGNATURE SECTION | |
|---|---|
| RESPONSE SIGNATURE | //Noel Mijares// |
| SIGNATORY'S NAME | Noel Mijares |
| SIGNATORY'S POSITION | President, CEO |
| SIGNATORY'S PHONE NUMBER | 305-757-5739 |
| DATE SIGNED | 04/21/2014 |
| AUTHORIZED SIGNATORY | YES |

| FILING INFORMATION SECTION | |
|---|---|
| SUBMIT DATE | Mon Apr 21 15:25:54 EDT 2014 |
| TEAS STAMP | USPTO/PRA-XXX.XXX.XXX.XXX<br>-20140421152554450184-775<br>94059-500144c3fa3aab79836<br>a2cb8425da38eced3248a5c7e<br>bd63b4f580651dbe685c-N/A-<br>N/A-20140421152048301083 |

PTO Form 1966 (Rev 5/2006)
OMB No. 0651-0050 (Exp. 07/31/2017)

## Voluntary Amendment

## To the Commissioner for Trademarks:

Application serial no. **77594059** UNISOURCE DISCOVERY DIGITAL DOCUMENT RETRIEVAL (Stylized and/or with Design, see http://tsdr.uspto.gov/img/77594059/large) has been amended as follows:

**APPLICANT AND/OR ENTITY INFORMATION**
**Applicant proposes to amend the following:**
**Current:** Unisource Discovery, a corporation of Florida, having an address of
    5810 Biscayne Blvd.
    Miami, Florida 33137
    United States

    XXXX
    (866) 580-0002
    (866) 580-9070
**Proposed:** Unisource Discovery, a corporation of Florida, having an address of
    141 NE 3rd Avenue, 9th Floor
    Miami, Florida 33132
    United States
    XXXX
    (866) 580-0002
    (866) 580-9070

**CORRESPONDENCE ADDRESS CHANGE**
Applicant proposes to amend the following:
**Current:**
UNISOURCE DISCOVERY

5810 BISCAYNE BLVD.
MIAMI
Florida (FL)
US
33137

**Proposed:**
UNISOURCE DISCOVERY of Unisource Discovery, having an address of
141 NE 3rd Avenue 9th Floor MIAMI, Florida 33132
United States
nmijares@unisourcediscovery.com;nmijares@unisourcediscovery.com
(866) 580-0002
(866) 580-9070

**SIGNATURE(S)**
**Voluntary Amendment Signature**
Signature: //Noel Mijares//    Date: 04/21/2014
Signatory's Name: Noel Mijares
Signatory's Position: President, CEO

Signatory's Phone Number: 305-757-5739

The signatory has confirmed that he/she is not represented by either an authorized attorney or Canadian attorney/agent, and that he/she is either (1) the applicant or (2) a person(s) with legal authority to bind the applicant; and if an authorized U.S. attorney or Canadian attorney/agent previously represented him/her in this matter, either he/she has filed a signed revocation of power of attorney with the USPTO or the USPTO has granted the request of his/her prior representative to withdraw.

Mailing Address:    UNISOURCE DISCOVERY
  Unisource Discovery
  141 NE 3rd Avenue
  9th Floor
  MIAMI, Florida 33132

Serial Number: 77594059
Internet Transmission Date: Mon Apr 21 15:25:54 EDT 2014
TEAS Stamp: USPTO/PRA-XXX.XXX.XXX.XXX-20140421152554
450184-77594059-500144c3fa3aab79836a2cb8
425da38eced3248a5c7ebd63b4f580651dbe685c
-N/A-N/A-20140421152048301083