# Exhibit "B"

| From: | TMOfficialNotices@USPTO.GOV |
|---|---|
| Sent: | Thursday, October 8, 2015 11:00 PM |
| To: | nmijares@unisourcediscovery.com |
| Cc: | nmijares@mijares.co |
| Subject: | Official USPTO Notice of Acceptance Section 8: U.S. Trademark RN 3634516: UNISOURCE DISCOVERY DIGITAL DOCUMENT RET etc. (Stylized/Design) |

**Serial Number:** 77594059
**Registration Number:** 3634516
**Registration Date:** Jun 9, 2009
**Mark:** UNISOURCE DISCOVERY DIGITAL DOCUMENT RET etc. (Stylized/Design)
**Owner:** Unisource Discovery

Oct 8, 2015

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

**The registration will remain in force for the class(es) listed below for the remainder of the ten-year period, calculated from the registration date, unless canceled by an order of the Commissioner for Trademarks or a Federal Court.**

**Class(es):**
045

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

## REQUIREMENTS FOR MAINTAINING REGISTRATION

**WARNING: Your registration will be canceled if you do not file the documents below during the specified time periods.**

**Requirements in the First Ten Years**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between the 9th and 10th years after the registration date. See 15 U.S.C. §§1058, 1059.

**Requirements in Successive Ten-Year Periods**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date. See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*The USPTO WILL NOT SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS. THE REGISTRANT SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To view this notice and other documents for this application on-line, go to http://tdr.uspto.gov/search.action?sn=77594059. NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

PTO Form 1563 (Rev 5/2006)
OMB No. 0651-0055 (Exp 07/31/2018)

## Declaration of Use and/or Excusable Nonuse of Mark in Commerce under Section 8

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 3634516 |
| **REGISTRATION DATE** | 06/09/2009 |
| **SERIAL NUMBER** | 77594059 |
| **MARK SECTION** | |
| **MARK** | UNISOURCE DISCOVERY DIGITAL DOCUMENT RET (stylized and/or with design) |
| **CORRESPONDENCE SECTION (current)** | |
| **NAME** | UNISOURCE DISCOVERY |
| **FIRM NAME** | Unisource Discovery |
| **INTERNAL ADDRESS** | 141 NE 3rd Avenue |
| **STREET** | 9th Floor |
| **CITY** | MIAMI |
| **STATE** | Florida |
| **POSTAL CODE** | 33132 |
| **COUNTRY** | United States |
| **PHONE** | (866) 580-0002 |
| **FAX** | (866) 580-9070 |
| **EMAIL** | nmijares@unisourcediscovery.com;nmijares@unisourcediscovery.com |
| **AUTHORIZED TO COMMUNICATE VIA E-MAIL** | Yes |
| **CORRESPONDENCE SECTION (proposed)** | |
| **NAME** | UNISOURCE DISCOVERY |
| **STREET** | 141 NE 3rd Avenue, 9th Floor |
| **CITY** | MIAMI |
| **STATE** | Florida |
| **POSTAL CODE** | 33132 |
| **COUNTRY** | United States |
| **PHONE** | (866) 580-0002 |
| **FAX** | (866) 580-9070 |
| **EMAIL** | nmijares@unisourcediscovery.com;nmijares@mijares.co |
| **AUTHORIZED TO COMMUNICATE VIA E-MAIL** | Yes |
| **GOODS AND/OR SERVICES SECTION** | |
| **INTERNATIONAL CLASS** | 045 |

| GOODS OR SERVICES | Legal research |
|---|---|
| SPECIMEN FILE NAME(S) | |
| ORIGINAL PDF FILE | SPN0-9917277104-20151006104831658533_._Screen_Shot_of_www.unisourcediscovery.pdf |
| CONVERTED PDF FILE(S) (1 page) | \\TICRS\EXPORT16\IMAGEOUT16\775\940\77594059\xml6\S080002.JPG |
| SPECIMEN DESCRIPTION | www.unisourcediscovery.com (Online Customer Web Site) |
| MISCELLANEOUS STATEMENT | Free text not entered by the applicant. |
| ORIGINAL PDF FILE | MISC-9917277104-20151006104831658533_._Unisource_Discovery_Statement.pdf |
| | \\TICRS\EXPORT16\IMAGEOUT 16\775\940\77594059\xml6\ S080003.JPG |

## OWNER SECTION (current)

| NAME | Unisource Discovery |
|---|---|
| STREET | 5810 Biscayne Blvd. |
| CITY | Miami |
| STATE | Florida |
| ZIP/POSTAL CODE | 33137 |
| COUNTRY | United States |
| PHONE | (866) 580-0002 |
| FAX | (866) 580-9070 |
| EMAIL | XXXX |

## OWNER SECTION (proposed)

| NAME | Unisource Discovery |
|---|---|
| STREET | 141 NE 3rd Avenue, 9th Floor |
| CITY | Miami |
| STATE | Florida |
| ZIP/POSTAL CODE | 33132 |
| COUNTRY | United States |
| PHONE | (866) 580-0002 |
| FAX | (866) 580-9070 |
| EMAIL | XXXX |

## LEGAL ENTITY SECTION (current)

| TYPE | corporation |
|---|---|
| STATE/COUNTRY OF INCORPORATION | Florida |

## PAYMENT SECTION

| NUMBER OF CLASSES | 1 |
|---|---|
| NUMBER OF CLASSES PAID | 1 |
| SUBTOTAL AMOUNT | 100 |
| GRACE PERIOD | 100 |

| TOTAL FEE PAID | 200 |
|---|---|
| **SIGNATURE SECTION** | |
| SIGNATURE | //Noel Mijares// |
| SIGNATORY'S NAME | Noel Mijares |
| SIGNATORY'S POSITION | CEO, President |
| DATE SIGNED | 10/06/2015 |
| SIGNATORY'S PHONE NUMBER | 305-336-5608 |
| PAYMENT METHOD | CC |
| **FILING INFORMATION** | |
| SUBMIT DATE | Tue Oct 06 10:57:54 EDT 2015 |
| TEAS STAMP | USPTO/SECT08-XX.XXX.XX.XX X-20151006105754268591-36 34516-540cd4c7ba4d8f43a9b 5ddad12ba16ffc7bf2ac2751d c185eff12a37fadd401eeb-CC -9486-2015100610483165853 3 |

PTO Form 1563 (Rev 5/2006)
OMB No. 0351-0055 (Exp 07/31/2018)

## Declaration of Use and/or Excusable Nonuse of Mark in Commerce under Section 8
## To the Commissioner for Trademarks:

**REGISTRATION NUMBER:** 3634516
**REGISTRATION DATE:** 06/09/2009

**MARK:** (Stylized and/or with Design, UNISOURCE DISCOVERY DIGITAL DOCUMENT RET)

The owner, Unisource Discovery, a corporation of Florida, having an address of
   141 NE 3rd Avenue, 9th Floor
   Miami, Florida 33132
   United States
is filing a Declaration of Use and/or Excusable Nonuse of Mark in Commerce under Section 8.

For International Class 045, the mark is in use in commerce on or in connection with **all** goods/services, or to indicate membership in the collective membership organization, listed in the existing registration for this specific class: Legal research ; or, the owner is making the listed excusable nonuse claim.

The owner is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) www.unisourcediscovery.com (Online Customer Web Site).

**Original PDF file:**
SPN0-9917277104-20151006104831658533_._Screen_Shot_of_www.unisourcediscovery.pdf
**Converted PDF file(s)** (1 page)
Specimen File1

**MISCELLANEOUS STATEMENTS**
Free text not entered by the applicant.

**Original PDF file:**
MISC-9917277104-20151006104831658533_._Unisource_Discovery_Statement.pdf
**Converted PDF file(s)** (1 page)
Miscellaneous File1
The registrant's current Correspondence Information: UNISOURCE DISCOVERY of  Unisource Discovery
   141 NE 3rd Avenue
   9th Floor
   MIAMI, Florida (FL) 33132
   United States


The registrant's proposed Correspondence Information: UNISOURCE DISCOVERY
   141 NE 3rd Avenue, 9th Floor
   MIAMI, Florida (FL) 33132
   United States


The phone number is (866) 580-0002.

The fax number is (866) 580-9070.

The email address is nmijares@unisourcediscovery.com;nmijares@mijares.co.

A fee payment in the amount of $200 will be submitted with the form, representing payment for 1 class(es), plus any additional grace period fee, if necessary.

**Declaration**

*Unless the owner has specifically claimed excusable nonuse, the mark is in use in commerce on or in connection with the goods/services, or to indicate membership in the collective membership organization, identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce.*

The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of this submission, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.


Signature: //Noel Mijares//      Date: 10/06/2015
Signatory's Name: Noel Mijares
Signatory's Position: CEO, President
Signatory's Phone Number: 305-336-5608

Serial Number: 77594059
Internet Transmission Date: Tue Oct 06 10:57:54 EDT 2015
TEAS Stamp: USPTO/SECT08-XX.XXX.XX.XXX-2015100610575
4268591-3634516-540cd4c7ba4d8f43a9b5ddad
12ba16ffc7bf2ac2751dc185eff12a37fadd401e
eb-CC-9486-20151006104831658533





Statement:  Unisource Discovery continues to interact in business.

**ROUTING SHEET TO POST REGISTRATION (PRU)**

**Registration Number:** 3634516



**Serial Number:** 77594059

**RAM Sale Number: 3634516**

**RAM Accounting Date: 20151006**

**Total Fees:** $200

Note: Process in accordance with Post Registration Standard Operating Procedure (SOP)

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Number of Classes Paid | Total Fee |
|---|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20151006 | $100 | 1 | 1 | $100 |
| Grace period for §8 | 7206 | 20151006 | $100 | 1 | 1 | $100 |

Physical Location: MADCD- ALEX. CENTRAL DOCKET

Lost Case Flag: False

In TICRS (AM-FLG-IN-TICRS): True

**Transaction Date:** 20151006



Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTO Form 1963 (Rev 05/2006)

OMB No. 0651-0055 (Exp 10/31/2021)

# Combined Declaration of Use and/or Excusable Nonuse/Application for Renewal of Registration of a Mark under Sections 8 & 9

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 3634516 |
| **REGISTRATION DATE** | 06/09/2009 |
| **SERIAL NUMBER** | 77594059 |
| **MARK SECTION** | |
| **MARK** | UNISOURCE DISCOVERY DIGITAL DOCUMENT RETRIEVAL (stylized and/or with design, see https://tmng-al.uspto.gov/resting2/api/img/77594059/large) |
| **CORRESPONDENCE SECTION (current)** | |
| **NAME** | UNISOURCE DISCOVERY |
| **STREET** | 141 NE 3rd Avenue, 9th Floor |
| **CITY** | MIAMI |
| **STATE** | Florida |
| **POSTAL CODE** | 33132 |
| **COUNTRY** | United States |
| **PHONE** | (866) 580-0002 |
| **FAX** | (866) 580-9070 |
| **EMAIL** | nmijares@unisourcediscovery.com; nmijares@mijares.co |
| **AUTHORIZED TO COMMUNICATE VIA E-MAIL** | Yes |
| **CORRESPONDENCE SECTION (proposed)** | |
| **NAME** | UNISOURCE DISCOVERY |
| **INTERNAL ADDRESS** | 3901 N.W. 28th. STREET |
| **STREET** | 2nd. FLOOR |
| **CITY** | MIAMI |
| **STATE** | Florida |
| **POSTAL CODE** | 33142 |
| **COUNTRY** | United States |
| **PHONE** | 305-336-5608 |
| **FAX** | 305-675-9300 |
| **EMAIL** | nmijares@unisourcediscovery.com; nmijares@mijares.co |
| **AUTHORIZED TO COMMUNICATE VIA E-MAIL** | Yes |

## GOODS AND/OR SERVICES SECTION

| | |
|---|---|
| **INTERNATIONAL CLASS** | 045 |
| **GOODS OR SERVICES** | Legal research |
| **SPECIMEN FILE NAME(S)** | |
| **ORIGINAL PDF FILE** | SPN0-99157197213-20190305125510002951_._Unisource_Discovery_HOME_Page.pdf |
| **CONVERTED PDF FILE(S)** **(2 pages)** | \\TICRS\EXPORT17\IMAGEOUT17\775\940\77594059\xml2\S890002.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\775\940\77594059\xml2\S890003.JPG |
| **SPECIMEN DESCRIPTION** | www.unisourcediscovery.com Home Page of teh Unisource Discovery Website. |
| **MISCELLANEOUS STATEMENT** | https://www.unisourcediscovery.com/default.aspx |

## OWNER SECTION (current)

| | |
|---|---|
| **NAME** | Unisource Discovery |
| **STREET** | 141 NE 3rd Avenue, 9th Floor |
| **CITY** | Miami |
| **STATE** | Florida |
| **ZIP/POSTAL CODE** | 33132 |
| **COUNTRY** | United States |
| **PHONE** | (866) 580-0002 |
| **FAX** | (866) 580-9070 |
| **EMAIL** | XXXX |
| **AUTHORIZED TO COMMUNICATE VIA E-MAIL** | Yes |

## OWNER SECTION (proposed)

| | |
|---|---|
| **NAME** | Unisource Discovery |
| **INTERNAL ADDRESS** | 3901 N.W. 28th. STREET |
| **STREET** | 2nd. FLOOR |
| **CITY** | Miami |
| **STATE** | Florida |
| **ZIP/POSTAL CODE** | 33142 |
| **COUNTRY** | United States |
| **PHONE** | 305-336-5608 |
| **FAX** | 305-675-9300 |
| **EMAIL** | XXXX |
| **AUTHORIZED TO COMMUNICATE VIA E-MAIL** | Yes |

## LEGAL ENTITY SECTION (current)

| | |
|---|---|
| **TYPE** | corporation |
| **STATE/COUNTRY OF INCORPORATION** | Florida |

## PAYMENT SECTION

| NUMBER OF CLASSES | 1 |
|---|---|
| NUMBER OF CLASSES PAID | 1 |
| COMBINED §§ 8 & 9 DECLARATION/APPLICATION FILING FEE | 425 |
| TOTAL FEE PAID | 425 |
| SIGNATURE SECTION | |
| SIGNATURE | /Noel Mijares/ |
| SIGNATORY'S NAME | Noel Mijares |
| SIGNATORY'S POSITION | CEO, President |
| DATE SIGNED | 03/05/2019 |
| SIGNATORY'S PHONE NUMBER | 305-336-5608 |
| PAYMENT METHOD | CC |
| FILING INFORMATION | |
| SUBMIT DATE | Tue Mar 05 13:05:46 EST 2019 |
| TEAS STAMP | USPTO/S08N09-XX.XXX.XXX.X XX-20190305130546071900-3 634516-6203d1e06219297b85 e82526a6ed1de848f05341b95 8830bfbb83d2e72d1ce85-CC- 12232-20190305125510002951 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1963 (Rev 05/2006)
OMB No. 0651-0055 (Exp 10/31/2021)

**Combined Declaration of Use and/or Excusable Nonuse/Application for Renewal of Registration of a Mark under Sections 8 & 9**

**To the Commissioner for Trademarks:**

**REGISTRATION NUMBER:** 3634516
**REGISTRATION DATE:** 06/09/2009

**MARK:** (Stylized and/or with Design, UNISOURCE DISCOVERY DIGITAL DOCUMENT RETRIEVAL (see, mark))

The owner, Unisource Discovery, a corporation of Florida, having an address of
    3901 N.W. 28th. STREET
    2nd. FLOOR
    Miami, Florida 33142
    United States
    305-336-5608
    305-675-9300
    XXXX (authorized)
is filing a Combined Declaration of Use and/or Excusable Nonuse/Application for Renewal of Registration of a Mark under Sections 8 & 9.

For International Class 045, the mark is in use in commerce on or in connection with **all** goods/services, or to indicate membership in the collective membership organization, listed in the existing registration for this specific class: Legal research ; or, the owner is making the listed excusable nonuse claim.

The owner is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) www.unisourcediscovery.com Home Page of teh Unisource Discovery Website..

**Original PDF file:**
SPN0-99157197213-20190305125510002951_._Unisource_Discovery_HOME_Page.pdf
**Converted PDF file(s)** (2 pages)
Specimen File1
Specimen File2

**MISCELLANEOUS STATEMENTS**
https://www.unisourcediscovery.com/default.aspx

The registrant's current Correspondence Information: UNISOURCE DISCOVERY
    141 NE 3rd Avenue, 9th Floor
    MIAMI, Florida 33132
    United States
The phone number is (866) 580-0002.
The fax number is (866) 580-9070.
The email address is nmijares@unisourcediscovery.com; nmijares@mijares.co. (authorized)

The registrant's proposed Correspondence Information: UNISOURCE DISCOVERY
    3901 N.W. 28th. STREET
    2nd. FLOOR
    MIAMI, Florida 33142
    United States
The phone number is 305-336-5608.
The fax number is 305-675-9300.
The email address is nmijares@unisourcediscovery.com; nmijares@mijares.co. (authorized)

A fee payment in the amount of $425 will be submitted with the form, representing payment for 1 class(es), plus any additional grace period fee, if necessary.

**Declaration**

☑ Unless the owner has specifically claimed excusable nonuse, the mark is in use in commerce on or in connection with the goods/services or to indicate membership in the collective membership organization identified above, as evidenced by the attached specimen(s).

☑ Unless the owner has specifically claimed excusable nonuse, the specimen(s) shows the mark as currently used in commerce on or in connection with the goods/services/collective membership organization.

☑ The registrant requests that the registration be renewed for the goods/services/collective organization identified above.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of this submission and the registration, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

Signature: /Noel Mijares/    Date: 03/05/2019
Signatory's Name: Noel Mijares
Signatory's Position: CEO, President
Signatory's Phone: 305-336-5608

Serial Number: 77594059
Internet Transmission Date: Tue Mar 05 13:05:46 EST 2019
TEAS Stamp: USPTO/S08N09-XX.XXX.XXX.XXX-201903051305
46071900-3634516-6203d1e06219297b85e8252
6a6ed1de848f05341b958830bfbb83d2e72d1ce8
5-CC-12232-20190305125510002951



# UNISOURCE
## DISCOVERY®
### DIGITAL DOCUMENT RETRIEVAL

CLIENT LOGIN     USER ID     PSWD     GO

advantage@unisourcediscovery.com     Western US: 888-248-0020     Eastern US: 866-580-0002





# Simplicity defines our **user-friendly** system.

An easy and convenient way to manage your Discovery needs.

### ABOUT UNISOURCE

Unisource Discovery provides premier document retrieval service by making it easy and efficient, every time, every order. Documents are clear and automatically paginated and available to you 24/7.

### COMPANY INFORMATION

Contact us:
Western US: 888-248-0020
Eastern US: 866-580-0002

### LOCATIONS

Serving our custome the continental US

Subpoena and/or Authorization Creation | Notice of Production from Non-Party | Service of Process | Affidavit of Service | Notify Opposing Counsel/Request for Copies | Pre-payment of Custodial Fees | Paginated Records to the Desktop in PDF and TIFF format | OCR (Optical Character Recognition | X-ray Duplication | Critical Legal Path Checklist | Customized Billing and Invoice Hosting with Records | Workers' Compensation | Class-Action Litigation | Third-Party Administrators | Document Retrieval | Records Retrieval | Litigation Support Services | Law Firm Support | Insurance Company Support | Property and Casualty | E-Discovery

Employee Log in | Privacy Policy | ©2019, Unisource Discovery and Logo are Registered Trademarks | Site by Persechini and Company | Unisource Discover

**ROUTING SHEET TO POST REGISTRATION (PRU)**     **Registration Number:** 3634516

**Serial Number:** 77594059

**RAM Sale Number: 3634516**

**RAM Accounting Date: 20190305**     **Total Fees:** $425

Note: Process in accordance with Post Registration Standard Operating Procedure (SOP)

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Number of Classes Paid | Total Fee |
|---|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20190305 | $125 | 1 | 1 | $125 |
| Application for Renewal (§9) | 7201 | 20190305 | $300 | 1 | 1 | $300 |

Physical Location: MADCD- NO PHYSICAL FILE

Lost Case Flag: False

In TICRS (AM-FLG-IN-TICRS): True

**Transaction Date:** 20190305

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTO Form 2300 (Rev 02/2020)
OMB No. 0651-0051 (Exp 11/30/2020)

# Change Address or Representation Form

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| SERIAL NUMBER | 77594059 |
| REGISTRATION NUMBER | 3634516 |
| LAW OFFICE ASSIGNED | LAW OFFICE 113 |
| **MARK SECTION** | |
| MARK | UNISOURCE DISCOVERY DIGITAL DOCUMENT RETRIEVAL (stylized and/or with design, see https://tmng-al.uspto.gov /resting2/api/img/7759405 9/large) |
| **OWNER SECTION(current)** | |
| NAME | Unisource Discovery |
| MAILING ADDRESS | 141 NE 3rd Avenue, 9th Floor |
| CITY | Miami |
| STATE | Florida |
| STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| ZIP/POSTAL CODE | 33132 |
| PHONE | (866) 580-0002 |
| FAX | (866) 580-9070 |
| EMAIL | XXXX |
| **CORRESPONDENCE SECTION(current)** | |
| NAME | UNISOURCE DISCOVERY, INC. |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | nmijares@unisourcediscovery.net |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | nmijares@mijares.co |
| **OWNER SECTION(proposed)** | |
| STATEMENT TEXT | By submission of this request, the undersigned requests that the following be made of record for the owner/holder: |
| NAME | Unisource Discovery |
| MAILING ADDRESS | 555 NE 15th Street, 9th Floor 934-A |
| CITY | Miami |
| STATE | Florida |
| STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| ZIP/POSTAL CODE | 33132 |

| PHONE | (866) 580-0002 |
|---|---|
| FAX | (866) 580-9070 |
| EMAIL | XXXX |
| **CORRESPONDENCE SECTION (proposed)** | |
| NAME | Unisource Discovery |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | nmijares@unisourcediscovery.net |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | nmijares@mijares.co |
| **SIGNATURE SECTION** | |
| SIGNATURE | /Noel Mijares/ |
| SIGNATORY NAME | Noel Mijares |
| SIGNATORY DATE | 02/19/2020 |
| SIGNATORY POSITION | CEO, President |
| SIGNATORY PHONE NUMBER | 305-336-5608 |
| AUTHORIZED SIGNATORY | YES |
| **FILING INFORMATION SECTION** | |
| SUBMIT DATE | Wed Feb 19 10:27:31 ET 2020 |
| TEAS STAMP | USPTO/CAR-XX.XXX.XX.XX-20 200219102731699124-775940 59-71022befb60f1e0fb77abe c9933f04fd81f19e7b58b799c af4ab60129eb7bb7a-N/A-N/A -20200219102325445626 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 2300 (Rev 02/2020)
OMB No. 0651-0051 (Exp 11/30/2020)

# Change Address or Representation Form

To the Commissioner for Trademarks:

**MARK:** UNISOURCE DISCOVERY DIGITAL DOCUMENT RETRIEVAL (stylized and/or with design, see https://tmng-al.uspto.gov /resting2/api/img/7759405 9/large)
**SERIAL NUMBER:** 77594059
**REGISTRATION NUMBER:** 3634516

**Owner Section (Current) :**
Unisource Discovery
141 NE 3rd Avenue, 9th Floor
Miami, Florida 33132
United States
(866) 580-0002
XXXX

**Correspondence Section (Current):**
UNISOURCE DISCOVERY, INC.
PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE: nmijares@unisourcediscovery.net
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): nmijares@mijares.co

By submission of this request, the undersigned requests that the following be made of record for the owner/holder:

**Owner Section (proposed):**
Unisource Discovery
555 NE 15th Street, 9th Floor 934-A
Miami, Florida 33132
United States
(866) 580-0002
(866) 580-9070
XXXX

**Correspondence Section (proposed):**
Unisource Discovery
PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE: nmijares@unisourcediscovery.net
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): nmijares@mijares.co

Signature: /Noel Mijares/     Date: 02/19/2020
Signatory's Name: Noel Mijares
Signatory's Position: CEO, President
Signatory's Phone Number: 305-336-5608

Serial Number: 77594059
Internet Transmission Date: Wed Feb 19 10:27:31 ET 2020
TEAS Stamp: USPTO/CAR-XX.XXX.XX.XX-20200219102731699
124-77594059-71022befb60f1e0fb77abec9933
f04fd81f19e7b58b799caf4ab60129eb7bb7a-N/
A-N/A-20200219102325445626

1/20/2021                                                    Trademark Status & Document Retrieval

**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

| STATUS | DOCUMENTS | MAINTENANCE |  | **Back to Search** | Print |
|--------|-----------|-------------|--|--------------------|-------|

**Declaration:** §9 Renewal Granted
§8 (10 year) - Accepted

## §8 Declaration and §9 Application for Renewal Due Dates:

| | |
|--|--|
| **Earliest date §§8 & 9 can be filed:** | Jun. 09, 2028 |
| **Latest date §§8 & 9 can be filed without paying additional fee:** | Jun. 11, 2029 |
| **Latest date §§8 & 9 can be filed by paying an additional fee:** | Dec. 10, 2029 |

Privacy - Terms

## Noel Mijares

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Thursday, October 08, 2015 11:00 PM |
| **To:** | nmijares@unisourcediscovery.com |
| **Cc:** | nmijares@mijares.co |
| **Subject:** | Official USPTO Notice of Acceptance Section 8: U.S. Trademark RN 3634516: UNISOURCE DISCOVERY DIGITAL DOCUMENT RET etc. (Stylized/Design) |

Serial Number: 77594059
Registration Number: 3634516
Registration Date: Jun 9, 2009
Mark: UNISOURCE DISCOVERY DIGITAL DOCUMENT RET etc. (Stylized/Design)
Owner: Unisource Discovery

Oct 8, 2015

NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058.  The Section 8 declaration is accepted.

The registration will remain in force for the class(es) listed below for the remainder of the ten-year period, calculated from the registration date, unless canceled by an order of the Commissioner for Trademarks or a Federal Court.

Class(es):
045

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

---

REQUIREMENTS FOR MAINTAINING REGISTRATION

WARNING: Your registration will be canceled if you do not file the documents below during the specified time periods.

Requirements in the First Ten Years

What and When to File: You must file a declaration of use (or excusable nonuse) and an application for renewal between the 9th and 10th years after the registration date.  See 15 U.S.C. §§1058, 1059.

Requirements in Successive Ten-Year Periods

What and When to File: You must file a declaration of use (or excusable nonuse) and an application for renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058, 1059.

Grace Period Filings

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***The USPTO WILL NOT SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE REGISTRANT SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.***

To view this notice and other documents for this application on-line, go to http://tdr.uspto.gov/search.action?sn=77594059.  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

## Noel Mijares

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Saturday, June 09, 2018 1:10 AM |
| **To:** | nmijares@unisourcediscovery.com; nmijares@unisourcediscovery.com |
| **Cc:** | nmijares@mijares.co |
| **Subject:** | Official USPTO Courtesy Reminder of Required Trademark Registration Maintenance Filings Under Sections 8 and 9: U.S. Trademark RN 3634516: UNISOURCE DISCOVERY DIGITAL DOCUMENT RET etc. (Stylized/Design) |

U.S. Serial Number: 77594059
U.S. Registration Number: 3634516
U.S. Registration Date: Jun 9, 2009
Mark: UNISOURCE DISCOVERY DIGITAL DOCUMENT RET etc. (Stylized/Design)
Owner: Unisource Discovery

U.S. PATENT AND TRADEMARK OFFICE ("USPTO") COURTESY REMINDER OF REQUIRED TRADEMARK REGISTRATION MAINTENANCE FILINGS UNDER SECTIONS 8 AND 9

WARNING: Your trademark registration will be CANCELLED and will EXPIRE if you do not file the required documents below during the specified statutory time periods.

The above-identified registration registered on Jun 9, 2009. Therefore, the owner of the registration must file a Declaration of Use and/or Excusable Nonuse and an Application for Renewal under §§8 and 9 of the Trademark Act anytime between now and Jun 10, 2019. For an additional fee, the owner may file the documents within the six-month grace period that ends on Dec 9, 2019. See 15 U.S.C. §§1058, 1059. The current fee for a combined filing under §§8 and 9 is $425 per class if the filing is made via the Trademark Electronic Application System ("TEAS") and $725 per class if the filing is made on paper, and the additional fee for filing during the six-month grace period is $200 per class if the filing is made via TEAS and $400 per class if the filing is made on paper. 37 C.F.R. §2.6.

To expedite processing, the owner is encouraged to file through the USPTO's official website using TEAS. Official forms for filing a Combined Declaration of Use and/or Excusable Nonuse and Application for Renewal under §§8 and 9 are available through TEAS at http://www.uspto.gov/trademarks/teas/reg_maintain.jsp.

For information regarding how to record ownership documents such as assignments, name changes and mergers, please see TMEP §503. To expedite recordation, the owner is encouraged to file requests for recordation through the Electronic Trademark Assignment System ("ETAS") at http://etas.uspto.gov.

For further information regarding the maintenance of a trademark registration, including future maintenance filings, please consult the USPTO website at http://www.uspto.gov/trademarks/process/maintain/prfaq.jsp.

This reminder notice is being sent only as a courtesy to those trademark owners who have authorized e-mail communication and maintain a current e-mail address with the USPTO. Failure by the USPTO to send a reminder or non-receipt of a reminder does not excuse a trademark owner from meeting the statutory obligations for maintaining a trademark registration. If a registration is cancelled and/or expired due to the failure to timely file required maintenance documents, it cannot be reinstated or revived.

Correspondence transmitted through TEAS is considered to have been filed on the date the USPTO receives the transmission, in Eastern Time, regardless of whether that date is a Saturday, Sunday, or Federal holiday within the District of Columbia. 37 C.F.R. §2.195(a)(2).

To check the status of this registration, go to http://tsdr.uspto.gov/#caseNumber=77594059&caseType=SERIAL_NO&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199.

In order to be eligible for future e-mail reminders of maintenance filings, please remember to authorize e-mail communication when filing your maintenance documents through TEAS.

## Noel Mijares

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Friday, April 05, 2019 11:04 PM |
| **To:** | nmijares@unisourcediscovery.com |
| **Cc:** | nmijares@mijares.co |
| **Subject:** | Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 3634516: UNISOURCE DISCOVERY DIGITAL DOCUMENT RET etc. (Stylized/Design) |

U.S. Serial Number: 77594059
U.S. Registration Number: 3634516
U.S. Registration Date: Jun 9, 2009
Mark: UNISOURCE DISCOVERY DIGITAL DOCUMENT RET etc. (Stylized/Design)
Owner: Unisource Discovery

Apr 5, 2019

NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. The Section 8 declaration is accepted.

NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059. The registration is renewed.

The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.

Class(es):
045

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

_____

REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.

What and When to File: You must file a declaration of use (or excusable nonuse) and an application for renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058, 1059.

1

Grace Period Filings

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.***

To check the status of this registration, go to http://tsdr.uspto.gov/#caseNumber=77594059&caseType=SERIAL_NO&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to http://tsdr.uspto.gov/#caseNumber=77594059&caseType=SERIAL_NO&searchType=documentSearch. NOTE: This notice will only become available on-line the next business day after receipt of this e-mail.

For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark or contact the Trademark Assistance Center at 1-800-786-9199.