Exhibit "C"

Firefox

## Undeliverable: Testing Client Emails

Microsoft Outlook
<MicrosoftExchange329e71ec88ae4615bbc36ab6ce41109e@NETORGFT6463273.onmicrosoft.com>

Fri 5/21/2021 8:43 AM

**To:** lcote@unisourcediscovery.com <lcote@unisourcediscovery.com>

🔗 1 attachments (36 KB)

Testing Client Emails;

**atl4mhib72.registeredsite.com rejected your message to the following email addresses:**

lcote@unisourcediscovery.com (lcote@unisourcediscovery.com)
A problem occurred while delivering your message to this email address. Try sending your message again.

**atl4mhib72.registeredsite.com gave this error:**
**<lcote@unisourcediscovery.com>... User unknown**

**Diagnostic information for administrators:**

Generating server: BN3PR03MB2323.namprd03.prod.outlook.com

lcote@unisourcediscovery.com
atl4mhib72.registeredsite.com
Remote Server returned '550 5.0.0 <lcote@unisourcediscovery.com>... User unknown'

Original message headers:

```
ARC-Seal: i=1; a=rsa-sha256; s=arcselector9901; d=microsoft.com; cv=none;

b=oCO24D6d2AepRrmPH2GpbTpLc2evrC9AmSDLCSlM3XCsehX+LwoCrArJeXBSOa8I15wPSQzu6ZWW+ZL23297dnppB
38ngk4K1MRNfhdh5fvIsvQ6z03TglFEHEvaJ9to5pEZ1TeFy+8MiQT1vYlDFxxmrF6BF2gODLpZLtHfl7n2wXgYSgee
NzBpACQdzSXhjzAn4tHKUMlo6nZl5TlhCW+/WNbpQYSMsPsYP9nHFZcePkQQkdpaf0xslcYn+mn0W8AIU1EgXwSW858
ZDWg5A7zzLGrPzexV/HhA482pprdAfD17zi5Yp/W6PSrIftPoEbOvTrPYlwcufW2s7vx34A==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=microsoft.com;
 s=arcselector9901;
 h=From:Date:Subject:Message-ID:Content-Type:MIME-Version:X-MS-Exchange-SenderADCheck;
 bh=BAEooePuu+eq5hYmWiuqO9uFkZjf4didZLp1A7bOEoc=;
 b=ge5+KL7x/1lj8gFj1NIbl2JEqf2eZTaLZdwR25l70jjK2MgIZ
/5cGLhOPCQ08ib2L7niyQNg9zS7t+7MJMGigHkVzWhsgh5y
/NCbU3obbSSo+5VLuqgNKupVSv9QrQ4oPd59ktUZhzwGQma9f9VnjRuReLR+PMWbv4rAKcL8dtHYe2l
/B5UaIGVGlsdHw6EDEBMQ7NJWhU1Y10b/sH94/BxJmzbzlbw5M98U3YqwzBr8Ax54Hp55Ie2p2rNcrIP
/YKA23VfY1Nof6lXeObk082MkKOfR3HmPG56HetyaLlHhOHvhORgzLJQXlu1v98SFR3++UoWk5ZZMpzpIeX8D9A==
ARC-Authentication-Results: i=1; mx.microsoft.com 1; spf=pass
 smtp.mailfrom=ddvlawgroup.com; dmarc=pass action=none
```

```
header.from=ddvlawgroup.com; dkim=pass header.d=ddvlawgroup.com; arc=none
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
 d=NETORGFT6463273.onmicrosoft.com;
 s=selector1-NETORGFT6463273-onmicrosoft-com;
 h=From:Date:Subject:Message-ID:Content-Type:MIME-Version:X-MS-Exchange-SenderADCheck;
 bh=BAEooePuu+eq5hYmWiuqO9uFkZjf4didZLp1A7bOEoc=;

 b=SlwnhjRM+CKGLG9vD9/4IPQco33YVb7slCSlaq2BlCCum1A0WbhgHNeQNcWdK2S6u8BRBrlOznkwOEWiOfHCCFEkD
 nERePsDcqAMzM/+x0m4L3x4y7c7wGl7zbA3Pd/aRHBYvAIxQQNb1y2a2YrngRYAq08MaZYn
 /fVIoBO44ON4ekMYjxpFTVOhgSLrp7O1v6c1VkxUEWJUQBP9STGBzyEaUy5nYyRGcOS+C6bI6sObI0FGZwQcRYlDGVz
 yFDuDe8IC2JNhusEiH5cJp9+UC7Sf
 /blGliowXcYGzzw2cO7dv4nyNEb3YXld2WPws2MHv0VTLPKoGpnuOsJreFoEFw==
Received: from BN8PR03MB4961.namprd03.prod.outlook.com (2603:10b6:408:d7::14)
 by BN3PR03MB2323.namprd03.prod.outlook.com (2a01:111:e400:7bbb::14) with
 Microsoft SMTP Server (version=TLS1_2,
 cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id 15.20.4129.28; Fri, 21 May
 2021 12:43:47 +0000
Received: from BN8PR03MB4961.namprd03.prod.outlook.com
 ([fe80::b1e2:f2d9:1ce7:6805]) by BN8PR03MB4961.namprd03.prod.outlook.com
 ([fe80::b1e2:f2d9:1ce7:6805%9]) with mapi id 15.20.4129.034; Fri, 21 May 2021
 12:43:47 +0000
From: Legal Department <legal@ddvlawgroup.com>
To: "lcote@unisourcediscovery.com" <lcote@unisourcediscovery.com>
Subject: Testing Client Emails
Thread-Topic: Testing Client Emails
Thread-Index: AQHXTj7wcFj0z8ye50uJSnoOE56PhQ==
Date: Fri, 21 May 2021 12:43:46 +0000
Message-ID:
<BN8PR03MB4961E4FA9E1BC4AE101FBC28A5299@BN8PR03MB4961.namprd03.prod.outlook.com>
Accept-Language: en-US
Content-Language: en-US
X-MS-Has-Attach:
X-MS-TNEF-Correlator:
authentication-results: unisourcediscovery.com; dkim=none (message not signed)
 header.d=none;unisourcediscovery.com; dmarc=none action=none
 header.from=ddvlawgroup.com;
x-originating-ip: [2600:1700:be80:5fb0::23]
x-ms-publictraffictype: Email
x-ms-office365-filtering-correlation-id: dee7021c-1eae-48b5-2627-08d91c561387
x-ms-traffictypediagnostic: BN3PR03MB2323:
x-microsoft-antispam-prvs:
<BN3PR03MB23232B2564969E0041283494A5299@BN3PR03MB2323.namprd03.prod.outlook.com>
x-ms-oob-tlc-oobclassifiers: OLM:2276;
x-ms-exchange-senderadcheck: 1
x-microsoft-antispam: BCL:0;
x-microsoft-antispam-message-info:
rfuc/XjD8gT1ykMmtrG9uHNZuMfj+3bf7TMPNLyXswEq6ng35NdN8Cu2QC2hJ+6QBa8MRUBmFu8n7Ojd9doBa5mdW+A
i1aL0kwQNJWzHxn5G59PkD3dRKpCGUNcxcNBZdGKAtt1y3rdVE01vc6szyeUDVr4D8UJ2dNDGr0o+rMsz8KDvMZv2SJ
ziFtE9uN6PD05eL3PxgliwBVsssBH2fgLFoRu9+VsoLC9JlGoa94CBWa
/EWE0Fy3IMrO+tO7KnReoA40DHCxQemQHV0uwKBbHR6DpoDqf9StxYfXm/aKavQ9+d3tiSnLRXqsAVOnIPIiCGC
/bwjeUCHYbM5Vwtu29Tkz1ewsSh9ArMfEAyaCUhusJZ+dXdH7OdmydxIL7gv+OHbECRxIrTZeyoWkq9fVft1RTIyR8+
dFkICQ2g867k4S4s7DXfp/sntkrYpcjjmEhd346cUST9FVBFoOHso3hu72srAbfhwaoOJgj44GCfM6mNp
/gfbpVyuA2NYCJ//I3VyoJBWMzwzcV22yR0LbSwHWV4GUWlZHjiKND/g7l7OxAcDPT0v+kBz36iZt4YkqCn9
/iRvmR5Hk0y7rGiX3QE7U6duuFEl4K2D0O3h1EIYxRYm5uH
/Ky818rnbSM+rw22wRaqJKgu0tEtpqSkoMSQcnRp9a1BHK80xqLBb9g9Alc5lcd6IfShuyFS6NHcJloXXpET4UhDhhv
kpIO8Zte/CnS8k71yjhw/sc5nKiY=
x-forefront-antispam-report:
CIP:255.255.255.255;CTRY:;LANG:en;SCL:1;SRV:;IPV:NLI;SFV:NSPM;H:BN8PR03MB4961.namprd03.prod
.outlook.com;PTR:;CAT:NONE;SFS:(346002)(366004)(376002)(136003)(39830400003)(396003)
(712200400001)(7116003)(52536014)(122000001)(166002)(508600001)(8936002)(7696005)(186003)
(38100700002)(2906002)(316002)(6506007)(4270600006)(76116006)(55016002)(8676002)(9686003)
(66556008)(3480700007)(5660300002)(86362001)(33656002)(558084003)(64756008)(66446008)
(6916009)(66476007)(19627405001)(66946007);DIR:OUT;SFP:1102;
x-ms-exchange-antispam-messagedata: =?iso-
8859-1?Q?atLKNYfNzXaeRlSTTKhpnnMeGV9NtdNEJWyqHyk/72r7nbmmMIc9JkpPhQ?=
 =?iso-8859-1?Q?iJpG+T/q2+HJtttIwIC7yaWKPKpGcvrBi7tDMYPpQw5WcxRkJUg2tuaG8x?=
 =?iso-8859-1?Q?Y22Ao91s+xpBENPpcjIfeDnawCBTKlSLXQrImJ0o8kdr/G5mfK20LncSgJ?=
 =?iso-8859-1?Q?cgRTgmiQiQMlgSKNaCWMLZyCCQHCAtXAsu0CvoJ+4bl9NvArT5fXbYx40u?=
 =?iso-8859-1?Q?yfUbFsU+yul/59kqRUx5TxOMPSbyH6dh/ZQtPmeWM4ChaNjRgsyow1agMn?=
 =?iso-8859-1?Q?k1mqawmDVi8XRApGycennCztZ3pELoJPRRD2ZNQrhskNJY2es47/adXcox?=
 =?iso-8859-1?Q?0LOp5z3AW6Q4HFX0K8YbfrR4b8mrzPqm1/gsYhjXibwI9+TPCczuE9tE8k?=
 =?iso-8859-1?Q?QduDlKrGQdV+4Aqvy5h/HIPl4egVP7iuseHKpdxz1U1bZCYDUNrXG4PiTs?=
```

```
=?iso-8859-1?Q?tmF7Y27wJWZG2ncVpw/sSPOEfrPzz32fdpBmtcaeEYjUTYorZdUJZOqtsA?=
=?iso-8859-1?Q?ttGr/5qiy1ftwbG48kwjGKvK7QflJiInSg4WL0eXAHtzlolmzbq8xZEhRw?=
=?iso-8859-1?Q?Jxbm/79V5VgEHojv6qFKc2/BvBa5NYPblR8i8kgh1HwzkqycyrnHdnTS2A?=
=?iso-8859-1?Q?4bxMWUUn2XbzO3j7icIaMHlQ+1qc3TtOMd8G1dSRC9OwqaDxC9E5o8TkRn?=
=?iso-8859-1?Q?l5YZE2uDShxvN26JOE7zoSn7UJ518P1RcQDGqmggi4vu/ICE48ECAnUQ11?=
=?iso-8859-1?Q?aiH2gtcJwZE5ZCcqgV4/bZRDnO/xfmZYYN2A1C3t8glYAVZpWx4NK5YDqu?=
=?iso-8859-1?Q?1fyUUeNRaflM8O7R7CmMyeF6GD/y1ddwKfeE5MrIAUH8sJLuWDgbHhsuYk?=
=?iso-8859-1?Q?BzkF20uMhFaM5yd7s9EG2TJG3orAWL989xdwZRRVJ42oaUYoS9X1tvkK0K?=
=?iso-8859-1?Q?2VWqRk8Ccxh5T0pSCl8onXVMwUTGnaNfzz/u2tmTXNV0Th0kbmQCPFh5qK?=
=?iso-8859-1?Q?/FFj8NFzBjsXSQo047NBKBTmHEUtcD/UfAVhlqjrqKazXLSOSn5B3nsGvI?=
=?iso-8859-1?Q?U+cA1KZqR8bYJZRf9PLMxOhyMV5l/1y65cBaGqVcngk4zaszoZB/plaVNg?=
=?iso-8859-1?Q?/8u5oLfoXzS5YMy1CHXDeiR7cVcn8qpku/ZSjzQq0NmWP+w0pix0EuCN6s?=
=?iso-8859-1?Q?tj5k6AK326ufghi2aO1S8NocSEfuYjmpzCItOZAVp/VvKunJ9q12SGYNKO?=
=?iso-8859-1?Q?WFdMnPceCAPEiLhduQoX6oLfPyFay/B1FuZ14ANhGMX+J+RWf+7la6kZLV?=
=?iso-8859-1?Q?DOlTgZalfn+ZTZ9K2irgQBxZlva9Nhv5OcI7WsYyQnaj58WzuRVF7icRGk?=
=?iso-8859-1?Q?2GHrb6FXJ0ISXlHAkAe5CxPxCqjWaJ0w=3D=3D?=
x-ms-exchange-transport-forked: True
Content-Type: multipart/alternative;
        boundary="_000_BN8PR03MB4961E4FA9E1BC4AE101FBC28A5299BN8PR03MB4961namp_"
MIME-Version: 1.0
X-OriginatorOrg: ddvlawgroup.com
X-MS-Exchange-CrossTenant-AuthAs: Internal
X-MS-Exchange-CrossTenant-AuthSource: BN8PR03MB4961.namprd03.prod.outlook.com
X-MS-Exchange-CrossTenant-Network-Message-Id: dee7021c-1eae-48b5-2627-08d91c561387
X-MS-Exchange-CrossTenant-originalarrivaltime: 21 May 2021 12:43:46.8372
  (UTC)
X-MS-Exchange-CrossTenant-fromentityheader: Hosted
X-MS-Exchange-CrossTenant-id: 0ee90bee-8b2a-41c7-be54-20d8791b11f3
X-MS-Exchange-CrossTenant-mailboxtype: HOSTED
X-MS-Exchange-CrossTenant-userprincipalname:
KXPM71r4Z3EI5hHIaphjczOypGdgsNhQ+RYIyg0BULHnMCDmfAceoSQi5VjoncBA8lXGbnSFaFczxde+Pg5/LA==
X-MS-Exchange-Transport-CrossTenantHeadersStamped: BN3PR03MB2323
```

Firefox                                                          https://outlook.office.com/mail/deleteditems/id/AAQkAGM3O...

## Undeliverable: Testing Client Email on May 21, 2021

Microsoft Outlook
<MicrosoftExchange329e71ec88ae4615bbc36ab6ce41109e@NETORGFT6463273.onmicrosoft
.com>

Fri 5/21/2021 8:36 AM

**To:** nmijares@unisourcediscovery.com <nmijares@unisourcediscovery.com>

📎 1 attachments (36 KB)

Testing Client Email on May 21, 2021;

### atl4mhib13.registeredsite.com rejected your message to the following email addresses:

nmijares@unisourcediscovery.com (nmijares@unisourcediscovery.com)
A problem occurred while delivering your message to this email address. Try sending your
message again.

### atl4mhib13.registeredsite.com gave this error:
### <nmijares@unisourcediscovery.com>... User unknown

**Diagnostic information for administrators:**

Generating server: BN6PR03MB3298.namprd03.prod.outlook.com

nmijares@unisourcediscovery.com
atl4mhib13.registeredsite.com
Remote Server returned '550 5.0.0 <nmijares@unisourcediscovery.com>... User unknown'

Original message headers:

```
ARC-Seal: i=1; a=rsa-sha256; s=arcselector9901; d=microsoft.com; cv=none;

b=ETqPHglg0bSPNG9kMSKSdgNDxi7h1xwFOWPzLLRyYbJ4n84ySSp4+Xhf4HF5e/BiRvWdwixKoSHPqJXBZJhNqMZ+5
U4nIL3oLm/catZuA0eRCyXk6QozbC0r8qv/dGkeHOZ9cAMAavfnhryp5P
/jMlaPYbxEigUGTug9uraqo4boavzMw7GzajBONo9XsvZX8i
/r7Owe2UVaCl55EylIYTYs1Rfr6lamC1EiifA2rwsxjIZgzmNW4+I0kCtVFgDgpjbsnqIRpVTvMjfn5yMSVlXSiTq
/Dlm6SGswVAJ/BnfokDbyLfoEvYiieTyoJavDVg4orLDlymDeclZs4vRvRQ==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=microsoft.com;
 s=arcselector9901;
 h=From:Date:Subject:Message-ID:Content-Type:MIME-Version:X-MS-Exchange-SenderADCheck;
 bh=UA2d5bo4zaEETepkMwOkkXtsua0kiKHr4iO1ZHjsB00=;
 b=P19Yx8Sm8h+rF0eF+0F4SDLJNm9NtYRIy/MLWosW
/Bl0hak9UtYz4VtFSHmQWjjtCKuDVwYwb1L6YmhPQ6oUsXWrrX7MDbWPJw6hQdk9LaKhIM6edNeJTKhbs5g2O1J0XbL
VPykIiqTkYi3DAWCS0tmma351SCvw/aoGeuDgmNgIgmgIMaEln5lKr2H8FsqbqeGdksCrQ0MG4OJi
/Nr0cHUimRDg8ENQ7Bgp
/uJeyCIcuvnQO+UTDuArqrByZyUswpYkmJloOJc5rwhBLLKPG2wGtPQanAiCdrZgTpXKoVl8XMAHc3MrXExX+mPy2us
IABDsuMGTXUXqBwWpxnJjrQ==
```

ARC-Authentication-Results: i=1; mx.microsoft.com 1; spf=pass
 smtp.mailfrom=ddvlawgroup.com; dmarc=pass action=none
 header.from=ddvlawgroup.com; dkim=pass header.d=ddvlawgroup.com; arc=none
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
 d=NETORGFT6463273.onmicrosoft.com;
 s=selector1-NETORGFT6463273-onmicrosoft-com;
 h=From:Date:Subject:Message-ID:Content-Type:MIME-Version:X-MS-Exchange-SenderADCheck;
 bh=UA2d5bo4zaEETepkMwOkkXtsua0kiKHr4iO1ZHjsB00=;

 b=EmeAmvw3TBiB6nVFJQLINrtQEiRmM8iEqpRm+HBn6MC80oxT5+4NXVgqInscjI06fMmlniWcjI53aWOIVWzL5OHMS
 oj7Xdk8Ajqf6E8IelDruF04sF/Nc4iS8q1SW4as4s1SfuSyHjkE6D+DE4Lkdxh1T78ZA9Wew2xLpvVWxBWu4WC4eW1T
 TrRgUH/2PGte/MqizhWvnq8ySxsUfaz37xXt8brIId3mxDRNLXz6JMkrKPITiXJKqtE
 /nISIxOS+tQOYpdxSu+xOl8XFZn4uWw/WCj4xDJ5sr580sd6rKFsszEpt0fZ5KDyztSKd72GmC5eHKA
 /HuZnqaSLR6mcR4w==
Received: from BN8PR03MB4961.namprd03.prod.outlook.com (2603:10b6:408:d7::14)
 by BN6PR03MB3298.namprd03.prod.outlook.com (2603:10b6:405:43::11) with
 Microsoft SMTP Server (version=TLS1_2,
 cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id 15.20.4129.28; Fri, 21 May
 2021 12:36:08 +0000
Received: from BN8PR03MB4961.namprd03.prod.outlook.com
 ([fe80::b1e2:f2d9:1ce7:6805]) by BN8PR03MB4961.namprd03.prod.outlook.com
 ([fe80::b1e2:f2d9:1ce7:6805%9]) with mapi id 15.20.4129.034; Fri, 21 May 2021
 12:36:08 +0000
From: Legal Department <legal@ddvlawgroup.com>
To: "nmijares@unisourcediscovery.com" <nmijares@unisourcediscovery.com>
Subject: Testing Client Email on May 21, 2021
Thread-Topic: Testing Client Email on May 21, 2021
Thread-Index: AQHXTj3WyPoTbBO3uU6qRmt62UBUnQ==
Date: Fri, 21 May 2021 12:36:07 +0000
Message-ID:
 <BN8PR03MB4961E395FBB4FF64B6E2E8DFA5299@BN8PR03MB4961.namprd03.prod.outlook.com>
Accept-Language: en-US
Content-Language: en-US
X-MS-Has-Attach:
X-MS-TNEF-Correlator:
authentication-results: unisourcediscovery.com; dkim=none (message not signed)
 header.d=none;unisourcediscovery.com; dmarc=none action=none
 header.from=ddvlawgroup.com;
x-originating-ip: [2600:1700:be80:5fb0::23]
x-ms-publictraffictype: Email
x-ms-office365-filtering-correlation-id: a36e934f-75ab-41d0-d59e-08d91c550208
x-ms-traffictypediagnostic: BN6PR03MB3298:
x-microsoft-antispam-prvs:
 <BN6PR03MB3298729919C14D3A5182655EA5299@BN6PR03MB3298.namprd03.prod.outlook.com>
x-ms-oob-tlc-oobclassifiers: OLM:2276;
x-ms-exchange-senderadcheck: 1
x-microsoft-antispam: BCL:0;
x-microsoft-antispam-message-info:
 ZVUBP14P6kTmt9KyNGisVBXF5LQuKJlKnzHe/gsZJUeq3tFpdgbgPgRbJdxm7y2PMJfR+yt
 /vFqeZUmxbKL+ZmEKaXTNLW0v67VzfUY6+8GEPInq4DreaMtQrKdVvs47okJuxqBdCItUVNB6wmwxawhH7yVNIwygQ4
 Zy6yFp91FIxbcBHeWBWOGU3TYHaoFG462JlmdgkWLj1eNAgnCViGtccQ+U7ldVhw+ObEEhAp
 /yEKnTd7m6x9fUDLoTAgJ2lJCl4wOoRBdK6eiSrH722dpcwAC/l7jT4HDur/4FDIw1c/UsiwFqtyUsayv+HkUi52oN
 /BBYrM+yCLInrJJ3/qOIcnSg4lyYkbLBtkDiC9fSzs7
 /axFx3Kdl8mhW3+TMCoZSiYz2Qe+nu7mVzl++26Y15ZRYSI011r1AZ+VxAy619js8gcdd6X+i0IQy6o+f8jExBMvZnZ
 cWMCzyzTK2jfHvNkqKX0RdVzJxkTEbBFEB9+MBZIVGVatNmxQ
 /XfkfISUmZsOkeX4SXAHL5oUg9PQbPEvuDPNQ6dqKDIxW6EsbdbUw32Q9XoltlyVSC+dbPPu5Bz9Pct34twNNtudBJ6
 tEVLYfpG3mZfhWdGOjo5dnVWuxmrnSNRE0v3N1mmHdifXhFWNsop2RSjU7yvbh+ImfxS5arLLJo2A2nQscIIjzbooO1
 ikqBb/hWjcpLQfDfzF5Xlw9QJ9PcKvNqjMstZdh8oJuXMfOoXFl7IIaitc=
x-forefront-antispam-report:
 CIP:255.255.255.255;CTRY:;LANG:en;SCL:1;SRV:;IPV:NLI;SFV:NSPM;H:BN8PR03MB4961.namprd03.prod
 .outlook.com;PTR:;CAT:NONE;SFS:(39830400003)(376002)(366004)(396003)(346002)(136003)
 (64756008)(66446008)(66946007)(66556008)(2906002)(316002)(5660300002)(122000001)(66476007)
 (19627405001)(7696005)(33656002)(38100700002)(478600001)(52536014)(86362001)(76116006)
 (6506007)(558084003)(4270600006)(71200400001)(9686003)(186003)(8676002)(6916009)
 (3480700007)(55016002)(8936002)(166002);DIR:OUT;SFP:1102;
x-ms-exchange-antispam-messagedata: =?iso-8859-1?Q?b/m5rfoeObDJqSDVXmcodXbeRi37hNsDYn
 /kfNVZ0o9MsPDX+AQtvKanUS?=
 =?iso-8859-1?Q?tmTaQqkLqoJIQ32YUVnOR2BtfayEKvSox7TDkQir+HXFotjM9NxxGpp4JJ?=
 =?iso-8859-1?Q?4V1VvPRecXqgPtkE9pF4VR+MDq7qzjPsAlR+Du5PmDY4N1dKIQ2UL6EQ5D?=
 =?iso-8859-1?Q?SmJJg6MdTEKrecx3MLniY3XhKvoiN0Q8+V/5Hblno1Kp04qnmrG4jV7MzB?=
 =?iso-8859-1?Q?WWg1S8Jly/c63DZHA1jx138IxtOflavQVPjyrC52AD6xcWakWplZbWIAqv?=
 =?iso-8859-1?Q?Au3QM3obwOcJEJVWX/v1TSFdtYJsFoJRAyKzm8r9KADnTTxI8Uj5d7xp6E?=

```
=?iso-8859-1?Q?S3Cly4+jLrKT80i+oi40gtAJ9075g4WWvqycEho1OX7uANj/doHwMAySke?=
=?iso-8859-1?Q?Qs9MgVtEDcXpO0yvH+wURyoOyVfrrXzsS+NN9jVf6OHkWRNkf0u4LvJjZq?=
=?iso-8859-1?Q?SRB8AcOWyHjnb9TLuuGciXjiIq/dWdgZvWzQE9kguNXUk1+moibLuADI6b?=
=?iso-8859-1?Q?6IyCoICKZOHyk47F1r/g6FtbJIO2rYqfYOcU5Jj/1lOYN+Mu841IjkNekj?=
=?iso-8859-1?Q?SVnqPqtOCjFMlCpJu7EdaMdF+H5hyDuA1FM9TDc9fNDcRkMcJGwO20KFdA?=
=?iso-8859-1?Q?yhknCDyBrwFLHuzWf3WFSkO18XxnxLWihvCt6useoUcGb46M+gg/FvSnZ7?=
=?iso-8859-1?Q?WJ2JonW2X4dRWizbqzXiiEuKZkZUUrPOui2C1dpEA4s2jKtgoutCqigYtR?=
=?iso-8859-1?Q?ZmKCMWa0Gsf0EHVqqeAPcXofiE5LINcPX5HLY7u3qma39X3E8yoLiwTHAy?=
=?iso-8859-1?Q?I6zy5pucbiPx/JB5+HPSDxM5cCYM8K1BHk88iTFNPtoOYQCIPI7UK88K9N?=
=?iso-8859-1?Q?7Gnkf9wh7Z9mF4ZR5p2zErBFPiFXkaVtCHANLp/4N9J5fSvCUgab2v8ggh?=
=?iso-8859-1?Q?9G4ypgj02EpP166ZBh+ALbo2gYjF73QZLm9wsOZZKtpP7UZ2z3ROLrjHVv?=
=?iso-8859-1?Q?HQioaweDfx2t08RtURHBrqUaZ1L2/VseoGaYiolTNPZ8rte8YkQ6FpbKis?=
=?iso-8859-1?Q?L0ZaIdZWiLxy3jWnHrsN9aN47F81YDvxMnQvYlAIX4g6YSEn5XuQZ4/Pdv?=
=?iso-8859-1?Q?5fs+w8XNG2gmkCJVSE3jZxJ4W+u6o0cAHAZIOMWGV01rX8KWAozO6EAoEd?=
=?iso-8859-1?Q?NazgFTzEScpGuxW1dcM4UHtIQrCrZP9hM2zwlMRNO4NCYhO6uQRUZu46pX?=
=?iso-8859-1?Q?v2QzVXXyOFnOr42Gv0gjQR2enqbt+NchSmbe6vKeq8mxMCqv4byM9DJcd1?=
=?iso-8859-1?Q?8sT05UxnP6wfMJH7iX6/1GdXkiN63NSOCf/NIBpJB91c0L4lTAFc3Aj+K9?=
=?iso-8859-1?Q?1RTh/DPrQPuLmD8/ayxkNKIZtU/qeg4A=3D=3D?=
x-ms-exchange-transport-forked: True
Content-Type: multipart/alternative;
        boundary="_000_BN8PR03MB4961E395FBB4FF64B6E2E8DFA5299BN8PR03MB4961namp_"
MIME-Version: 1.0
X-OriginatorOrg: ddvlawgroup.com
X-MS-Exchange-CrossTenant-AuthAs: Internal
X-MS-Exchange-CrossTenant-AuthSource: BN8PR03MB4961.namprd03.prod.outlook.com
X-MS-Exchange-CrossTenant-Network-Message-Id: a36e934f-75ab-41d0-d59e-08d91c550208
X-MS-Exchange-CrossTenant-originalarrivaltime: 21 May 2021 12:36:07.9675
 (UTC)
X-MS-Exchange-CrossTenant-fromentityheader: Hosted
X-MS-Exchange-CrossTenant-id: 0ee90bee-8b2a-41c7-be54-20d8791b11f3
X-MS-Exchange-CrossTenant-mailboxtype: HOSTED
X-MS-Exchange-CrossTenant-userprincipalname:
UCF7qSX92nSUALLxHKled2UyYKDmJkeBe4/+C6mhp0XoNkK3FDxCXF2zd6bShLL2DR4JttmRBC9p1fRR4HZOUA==
X-MS-Exchange-Transport-CrossTenantHeadersStamped: BN6PR03MB3298
```

May 15, 2018

Unisource Discovery Inc
Attention Noel Mijares
141 NE 3rd Avenue 9th Floor
Miami FL 33132

Second Notice

Effective this date I am once again giving notice of my resignation from the of the above company and am no longer responsible for its debts and liabilities.

I retain my interest and ownership in the company and expect to be advised of changes in its financial condition, including but not limited to tax returns, K-1s and distributions.

Please acknowledge.

Signed:

Steven Cerasale
2881 Forrester Drive
Los Angeles, CA 90064
310-570-2889

## Noel Mijares

| | |
|---|---|
| **From:** | Noel Mijares [nmijares@unisourcediscovery.com] |
| **Sent:** | Monday, April 12, 2010 2:06 PM |
| **To:** | 'Steven Cerasale'; 'Lisa C'; 'Noel Mijares' |
| **Subject:** | Lutter Consulting |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Red |

Alfred Update –

He spoke with me during his visit and disclosed his position as well as what he had already talked with you about during the past few months.

The situation is more sensitive than I had previously thought, based on what I knew. In short, here is a quick overview of Alfred's position, based on our conversation and what he is requesting and what steps are being taken in the interim.

1. Lutter Consulting is making a claim against the use and transfer of the Lutter Consulting Licensed Software from Unisource Discovery, LLC (CA) to Unisource Discovery, Inc. (FL).

2. The basis for this claim is that UNI-CA has always had the user-rights to the software, but not ownership of the licensed software and code, as this is copyright material. UNI-CA could use the software for any business expansion purposes under which UNI-CA owns and controls the expansion. Example provided was that Lutter Consulting never took issue with user-rights to expand UNI-CA to operate in Oregon, etc., since the expansion was under UNI-CA ownership & control.

3. The start-up of UNI-FL was a completely separate entity from UNI-CA.

4. Lutter Consulting was under the implied knowledge that UNI-CA controlled and operated UNI-FL, thus the claim issue was never previously made based on the information that was available to Lutter Consulting. Last year, Lutter Consulting made the discovery that UNI-CA and UNI-FL are completely separate entities, with no attachment what-so-ever than shared names.

5. Based on the discovery, Lutter Consulting has made claim to Steven Cerasale for illegal transfer and personal use of the licensed copyrighted software as portion of Steven Cerasale Initial Capital Investment in UNI-FL.

6. Lutter Consulting is requesting that Steven Cerasale provide 10% of Unisource Discovery, Inc. (FL) stock as compensation for the Licensed Software, which would result in no further actions against the company or shareholders, and would immediately transfer ownership of the licensed copyrighted software application and code to UNI-FL. The 10% (Ten Per Cent) requested is non-voting stock.

7. Lutter Consulting has requested from counsel a formal Letter of Facts which will be delivered to UNI-FL and copied to every Shareholder, detailing more or less what this overview is providing. This Letter of Facts is Lutter Consulting first step towards reconciliation and as noted, a formal request to correct a wrong.

4/15/2010

8. If no reconciliation is reached, additional steps could be made, including Legal Suit against UNI-FL and its shareholders for the illegal use of the licensed copyrighted software.

In short, these are the highlights of my conversation with Alfred, for which the content is disturbing and serious and as such I have taken some days to think thoroughly and see all aspects of the issue.

My personal review –

1. UNI-FL will not engage into any form of legal action, neither passive nor aggressive against Lutter Consulting for such a stance would result in great liability and excessive loss of revenue.

2. The claim being made by Lutter Consulting is strictly focused on Steven, but on matters of law the process will involve UNI-FL completely, and this has been disclosed by Alfred as an unfortunate part of the process. We are in no position whatsoever to place the growth and prosperity of UNI-FL into a legal storm, as any actions taken based on the aforementioned, would result in heavy loss for UNI-FL, with a position of a-negative outcome plus legal bills, etc.

3. Alfred stated that he tried to express his position last year, and felt that he was unable to communicate properly, so the issue has been dragged to this year and elevated to Counsel having to hand a Letter of Facts.

4. There are no-issues with regards to the platform and integrated systems that The Subpoena Company bore down through Lisa and I under our Initial Capital Investment with regards to UNI-FL; as it stands our Initial Capital Investment has no claims.

5. The claim raised needs to be address, and my strong recommendation is that Steven assigns 10% (ten per cent) of stock to Alfred as part of the restitution being requested for the transfer and use of the licensed copyrighted software. This would break-down: Steven 40%, Lisa 25%, Noel 25% and Alfred 10% and does not affect the current structure of the Board of Directors.

6. If this matter is not resolved forthwith, this situation could very well result in legal suit before Summer.

7. We need to have a meeting with all parties and settle this matter sooner rather than later. We should schedule a gathering within next week or few weeks from today.

We should be receiving the Letter of Facts in a week of so; let me know your thoughts.

Noel Mijares
**UNISOURCE DISCOVERY**
Digital Document Retrieval TM

T.866.580.0002
F.866.580.9070

4/15/2010

Confidential                           Page 1                              4/16/2010



DIGITAL DOCUMENT RETRIEVAL

**VIA ELECTRONIC MAIL &**
**FIRST CLASS MAIL**

Date: April 16, 2010

To:    Mr. Alfred W. Lutter
       Lutter Consulting, Inc.
       P.O.Box 680495
       Park City, UT 84068
       (435)655-9229
       alfred@lutter.com

From:  Board of Directors, Unisource Discovery, Inc.
       Noel Mijares, Director, nmijares@unisourcediscovery.com
       Lisa D. Cote, Director, lcote@unisourcediscovery.com
       Steven A. Cerasale, Director, steven@unisourcediscovery.com

### Transfer & Assignment Addendum & Clause under Article III, Directors & Shares; Unisource Discovery, Inc. Operating Agreement and Corporate By-Laws, with Transfer and Assignment of Lutter Legal Discovery Case and Records Management Software & Source-Code

The Board of Directors for Unisource Discovery, Inc. has approved the Transfer and Assignment of Stock-Ownership to Mr. Alfred W. Lutter, under the following Terms & Guidelines.

This approval is in-conjunction with the Transfer & Assignment of Lutter Legal Discovery Case and Records Management Software and Source-Code and all pertinent Copyright Materials in-conjunction with all operating software applications to Unisource Discovery, Inc.

1. Alfred W. Lutter:  Corporate Stock Assignment of Ten Per Cent (10%) of Unisource Discovery, Inc. Non-Voting Stock issued to Alfred W. Lutter, and inscribed herein under the Corporate By-Laws, effective April 16, 2010.

   Agreed and Executed by the Board of Directors this April 16, 2010.

Confidential                              Page 2                              4/16/2010

2. Steven A. Cerasale: Corporate Stock Transfer & Assignment of Ten Per Cent (10%) to Unisource Discovery, Inc. which was previously issued on June 15, 2006 and inscribed herein under the Corporate By-Laws, effective April 16, 2010.

   Agreed and Executed by the Board of Directors this April 16, 2010.

3. Lutter Consulting, Inc. and/or Alfred W. Lutter:  Transfer & Assignment of Lutter Legal Discovery Case and Records Management Software and Source-Code(s), and all Copyright Material associated with the Software and Application(s) are hereby fully transferred in Ownership Title (Clear and Clean) and Assigned to Unisource Discovery, Inc.

   Alfred W. Lutter: _____

   Date: _____ Time: _____

   Agreed and Executed by the Board of Directors this April 16, 2010.

4. Board of Directors Disclosure Statement, Issued 1,000 Shares.

   | Name: | Stock/Shares | Initial: |
   |---|---|---|
   | 1. Steven A. Cerasale | 40% or 400 Shares | _____ |
   | 2. Lisa D. Cote | 25% or 250 Shares | _____ |
   | 3. Noel Mijares | 25% or 250 Shares | _____ |
   | 4. Alfred W. Lutter | 10% or 100 Shares | _____ |

   Agreed and Executed by the Board of Directors this April 16, 2010

This is the true and original Transfer Assignment Addendum & Clause and shall serve as Proof & Evidence of the findings, transfers, assignments and agreements made by and between the Board of Directors of Unisource Discovery, Inc. and Alfred W. Lutter and Lutter Consulting, Inc.

Confidential Page 3 4/16/2010

This Addendum shall override and precede any and all previous statements, understandings, agreements, implied or otherwise mentioned, and shall become part of the Unisource Discovery Operating Agreement and By-Laws of the Corporation.

IN WITNESS WHEREOF, all of the Board of Directors of Unisource Discovery, Inc., a Florida Corporation, has executed this Transfer Assignment Addendum & Clause, effective as of the date first written above.

**Board of Directors**

/_____
Steven A. Cerasale; individually authorized.


/_____
Lisa D. Cote; individually authorized.


/_____
Noel Mijares; individually authorized.


/_____
Alfred W. Lutter; individually authorized.



**RUTAN**
ATTORNEYS AT LAW

**Ed Sybesma**
Direct Dial: (714) 641-3427
E-mail: esybesma@rutan.com

April 15, 2010

**VIA ELECTRONIC &**
**FIRST CLASS MAIL**

Mr. Steven Cerasale
Unisource Discovery, LLC
P.O.Box 90939
Long Beach, CA  90809-0939

      Re:    Alfred W. Lutter Legal Discovery Case and Records Management Software

Dear Mr. Cerasale:

We represent Alfred Lutter.

Mr. Lutter is the author of Legal Discovery Case and Records Management Software produced for you pursuant to the agreement between you and Mr. Lutter, together with pre-existing software components contained therein.

Accordingly, Mr. Lutter is the owner of the copyrights therein.  (1 Melville B. Nimmer and David Nimmer, Nimmer on Copyright (Matthew Bender, Rev.Ed.) ("Nimmer") §5.01[A].) Title to the copyrights therein has not been assigned, and the rights remain with Mr. Lutter.  The work performed by Mr. Lutter in preparing the software for your use entitles you to only a nonexclusive, nontransferable license to the use thereof in connection with the operations of the business of Unisource Discovery, LLC.  (See, e.g., Nimmer sections 10.03[A][1], 10.03[A][7], 5.03[B][2][a], 27.02[A], and 10.02[B][4]; Copyright Act §101.)  The commissioned development of software does not qualify as a "work made for hire".  (Nimmer sections 5.03[B][2][a], 27.02[A]; Copyright Act §101.)

We are advised that you have purported to sublicense, assign, or grant rights to the use of the software to Unisource Discovery, Inc. ("Unisource Florida"), and that Unisource Florida has been engaged in the use of the software.  Such actions constitute copyright infringement both by you and by Unisource Florida.

Demand is hereby made for immediate cessation of the use of such software by Unisource Florida, and for a full accounting by you of all consideration and benefits received by you in connection with the purported grant of rights to Unisource Florida.

This demand is without prejudice to any and all rights and remedies available to Mr. Lutter, both against you and as to Unisource Florida.

I understand that Mr. Lutter has expressed a willingness in prior communications with you to grant a license to Unisource Florida on appropriate terms and conditions.  Mr. Lutter

Rutan & Tucker, LLP  |  611 Anton Blvd, Suite 1400, Costa Mesa, CA 92626
PO Box 1950, Costa Mesa, CA 92628-1950  |  714-641-5100  |  Fax 714-546-9035
Orange County  |  Palo Alto  |  www.rutan.com



**RUTAN**
ATTORNEYS AT LAW

Mr. Steven Cerasale
April 15, 2010
Page 2

remains willing to grant such a license, but the parties must act promptly in order to resolve this matter.

Please give this matter your immediate attention and provide me with a prompt response.

Sincerely,
RUTAN & TUCKER, LLP

Ed Sybesma

EDS



## STAY IN TOUCH

# CONTACT US

888-248-0020 | advantage@unisourcediscovery.com

Offering Digital Document Retrieval and Service of Process throughout the continental United States.

ORDER NOW

# UNISOURCE

## D I S C O V E R Y®

### D I G I T A L   D O C U M E N T   R E T R I E V A L

HOME   ABOUT   PRODUCTS/SERVICES   DOWNLOADS   CONTACT   ORDER   CLIENT LOGIN

888-248-0020

advantage@unisourcediscovery.com

Employee Log in | Privacy Policy | ©2020, Unisource Discovery and Logo are Registered Trademarks | Site by Persechini