Exhibit "D"

Case 1:20-cv-23276-DPG   Document 159-5   Entered on FLSD Docket 08/23/2021   Page 2 of 6

# Right to Use / Licensing / Trademark Infringement

Fri, Feb 21, 2020 9:14 am

From:  Noel Mijares

To:  steven@unisourcediscovery.com

1 Attachments

**Unisource Discovery, LLC - Right to Use of Trademark.docx** - (30kB)

Notice:  Right to Use of Trademark

Date: 02.21.20

Timestamp: 9:15 AM EST

Noel Mijares / CEO
**UNISOURCE DISCOVERY ®**
Digital Document Retrieval

T. 866 580 0002
F. 866 580 9070

www.unisourcediscovery.net (http://www.unisourcediscovery.com)

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the intended addressee.   It is the property of Unisource Discovery, Inc. and Affiliated Companies.   Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful.   If you have received this communication in error, please notify us immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.



Miami, February 21, 2020                                    VIA Email & Certified Mail

Unisource Discovery, LLC
c/o Mr. Steven A. Cerasale
625 The City Drive, Suite 303
Orange, CA 92868

Mr. Steven A. Cerasale
2881 Forrester Drive
Los Angeles, CA 90064

RE:  Right to Use of Trademark

Mr. Cerasale,

Please be advised that effective immediately, Unisource Discovery, LLC no longer has the Right to Use, Market or Transact business under the USPTO Registered Trademark of Unisource Discovery:  http://tmsearch.uspto.gov/bin/showfield?f=doc&state=4803:oqu8gj.2.1

To this end, we are offering Unisource Discovery, LLC the option of a Licensing Agreement for the Right to Use and Transact under the Registered Trademark.

This offer is good for a period of 14 days from the receipt of this notice.  If on the 15th day we have not received word in writing, we will proceed with a Cease & Desist Letter to cure all operations and infringements under said Trademark.

Sincerely Yours,
/S/ Noel Mijares
Noel Mijares
CEO, President


cc. USPTO-udld.f

555 NE 15th Street – 9th Floor – Miami – Florida 33132
T.866.580.0002 F.866.580.9070
www.unisourcediscovery.net

 **JORGEN SLOTS, P.A.**

March 17, 2020

VIA EMAIL and CERTIFIED MAIL

Mr. Steven A. Cerasale
Unisource Discovery, LLC
625 The City Drive, Suite 303
Orange, CA 92868

Re: Infringement of Trademark Rights of Unisource Discovery, Inc.

Dear Mr. Cerasale,

This law firm represents Unisource Discovery, Inc., in connection with its intellectual property rights. Your use of [Unisource Discovery name and Logo} is a violation of Unisource Discovery, Inc. common law trademark rights, common law service mark rights, and trade name rights, and this letter constitutes Unisource Discovery, Inc. demand that you Cease and Desist any and all use of these trademark/domain/brand/names. You should immediately forward this letter to your attorney.

On February 21, 2020 Unisource Discovery, Inc. provided notice to Unisource Discovery, LLC that the Right to Use of Trademark had been terminated, providing 14 days to respond to enter into a Licensing Agreement for the Right to Use and Transact under the Registered Trademark of Unisource Discovery.

As you are aware, Unisource Discovery, Inc. is registered as a Florida corporation and has continually used "Unisource Discovery" and the trade "Unisource Discovery" (the "Marks") throughout the United States as its brand name since that time. Since its incorporation, Unisource Discovery, Inc. has continually used the Marks in advertising campaigns and in the community, including through its websites at www.unisourcediscovery.com and www.unisourcediscovery.net.

In addition, Unisource Discovery, Inc. has been actively involved in the community in its efforts to further promote its brand on a state and national presence. As a result of these efforts, Unisource Discovery customers, and the general public, have come to recognize [Unisource Discovery, Inc.] as an established and successful Records Retrieval and Service of Process provider.

Under Florida law, common law trademark infringement occurs when a party utilizes a trade or service mark that creates a likelihood of consumer confusion. As you are undoubtedly aware, use of this trademark and trade name is prohibited.

Unisource Discovery, Inc. has several options under Florida law to enforce its legal rights in the Marks. If Unisource Discovery, Inc. were to file a lawsuit against you, it would be entitled to seek: (1) preliminary and permanent injunctions; (2) actual monetary damages; (3) disgorging of any profits you have realized through your use of the Marks; (4) reimbursement of attorney's fees required to prosecute a lawsuit against you; and (5) monetary damages for damage to Unisource Discovery, Inc goodwill in the market.

Cease & Desist Pre-Suit Letter Page | 1

Please be advised that Unisource Discovery, Inc. will undertake all appropriate steps to protect its Trademark and its associated goodwill. You can avoid legal action by immediately ceasing and desisting from any and all further infringing activity. You must cease and desist all promotion and/or marketing.

You are hereby put on notice that Unisource Discovery, Inc. will be enforcing its Rights under Florida law and will be monitoring your use of these names for this purpose. Additionally, you must execute a copy of this letter and send it to this firm within seven (7) days of the receipt of this letter. I recommend you consult with an attorney before taking any action.

If you or your attorney have any questions, please feel free to contact me.

**GOVERN YOURSELF ACCORDINGLY.**

Sincerely,


Jorgen Slots, Esq.
JORGEN SLOTS, P.A.
2931 Sheridan Avenue
Miami Beach, FL 33139
T. 714-745-8976


CC: Client

AGREEMENT

I, Steven A. Cerasale, personally and on behalf of Unisource Discovery, LLC, agree to immediately cease and desist from any and all further use of the Unisource Discovery, Inc. Trademark. In the event this agreement is breached by me or Unisource Discovery, LLC then Unisource Discovery, Inc. shall be entitled to costs, attorney's fees, and collection costs related to any claims and/or action brought to enforce this agreement and shall be free to pursue all rights it had as of the date of this letter as if this letter had never been signed. I certify that I have the authority to enter into this agreement on behalf of Unisource Discovery, LLC.

By: Steven A. Cerasale


_____

Both individually and on behalf of Unisource Discovery, LLC. / Dated: _____

For an Oath of Affirmation:  STATE OF _____ COUNTY OF _____

Sworn to (or Affirmed) and subscribed before me this _____ day of _____, 2020, by (name of person making statement).

(Notary Seal)                                            _____

Name and Signature of Notary Public

Personally known_____ OR produced Identification _____ (Type of ID) Produced.



Cease & Desist Pre-Suit Letter Page | 2

Case 1:20-cv-23276-DPG   Document 159-5   Entered on FLSD Docket 08/23/2021   Page 6 of 6

# Business Relations / Tortious Interferance / Cease & Desist

Tue, May 26, 2020 4:41 pm

From: Noel Mijares

To: steven@unisourcediscovery.com

Cc: lcote   and 1 recipients

---

Mr. Cerasale,

We have been informed that you are actively interfering with our business operations in Louisiana and Florida.

In specific, you have tortiously interfered with our AIG National Preferred Vendor status with the Law Firm of Burglass & Tankersley and the Law Firm of Cole, Scott and Kissane.

Your office located in 4502 Centerview Drive, Suite 113, San Antonio, Texas 78228 has been actively trying to undermine our operations in Louisiana, and has portrayed Unisource Discovery, Inc. in a negative light, maliciously providing false information to purge our clients.

As a forty percent  (40%) Shareholder of Unisource Discovery, Inc. you are hereby put on Notice that your actions have caused, and continue to cause great damage to Unisource Discovery, Inc. Shareholders, Employees and Clients.

You are hereby noticed to Cease & Desist immediately from contacting and purging Unisource Discovery, Inc. clients.

Noel Mijares / CEO
**UNISOURCE DISCOVERY ®**
Digital Document Retrieval

T. 866 580 0002
F. 866 580 9070

www.unisourcediscovery.net (http://www.unisourcediscovery.com)

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the intended addressee.   It is the property of Unisource Discovery, Inc. and Affiliated Companies.   Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful.   If you have received this communication in error, please notify us immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.