Exhibit "E"



May 12, 2020

VIA EMAIL and CERTIFIED MAIL

Mr.  Steven A. Cerasale
Unisource Discovery, LLC
625 The City Drive, Suite 303
Orange, CA 92868

Re: Cease & Desist / Infringement of Trademark Rights of Unisource Discovery, Inc.

Dear Mr. Cerasale,

This law firm represents Unisource Discovery, Inc., in connection with its intellectual property rights. Your use of [Unisource Discovery name and Logo} is a violation of Unisource Discovery, Inc. common law trademark rights, common law service mark rights, trade name rights, and this letter constitutes Unisource Discovery, Inc. demand that you Cease and Desist any and all use of these trademark/domain/brand/names. You should immediately forward this letter to your attorney.

On February 21, 2020 Unisource Discovery, Inc. provided notice in writing (see attached Exhibit A) to Unisource Discovery, LLC that the Right to Use of Trademark had been terminated, providing 14 days to respond to enter into a Licensing Agreement for the Right to Use and Transact under the Registered Trademark name and logo of Unisource Discovery.

 As you are aware, Unisource Discovery, Inc. is registered as a Florida corporation and has continually used "Unisource Discovery" and the trade "Unisource Discovery" (the "Marks") throughout the United States as its brand name since that time.  Since its incorporation, Unisource Discovery, Inc. has continually used the Marks in advertising campaigns and in the community, including through its websites at www.unisourcediscovery.com and www.unisourcediscovery.net.

In addition, Unisource Discovery, Inc. has been actively involved in the community in its efforts to further promote its brand on a state and national presence.  As a result of these efforts, Unisource Discovery customers, and the general public, have come to recognize [Unisource Discovery, Inc.] as an established and successful Records Retrieval and Service of Process provider.

Under Florida law, common law trademark infringement occurs when a party utilizes a trade or service mark that creates a likelihood of consumer confusion.  As you are undoubtedly aware, use of this trademark and trade name is prohibited.

Unisource Discovery, Inc. has several options under Florida law to enforce its legal rights in the Marks. If Unisource Discovery, Inc. were to file a lawsuit against you, it would be entitled to seek: (1) preliminary and permanent injunctions; (2) actual monetary damages; (3) disgorging of any profits you have realized

Cease & Desist Pre-Suit Letter Page | 1

through your use of the Marks; (4) reimbursement of attorney's fees required to prosecute a lawsuit against you; and (5) monetary damages for damage to Unisource Discovery, Inc. goodwill in the market.

Please be advised that Unisource Discovery, Inc. will undertake all appropriate steps to protect its Trademark and its associated goodwill.  You can avoid legal action by immediately ceasing and desisting from any and all further infringing activity, by entering into an immediate Licensing Agreement. You must cease and desist all promotion and/or marketing.

You are hereby put on notice that Unisource Discovery, Inc. will be enforcing its Rights under Florida Law and will be monitoring your use of these names for this purpose.  Additionally, you must execute a copy of this letter and send it to this firm within seven (7) days of the receipt of this letter.  I recommend you consult with an attorney before taking any action.

**GOVERN YOURSELF ACCORDINGLY.**

Sincerely,

/S/ Diego Valdes
Diego Valdes, Esq.
Diego David Valdes, P.A.
2350 Coral Way, Suite 403B
Miami, FL 33145
T. 305-910-6602


CC: Client

## AGREEMENT

I, Steven A. Cerasale, personally and on behalf of Unisource Discovery, LLC, agree to immediately cease and desist from any and all further use of the Unisource Discovery, Inc. Trademark.  In the event this agreement is breached by me or Unisource Discovery, LLC then Unisource Discovery, Inc. shall be entitled to costs, attorney's fees, and collection costs related to any claims and/or action brought to enforce this agreement and shall be free to pursue all rights it had as of the date of this letter as if this letter had never been signed. I certify that I have the authority to enter into this agreement on behalf of Unisource Discovery, LLC.

By: Steven A. Cerasale

_____

Both individually and on behalf of Unisource Discovery, LLC. / Dated: _____

For an Oath of Affirmation:  STATE OF _____ COUNTY OF _____

 Sworn to (or Affirmed) and subscribed before me this _____ day of _____, 2020, by (name of person making statement).

(Notary Seal)                                            _____

                                       Name and Signature of Notary Public

Personally known_____ OR produced Identification _____ (Type of ID) Produced.

Cease & Desist Pre-Suit Letter Page | 1



Miami, February 21, 2020                                        VIA Email & Certified Mail

Unisource Discovery, LLC
c/o Mr. Steven A. Cerasale
625 The City Drive, Suite 303
Orange, CA 92868

Mr. Steven A. Cerasale
2881 Forrester Drive
Los Angeles, CA 90064

RE:  Right to Use of Trademark

Mr. Cerasale,

Please be advised that effective immediately, Unisource Discovery, LLC no longer has the Right to Use, Market or Transact business under the USPTO Registered Trademark of Unisource Discovery:  http://tmsearch.uspto.gov/bin/showfield?f=doc&state=4803:oqu8gj.2.1

To this end, we are offering Unisource Discovery, LLC the option of a Licensing Agreement for the Right to Use and Transact under the Registered Trademark.

This offer is good for a period of 14 days from the receipt of this notice.  If on the 15th day we have not received word in writing, we will proceed with a Cease & Desist Letter to cure all operations and infringements under said Trademark.

Sincerely Yours,
/S/ Noel Mijares
Noel Mijares
CEO, President

cc. USPTO-udld.f

6/5/2020                                                 Trademark Electronic Search System (TESS)

 United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks** > **Trademark Electronic Search System (TESS)**

TESS was last updated on Fri Jun 5 04:37:22 EDT 2020

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

UNISOURCE
DISCOVERY
DIGITAL DOCUMENT RETRIEVAl

| | |
|---|---|
| **Word Mark** | **UNISOURCE DISCOVERY** DIGITAL DOCUMENT RETRIEVAL |
| **Goods and Services** | IC 045. US 100 101. G & S: Legal research. FIRST USE: 20010301. FIRST USE IN COMMERCE: 20010301 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.11.21 - Rectangles that are completely or partially shaded |
| **Trademark Search Facility Classification Code** | SHAPES-GEOMETRIC Geometric figures and solids including squares, rectangles, quadrilaterals and polygons<br>SHAPES-MISC Miscellaneous shaped designs |
| **Serial Number** | 77594059 |
| **Filing Date** | October 16, 2008 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | March 24, 2009 |
| **Registration Number** | 3634516 |
| **Registration Date** | June 9, 2009 |
| **Owner** | (REGISTRANT) Unisource Discovery CORPORATION FLORIDA 555 NE 15th Street, 9th Floor 934-A Miami FLORIDA 33132 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "DISCOVERY DIGITAL DOCUMENT RETRIEVAL" APART FROM THE MARK AS SHOWN |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of the stylized word "Unisource" reversed out on a shaded rectangle, with the stylized word "Discovery" below it and the stylized wording "Digital Document Retrieval" below that. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 8 (6-YR). SECTION 8(10-YR) 20190405. |

tmsearch.uspto.gov/bin/showfield?f=doc&state=4806:4m156e.2.1                                    1/2