Exhibit "G"



Case Closed.

**UNISOURCE**
D I S C O V E R Y®

DIGITAL DOCUMENT RETRIEVAL

advantage@unisourcediscovery.com  •  www.unisourcediscovery.com

866.580.0002

# Accurate.  Consistent.  Cost-effective.

- Service of Process

- Notice of Production from Non-Party

- Affidavit of Service

- Notify Opposing Counsel/Request for Copies

- Issuance of all pre-payments related to custodial fees

- Comprehensive film breakdown

- Digitally Bates stamped records to desktop in PDF/TIFF and/or paper format

- Optical Character Recognition

- Customized billing to the claims adjuster or firm

# UNISOURCE
## DISCOVERY™
### DIGITAL DOCUMENT RETRIEVAL





- SERVICE OF PROCESS
- RECORD RETRIEVAL
- DIGITAL RECORD STORAGE
- DATA HOSTING & DELIVERY
- DOCUMENT IMAGING





www.unisourcediscovery.com





*"Counsellor, please advise your client that, issues of personal safety aside, gravity is the law."*

You deserve a good laugh!
**Case closed.**

**Unisource Discovery**
Fast digital document retrieval services.
www.unisourcediscovery.com  or  866 580 0002

**UNISOURCE**
DISCOVERY™
DIGITAL DOCUMENT RETRIEVAL



5/21/2021   Mail - Noel Mijares - Outlook





https://outlook.office.com/mail/...       1/1



5/21/2024

Mail – Noel Mijares - Outlook

https://outlook.office.com/mail/inbox/id/AAQkAGNmNjQ4MzAyLWZmZWItNGU1OC1iNGQ0LTA2NTBmZDZmMmQ1YQAQAG6yicKLhwIBgFuHtTNqIY…   1/1

5/21/2021    Mail - Noel Mijares - Outlook



"Ladies and gentlemen, is there a bankruptcy attorney on board?"

# You Deserve a Good Laugh!

**Case Closed.**
**UNISOURCE DISCOVERY**

www.unisourcediscovery.com   866.580.0002