Exhibit "I"

5/17/2021                                         Unisource Discovery Universe

Welcome,
Noel Mijares
in
FLORIDA

**Firms**
**Locations**
**Orders**
**Order Status**
**Accounting**
**Reports**
  **Client Reports**
    **Past Due Invoices**
  **Customer Service**
  **Management**
  **Order Status**
  **Private Reports**
**Routing**
**Utilities**
**QA**
**Logout**

## Client Reports

**Select Report:** Master Invoice ⌄

**Search for firm:** [_____] [Find]

**Master Invoice ID:** ⌄ [ Find Master for Period ] [ Print All Past Dues ]

**Start Date:** 04/01/21        **End Date:** 04/30/21

**Order Company:** ◯ Unisource ⦿ Equicopy

☐ Mark Past Dues
☐ Include Paid
☐ Show Payments and Adjustments on Invoice
☐ Download as Zip

**Run Report**

5/17/2021                                    Unisource Discovery Universe

Welcome,
Noel Mijares
in
FLORIDA

**Firms**
**Locations**
**Orders**
**Order Status**
**Accounting**
**Reports**
  **Client Reports**
    **Past Due Invoices**
  **Customer Service**
  **Management**
  **Order Status**
  **Private Reports**
**Routing**
**Utilities**
**QA**
**Logout**

## Client Reports

**Select Report:** Invoice Register ▾

**Search for firm:** [        ]   [ Find ]

**Include dates between:** 05/01/21        **and** 05/31/21

◉ By Ordering   ○ By Billing

**Order Company:** ○ Unisource  ◉ Equicopy

☐ Mark Past Dues

**Run Report   Print Invoices**

V 2.4.784.0 - © Lutter Consulting 1999 - 2021

5/17/2021                                        Unisource Discovery Universe

Welcome,
Noel Mijares
in
FLORIDA

**Firms**
**Locations**
**Orders**
**Order Status**
**Accounting**
**Reports**
  **Client Reports**
    **Past Due Invoices**
  **Customer Service**
  **Management**
  **Order Status**
  **Private Reports**
**Routing**
**Utilities**
**QA**
**Logout**

Client Reports

**Select Report:** Aging by Client ⌄

**Search for firm:** [            ]  [ Find ]

⦿ Both  ◯ Unisource  ◯ Equicopy

**Include Invoices between:** 05/01/21          **and** 05/31/21

☐ Mark Past Dues

⦿ Client Aging

◯ Past Due Invoice Summary

◯ Past Due Invoice Summary By Adjuster

**Run Report   Print Invoices**

5/17/2021                                                        Unisource Discovery Universe

Welcome,
Noel Mijares
in
FLORIDA

**Firms**
**Locations**
**Orders**
**Order Status**
**Accounting**
**Reports**
  **Client Reports**
    **Past Due Invoices**
  **Customer Service**
  **Management**
  **Order Status**
  **Private Reports**
**Routing**
**Utilities**
**QA**
**Logout**

## Send Past Due Invoices

Start Date: ............     End Date: ............     Claim
Number:     | Blank for all                |     ⬇ Statute Report

○ Unisource
◉ EquiCopy

[ Find Firms With Past Dues ]

5/17/2021                                        Unisource Discovery Universe

Welcome,
Noel Mijares
in
FLORIDA

**Firms**
**Locations**
**Orders**
**Order Status**
**Accounting**
**Reports**
  **Client Reports**
    **Past Due Invoices**
  **Customer Service**
  **Management**
  **Order Status**
  **Private Reports**
**Routing**
**Utilities**
**QA**
**Logout**

## Client Reports

**Select Report:** Aging by Client ⌄

**Search for firm:** [　　　　　　　] [ Find ]

◉ Both  ○ Unisource  ○ Equicopy

**Include Invoices between:** 05/01/21        and  05/31/21

☐ Mark Past Dues

◉ Client Aging

○ Past Due Invoice Summary

○ Past Due Invoice Summary By Adjuster

**Run Report**   **Print Invoices**

V 2.4.784.0 - © Lutter Consulting 1999 - 2021

Exhibit "J"



Case 1:20-cv-23276-DPG   Document 159-10   Entered on FLSD Docket 08/23/2021   Page 9 of 43

Welcome,
Noel Mijares
in
FLORIDA

# Add Prepaid

**Firms**

**Locations**

**Orders**

**Order Status**

**Accounting**

   **Add Invoice**

   **Edit Invoice**

   **Invoice Printing**

   **Master Invoice Pay**

   **Quick Pay**

   **Add Prepaid**

   **View Current Month**

   **Other Counsel Orders**

   **Check Requests Print**

   **Check Requests**

   **Void Payment**

   **DaisyBill**

**Reports**

**Routing**

**Utilities**

**QA**

**Logout**

Oracle.ManagedDataAccess.Client.OracleException (0x80004005): ORA-00936: missing expression at OracleInternal.ServiceObjects.OracleConnectionImpl.VerifyExecution(Int32& cursorId, Boolean bThrowArrayBindRelatedErrors, SqlStatementType sqlStatementType, Int32 arrayBindCount, OracleException& exceptionForArrayBindDML, Boolean& hasMoreRowsInDB, Boolean bFirstIterationDone) at OracleInternal.ServiceObjects.OracleCommandImpl.ExecuteReader(String commandText, OracleParameterCollection paramColl, CommandType commandType, OracleConnectionImpl connectionImpl, OracleDataReaderImpl& rdrImpl, Int32 longFetchSize, Int64 clientInitialLOBFS, OracleDependencyImpl orclDependencyImpl, Int64[] scnForExecution, Int64[]& scnFromExecution, OracleParameterCollection& bindByPositionParamColl, Boolean& bBindParamPresent, Int64& internalInitialLOBFS, OracleException& exceptionForArrayBindDML, OracleConnection connection, OracleLogicalTransaction& oracleLogicalTransaction, IEnumerable`1 adrianParsedStmt, Boolean isDescribeOnly, Boolean isFromEF) at Oracle.ManagedDataAccess.Client.OracleCommand.ExecuteReader(Boolean requery, Boolean fillRequest, CommandBehavior behavior) at Oracle.ManagedDataAccess.Client.OracleCommand.ExecuteReader() at DBManager.OracleDBManager.GetSingleRowWithConnection(String cCommandText, String& cError, OracleConnection Connection) in E:\Lutter\FLORIDA CODEBASE\fldbmanager\DBManager\OracleDBManager.vb:line 1031

## Order Information

Order #: `72608` `  ` [Find]

Ordered by: `_____`

Billed to: `_____`

Location: `_____`

## Payment Information

Amount Paid: `0.00`

Paid Date: `05/19/20`

Claim #/Reference: `_____`

[Save] [Cancel]

Welcome,
Noel Mijares
in
FLORIDA

**Firms**
**Locations**
**Orders**
**Order Status**
**Accounting**
   **Add Invoice**
   **Edit Invoice**
   **Invoice Printing**
   **Master Invoice Pay**
   **Quick Pay**
   **Add Prepaid**
   **View Current Month**
   **Other Counsel Orders**
   **Check Requests Print**
   **Check Requests**
   **Void Payment**
   **DaisyBill**
**Reports**
**Routing**
**Utilities**
**QA**
**Logout**

## Patient Information

| ☐ | Row# | Order# | Item# | Patient | Claim Number | Claim Admin | Invoice# | Date | Total | Attachment(s) |
|---|------|--------|-------|---------|--------------|-------------|----------|------|-------|---------------|

| << | | 3 | | >> | | Place Invoice(s) |
|----|---|---|---|----|---|------------------|

# Server Error in '/universe' Application.

---

## *Invalid URI: The format of the URI could not be determined.*

**Description:** An unhandled exception occurred during the execution of the current web request. Please review the stack trace for more information about the error and where it originated in the code.

**Exception Details:** System.UriFormatException: Invalid URI: The format of the URI could not be determined.

**Source Error:**

An unhandled exception was generated during the execution of the current web request. Information regarding the origin and location of the exception can be identified using the exception stack trace below.

**Stack Trace:**

```
[UriFormatException: Invalid URI: The format of the URI could not be determined.]
   System.Uri.CreateThis(String uri, Boolean dontEscape, UriKind uriKind) +8498777
   System.Net.WebRequest.Create(String requestUriString) +46
   ReportHandler.ProcessRequest(HttpContext context) +424
   System.Web.CallHandlerExecutionStep.System.Web.HttpApplication.IExecutionStep.Execute() +542
   System.Web.HttpApplication.ExecuteStepImpl(IExecutionStep step) +75
   System.Web.HttpApplication.ExecuteStep(IExecutionStep step, Boolean& completedSynchronously) +93
```

---

**Version Information:** Microsoft .NET Framework Version:4.0.30319; ASP.NET Version:4.8.4075.0

# Server Error in '/universe' Application.

*Invalid URI: The format of the URI could not be determined.*

**Description:** An unhandled exception occurred during the execution of the current web request. Please review the stack trace for more information about the error and where it originated in the code.

**Exception Details:** System.UriFormatException: Invalid URI: The format of the URI could not be determined.

**Source Error:**

```
An unhandled exception was generated during the execution of the current web request. Information regarding the origin and location of the exception can be identified using the exception
stack trace below.
```

**Stack Trace:**

```
[UriFormatException: Invalid URI: The format of the URI could not be determined.]
   System.Uri.CreateThis(String uri, Boolean dontEscape, UriKind uriKind) +8498777
   System.Net.WebRequest.Create(String requestUriString) +46
   ReportHandler.ProcessRequest(HttpContext context) +424
   System.Web.CallHandlerExecutionStep.System.Web.HttpApplication.IExecutionStep.Execute() +542
   System.Web.HttpApplication.ExecuteStepImpl(IExecutionStep step) +75
   System.Web.HttpApplication.ExecuteStep(IExecutionStep step, Boolean& completedSynchronously) +93
```

**Version Information:** Microsoft .NET Framework Version:4.0.30319; ASP.NET Version:4.8.4075.0

Case 1:20-cv-23276-DPG   Document 159-10   Entered on FLSD Docket 08/23/2021   Page 13 of 43

Welcome,
Noel Mijares
in
FLORIDA

**Firms**

**Locations**

**Orders**

**Order Status**

**Accounting**

**Reports**

   **Client Reports**

   **Customer Service**

   **Management**

   **Order Status**

   **Private Reports**

**Routing**

**Utilities**

**QA**

**Logout**

## Management Reports

The source of the report definition has not been specified

**Select Report:** Collections Activity ▼

**Select Sales:** --Choose-- ▼ (Select no Sales for all)

**Start Date:** 04/01/20    **End Date:** 04/30/20

**Run Report**

# Server Error in '/universe' Application.

*Invalid URI: The format of the URI could not be determined.*

**Description:** An unhandled exception occurred during the execution of the current web request. Please review the stack trace for more information about the error and where it originated in the code.

**Exception Details:** System.UriFormatException: Invalid URI: The format of the URI could not be determined.

**Source Error:**

An unhandled exception was generated during the execution of the current web request. Information regarding the origin and location of the exception can be identified using the exception stack trace below.

**Stack Trace:**

```
[UriFormatException: Invalid URI: The format of the URI could not be determined.]
   System.Uri.CreateThis(String uri, Boolean dontEscape, UriKind uriKind) +8498777
   System.Net.WebRequest.Create(String requestUriString) +46
   ReportHandler.ProcessRequest(HttpContext context) +424
   System.Web.CallHandlerExecutionStep.System.Web.HttpApplication.IExecutionStep.Execute() +542
   System.Web.HttpApplication.ExecuteStepImpl(IExecutionStep step) +75
   System.Web.HttpApplication.ExecuteStep(IExecutionStep step, Boolean& completedSynchronously) +93
```

**Version Information:** Microsoft .NET Framework Version:4.0.30319; ASP.NET Version:4.8.4075.0

Welcome,
Noel Mijares
in
FLORIDA

## Management Reports

**Firms**

**Locations**

**Orders**

**Order Status**

**Accounting**

**Reports**

   **Client Reports**

   **Customer Service**

   **Management**

   **Order Status**

   **Private Reports**

**Routing**

**Utilities**

**QA**

**Logout**

The given key was not present in the dictionary.

**Select Report:** | Ordering Payments ▼

**Search for firm:** | chartwell | | Find

| |
|---|
| Chartwell Law, - O: Deerfield Beach / B: Deerfield Beach |
| Chartwell Law, - O: Miami / B: Miami |
| The Chartwell Law Offices, LLP, - O: Fort Myers / B: Fort Myers |

**Select Sales:** --Choose-- ▼

**Start Date:** 05/01/20   **End Date:** 05/31/20

**Select Collections User:** All Collections Users ▼

☐ **Show Paid**     ☐ **Show Unpaid**     ☐ **Show Adjusted**

**Run Report**

V 2.4.784.0 - © Lutter Consulting 1999 - 2020

# Server Error in '/universe' Application.

---

## *Invalid URI: The format of the URI could not be determined.*

**Description:** An unhandled exception occurred during the execution of the current web request. Please review the stack trace for more information about the error and where it originated in the code.

**Exception Details:** System.UriFormatException: Invalid URI: The format of the URI could not be determined.

**Source Error:**

```
An unhandled exception was generated during the execution of the current web request. Information regarding the origin and location of the exception can be identified using the exception
stack trace below.
```

**Stack Trace:**

```
[UriFormatException: Invalid URI: The format of the URI could not be determined.]
    System.Uri.CreateThis(String uri, Boolean dontEscape, UriKind uriKind) +8498777
    System.Net.WebRequest.Create(String requestUriString) +46
    ReportHandler.ProcessRequest(HttpContext context) +424
    System.Web.CallHandlerExecutionStep.System.Web.HttpApplication.IExecutionStep.Execute() +542
    System.Web.HttpApplication.ExecuteStepImpl(IExecutionStep step) +75
    System.Web.HttpApplication.ExecuteStep(IExecutionStep step, Boolean& completedSynchronously) +93
```

---

**Version Information:** Microsoft .NET Framework Version:4.0.30319; ASP.NET Version:4.8.4075.0

# Server Error in '/universe' Application.

---

## *Invalid URI: The format of the URI could not be determined.*

**Description:** An unhandled exception occurred during the execution of the current web request. Please review the stack trace for more information about the error and where it originated in the code.

**Exception Details:** System.UriFormatException: Invalid URI: The format of the URI could not be determined.

**Source Error:**

```
An unhandled exception was generated during the execution of the current web request. Information regarding the origin and location of the exception can be identified using the exception stack trace below.
```

**Stack Trace:**

```
[UriFormatException: Invalid URI: The format of the URI could not be determined.]
    System.Uri.CreateThis(String uri, Boolean dontEscape, UriKind uriKind) +8498777
    System.Net.WebRequest.Create(String requestUriString) +46
    ReportHandler.ProcessRequest(HttpContext context) +424
    System.Web.CallHandlerExecutionStep.System.Web.HttpApplication.IExecutionStep.Execute() +542
    System.Web.HttpApplication.ExecuteStepImpl(IExecutionStep step) +75
    System.Web.HttpApplication.ExecuteStep(IExecutionStep step, Boolean& completedSynchronously) +93
```

---

**Version Information:** Microsoft .NET Framework Version:4.0.30319; ASP.NET Version:4.8.4075.0

# Server Error in '/universe' Application.

---

## *Invalid URI: The format of the URI could not be determined.*

**Description:** An unhandled exception occurred during the execution of the current web request. Please review the stack trace for more information about the error and where it originated in the code.

**Exception Details:** System.UriFormatException: Invalid URI: The format of the URI could not be determined.

**Source Error:**

An unhandled exception was generated during the execution of the current web request. Information regarding the origin and location of the exception can be identified using the exception stack trace below.

**Stack Trace:**

```
[UriFormatException: Invalid URI: The format of the URI could not be determined.]
   System.Uri.CreateThis(String uri, Boolean dontEscape, UriKind uriKind) +8498777
   System.Net.WebRequest.Create(String requestUriString) +46
   ReportHandler.ProcessRequest(HttpContext context) +424
   System.Web.CallHandlerExecutionStep.System.Web.HttpApplication.IExecutionStep.Execute() +542
   System.Web.HttpApplication.ExecuteStepImpl(IExecutionStep step) +75
   System.Web.HttpApplication.ExecuteStep(IExecutionStep step, Boolean& completedSynchronously) +93
```

---

**Version Information:** Microsoft .NET Framework Version:4.0.30319; ASP.NET Version:4.8.4075.0

# Server Error in '/universe' Application.

---

## *Invalid URI: The format of the URI could not be determined.*

**Description:** An unhandled exception occurred during the execution of the current web request. Please review the stack trace for more information about the error and where it originated in the code.

**Exception Details:** System.UriFormatException: Invalid URI: The format of the URI could not be determined.

**Source Error:**

An unhandled exception was generated during the execution of the current web request. Information regarding the origin and location of the exception can be identified using the exception stack trace below.

**Stack Trace:**

```
[UriFormatException: Invalid URI: The format of the URI could not be determined.]
   System.Uri.CreateThis(String uri, Boolean dontEscape, UriKind uriKind) +8498777
   System.Net.WebRequest.Create(String requestUriString) +46
   ReportHandler.ProcessRequest(HttpContext context) +424
   System.Web.CallHandlerExecutionStep.System.Web.HttpApplication.IExecutionStep.Execute() +542
   System.Web.HttpApplication.ExecuteStepImpl(IExecutionStep step) +75
   System.Web.HttpApplication.ExecuteStep(IExecutionStep step, Boolean& completedSynchronously) +93
```

---

**Version Information:** Microsoft .NET Framework Version:4.0.30319; ASP.NET Version:4.8.4075.0

Case 1:20-cv-23276-DPG   Document 159-10   Entered on FLSD Docket 08/23/2021   Page 19 of 43

Case 1:20-cv-23276-DPG   Document 159-10   Entered on FLSD Docket 08/23/2021   Page 20 of 43

Welcome,
Noel Mijares
in
FLORIDA

**Firms (FirmMenu.aspx)**

**Locations
(LocationMenu.aspx)**

**Orders
(OrderEntryMenu.aspx)**

**Order Status
(OrderStatus.aspx?new=y)**

**Advanced Search
(RecordsOf.aspx)**

**Open Films
(OpenFilms.aspx)**

**Orders Dashboard
(OrderStatusUtility.aspx)**

**Accounting
(InvoiceMenu.aspx)**

**Reports (Reports.aspx)**

**Routing (RouteMenu.aspx)**

**Utilities (UtilityMenu.aspx)**

**QA (QaOnlineLogs.aspx)**

**Logout (Logout.aspx)**

Orders Dashboard

# Client Orders Report

**Report to run**

| Client Orders | ▼ |

**Start Date**

| 05/12/2020 |

**End Date**

| 05/19/2020 |

**Route #**

| e.g. 1,2,4 |

**Order Type**            **Company**

| All ▾ |

| | ▼ |

☐ **Rush Only**

V 2.4.784.0 - © Lutter Consulting 1999 - 2020

Case 1:20-cv-23276-DPG   Document 159-10   Entered on FLSD Docket 08/23/2021   Page 21 of 43



| Complete | ▼ |

**Clauses**

| All ▾ |

**Firm(s):**

Delete Selected

**Location(s):**

Delete Selected

Reset Filters

Search

| Collapse All | | | | | | | Expand All |
| Order | Locations | Ordering | Case Name | Case Number | Completion Date | Avg | Edit Order |

V 2.4.784.0 - © Lutter Consulting 1999 - 2020

Case 1:20-cv-23276-DPG   Document 159-10   Entered on FLSD Docket 08/23/2021   Page 22 of 43

V 2.4.784.0 - © Lutter Consulting 1999 - 2020

Case 1:20-cv-23276-DPG   Document 159-10   Entered on FLSD Docket 08/23/2021   Page 23 of 43

Welcome,
Noel Mijares
in
FLORIDA

## Qa Logs

Start Date: [05/01/20]   End Date: [05/19/20]   Log Type: [All ▼]   User: [    ]   Message: [                    ]

[ Find Qa Logs ]

Geting reports generated DB error: No Data Found

| Message | Type | QA Version | OA User | Date |
|---|---|---|---|---|

Case 1:20-cv-23276-DPG   Document 159-10   Entered on FLSD Docket 08/23/2021   Page 24 of 43

Welcome,
Noel Mijares
in
FLORIDA

**Firms**

**Locations**

**Orders**

**Order Status**

**Accounting**

**Reports**

   **Client Reports**

     **Past Due Invoices**

   **Customer Service**

   **Management**

   **Order Status**

   **Private Reports**

**Routing**

**Utilities**

**QA**

**Logout**

## Client Reports

<span style="color:red">An error occurred during local report processing.</span>

**Select Report:** Month End Billing ▼

**Search for firm:** chartwell    Find

Chartwell Law, - O: Deerfield Beach / B: Deerfield Beach
Chartwell Law, - O: Miami / B: Miami
The Chartwell Law Offices, LLP, - O: Fort Myers / B: Fort Myers

**Include dates between:** 03/01/20 **and** 03/31/20

**Order Company:** ◉ Unisource   ○ Equicopy

☐ Mark Past Dues

**Run Report**    **Print Invoices**

Case 1:20-cv-23276-DPG   Document 159-10   Entered on FLSD Docket 08/23/2021   Page 26 of 43

Welcome,
Noel Mijares
in
FLORIDA

## Client Reports

**Firms**

**Locations**

**Orders**

**Order Status**

**Accounting**

**Reports**

   **Client Reports**

     **Past Due Invoices**

   **Customer Service**

   **Management**

   **Order Status**

   **Private Reports**

**Routing**

**Utilities**

**QA**

**Logout**



**Select Report:** Payments by Date ▼

**Search for firm:** [                    ] Find
(Select no Firm for all Firms)
☐ Include Firm Names

**Start Date:** 03/01/20          **End Date:** 03/31/20

**Order Company:** Both ▼

**Run Report**

Welcome,
Noel Mijares
in
FLORIDA

**Firms**

**Locations**

**Orders**

**Order Status**

**Accounting**

**Reports**

   **Client Reports**

     **Past Due Invoices**

   **Customer Service**

   **Management**

   **Order Status**

   **Private Reports**

**Routing**

**Utilities**

**QA**

**Logout**

Client Reports

The given key was not present in the dictionary.

**Select Report:** | Summary Aging by Client ▼ |

**As Of Date** | 03/31/20 |

**Run Report**

Welcome,
Noel Mijares
in
FLORIDA

## Client Reports

**Firms**

**Locations**

**Orders**

**Order Status**

**Accounting**

**Reports**

   **Client Reports**

     **Past Due Invoices**

   **Customer Service**

   **Management**

   **Order Status**

   **Private Reports**

**Routing**

**Utilities**

**QA**

**Logout**

The given key was not present in the dictionary.

**Select Report:** Summary Aging by Client - Curr ▾

**Run Report**

Unisource Discovery Universe

Welcome,
Noel Mijares
in
FLORIDA

**Firms**
**Locations**
**Orders**
**Order Status**
**Accounting**
**Reports**
  **Client Reports**
    **Past Due Invoices**
  **Customer Service**
  **Management**
  **Order Status**
  **Private Reports**
**Routing**
**Utilities**
**QA**
**Logout**

## Send Past Due Invoices

Start Date: 10/01/19    End Date: 01/31/20    Claim Number: | Blank for all |    ⬇ Statute Report

⦿ Unisource
◯ EquiCopy

[ Find Firms With Past Dues ]

[ Chartwell Law ▼ ]   [ Find Past Dues ]

**Include Additional Letters**

[ Send ]
[ Send Invoices Individually ]

☐ Suppress Report

☑ Check All / Uncheck All      ☑ All Faxes    ☐ All Emails

[ Download All Checked ]

Case 1:20-cv-23276-DPG   Document 159-10   Entered on FLSD Docket 08/23/2021   Page 30 of 43

Welcome,
Noel Mijares
in
FLORIDA

**Firms**

**Locations**

**Orders**

**Order Status**

**Accounting**

**Reports**

**Routing**

**Utilities**

  **Delayed Orders**

  **Firm Groups**

  **Order Info Menu**

  **Preference Types**

  **Pricing Menu**

  **Request for Change**

  **Quick Pick Menu**

  **Sales People**

  **Status Types**

  **Tax and ZIP Menu**

  **Un-Cancel Order**

  **Whats New Web**

  **User Info**

  **Remove Access**

  **Clear Unsent Faxes**

  **Upload Internal Files**

  **Email Statement**

  **Fill missing locations**

  **File Tracking**

**QA**

**Logout**

Email Statement

**Start Date:** [ ]   **End Date:** [ ]   ☐ Monthly   [ Find ]

☐ Mark Past Dues   [ Email Selected ]

Case 1:20-cv-23276-DPG   Document 159-10   Entered on FLSD Docket 08/23/2021   Page 31 of 43

Case 1:20-cv-23276-DPG   Document 159-10   Entered on FLSD Docket 08/23/2021   Page 32 of 43

Welcome,
Noel Mijares
in
FLORIDA

**Firms**
**Locations**
**Orders**
**Order Status**
**Accounting**
**Reports**
**Routing**
**Utilities**
  **Delayed Orders**
  **Firm Groups**
  **Order Info Menu**
  **Preference Types**
  **Pricing Menu**
  **Request for Change**
  **Quick Pick Menu**
  **Sales People**
  **Status Types**
  **Tax and ZIP Menu**
  **Un-Cancel Order**
  **Whats New Web**
  **User Info**
  **Remove Access**
  **Clear Unsent Faxes**
  **Upload Internal Files**
  **Email Statement**
  **Fill missing locations**
  **File Tracking**
**QA**
**Logout**

File Tracking



Start Date: 05/01/20   End Date: 05/19/20   Order [          ]   Item [      ]

[ Find ]

Geting reports generated DB error: No Data Found

Filter Option:
[ Perfect Match ▼ ]

| Any ▼ | Any ▼ | Any ▼ | Any ▼ | Any ▼ | Any ▼ | Any ▼ |
|---|---|---|---|---|---|---|
| QA Start | QA Success | OCR Start | OCR Success | Upload Success | Client Notify | FTP Client |

**File Name**

Case 1:20-cv-23276-DPG   Document 159-10   Entered on FLSD Docket 08/23/2021   Page 33 of 43

Welcome,
Noel Mijares
in
FLORIDA



## Judges

No Data Found | Add New | Save | ☐ Allow Deletions

Delete | Edit | [                                                    ]

**Firms**
**Locations**
**Orders**
**Order Status**
**Accounting**
**Reports**
**Routing**
**Utilities**
  **Delayed Orders**
  **Firm Groups**
  **Order Info Menu**
    **Courts**
    **Court Types**
    **Clauses**
    **Judges**
    **Order Types**
    **Do Not Upload**
    **Remove from ACD**
    **Delete Order**
  **Preference Types**
  **Pricing Menu**
  **Request for Change**
  **Quick Pick Menu**
  **Sales People**
  **Status Types**
  **Tax and ZIP Menu**
  **Un-Cancel Order**
  **Whats New Web**
  **User Info**
  **Remove Access**
  **Clear Unsent Faxes**
  **Upload Internal Files**
  **Email Statement**

Case 1:20-cv-23276-DPG   Document 159-10   Entered on FLSD Docket 08/23/2021   Page 35 of 43

**Fill missing locations**

**File Tracking**

**QA**

**Logout**

Welcome,
Noel Mijares
in
FLORIDA

**Firms**

**Locations**

**Orders**

**Order Status**

**Accounting**

**Reports**

**Routing**

**Utilities**

   **Delayed Orders**

   **Firm Groups**

   **Order Info Menu**

     **Courts**

     **Court Types**

     **Clauses**

     **Judges**

     **Order Types**

     **Do Not Upload**

     **Remove from ACD**

     **Delete Order**

   **Preference Types**

   **Pricing Menu**

   **Request for Change**

   **Quick Pick Menu**

   **Sales People**

   **Status Types**

   **Tax and ZIP Menu**

   **Un-Cancel Order**

   **Whats New Web**

   **User Info**

   **Remove Access**

   **Clear Unsent Faxes**

No Data Found

Orders not for upload

[ Add new ]   [ Cancel ]

Case 1:20-cv-23276-DPG   Document 159-10   Entered on FLSD Docket 08/23/2021   Page 37 of 43

**Upload Internal Files**

**Email Statement**

**Fill missing locations**

**File Tracking**

**QA**

**Logout**

Welcome,
Noel Mijares
in
FLORIDA

**Firms**

**Locations**

**Orders**

**Order Status**

**Accounting**

**Reports**

**Routing**

**Utilities**

  **Delayed Orders**

  **Firm Groups**

  **Order Info Menu**

  **Preference Types**

  **Pricing Menu**

  **Request for Change**

  **Quick Pick Menu**

  **Sales People**

  **Status Types**

  **Tax and ZIP Menu**

  **Un-Cancel Order**

  **Whats New Web**

  **User Info**

  **Remove Access**

  **Clear Unsent Faxes**

  **Upload Internal Files**

  **Email Statement**

  **Fill missing locations**

  **File Tracking**

**QA**

**Logout**

Oracle.ManagedDataAccess.Client.OracleException (0x80004005): ORA-02292: integrity constraint (UNISOURCE.FK_FIRM_ADDL_SALES) violated - child record found at OracleInternal.ServiceObjects.OracleConnectionImpl.VerifyExecution(Int32& cursorId, Boolean bThrowArrayBindRelatedErrors, SqlStatementType sqlStatementType, Int32 arrayBindCount, OracleException& exceptionForArrayBindDML, Boolean& hasMoreRowsInDB, Boolean bFirstIterationDone) at OracleInternal.ServiceObjects.OracleCommandImpl.ExecuteNonQuery(String commandText, OracleParameterCollection paramColl, CommandType commandType, OracleConnectionImpl connectionImpl, Int32 longFetchSize, Int64 clientInitialLOBFS, OracleDependencyImpl orclDependencyImpl, Int64[]& scnFromExecution, OracleParameterCollection& bindByPositionParamColl, Boolean& bBindParamPresent, OracleException& exceptionForArrayBindDML, OracleConnection connection, OracleLogicalTransaction& oracleLogicalTransaction, Boolean isFromEF) at Oracle.ManagedDataAccess.Client.OracleCommand.ExecuteNonQuery() at DBManager.OracleDBManager.NonQuery(String cCommandText, String& cError, OracleConnection Connection, List`1 parameters) in E:\Lutter\FLORIDA CODEBASE\fldbmanager\DBManager\OracleDBManager.vb:line 1479

| | | **Name** | **User Name** |
|---|---|---|---|
| Delete | Edit | Lisa Cote | LISA_COTE |
| Delete | Edit | Noel Mijares | NOEL_MIJARES |
| Delete | Edit | Steven Cerasale | STEVEN_CERASALE |
| Delete | Edit | Jason Trahey | jason_trahey |
| Delete | Edit | | |

| Add New | Save | ☑ Allow Deletions |
|---|---|---|

Case 1:20-cv-23276-DPG   Document 159-10   Entered on FLSD Docket 08/23/2021   Page 39 of 43

Unisource Discovery Universe

Welcome,
Noel Mijares
in
FLORIDA

**Firms**

**Locations**

**Orders**

**Order Status**

**Accounting**

**Reports**

**Routing**

**Utilities**

> **Delayed Orders**
> **Firm Groups**
> **Order Info Menu**
> **Preference Types**
> **Pricing Menu**
> **Request for Change**
> **Quick Pick Menu**
> **Sales People**
> **Status Types**
> **Tax and ZIP Menu**
> **Un-Cancel Order**
> **Whats New Web**
> **User Info**
> **Remove Access**
> **Clear Unsent Faxes**
> **Upload Internal Files**
> **Email Statement**
> **Fill missing locations**
> **File Tracking**

**QA**

**Logout**

Oracle.ManagedDataAccess.Client.OracleException (0x80004005): ORA-00942: table or view does not exist at OracleInternal.ServiceObjects.OracleConnectionImpl.VerifyExecution(Int32& cursorId, Boolean bThrowArrayBindRelatedErrors, SqlStatementType sqlStatementType, Int32 arrayBindCount, OracleException& exceptionForArrayBindDML, Boolean& hasMoreRowsInDB, Boolean bFirstIterationDone) at OracleInternal.ServiceObjects.OracleCommandImpl.ExecuteNonQuery(String commandText, OracleParameterCollection paramColl, CommandType commandType, OracleConnectionImpl connectionImpl, Int32 longFetchSize, Int64 clientInitialLOBFS, OracleDependencyImpl orclDependencyImpl, Int64[]& scnFromExecution, OracleParameterCollection& bindByPositionParamColl, Boolean& bBindParamPresent, OracleException& exceptionForArrayBindDML, OracleConnection connection, OracleLogicalTransaction& oracleLogicalTransaction, Boolean isFromEF) at Oracle.ManagedDataAccess.Client.OracleCommand.ExecuteNonQuery() at DBManager.OracleDBManager.NonQuery(String cCommandText, String& cError, OracleConnection Connection, List`1 parameters) in E:\Lutter\FLORIDA CODEBASE\fldbmanager\DBManager\OracleDBManager.vb:line 1479

Un-Cancel Order

Order ID: `72568`  `14`  ☐ New Invoice Required

Reason: [                                                    ]

[ Un-Cancel This Location Only ]   [ Un-Cancel All Locations ]   [ Cancel ]

Welcome,
Noel Mijares
in
FLORIDA

**Firms**

**Locations**

**Orders**

**Order Status**

**Accounting**

**Reports**

**Routing**

**Utilities**

  **Delayed Orders**

  **Firm Groups**

  **Order Info Menu**

  **Preference Types**

  **Pricing Menu**

  **Request for Change**

  **Quick Pick Menu**

  **Sales People**

  **Status Types**

  **Tax and ZIP Menu**

  **Un-Cancel Order**

  **Whats New Web**

    **Community Relations**

    **Press Releases**

  **User Info**

  **Remove Access**

  **Clear Unsent Faxes**

  **Upload Internal Files**

  **Email Statement**

  **Fill missing locations**

  **File Tracking**

**QA**

**Logout**

V 2.4.784.0 - © Lutter Consulting 1999 - 2020

## Community Relations

Could not find a part of the path 'D:\CommunityRelations'. Upload a new file:   Choose File   No file chosen      Upload

Case 1:20-cv-23276-DPG   Document 159-10   Entered on FLSD Docket 08/23/2021   Page 41 of 43

Welcome,
Noel Mijares
in
FLORIDA

**Firms**

**Locations**

**Orders**

**Order Status**

**Accounting**

**Reports**

**Routing**

**Utilities**

  **Delayed Orders**

  **Firm Groups**

  **Order Info Menu**

  **Preference Types**

  **Pricing Menu**

  **Request for Change**

  **Quick Pick Menu**

  **Sales People**

  **Status Types**

  **Tax and ZIP Menu**

  **Un-Cancel Order**

  **Whats New Web**

    **Community Relations**

    **Press Releases**

  **User Info**

  **Remove Access**

  **Clear Unsent Faxes**

  **Upload Internal Files**

  **Email Statement**

  **Fill missing locations**

  **File Tracking**

**QA**

**Logout**

## Press Releases

Could not find a part of the path 'D:\PressReleases'. Upload a new file: [ Choose File ] No file chosen        [ Upload ]

V 2.4.784.0 - © Lutter Consulting 1999 - 2020

Case 1:20-cv-23276-DPG    Document 159-10    Entered on FLSD Docket 08/23/2021    Page 43 of 43