Exhibit "J"

|ORDER|-|ITEM|

STATE OF FLORIDA
DEPARTMENT OF ADMINISTRATIVE HEARINGS
OFFICE OF THE JUDGE OF COMPENSATION CLAIMS
|COURT_NAME|

**EMPLOYEE: |RECORDS_OF|**                    **OJCC #: |CLAIM_NUMBER|**
**EMPLOYER: |DEFENDANT|**
**DATE OF ACCIDENT: |DOL|**

**SUBPOENA DUCES TECUM**

IN THE NAME OF THE STATE OF FLORIDA
To the Sheriff or any Constable:

You are hereby commanded to summon:      **RECORDS CUSTODIAN FOR:**

**|LOCATION_NAME|**
**|LOCATION_ADDRESS|**
**|LOCATION_CITY|, |LOCATION_STATE|  |LOCATION_ZIP|**
**|LOCATION_PHONE|**

who is to have before me or mail in to: Unisource Discovery, **3901 NW 28ᵗʰ Street, 2ⁿᵈ Floor, Miami, FL 33142**, Tel: 866-580-0002, Fax: 866-580-9070, as witness(s) on behalf of Employer/Carrier: on |DUE_DATE|

**|BASE_CLAUSE| |SPECIAL_CLAUSE|**

**NAME: |RECORDS_OF|     AKA: |AKA|     DOB: |DOB|     SS#: |SSN|**

**<u>MAIL IN ONLY</u>**

You are subpoenaed by the following attorney, and unless excused from this Subpoena by this attorney or the Court, you shall respond to this Subpoena as directed. Any questions should be directed to this attorney at the address listed below.

*<u>PLEASE NOTE: IF COPYING CHARGES EXCEEDS $250.00 YOU MUST NOTIFY US FOR APPROVAL.</u>*

Herein fail not.
A true copy.                Given under my hand and seal
                            Dated this _____ day of _____, _____.
                                        |CONTACT|

                            _____
                                    (Signature of Attorney)

|FIRM_NAME|                          **NOTE: RECORDS MAY BE MAILED IN LIEU**
|FIRM_ADDRESS|                       **OF TAKING DEPOSITION, IF RECEIVED ON**
|FIRM_CITY|, |FIRM_STATE| |FIRM_ZIP|  **OR BEFORE: |DUE_DATE|**
Florida Bar No.: |FBN|

|ORDER|-|ITEM|
IN THE CIRCUIT COURT OF THE
|COURT_NAME|   IN   AND   FOR
|COURT_JURISDICTION|, FLORIDA

CASE NO: |CASE_NUMBER|

|PLAINTIFF|,

     Plaintiff(s),

v.

|DEFENDANT|,

     Defendant,

_____ /

## SUBPOENA DUCES TECUM

THE STATE OF FLORIDA

TO:  Records Custodian
    |LOCATION_NAME|
    |LOCATION_ADDRESS|
    |LOCATION_CITY|, |LOCATION_STATE| |LOCATION_ZIP|

    YOU ARE COMMANDED to appear at or mail to: Unisource Discovery, **3901 NW 28th Street, 2nd Floor, Miami, FL 33142**, Fifteen days (15) after service is perfected and to have with you at that time and place the following regarding the below-named individual:

NAME: |RECORDS_OF|   DOB: |DOB|   SSN: |SSN|   AKA: |AKA|

||BASE_CLAUSE| |SPECIAL_CLAUSE|

    These items will be inspected and may be copied at that time.  You will not be required to surrender the original items. <u>YOU may comply with this subpoena by providing legible copies of the items to be produced to UNISOURCE DISCOVERY, the agent of the attorney whose name appears on this subpoena on or before the scheduled date of production.</u> "<u>The records requested will be used for this litigation only and will be returned or destroyed after litigation is complete.</u>" Please contact them directly and send all Medical Records, Bills, Films and all other items necessary for compliance to **Unisource Discovery: 3901 NW 28th Street, 2nd Floor, Miami, FL 33142, Tel: 866-580-0002, Fax: 866-580-9070** and thereby eliminating your appearance at the time and place specified above. <u>DO NOT SEND RECORDS TO LAW OFFICE. THIS WILL</u>

<u>NOT BE A DEPOSITION. NO TESTIMONY WILL BE TAKEN. PLEASE ATTACH A COPY OF THIS SUBPOENA TO THE RECORDS PROVIDED.</u>

**<u>\*\*\*HEALTHPORT & IOD – PLEASE DO NOT COPY RECORDS IF THE COST EXCEEDS $100.00 WITHOUT WRITTEN APPROVAL AND/OR PREPAYMENT\*\*\*</u>**

**<u>\*\*\*\*RECORDS CUSTODIAN - Please DO NOT Copy Records without written approval and/or prepayment if the cost exceeds $250.00\*\*\*\*</u>**

## <u>CERTIFICATE OF NOTICE</u>

Pursuant to the **Health Insurance Portability and Accountability Act of 1996 (HIPAA), 45 CFR Parts 160 and 164, CFR 164.512 and FRCP 1.351,** I hereby certify that I have complied with the regulations and requirements to obtain patient health information and that the representations below are true and correct:

1. I have made a good faith attempt to provide written notice to the above-named patient, through counsel, of intent to obtain the patient's health information pursuant to this subpoena;
2. The written notice provided sufficient information about this litigation or proceeding in which the protected health information is requested to permit the patient to raise an objection to the court or administrative tribunal; and
3. The time for the patient to raise objections to the court or administrative tribunal has elapsed and; no objections were filed; or all objections filed by the patient were resolved by the court or administrative tribunal and the disclosure being sought are consistent with such resolution.

If you fail to:

    (1)      appear as specified; or

    (2)      furnish the records instead of appearing as provided above; or

    (3)      object to this subpoena,

you may be in contempt of court. You are subpoenaed to appear by the following attorney, and unless excused from this subpoena by this attorney or the court, you shall respond to this subpoena as directed.

Dated on:_____

|FIRM_NAME|
Attorneys for Defendant |DEFENDANT|
|FIRM_ADDRESS|
|FIRM_CITY|, |FIRM_STATE| |FIRM_ZIP|

By: _____
|CONTACT|
FBN: |BAR_NUMBER|

|ORDER|-|ITEM|

IN THE CIRCUIT COURT OF THE |COURT_NAME| IN AND FOR
|COURT_JURISDICTION|, FLORIDA, CIVIL DIVISION

|PLAINTIFF|,

     Plaintiff(s),

v.
                                        CASE NO.: |CASE_NUMBER|

|DEFENDANT|

     Defendant(s).

_____/

### SUBPOENA DUCES TECUM WITHOUT DEPOSITION

TO:    **Records Custodian**
       **|LOCATION_NAME|**
       **|LOCATION_ADDRESS|**
       **|LOCATION_CITY|, |LOCATION_STATE|**
       **|LOCATION_ZIP|**

**Be advised that the Plaintiff/Patient and Plaintiff/Patient's counsel has been notified of the issuance of this Subpoena and has no objection to the production of the requested documents/items listed herein.**

    YOU ARE COMMANDED to appear at or mail to: **Unisource Discovery at 3901 NW 28th Street, 2nd Floor, Miami, FL 33142** on |DEPO_DATE| at |DEPO_TIME| and to have with you at that time and place the following regarding the below-named individual:

    **RECORDS OF: |RECORDS_OF|; DOB: |DOB|; SSN: XXX-XX-|SSN4|**

**\*\*|BASE_CLAUSE| |SPECIAL_CLAUSE|\*\***

    It is the intent of this subpoena that **each and every** document and thing in your care, custody, or control, or available to you, no matter how insignificant that item might appear to the party to whom this subpoena is directed, be produced.

    This subpoena encompasses **all** documents and things, regardless of how old, including anything that might be on microfilm/microfiche or kept at another location.

    To comply with this subpoena, you are to produce each and every document or thing which has ever been a part of your file including but not limited to:

    \* Reports                            \* Correspondence

* Orders
* Patient History Questionnaires
* Summaries
* Handwritten and Typewritten Notes
* Charts
* Consultation Reports
* Test Results
* Emergency Room Records
* Flight Transport Records
* Radiation Therapy Records
* Lab Tests/Reports
* Medication Records
* Records From Other Health Care Providers
* Therapy Records (P.T., O.T., Speech, Etc.)
* X-rays, MRI's, CT Scans, Angiograms, Echocardiograms, Doppler Studies, and All Other Radiological Studies or Imaging

* Memoranda
* Counseling Records/Reports
* Hospital Admission Records
* Outpatient Records
* Prescription
* Rehabilitation Records
* Pathology Reports
* Statements and Bills
* Disability Statements
* Videotapes
* Insurance Claims
* Workers' Compensation Claims

*EEG and Brain Mapping Studies - including:  1) The exact name, model number, and manufacturer of the machine used for the Brain Mappings and EEG's; 2) The exact normal values including all relevant statistics, age range, and behavioral state for the alleged normal values the above-referenced patient was compared to during Brain Mappings & EEG's; 3) All replications of all Brain Mappings and Evoked Potentials in color (if color was used); 4) **Copies** of all actual original EEG's from which the Brain Mappings were made with indications of the exact parts from which the Brain Mappings were made.

If any document or thing is not produced, you are to identify that document or thing by date, title, author, and recipient; and identify the person, pursuant to whose instructions the documents or things were not produced, by name, address, and employer.

**If no records exist, you must provide a written response stating same.**

These items will be inspected and may be copied at that time.  You will not be required to surrender the original items. YOU may comply with this subpoena by providing legible copies of the items to be produced to UNISOURCE DISCOVERY, the agent of the attorney whose name appears on this subpoena on or before the scheduled date of production. "The records requested will be used for this litigation only and will be returned or destroyed after litigation is complete." Please contact them directly and send all Medical Records, Bills, Films and all other items necessary for compliance to **3901 NW 28th Street, 2nd Floor, Miami, FL 33142, Tel: 866-580-0002, Fax: 866-580-9070** and thereby eliminating your appearance at the time and place specified above. DO NOT SEND RECORDS TO LAW OFFICE. THIS WILL NOT BE A DEPOSITION.  NO TESTIMONY WILL BE TAKEN. PLEASE ATTACH A COPY OF THIS SUBPOENA TO THE RECORDS PROVIDED.

**Furnish all medical bills sent to myself, any insurance company or any other source. Pursuant to Goble v. Frohman, 901 So. 2d 830, (Fla. 2005), provide all proof of payment from any source including insurers (including HMO's) attorneys, worker's compensation carriers, governmental sources including Medicare and Medicaid and other local governmental entities, Tricare, disability insurance coverage, medical payments coverage and the like.  Please also provide all lien information from any source of payment including the amount of medical bills you have written off or discounted as the result of accepting payments from any source on a discounted basis.  Whether or not your bills are protected by a LOP please include the percentage of your bill that you will accept as a discount if my**

case is settled or I receive a verdict or if you haven't decided on a discounted rate please include your historical discounted rate with  this lawyer or other attorneys you have worked with.

**\*\*\*HEALTHPORT & IOD – PLEASE DO NOT COPY RECORDS IF THE COST EXCEEDS $100.00 WITHOUT WRITTEN APPROVAL AND/OR PREPAYMENT\*\*\***

**\*\*\*\*RECORDS CUSTODIAN - Please DO NOT Copy Records without written approval and/or prepayment if the cost exceeds $250.00\*\*\*\***

If you fail to: (1) appear as specified; or (2) furnish the records instead of appearing as provided above; or (3) object to this subpoena, you may be in contempt of court.  You are subpoenaed by the attorney whose name appears on this subpoena and unless excused from this subpoena by the attorney or the court, you shall respond to this subpoena as directed.

## HIPAA Certification

I HEREBY CERTIFY that pursuant to Rule 1.351 Florida Rules of Civil Procedure, I caused to be served upon |**OFIRM_NAME**|, the attorney in fact for |**PLAINTIFF**|, a Notice of Production From Non-Party that contained sufficient information to permit |**PLAINTIFF**| to raise an objection to the requested disclosures, and that the time for |**PLAINTIFF**| to raise an objection has lapsed or all objections have been resolved.

WITNESS my hand and the seal of said Court this _____ day of _____ 2021.

|**CONTACT**|
For the Court

_____
|**CONTACT**|
|FIRM_NAME|
|FIRM_ADDRESS|
|FIRM_CITY|, |FIRM_STATE| |FIRM_ZIP|
Florida Bar No. |BAR_NUMBER|

|ORDER|-|ITEM|

|PLAINTIFF|,
Plaintiff(s),

vs.

|DEFENDANT|,
Defendant(s).

_____ /

IN THE CIRCUIT COURT OF THE
|COURT_NAME|, IN AND FOR
|COURT_JURISDICTION|, FLORIDA

CIVIL DIVISION

CASE NO: |CASE_NUMBER|

## SUBPOENA DUCES TECUM WITHOUT DEPOSITION

THE STATE OF FLORIDA

      Records Custodian
TO:  |LOCATION_NAME|
      |LOCATION_ADDRESS|
      |LOCATION_CITY|, |LOCATION_STATE| |LOCATION_ZIP|

YOU ARE COMMANDED to appear at or mail to: **Unisource Discovery at 3901 NW 28th Street, 2nd Floor, Miami, FL 33142** on |DEPO_DATE| at |DEPO_TIME| and to bring with you at that time the following regarding the below-named individual:

**Re: NAME:**  |RECORDS_OF|    **DOB:** |DOB|    **SSN:**  |SSN|

**|BASE_CLAUSE| |SPECIAL_CLAUSE|**

These items will be inspected and may be copied at that time. You will not be required to surrender the original items. YOU may comply with this subpoena by providing legible copies of the items to be produced to UNISOURCE DISCOVERY, the agent of the attorney whose name appears on this subpoena on or before the scheduled date of production. "The records requested will be used for this litigation only and will be returned or destroyed after litigation is complete." Please contact them directly and send all Medical Records, Bills, Films and all other items necessary for compliance to **3901 NW 28th Street, 2nd Floor, Miami, FL 33142, Tel: 866-580-0002, Fax: 866-580-9070** and thereby eliminating your appearance at the time and place specified above. DO NOT SEND RECORDS TO LAW OFFICE. THIS WILL NOT BE A DEPOSITION. NO TESTIMONY WILL BE TAKEN. PLEASE ATTACH A COPY OF THIS SUBPOENA TO THE RECORDS PROVIDED. *PLEASE NOTE: IF COPYING CHARGES EXCEED $250.00 YOU MUST CONTACT US FOR APPROVAL PROVIDE YOUR TAX ID # WITH YOUR INVOICE*

## CERTIFICATE OF NOTICE

Pursuant to the **Health Insurance Portability and Accountability Act of 1996 (HIPAA), 45 CFR Parts 160 and 164, CFR 164.512 and FRCP 1.351,** I hereby certify that I have complied with the regulations and requirements to obtain patient health information and that the representations below are true and correct:

1.  I have made a good faith attempt to provide written notice to the above-named patient, through counsel, of intent to obtain the patient's health information pursuant to this subpoena;
2.  The written notice provided sufficient information about this litigation or proceeding in which the protected health information is requested to permit the patient to raise an objection to the court or administrative tribunal; and
3.  The time for the patient to raise objections to the court or administrative tribunal has elapsed and; no objections were filed; or all objections filed by the patient were resolved by the court or administrative tribunal and the disclosure being sought are consistent with such resolution.

If you fail to:

(1)  appear as specified; or
(2)  furnish the records instead of appearing as provided above; or
(3)  object to this subpoena,

you may be in contempt of court. You are subpoenaed to appear by the following attorney, and unless excused from this subpoena by this attorney or the court, you shall respond to this subpoena as directed.

DATED on: _____

|CONTACT|
Attorney for Defendant
|FIRM_ADDRESS|
|FIRM_CITY|, |FIRM_STATE| |FIRM_ZIP|

By:_____
   |CONTACT|
   FBN. |BAR_NUMBER|

|ORDER|

IN THE CIRCUIT COURT OF THE
|COURT_NAME|, IN AND FOR
|COURT_JURISDICTION| COUNTY,
FLORIDA

CIVIL DIVISION

|PLAINTIFF|,
Plaintiff(s),

vs.

|DEFENDANT|,
Defendant(s).

CASE NO: |CASE_NUMBER|

_____ /

## SUBPOENA DUCES TECUM FOR DEPOSITION

THE STATE OF FLORIDA

TO:    Records Custodian
|LOCATION_NAME|
|LOCATION_ADDRESS|
|LOCATION_CITY|, |LOCATION_STATE| |LOCATION_ZIP|

YOU ARE COMMANDED to appear before a person authorized by law to take depositions at, |DEPO_LOCATION1| |DEPO_LOCATION2| on |DEPO_DATE| at |DEPO_TIME| for the taking of your deposition in this action and to have with you at that time and place the following:

**Re: NAME: |RECORDS_OF|    DOB: |DOB|    SSN: |SSN|**

**|BASE_CLAUSE| |SPECIAL_CLAUSE|**

You are subpoenaed to appear by the following attorney and unless excused from this subpoena by this attorney or the Court, you shall respond to this subpoena as directed.

These items will be inspected and may be copied at that time. You will not be required to surrender the original items. You have the right to object to the production pursuant to

this Subpoena at any time before production by giving written notice to the attorney whose name appears on this subpoena. "The records requested will be used for this litigation only and will be returned or destroyed after litigation is complete."

     If you fail to:
- (1) appear as specified; or
- (2) object to this subpoena,

you may be in contempt of Court. You are subpoenaed to appear by the following attorney, and unless excused from this subpoena by this attorney or the Court, you shall respond to this subpoena as directed. If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the attorney listed below within two (2) working days of your receipt of this Subpoena; if you are hearing or voice impaired, call 1-800-955-8771.

     WITNESS my hand and seal of this Court on _____, 2016.

|CONTACT|
Attorney for Defendant
|FIRM_ADDRESS|
|FIRM_CITY|, |FIRM_STATE| |FIRM_ZIP|

By:_____
    |CONTACT|
    FBN. |BAR_NUMBER|

|ORDER|-|ITEM|

STATE OF FLORIDA
DEPARTMENT OF ADMINISTRATIVE HEARINGS
OFFICE OF THE JUDGE OF COMPENSATION CLAIMS
|COURT_NAME|

**EMPLOYEE: |RECORDS_OF|**                    **OJCC #: |CLAIM_NUMBER|**
**EMPLOYER: |DEFENDANT|**
**DATE OF ACCIDENT: |DOL|**

**SUBPOENA DUCES TECUM**

IN THE NAME OF THE STATE OF FLORIDA
To the Sheriff or any Constable:

You are hereby commanded to summon:        **RECORDS CUSTODIAN FOR:**

**|LOCATION_NAME|**
**|LOCATION_ADDRESS|**
**|LOCATION_CITY|, |LOCATION_STATE|  |LOCATION_ZIP|**
**|LOCATION_PHONE|**

who is to have before me or mail in to: Unisource Discovery, **3901 NW 28th Street, 2nd Floor, Miami, FL 33142**, Tel: 866-580-0002, Fax: 866-580-9070, as witness(s) on behalf of Employer/Carrier: on |DUE_DATE|

**|BASE_CLAUSE| |SPECIAL_CLAUSE|**

**NAME: |RECORDS_OF|    AKA: |AKA|    DOB: |DOB|    SS#: |SSN|**

**MAIL IN ONLY**

You are subpoenaed by the following attorney, and unless excused from this Subpoena by this attorney or the Court, you shall respond to this Subpoena as directed. Any questions should be directed to this attorney at the address listed below.

Herein fail not.
A true copy.                    Given under my hand and seal
                               Dated this _____ day of _____, _____.

                                    |CONTACT|

                               _____
                                    (Signature of Attorney)

|FIRM_NAME|                    **NOTE: RECORDS MAY BE MAILED IN LIEU**
|FIRM_ADDRESS|                 **OF TAKING DEPOSITION, IF RECEIVED ON**
|FIRM_CITY|, |FIRM_STATE| |FIRM_ZIP|   **OR BEFORE: |DUE_DATE|**
Florida Bar No.: |FBN|

IN THE CIRCUIT COURT OF THE
|COURT_NAME| IN AND FOR
|COURT_JURISDICTION|,
FLORIDA
CIVIL DIVISION

|PLAINTIFF|

    Plaintiff(s),

                                     CASE NO.: |CASE_NUMBER|

vs.

|DEFENDANT|

    Defendant(s),

_____ /

## SUBPOENA DUCES TECUM

THE STATE OF FLORIDA

TO:
Records Custodian
|LOCATION_NAME|
|LOCATION_ADDRESS|
|LOCATION_CITY|, |LOCATION_STATE| |LOCATION_ZIP|

YOU ARE HEREBY COMMANDED to mail the following documents in your possession or control to: Unisource Discovery, **3901 NW 28th Street, 2nd Floor, Miami, FL 33142**, on or before |DEPO_DATE| at |DEPO_TIME|:

**|BASE_CLAUSE| |SPECIAL_CLAUSE|**

You have the right to object to the production pursuant to this subpoena at any time before production by giving written notice to the attorney whose name appears on this subpoena. **YOU MAY COMPLY WITH THIS SUBPOENA BY PROVIDING LEGIBLE COPIES OF THE ITEMS TO BE PRODUCED TO: UNISOURCE DISCOVERY, 3901 NW 28th Street, 2nd Floor, Miami, FL 33142TEL: 866-580-0002, FAX: 866-580-9070, ON OR BEFORE THE SCHEDULED DATE OF PRODUCTION, AND THEREBY ELIMINATE YOUR APPEARANCE AT THE TIME AND PLACE SPECIFIED ABOVE. DO NOT SEND RECORDS TO THE LAW OFFICE. THIS WILL NOT BE A DEPOSITION. NO TESTIMONY WILL BE TAKEN.**

**\*\*\*HEALTHPORT & IOD – PLEASE DO NOT COPY RECORDS IF THE COST EXCEEDS $100.00 WITHOUT WRITTEN APPROVAL AND/OR PREPAYMENT\*\*\***

<u>****RECORDS CUSTODIAN - Please DO NOT Copy Records without written approval and/or prepayment if the cost exceeds $250.00****</u>

**If you fail to:** furnish the requested records, you may be in contempt of Court. You are subpoenaed by the attorneys whose names appear on this subpoena, and unless excused from this subpoena by the attorney or the Court, you shall respond to this subpoena as directed.

DATED: _____

HINSHAW & CULBERTSON, LLP
Attorney(s) for Defendant
9155 S. Dadeland Blvd., Suite 1600
Miami, FL 33156

By:    _____

|CONTACT|
Florida Bar No. |BAR_NUMBER|

CERTIFICATE /STATEMENT OF ASSURANCE IN COMPLIANCE WITH HIPAA: Before the service if this paper upon a nonparty, the person(s) named in this subpoena HAS BEEN TIMELY NOTIFIED OF THIS REQUEST for records (15 days prior pursuant to Fla.R.Civ.P. 1.351) by service of a Notice of Production to his/her attorney of record. It is certified by the attorney signing this subpoena that the person or person's counsel HAS MADE NO OBJECTION to the production of records within the time allowed for by Fla.R.Civ.P. 1.351; Fla. Stat. 395.3025 and 456.057, and pursuant to HIPAA regulations, 45 CFR Subtitle A, Subchapter C, Part 164.512(e).

AO 88 (Rev.11/94) Subpoena in a Civil Case

Issued by the
# United States District Court
## |COURT_JURISDICTION|

|PLAINTIFF|

Plaintiff(s),

V.                                                              **SUBPOENA IN A CIVIL CASE**

|DEFENDANT|                                          **Case Number:** |CASE_NUMBER|

Defendant(s)

TO:  |LOCATION_NAME|

❑     YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

❑     YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition      in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☒     YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the date and time specified below.
**Records on:** |RECORDS_OF|
**DOB:** |DOB|
**SSN:** |SSN|
**(See Attached)**

| PLACE<br>**Unisource Discovery**<br>**3901 NW 28ᵗʰ Street, 2ⁿᵈ Floor, Miami, FL 33142** | DATE AND TIME<br>|DEPO_DATE|          10am |
|---|---|

❑     YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAIINTIFF OR DEFENDANT) | DATE |
|---|---|
| |S| |CONTACT|                                      Attorney for Defendant | |ORDER_DATE| |
| ISSUING OFFICER'S NAME ADDRESS AND TELEPHONE NUMBER<br>|CONTACT|<br>|FIRM_NAME|<br>|Firm_Address|<br>|FIRM_CITY|, |FIRM_STATE| |FIRM_ZIP| | |PHONE| |

(see Rule 45, Federal Rules of Civil Procedure, parts C&D on reverse)

AO 88 (Rev.11/94) Subpoena in a Civil Case

## PROOF OF SERVICE

| DATE | PLACE |
|------|-------|
|      |       |

SERVED

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|------------------------|-------------------|
|                        |                   |

| SERVED BY (PRINT NAME) | TITLE |
|------------------------|-------|
|                        |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
                    DATE

_____
SIGNATURE OF SERVER

_____
ADDRESS OF SERVER

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS:

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2)

a. A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspections of premises need not appear in person at the place of productions or inspection unless commanded to appear for deposition, hearing or trial.

b. Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service, serve upon the party or attorney designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the productions. Such an order to comply productions shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)

a. On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

i. Fails to allow reasonable time for compliance.

ii. Requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

iii. Requires disclosure of privileged of other protected matter and no exception or waiver applies, or

iv. Subjects a person to undue burden.

b. If a subpoena

i. Requires disclosure of a trade secret or other confidential research, development or commercial information, or

ii. Requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

iii. Requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in who behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonable compensated, the court may order appearance or production only upon specific conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA

iv. A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in demand.

v. When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as a trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

**STATE OF FLORIDA**
**DIVISION OF ADMINISTRATIVE HEARINGS**
**OFFICE OF THE JUDGE OF COMPENSATION CLAIMS**
**|COURT_NAME|**

CLAIMANT:     |RECORDS_OF|                    CLAIM NO: |CASE_NUMBER|

EMPLOYER:     |DEFENDANT|                     DATE OF ACCIDENT: |DOL|

**SUBPOENA**
**Duces Tecum**
IN THE NAME OF THE STATE OF FLORIDA

To the Sheriff or any Constable of said County:
You are hereby commanded to summon:

**RECORDS CUSTODIAN:**
|LOCATION_NAME|
|LOCATION_ADDRESS|
|LOCATION_CITY|, |LOCATION_STATE| |LOCATION_ZIP|

|BASE_CLAUSE| |SPECIAL_CLAUSE| for claim number |CLAIM_NUMBER| and / or policy number |FILE_NUMBER|, regardless of the above date of accident for **|RECORDS_OF|, |DOB|, |SSN|.**

**\*\*THESE RECORDS MAY BE MAILED IN\*\***

YOU ARE COMMANDED to appear at or mail to: **UNISOURCE DISCOVERY at 141 NE 3rd Avenue, 9th Floor, Miami, Florida 33132** on |DEPO_DATE| at |DEPO_TIME|, and have with you at that time and place the following regarding the above mentioned individual.

**\*\*\*HEALTHPORT & IOD – PLEASE DO NOT COPY RECORDS IF THE COST EXCEEDS $100.00 WITHOUT WRITTEN APPROVAL AND/OR PREPAYMENT\*\*\***

**\*\*\*\*RECORDS CUSTODIAN - Please DO NOT Copy Records without written approval and/or prepayment if the cost exceeds $250.00\*\*\*\***

YOU MAY COMPLY with this Subpoena by providing legible copies of the items to be produced to **UNISOURCE DISCOVERY**, the agent of the attorney whose name appears on this Subpoena on or before the schedule due date listed for compliance. "The records requested will be used for this litigation only and will be returned or destroyed after litigation is complete." Please contact them directly and send all Medical Records, Bills, Employment Records, Films and all other items requested by this Subpoena to: 5570 NE 4th Avenue, Miami, Florida 33137, Tel 866.580.0002, and thereby eliminating your appearance at the time and place specified by this subpoena.

DATED: _____

By: _____
|CONTACT|
FBN. |BAR_NUMBER|

|FIRM_NAME|
|FIRM_ADDRESS|
|FIRM_CITY|, |FIRM_STATE| |FIRM_ZIP|

|ORDER|-|ITEM|

**SUPREME COURT OF THE STATE OF NEW YORK**
**|COURT_NAME|, |COURT_JURISDICTION|**
-------------------------------------------------------------------------------X
**|PLAINTIFF|,**

**Plaintiff(s),**

    - against -

**|DEFENDANT|,**

**Defendant(s).**
-------------------------------------------------------------------------------X

**Index No.:**
**|CASE_NUMBER|**

**JUDICIAL SUBPOENA**

        **THE PEOPLE OF THE STATE OF NEW YORK**
TO:    |LOCATION_NAME|

        |LOCATION_ADDRESS|
        |LOCATION_CITY|, |LOCATION_STATE| |LOCATION_ZIP|

**WE COMMAND YOU**, that all business and excuses being laid aside, you and each of you appear and attend before a Notary Public, to give testimony at a non-party examination before trial, at the offices of **Unisource Discovery, 1040 First Avenue, Suite 357, New York, NY 10022, Telephone (866) 580-0002, Fax (866) 580-9070:**

**On |DEPO_DATE| at |DEPO_TIME|**, and at any recessed or adjourned date to give testimony in this action on the part of the Defendant(s), **|DEFENDANT|,**

Failure to comply with this subpoena is punishable as a contempt of court and shall make you liable to the person on whose behalf this subpoena was issued for penalty not to exceed fifty dollars and all damages sustained by reason of your failure to comply.

WITNESS Hon. |JUDGE_NAME|          one of the Justices of said Court, at
|COURT_JURISDICTION|             _____ day of _____, 2016.

          _____
          **|CONTACT|**
          **FBN: |BAR_NUMBER|**
          **|FIRM_NAME|**
          Attorneys for Defendants
          |FIRM_ADDRESS|
          |FIRM_CITY|, |FIRM_STATE| |FIRM_ZIP|

**SUBJECT TO TELEPHONE CONFIRMATION.**
**PLEASE TELEPHONE TO SCHEDULE YOUR**
**APPEARANCE.**

|ORDER|-|ITEM|

**SUPREME COURT OF THE STATE OF NEW YORK**
**|COURT_NAME|, |COURT_JURISDICTION|**
-----------------------------------------------------------------------X

**|PLAINTIFF|,**

Plaintiff(s),

-against-

**|DEFENDANT|,**

Defendant(s).

-----------------------------------------------------------------------X

Index No.:
**|CASE_NUMBER|**

**SUBPOENA DUCES TECUM**

**THE PEOPLE OF THE STATE OF NEW YORK**

TO:   Records Custodian
|LOCATION_NAME|
|LOCATION_ADDRESS|
|LOCATION_CITY|, |LOCATION_STATE| |LOCATION_ZIP|

**WE COMMAND YOU**, that all business and excuses being laid aside, you and each of you appear and attend before the **|COURT_NAME|, |COURT_JURISDICTION|, |COURT_ADDRESS|, |COURT_CITY|, |COURT_STATE| |COURT_ZIP|,** Subpoena Record Room on **|DEPO_DATE|** at **|DEPO_TIME|**, and at any recessed or adjourned date to give testimony in this action on the part of **|DEFENDANT|** and that you bring with you, and produce at the time and place aforesaid, a certain medical research including doctors order, progress notes, x-rays including MRIs and CT-scans of the Plaintiff(s), **|PLAINTIFF|**, date of birth is **|DOB|** and social security number **|SSN|**.

Failure to comply with this subpoena is punishable as a contempt of Court and shall make you liable to the person on whose behalf this subpoena was issued for a penalty not to exceed fifty dollars and all damages sustained by reason of your failure to comply.

In lieu of complying with this subpoena, compliance can be obtained by sending the above-mentioned documents to Unisource Discovery, 1040 First Avenue, Suite 357, New York, NY

10022, Telephone (866) 580-0002, Fax (866) 580-9070.

Dated:    May 28, 2021

Yours etc.,

By:_____
**|CONTACT|**
FBN: |BAR_NUMBER|
Attorneys for Defendant(s)
**|FIRM_NAME|**
|FIRM_ADDRESS|
|FIRM_CITY|, |FIRM_STATE|  |FIRM_ZIP|
File No.:  |FILE_NUMBER|

|ORDER|

|PLAINTIFF|,

Plaintiff(s),

vs.

|DEFENDANT|,

Defendant(s).

_____ /

IN THE CIRCUIT COURT OF THE |COURT_NAME|, IN AND FOR |COURT_JURISDICTION| COUNTY, FLORIDA

CIVIL DIVISION

CASE NO: |CASE_NUMBER|

## SUBPOENA DUCES TECUM FOR DEPOSITION

THE STATE OF FLORIDA

TO:   Records Custodian
|LOCATION_NAME|
|LOCATION_ADDRESS|
|LOCATION_CITY|, |LOCATION_STATE| |LOCATION_ZIP|

YOU ARE COMMANDED to appear before a person authorized by law to take depositions at, |DEPO_LOCATION1| |DEPO_LOCATION2| on |DEPO_DATE| at |DEPO_TIME| for the taking of your deposition in this action and to have with you at that time and place the following:

**Re: NAME: |RECORDS_OF|     DOB: |DOB|     SSN:  |SSN|**

**|BASE_CLAUSE|  |SPECIAL_CLAUSE|**

You are subpoenaed to appear by the following attorney and unless excused from this subpoena by this attorney or the Court, you shall respond to this subpoena as directed.

These items will be inspected and may be copied at that time.  You will not be required to surrender the original items.  You have the right to object to the production pursuant to this Subpoena at any time before production by giving written notice to the attorney whose name appears on this subpoena. "The records requested will be used for this litigation only and will be returned or destroyed after litigation is complete."

If you fail to:
      (1)    appear as specified; or

(2)      object to this subpoena,

you may be in contempt of Court.  You are subpoenaed to appear by the following attorney, and unless excused from this subpoena by this attorney or the Court, you shall respond to this subpoena as directed.  If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance.  Please contact the attorney listed below within two (2) working days of your receipt of this Subpoena; if you are hearing or voice impaired, call 1-800-955-8771.

WITNESS my hand and seal of this Court on _____, _____.

|CONTACT|
Attorney for Defendant
|FIRM_ADDRESS|
|FIRM_CITY|, |FIRM_STATE| |FIRM_ZIP|

By:_____
   |CONTACT|
   FBN. |BAR_NUMBER|

| Plaintiff/Petitioner: |PLAINTIFF|<br>Defendant/Respondent: |DEFENDANT| | Case Number: |CASE_NUMBER| |
|---|---|

## Proof of Service of Civil Subpoena for
## Personal Appearance at Trial or Hearing

**1.** I served this *Civil Subpoena for Personal Appearance at Trial or Hearing* by personally delivering a copy to the person served as follows:

a. Person served (name):                                    Telephone number:

b. Address where served:

c. Date of delivery:

d. Time of delivery:

e. (1) ☐   Witness fees were paid.
            Amount: ........................ $ _____
   (2) ☐   Copying fees were paid.
            Amount: ........................ $ _____

**2.**  I received this subpoena for service on (date):

**3.**  Person serving:

a. ☐ Not a registered California process server.
b. ☐ California sheriff or marshal.
c. ☐ Registered California process server.
d. ☐ Employee or independent contractor of a registered California process server.
e. ☐ Exempt from registration under Business and Professions Code section 2235(b).
f. ☒ Registered professional photocopier.
g. ☐ Exempt from registration under business and Professions Code section 22451.
h. ☐ Name, address, telephone number and, if applicable, county of registration and number:

Unisource Discovery
2698 Junipero Ave. #200
Signal Hill, CA  90755

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.          (For California sheriff or marshal use only) I certify that the foregoing is true and correct.

Date:                                                        Date:

⇒_____            ⇒_____
            (Signature)                                              (Signature)

982(a)(15)[Rev. January 1, 2000]          **Proof of Service of**          page two
                                **Personal Appearance at Trial or Hearing**