**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 20-CIV-23276-DPG**

UNISOURCE DISCOVERY, INC.

      Plaintiff,

v.

UNISOURCE DISCOVERY, LLC, a
California limited liability company, and
STEVEN A. CERASALE, individually,

      Defendants.

---

**MOTION TO COMPEL PLAINTIFF TO COMPLY WITH THE**
**COURT'S ORDER (DE 140) AND FOR REIMBURSEMENT OF ATTORNEY'S FEES**

Pursuant to Rule 37(b)(2) and the Court's instruction at the August 12, 2021 hearing,

Defendants hereby move for an Order compelling Plaintiff to comply promptly with the Court's

July 22, 2021 Order (DE 140), which ordered that "Defendants SHALL RECOVER from Plaintiff

the amount of **$9,513.00**, as a discovery sanction."

1.      More than one month ago (i.e., on July 22, 2021), the Court ordered Plaintiff to pay

Defendants "**$9,513.00**, as a discovery sanction."[1]

2.      As of the date of this Motion, Plaintiff has not paid the amount the Court ordered,

and it appears Plaintiff does not intend to pay.

3.      At the August 12, 2021 hearing, the undersigned informed the Court (in the

presence of Plaintiff's counsel) that Plaintiff had not paid the amount the Court awarded. The Court

then instructed the undersigned to file a Motion. Plaintiff's counsel did not state any reason why

---

[1] The Court's Order (DE 140) was the result of Plaintiff's refusal to comply with its discovery
obligations, refusal to comply with numerous Discovery Orders, and stonewalling of discovery
over the seven-month period between December 2020 and June 2021.

Plaintiff had not complied with the Court's Order, and to date, Plaintiff has not provided any reason nor has Plaintiff stated any intent to comply.

4.      Under Rule 37(b)(2)(A), when "a party or a party's officer, director, or managing agent … fails to obey an order … under Rule … 37(a), the court where the action is pending may issue further just orders," which "may include … striking pleadings in whole or in part; … dismissing the action or proceeding in whole or in part; … [and] rendering a default judgment against the disobedient party."

5.      Further, Rule 37(b)(2)(C) provides that "in addition to the orders above, the court must order the disobedient party, the attorney advising that party, or both to pay the reasonable expenses, including attorney's fees, caused by the failure, unless the failure was substantially justified or other circumstances make an award of expenses unjust."

6.      Plaintiff, without justification, has not complied with the Court's Order (DE 140).

7.      This latest refusal of Plaintiff to comply with this Court's Order is by far not the first instance of such misconduct.

8.      Rather, Plaintiff's repeated failures to comply with this Court's prior Orders were so pervasive that the Court has had to warn Plaintiff of the ramifications of its non-compliance. For example, in its May 17, 2021 Order (DE 106), the Court ruled as follows:

> Plaintiff is advised that failure to comply with this Order will result in the undersigned's **immediate** issuance of a recommendation that Plaintiff's case be dismissed as a discovery sanction, pursuant to Rule 37 of the Federal Rules of Civil Procedure, given Plaintiff's repeated disregard for the undersigned's prior Discovery Orders.

9.      Defendants, therefore, respectfully request the Court (a) to compel Plaintiff to comply with the Court's Order (DE 140) promptly; (b) to award Defendants their reasonable attorney's fees and costs incurred in connection with this Motion; and (c) to provide that Plaintiff's

failure to fully and timely comply will result in the dismissal of Plaintiff's claims against Defendants.

For the foregoing reasons, Defendants, respectfully request the Court to compel Plaintiff to comply with the Court's Order (DE 140) within five business days; award Defendants their reasonable attorney's fees and costs incurred in connection with this Motion; provide that Plaintiff's failure to timely and fully comply with the Court's Order will result in dismissal of Plaintiff's Complaint; and award such additional relief as the Court deems just and appropriate under the circumstances.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(b), undersigned counsel for Defendants has conferred and made additional reasonable efforts to confer with Plaintiff's counsel, which include the following: a telephone call on August 3, 2021 at 12:30 p.m. (which Plaintiff's counsel did not answer); a telephone conference on Friday August 6, 2021 at 4:00 p.m. wherein Plaintiff's counsel did not state by when Plaintiff would comply with the Court's Order but mentioned that Plaintiff would be advised to comply; the undersigned's request that Plaintiff comply with the Order at the August 12, 2021 hearing (to which Plaintiff's counsel did not respond and to which the Court instructed Defendants' counsel to file a Motion); a telephone call to Plaintiff's counsel on August 19, 2021 at 9:43 a.m. (which Plaintiff's counsel did not answer); and a telephone call on August 23, 2021 at 12:24 p.m. (which Plaintiff's counsel did not answer). Despite the conferrals and attempts to confer, Plaintiff has not stated any intent to comply with the Court's Order.

Respectfully submitted,

/s/ Victor M. Velarde
Juan C. Zorrilla
Fla. Bar No. 381403
Email: jzorrilla@fowler-white.com
Victor M. Velarde
Fla. Bar No. 105620
Email: vvelarde@fowler-white.com

FOWLER WHITE BURNETT, P.A.
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone:   (305) 789-9200
Facsimile:   (305) 789-9201

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by Notice

of Electronic Filing generated by CM/ECF, on August 23, 2021, on all counsel or parties of record

on the Service List below.

/s/ Victor M. Velarde
Victor M. Velarde
Fla. Bar No. 105620

| SERVICE LIST |  |
|---|---|
| *Unisource Discovery, Inc. v. Unisource Discovery, LLC and Steven A. Cerasale*<br>**Case No. 20-CIV-23276-DPG** |  |
| Diego David Valdes, Esq.<br>Fla. Bar No. 251010<br>Diego David Valdes, P.A.<br>2350 Coral Way, Suite 403B<br>Coral Gables, Florida 33145<br>Telephone: (305) 910-6602<br>Facsimile: (305) 513-5924<br>E-mail: ddvlaw@gmail.com<br><br>*Counsel for Plaintiff, Unisource Discovery, Inc.* |  |

4