**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:20-cv-23276-CIV-DPG**

UNISOURCE DISCOVERY, INC.,

                Plaintiff,
     v.

UNISOURCE DISCOVERY, LLC
and STEVEN A. CERASALE,

                Defendants.

_____

### NOTICE TO WITHDRAW PLAINTIFFS MOTION TO LEAVE TO FILE SECOND AMENDED COMPLAINT [DE 159]

Please take notice that Plaintiff, Unisource Discovery, Inc. a Florida Corporation ("Unisource"), by and through their undersigned attorneys, hereby respectfully withdraws the Motion to Leave to File Second Amended Complaint [DE 159].

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by Notice of Electronic Filing generated by CM/ECF, on Juan C. Zorilla, Esq., jzorilla@fowler-white.com, Fowler, White, Burnett, P.A., counsel for Defendants Unisource Discovery, LLC and Steven A. Cerasale, on August 23, 2021.

                                 Respectfully submitted,
                                 /s/ *Diego David Valdes*

1

Diego David Valdes,
Esq. Florida Bar No.
251010 Email:
ddvlaw@gmail.com
     ddv@ddvlawgroup.com

**DIEGO DAVID VALDES, P.A.**
2350 Coral Way, Suite
403B Miami, FL 33145
Tel: 305-910-6602
Fax: 305-513-5924

Counsel for Plaintiff: Unisource Discovery, Inc.

2