**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 20-23276-CIV-GAYLES/OTAZO-REYES**

UNISOURCE DISCOVERY, INC.,

     Plaintiff,

v.

UNISOURCE DISCOVERY, LLC
and STEVEN A. CERASALE,

     Defendants.

_____/

**<u>ORDER</u>**

THIS CAUSE came before the Court upon the following submissions:

1. Defendants Unisource Discovery, LLC and Steven A. Cerasale's (together, "Defendants") Notice of Telephonic Hearing (hereafter, "Notice") [D.E. 146]; and

2. Plaintiff Unisource Discovery, Inc.'s ("Plaintiff") Cross-Notice of Hearing (hereafter, "Cross-Notice") [D.E. 156].

These matters were referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Darrin P. Gayles, United States District Judge [D.E. 20].  The undersigned held a hearing on these matters on August 27, 2021 (hereafter, "Hearing").  In accordance with the undersigned's rulings at the Hearing, it is

ORDERED AND ADJUDGED as follows:

1.     With respect to Defendants' Notice [D.E. 146]:

    a. By **September 1, 2021**, Plaintiff shall comply with its counsel's prior commitment to withdraw all objections and provide complete answers and responses to Defendants' Fourth Set of Interrogatories, Fourth Request for Production of Documents, and Third Request for Admission.

Failure to do so will result in the imposition of discovery sanctions pursuant to Rule 37 of the Federal Rules of Civil Procedure.

2.      With respect to Plaintiff's Cross-Notice [D.E. 156]:

a. Defendants' objections to Interrogatory No. 4 of Plaintiff's First Set of Interrogatories are sustained.

b. Defendants' answer to Interrogatory No. 5 of Plaintiff's First Set of Interrogatories is sufficient and their objections to same are sustained.

c. Interrogatory No. 21 of Plaintiff's First Set of Interrogatories has been rendered moot because the document upon which it is based [D.E. 61] is no longer operative.

Moreover, in light of Defendants' refiling of their Counterclaim in connection with the Amended Answer [D.E. 166] on August 27, 2021, with no change from their prior Counterclaim, and given that motions related to the Counterclaim have already been briefed, it is further

ORDERED AND ADJUDGED that, by **September 1, 2021**, Plaintiff shall file a notice stating whether it intends to adopt its prior answer to Defendants' Counterclaim, filed on August 3, 2021, as its response to Defendants' newly filed Counterclaim.

DONE AND ORDERED in Chambers at Miami, Florida, this 27th day of August, 2021.

ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:      United States District Judge Darrin P. Gayles
Counsel of Record

2