**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:20-cv-23276-CIV-DPG**

UNISOURCE DISCOVERY, INC.,

                Plaintiff,

    v.

UNISOURCE DISCOVERY, LLC
and STEVEN A. CERASALE,

                Defendants.

_____

**PLAINTIFF, UNISOURCE DISCOVERY, INC,**
**NOTICE TO THE COURT [DE 166]**

Please take notice that Defendants filed their Answer and Counterclaim on March 24, 2021 [DE 81] and Plaintiff responded to Defendants' Answer and Counterclaim [DE 81] on April 7, 2021 [DE 86].  On August 27, 2021, the Defendants filed their Amended Answer, Affirmative Defenses and Counterclaim [DE 166].  Because it appears the Defendants solely included affirmative defense without no other material changes, the Plaintiff shall stand on its previously filed Answer [DE 86] as its Answer to Defendants' Amended Answer [DE 166].

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by Notice of Electronic Filing generated by CM/ECF, on Juan C. Zorilla, Esq., jzorilla@fowler-white.com, Fowler, White, Burnett, P.A., counsel for Defendants Unisource Discovery, LLC and Steven A. Cerasale, on August 30, 2021.

Respectfully submitted,

/s/ *Diego David Valdes*

Diego David Valdes,
Esq. Florida Bar No.
251010 Email:
ddvlaw@gmail.com
 ddv@ddvlawgroup.com

**DIEGO DAVID VALDES, P.A.**
2350 Coral Way, Suite
403B Miami, FL 33145
Tel: 305-910-6602
Fax: 305-513-5924

Counsel for Plaintiff: Unisource Discovery, Inc.

2