**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:20-cv-23276-CIV-DPG**

UNISOURCE DISCOVERY, INC.,

                Plaintiff,

    v.

UNISOURCE DISCOVERY, LLC
and STEVEN A. CERASALE,

                Defendants.

_____

**PLAINTIFF, UNISOURCE DISCOVERY, INC., NOTICE OF COMPLIANCE WITH THIRD REQUEST FOR ADMISSIONS, FOURTH SET OF INTERROGATORIES, FOURTH REQUEST FOR PRODUCTION OF DOCUMENTS [DE 168]**

Plaintiffs, Unisource Discovery, Inc. hereby files this Notice of Compliance by responding to Court Order [DE 168] to Defendants' Third Request for Admissions, Fourth Set of Interrogatories and Fourth Request for Production of Documents by delivering responses to Defendants on August 31, 2021.

Plaintiffs have complied without objection, answered all questions and have produced all documents in their possession.

1

## CERTIFICATE OF SERVICE

I hereby certify that this notice was served via the PACER E-Filing Portal on this 31st day of

August, 2021 upon: Juan C. Zorilla, Esq., **jzorilla@fowler-white.com**, Fowler, White, Burnett,

P.A. counsel for Unisource Discovery, LLC and Steven A. Cerasale.

**DIEGO DAVID VALDES, P.A.**

2350 Coral Way, Suite 403B
Miami, FL 33145
Tel: 305-910-6602
Fax: 305-513-5924

By: /s/ *Diego David Valdes*
Diego David Valdes, Esq.
Florida State Bar No.: 251010
Email:        ddvlaw@gmail.com
                   ddv@ddvlawgroup.com
Attorney for Plaintiff: Unisource Discovery, Inc.

2