**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:20-cv-23276-CIV-DPG**

UNISOURCE DISCOVERY, INC.,

Plaintiff,
v.

UNISOURCE DISCOVERY, LLC
and STEVEN A. CERASALE,

Defendants.

_____

**PLAINTIFF'S MOTION TO MODIFY CASE MANAGEMENT**
**AND SCHEDULING ORDER, AND TO EXTEND**
**PRETRIAL DEADLINES AND TRIAL**

Plaintiff, Unisource Discovery, Inc., by and through its undersigned attorney files this, its Motion to Modify Case Management and Scheduling Order and to Extend Pretrial Deadlines and Trial, and states the following:

1. On December 2, 2020, [DE 33] the Court entered its Case Management and Scheduling order, which established the following deadlines for this case:

a. Discovery to be completed by July 15, 2021;

b. Mediation to be completed by March 2, 2021;

c. Dispositive motions to be filed on or before August 6, 2021;

d. Amending complaint and joining parties July 15, 2021.

e. Joint Final Pretrial Statement due November 5, 2021;

g. Trial term has no exact date.

2. On May 28, 2021, Plaintiff filed its First Amended Complaint [DE 114]. On August 23, 2021, the Court denied Plaintiff's leave to amend [DE 161]

3. In filing this Motion, Plaintiff is mindful of the fact that continuances are generally

1

disfavored by this Court, in accordance with the Local Rule. Nevertheless, Plaintiff believes that good cause has been shown to grant the requested continuance. Pursuant to Local Rule this motion is being filed more than 60 days before the scheduled trial date, and the inability of the parties to complete discovery was not due to any lack of diligence; rather, the parties did not wish to incur the significant costs and fees associated with discovery while the case was not even at issue and the Motions to Dismiss remained pending.

7.	Based on the claims and issues raised in the Amended Complaint, Plaintiff anticipates that all discovery could be completed within six (6) months once the case is at issue. However, it would be virtually impossible for the parties to complete written and deposition discovery, mediate the case, and otherwise prepare for trial in accordance with the current Case Management Order.

8.	Pursuant to Local Rule, the undersigned counsel certifies that Defendants have been informed of this Motion and have not consented to this proposed modification of the trial schedule.

9.	This motion is made in good faith and not for purposes of delay.

10.	Neither party will be prejudiced by the granting of the relief sough herein. On the other hand, Plaintiff will be significantly and unfairly prejudiced should this motion be denied, in that it will have been denied any meaningful right to conduct discovery by virtue of the fact that Defendants has exercised their right to seek the dismissal of Plaintiffs' Amended Complaint.

## **MEMORANDUM OF LAW**

Federal Rule of Civil Procedure 16 grants district courts the power to police their dockets, including the imposition of deadlines. *Mingo v. Sugar Cane Growers Co-Op of Florida*, 864 F.2d 101, 102 (11th Cir. 1989). If the parties, like the litigants here, diligently and timely pursue their rights but for reasons other than their own negligence are unable to comply with the court's deadline, the court should exercise its discretion and modify its scheduling order.

2

*Payne v. Ryder Systems*, 173 F.R.D. 537, 539 (M.D. Fla. 1997); *Fellows v. Earth Construction Inc.*, 794 F.Supp. 531 (D.Va. 1992).

Plaintiff's Motion clearly sets forth a good faith basis for granting this enlargement. Plaintiff is not engaging in any type of delay tactic that would warrant denial of this Motion. Plaintiff respectfully requests that the Court exercise its discretion and permit the requested extension of time for the good cause stated herein.

**WHEREFORE**, Plaintiff, Unisource Discovery, Inc., respectfully requests that this Court grant this motion and modify the Case Management Order so that the parties have at least six months, or until November 2021, within which to complete discovery, with the remainder of the pretrial deadlines modified accordingly, based on the Court's docket.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this notice was served via the PACER E-Filing Portal on this 2nd day of September, 2021 upon: Juan C. Zorilla, Esq., **jzorilla@fowler-white.com**, Fowler, White, Burnett, P.A. counsel for Unisource Discovery, LLC and Steven A. Cerasale.

**DIEGO DAVID VALDES, P.A.**
2350 Coral Way, Suite 403B
Miami, FL 33145
Tel: 305-910-6602
Fax: 305-513-5924

By: /s/ *Diego David Valdes*
Diego David Valdes, Esq.
Florida State Bar No.: 251010
Email:      ddvlaw@gmail.com
                 ddv@ddvlawgroup.com
Attorney for Plaintiff: Unisource Discovery, Inc.