THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNISOURCE DISCOVERY, INC.                          Case No.:  1:20-cv-23276-DPG


                Plaintiffs,
v.

UNISOURCE DISCOVERY, LLC, a
California Limited Liability Company
and STEVEN A. CERASALE, individually,
 c
Defendants.

_____

**PLAINTIFF UNISOURCE DISCOVERY, INC UNCONTESTED MOTION FOR
EXTENSION OF TIME FOR PLAINTIFF TO FILE ITS RESPONSE TO
DEFENDANT'S MOTION TO STRIKE [DE 173], DEFENDANTS RESPONSE IN
OPPOSITION [DE 175], AND DEFENDANTS RESPONSE IN OPPOSITION [DE 176]**

Plaintiff, Unisource Discovery Inc. a Florida Corporation ("Plaintiff"), respectfully moves this

Court, pursuant to Fed. R. Civ. P. 7 for entry of the attached Order extending the time for the

Plaintiff to file its Response and Replies to the Motion to Strike [DE 173], Response in Opposition

[DE 175], and Response in Opposition [DE 176] filed by Defendants, Unisource Discovery LLC

(hereinafter "UNI-CA" or "Defendant"), a California Limited Liability Company, and Steven

Cerasale, (hereinafter "CERASALE").

For its reasons, the Plaintiff relies upon the following:

1. Plaintiffs' counsel is a small law firm and due to extensive scheduling with other cases, it

   requires additional time to prepare and submit a Response to Defendants Motion and

   Response in Opposition.

2. Plaintiffs' counsel has conferred with Defendant's counsel, and all parties agreed to the

   extension of time up to October 8, 2021 for [DE 173], [De 175] and [DE 176].

**Statement of Compliance with Local Rule 7.1**

Pursuant to Local Rule 7.1, Plaintiff discussed this motion with Defendants' counsel for this extension request and the Defendants agreed to the extension of time.

Wherefore, Plaintiff respectfully requests the entry of the attached Order granting the Plaintiff an extension of time to October 8, 2021, for the filing of its Response to Defendants Motion to Strike [DE 173], Response in Opposition [DE 175], and Response in Opposition [DE 176].

**CERTIFICATE OF SERVICE**

I hereby certify that this notice was served via the CM/ECF Court E-Filing Portal on this 23rd day of September 2021 upon: Juan C. Zorilla, Esq., jzorilla@fowler-white.com, Fowler, White, Burnett, P.A., Counsel for Unisource Discovery, LLC and Steven A. Cerasale.

**DIEGO DAVID VALDES, P.A.**
2350 Coral Way, Suite 403B
Miami, FL 33145
Tel: 305-910-6602
Fax: 305-513-5924

By: */s/ Diego David Valdes*

Diego David Valdes, Esq.
Florida State Bar No.: 251010

Email:  ddvlaw@gmail.com
            ddv@ddvlawgroup.com
Attorney for Plaintiff:
Unisource Discovery, Inc.

2