**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:20-cv-23276-CIV-DPG**

UNISOURCE DISCOVERY, INC.,

                     Plaintiff,

     v.

UNISOURCE DISCOVERY, LLC
and STEVEN A. CERASALE,

                     Defendants.

_____

**NOTICE OF WITHDRAWAL OF PLAINTIFFS MOTION FOR PARTIAL
SUMMARY JUDGMENT [DE 180]**

Please take notice that Plaintiff, Unisource Discovery, Inc. a Florida Corporation

("Unisource"), by and through their undersigned attorneys, hereby respectfully withdraws

the Motion for Partial Summary Judgment [DE 180] that was filed on September 30, 2021.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by Notice

of Electronic Filing generated by CM/ECF, on Juan C. Zorilla, Esq., jzorilla@fowler-white.com, Fowler,

White, Burnett, P.A., counsel for Defendants Unisource Discovery, LLC and Steven A. Cerasale,

on October 1, 2021.

                     Respectfully submitted,

                     /s/ *Diego David Valdes*
_____

Diego David Valdes,
Esq. Florida Bar No.
251010 Email:
ddvlaw@gmail.com
     ddv@ddvlawgroup.com

**DIEGO DAVID VALDES, P.A.**
2350 Coral Way, Suite
403B Miami, FL 33145
Tel: 305-910-6602
Fax: 305-513-5924

Counsel for Plaintiff: Unisource Discovery, Inc.