THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNISOURCE DISCOVERY, INC.                          Case No.:  1:20-cv-23276-DPG


        Plaintiffs,
v.

UNISOURCE DISCOVERY, LLC, a
California Limited Liability Company
and STEVEN A. CERASALE, individually,
 c
Defendants.

_____

**PLAINTIFF UNISOURCE DISCOVERY, INC UNCONTESTED MOTION FOR EXTENSION OF TIME TO FILE ITS REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFFS' SECOND MOTION FOR SANCTIONS AND ATTORNEY FEES PURSUANT TO FLORIDA STATUTE 57.105 [DE 186],**

Plaintiff, Unisource Discovery Inc. a Florida Corporation ("Plaintiff"), respectfully moves this Court, pursuant to Fed. R. Civ. P. 7 for entry of the attached Order extending the time for the Plaintiff to file its Reply to Defendants Response to Plaintiffs Second Motion for Sanctions and Attorney Fees [DE 186] Pursuant to Florida Statute 57.105.

For its reasons, the Plaintiff relies upon the following:

1.  Plaintiffs' counsel is a small law firm and due to extensive scheduling with other cases, it requires additional time to prepare and submit a Reply to Defendants Response.

2.  Plaintiffs' counsel has conferred with Defendant's counsel, and all parties agreed to the extension of time up to November 5, 2021 for [DE 186].

**Statement of Compliance with Local Rule 7.1**

Pursuant to Local Rule 7.1, Plaintiff discussed this motion with Defendants' counsel for this extension request and the Defendants agreed to the extension of time.

1

Wherefore, Plaintiff respectfully requests the entry of the attached Order granting the Plaintiff an extension of time to <u>November 5, 2021</u>, for the filing of its Reply to Defendants Response to Second Motion for Sanctions and Attorney Fees Pursuant to Fla. Stat. 57.105 [DE 186].

### <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this notice was served via the CM/ECF Court E-Filing Portal on this 21st day of October 2021 upon: Juan C. Zorilla, Esq., jzorilla@fowler-white.com, Fowler, White, Burnett, P.A., Counsel for Unisource Discovery, LLC and Steven A. Cerasale.

**DIEGO DAVID VALDES, P.A.**
2350 Coral Way, Suite 403B
Miami, FL 33145
Tel: 305-910-6602
Fax: 305-513-5924

By: */s/ Diego David Valdes*

Diego David Valdes, Esq.
Florida State Bar No.: 251010

Email:  ddvlaw@gmail.com
          ddv@ddvlawgroup.com
Attorney for Plaintiff:
Unisource Discovery, Inc.

2