**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 20-CIV-23276-DPG**

UNISOURCE DISCOVERY, INC.
    Plaintiff,
v.

UNISOURCE DISCOVERY, LLC, a
California limited liability company, and
STEVEN A. CERASALE, individually,
    Defendants.

---

**JOINT MOTION FOR EXTENSIONS OF TIME TO BRIEFING SCHEDULE**
**REGARDING DOCKET ENTRIES 182 AND 187**

Pursuant to Rule 6(b), Fed. R. Civ. P., Plaintiff and Defendants jointly move for extensions of time to the briefing schedule relating to Plaintiff's Supplemental and Amended Memorandum of Law in Support of Plaintiff's Motion for Partial Summary Judgment (DE 182) and Defendants' Motion to Strike Plaintiff's "Supplemental and Amended" Motion for Summary Judgment (DE 187). In support of their Joint Motion, and as good cause, the parties respectfully submit the following:

1.    Plaintiff filed its Supplemental and Amended Motion (DE 182) on October 1, 2021, seeking partial summary judgment.

2.    Defendants filed their Motion to Strike the Supplemental and Amended Motion (DE 187) on October 14, 2021, seeking to strike Plaintiff's Motion.

3.    The parties have agreed that Defendants' Motion to Strike the Supplemental and Amended Motion (DE 187) should be fully briefed before the parties expend resources briefing Plaintiff's Supplemental and Amended Motion (DE 182).

4.    It is Plaintiff's position that it requires additional time—in light of Plaintiff's counsel's schedule—to respond to Defendants' Motion to Strike (DE 187). Specifically, Plaintiff

is requesting 20 days—until November 17, 2021—to respond to Defendants' Motion to Strike (DE 187).

5.      It is Defendants' position that Plaintiff's untimely Supplemental and Amended Motion (DE 182)—along with its supporting affidavit (DE 182-1)—should be stricken and disregarded for the reasons set forth in the Motion to Strike (DE 187). In any event, if the Supplemental and Amended Motion is not stricken, Defendants will need additional time to finalize a response in light of Defendant Steven Cerasale's recent fall and injury to his knee—the same knee for which he has had numerous medical procedures in the past—which required additional medical attention. Additionally, Defendants' counsel's schedule (and Mr. Cerasale's injury) has not allowed Defendants' counsel the time needed to confer with Defendants and finalize Defendants' response to the Supplemental and Amended Motion (DE 182).

6.      Rather than file competing Motions for Extension, the parties have conferred and have agreed to a briefing schedule. The parties now hereby request the Court to adopt the parties' briefing schedule as set forth below:

| Memorandum | Due Date |
| --- | --- |
| Plaintiff's Response to Defendants' Motion to Strike "Supplemental and Amended" Motion for Summary Judgment (DE 187). | November 17, 2021 |
| Defendants' Reply to Plaintiff's Response to Defendants' Motion to Strike "Supplemental and Amended" Motion for Summary Judgment (DE 187). | November 29, 2021 |
| Defendants' Response to Plaintiff's "Supplemental and Amended" Motion for Summary Judgment (DE 182) (if the Supplemental and Amended Motion is not stricken) | December 3, 2021 |

7.      The above briefing schedule has been agreed to by the parties.

8.      The parties, therefore, jointly and respectfully request the Court to adopt the above briefing schedule relating to Plaintiff's Supplemental and Amended Memorandum of Law in

Support of Plaintiff's Motion for Partial Summary Judgment (DE 182) and Defendants' Motion to Strike Plaintiff's "Supplemental and Amended" Motion for Summary Judgment (DE 187).

For the foregoing reasons, Plaintiff and Defendants jointly and respectfully request the Court to enter an Order adopting the parties' agreed-to briefing schedule relating to Plaintiff's Supplemental and Amended Memorandum of Law in Support of Plaintiff's Motion for Partial Summary Judgment (DE 182) and Defendants' Motion to Strike Plaintiff's "Supplemental and Amended" Motion for Summary Judgment (DE 187) and for such further relief as the Court deems just and appropriate under the circumstances.

<u>**CERTIFICATE OF GOOD FAITH CONFERENCE**</u>

The parties have conferred, agree to, and jointly request the requested extensions set forth in this Joint Motion.

Respectfully submitted,

/s/Diego David Valdes                          /s/ Victor M. Velarde
Diego David Valdes, Esq.                       Juan C. Zorrilla
Fla. Bar No. 251010                            Fla. Bar No. 381403
E-mail: ddvlaw@gmail.com                       Email: jzorrilla@fowler-white.com
                                               Victor M. Velarde
DIEGO DAVID VALDES, P.A.                        Fla. Bar No. 105620
2350 Coral Way, Suite 403B                     Email: vvelarde@fowler-white.com
Coral Gables, Florida 33145
Telephone: (305) 910-6602                       FOWLER WHITE BURNETT, P.A.
Facsimile: (305) 513-5924                       Brickell Arch, Fourteenth Floor
                                               1395 Brickell Avenue
*Counsel for Plaintiff*                         Miami, Florida 33131
                                               Telephone:   (305) 789-9200
                                               Facsimile:   (305) 789-9201

                                               *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by Notice of Electronic Filing generated by CM/ECF, on October 25, 2021, on all counsel or parties of record on the Service List below.

/s/ Victor M. Velarde
Victor M. Velarde

| SERVICE LIST<br>*Unisource Discovery, Inc. v. Unisource Discovery, LLC and Steven A. Cerasale*<br>**Case No. 20-CIV-23276-DPG** | |
|---|---|
| Diego David Valdes, Esq.<br>Fla. Bar No. 251010<br>Diego David Valdes, P.A.<br>2350 Coral Way, Suite 403B<br>Coral Gables, Florida 33145<br>Telephone: (305) 910-6602<br>Facsimile: (305) 513-5924<br>E-mail: ddvlaw@gmail.com<br><br>*Counsel for Plaintiff,  Unisource Discovery, Inc.* | |