**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-CIV-23276-GAYLES/Otazo-Reyes**

UNISOURCE DISCOVERY, INC.

      Plaintiff,

v.

UNISOURCE   DISCOVERY,   LLC, a
California  limited  liability  company, and STEVEN A.
CERASALE, individually,

      Defendants.

---

**ORDER GRANTING JOINT MOTION FOR EXTENSIONS OF TIME**
**TO BRIEFING SCHEDULE REGARDING DOCKET ENTRIES 182 AND 187**

**THIS CAUSE** came before the Court upon Plaintiff and Defendants' Joint Motion for

Extensions of Time to Briefing Schedule Regarding Docket Entries 182 and 187. The Court, having

reviewed the Motion, having reviewed the docket, and being otherwise fully advised, it is

**ORDERED and ADJUDGED** that the Joint Motion is **GRANTED**. The following is the

briefing schedule relating to Docket Entries 182 and 187:

| Memorandum | Due Date |
|---|---|
| Plaintiff's Response to Defendants' Motion to Strike "Supplemental and Amended" Motion for Summary Judgment (DE 187). | November 17, 2021 |
| Defendants' Reply to Plaintiff's Response to Defendants' Motion to Strike "Supplemental and Amended" Motion for Summary Judgment (DE 187). | November 29, 2021 |
| Defendants' Response to Plaintiff's "Supplemental and Amended" Motion for Summary Judgment (DE 182) (if the Supplemental and Amended Motion is not stricken) | December 3, 2021 |

- 2 -

**DONE AND ORDERED** in Chambers at Miami, Florida this 26th day of October, 2021.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE


Copies furnished to
    Juan C. Zorrilla, Esq. (jzorrilla@fowler-white.com)
    Victor M. Velarde, Esq. (vvelarde@fowler-white.com)
    Diego D. Valdes, Esq. (ddvlaw@gmail.com)