**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 20-CIV-23276-DPG**

UNISOURCE DISCOVERY, INC.
      Plaintiff,
v.

UNISOURCE   DISCOVERY,   LLC,   a
California  limited  liability  company,  and
STEVEN A. CERASALE, individually,
      Defendants.

---

**MOTION FOR HEARING ON DEFENDANTS'**
**<u>FULLY BRIEFED MOTION FOR SUMMARY JUDGMENT (DE 151)</u>**

Defendants respectfully move the Court to set a hearing on Defendants' fully-briefed

Motion for Summary Judgment (DE 151) and its accompanying Statement of Material Facts

(DE 150).

1.      On August 6, 2021, Defendants timely filed their Motion for Summary Judgment

as to their Counterclaim for Cancellation of Trademark (DE 151) and its accompanying Statement

of Material Facts In Support (DE 150).

2.      On September 13, 2021, Plaintiff filed its Response in Opposition to Defendants'

Motion for Summary Judgment (DE 174).

3.      And on September 20, 2021, Defendants filed their Reply to Plaintiff's Opposition

(DE 177). Plaintiff did not seek to file a sur-reply.

4.      Defendants' Motion for Summary Judgment (DE 151), therefore, is now fully

briefed.

5.      While the Motion for Summary Judgment (DE 151) may be ruled upon without a

hearing, Defendants believe that a hearing will be beneficial in that it will allow the Court to ask

questions to the parties' counsel regarding the Motion and record evidence, and will allow counsel for the parties to address any questions the Court may have.

6. Pursuant to the Court's instructions, Defendants respectfully request the Court to schedule a hearing on Defendants' fully-briefed Motion for Summary Judgment (DE 151).

7. On October 27, 2021, the Court scheduled an evidentiary hearing before Magistrate Judge Alicia M. Otazo-Reyes on Plaintiff's Motion for Preliminary Injunction (DE 193) to take place on November 24, 2021 at 10:30 a.m.

8. Pursuant to the Court's Order (DE 20), Magistrate Judge Alicia M. Otazo-Reyes also has jurisdiction to issue "a report and recommendation on all dispositive matters" and, therefore, has jurisdiction to conduct the hearing on Defendants' Motion for Summary Judgment (DE 151).

9. Defendants submit that the legal arguments and record evidence relating to Plaintiff's Motion set for hearing on November 24, 2021 are substantially identical to the legal arguments and record evidence relating to Defendants' Motion for Summary Judgment (DE 151).

10. Defendants, therefore, respectfully submit that it would preserve judicial and party resources and serve judicial economy to have Defendants' fully-briefed Motion for Summary Judgment (DE 151) heard on November 24, 2021 at 10:30 a.m.

11. This scheduling would obviate the need for the parties to make identical legal arguments and present identical records evidence in more than one hearing.

For the reasons set forth above, Defendants respectfully request the Court to schedule a hearing on Defendants' Motion for Summary Judgment (DE 151) to take place on November 24, 2021 at 10:30 a.m. or, alternatively, at the earliest date/time at the Court's convenience.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Prior to filing this Motion, counsel for Defendants attempted to confer with counsel for Plaintiff regarding the hearing requested in this Motion and other matters. Defendants' counsel's attempts to confer include via telephone (on October 27, 2021 at 5:05 p.m. and 5:48 p.m.), email communications (on October 27 at 3:07 p.m. and 7:40 p.m.), and text messages (on October 27 at 3:08 p.m.). Plaintiff's counsel, however, has not responded to Defendants' counsel's attempts to confer. As soon as Plaintiff's counsel is able to respond to Defendants' counsel attempts to confer, Defendants will file a Supplemental Certificate of Good Faith Conference.

Respectfully submitted,

/s/ Victor M. Velarde
Juan C. Zorrilla
Fla. Bar No. 381403
Email: jzorrilla@fowler-white.com
Victor M. Velarde
Fla. Bar No. 105620
Email: vvelarde@fowler-white.com

FOWLER WHITE BURNETT, P.A.
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone:    (305) 789-9200
Facsimile:    (305) 789-9201

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by Notice

of Electronic Filing generated by CM/ECF, on October 27, 2021, on all counsel or parties of record

on the Service List below.

 /s/ Victor M. Velarde
Victor M. Velarde

| **SERVICE LIST** | |
| :---: | :---: |
| *Unisource Discovery, Inc. v. Unisource Discovery, LLC and Steven A. Cerasale* **Case No. 20-CIV-23276-DPG** | |
| Diego David Valdes, Esq. Fla. Bar No. 251010 Diego David Valdes, P.A. 2350 Coral Way, Suite 403B Coral Gables, Florida 33145 Telephone: (305) 910-6602 Facsimile: (305) 513-5924 E-mail: ddvlaw@gmail.com *Counsel for Plaintiff, Unisource Discovery, Inc.* | |