**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 20-23276-CIV-GAYLES/OTAZO-REYES**

UNISOURCE DISCOVERY, INC.,

      Plaintiff,

v.

UNISOURCE DISCOVERY, LLC
and STEVEN A. CERASALE,

      Defendants.

_____ /

## **ORDER**

THIS CAUSE came before the Court upon Plaintiff Unisource Discovery, Inc.'s ("Plaintiff") Renewed Motion for Leave to Amend, and in the Alternative, Reconsideration on Order Denying Leave to Amend Complaint [D.E. 161] (hereafter, "Renewed Motion to Amend" and "Motion for Reconsideration") [D.E. 171]; and Defendants Unisource Discovery, LLC and Steven A. Cerasale's ("Cerasale") (together, "Defendants") Motion to Strike Plaintiff's submission (hereafter, "Motion to Strike") [D.E. 173]. These matters were referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Darrin P. Gayles, United States District Judge [D.E. 20].

By Order dated August 23, 2021, the undersigned denied Plaintiff's First Motion for Leave to Amend, seeking to add Equicopy, LLC as a defendant in this action. See Order [D.E. 161]. Upon review of Plaintiff's submission and the pertinent portions of the record, the undersigned finds no basis for granting the Renewed Motion to Amend or the Motion for Reconsideration of the undersigned's earlier Order. Therefore, it is

ORDERED AND ADJUDGED that Plaintiff's Renewed Motion to Amend and Motion for

Reconsideration [D.E. 171] are DENIED.

In light of the foregoing, it is further

ORDERED AND ADJUDGED that Defendants' Motion to Strike is DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 2nd day of November, 2021.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:     United States District Judge Darrin P. Gayles
        Counsel of Record