**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-CIV-23276-DPG**

UNISOURCE DISCOVERY, INC.

     Plaintiff,

v.

UNISOURCE DISCOVERY, LLC, a
California limited liability company, and
STEVEN A. CERASALE, individually,

     Defendants.

_____

**UNOPPOSED MOTION TO CONTINUE EVIDENTIARY HEARING (DE 193)**
**ON AMENDED MOTION FOR EX PARTE PRELIMINARY INJUNCTION**

Defendants respectfully move, unopposed, to continue the evidentiary hearing scheduled on November 24, 2021 on Plaintiff's Amended Motion for Preliminary Injunction (DE 193).

1.     On October 27, 2021 this Court entered a Paperless Order setting an Evidentiary Hearing on Plaintiff's Amended Motion for Preliminary Injunction on November 24, 2021 at 10:30 a.m. (DE 193).

2.     On November 2, 2021, this Court entered a Paperless Supplemental Order (DE 196) providing that at the November 24 hearing, the Court will also address Defendant's Motion for Summary Judgment (DE 151).

3.     The undersigned learned today that his client Defendant Steven A. Cerasale (the sole member of Defendant Unisource Discovery LLC) will not be available to attend an evidentiary hearing during the period of November 22–25, 2021.[1]

_____

[1] The undersigned first learned in the morning of November 1, 2021 (two days ago) that Mr. Cerasale might have a conflict on November 24, but the undersigned understood that the conflict might be cleared. In the afternoon on November 3, Mr. Cerasale confirmed to the undersigned (via telephone) that Mr. Cerasale's conflict could not be cleared for the reasons herein.

4.      The reasons Mr. Cerasale will not be available to attend the evidentiary hearing on November 24 is because his wife is undergoing medical procedures that week. Specifically, Mr. Cerasale's wife is undergoing cataract surgery on November 22, with a doctor follow-up on November 23, and another cataract surgery on November 24, with a doctor follow-up on November 25. Pursuant to Local Rule 7.6, Defendants are filing the Declaration of Mr. Cerasale (Exhibit "1" hereto) as verification supporting Defendants' requested continuance of the evidentiary hearing.

5.      Mr. Cerasale is the person who will be taking his wife to and from these surgeries and follows-up (since his wife will not be able to do so herself).

6.      Mr. Cerasale, as the sole member of Defendant Unisource Discovery LLC, also is the only person who would offer testimony on behalf of Defendants in any evidentiary hearing in this case.

7.      For this reason, Mr. Cerasale has requested that the evidentiary hearing (currently set for November 24) be rescheduled to take place either before November 22 or after November 25.

8.      On October 27, 2021, Defendants (through undersigned counsel) had requested the Court to combine the evidentiary hearing on Plaintiff's Motion for Preliminary Injunction with the non-evidentiary hearing on Defendants' Motion for Summary Judgment (DE 151) because it would served judicial economy to have these matters heard at the same time.

9.      The Court granted that motion and combined the hearings.

10.      When Defendants made that request, however, the undersigned counsel did not know that Mr. Cerasale would not be available to attend the evidentiary hearing on November 24, 2021.

11. The undersigned respectfully submits that the non-evidentiary hearing on November 24, 2021 on Defendants' Motion for Summary Judgment (DE 151) does not require the presence of Mr. Cerasale and, therefore, could proceed as scheduled.

12. While it would be better to have both hearings heard simultaneously, a ruling on the Motion for Summary Judgment (DE 151) may very well obviate the need for an evidentiary hearing on Plaintiff's Motion for Preliminary Injunction.

13. Therefore, Defendants respectfully request the Court to reschedule the November 24, 2021 evidentiary hearing to a date before November 22, 2021 or after November 25, 2021. If there are no dates available on the Court's calendar in November 2021, Defendants alternatively request that the November 24, 2021 non-evidentiary hearing on Defendants' Motion for Summary Judgment (DE 151) proceed as scheduled because that non-evidentiary hearing does not require the presence of Mr. Cerasale.

<b><u>CERTIFICATE OF GOOD FAITH CONFERENCE</u></b>

Pursuant to Local Rule 7.1(b), undersigned counsel for Defendants has conferred via email communications with Plaintiff's counsel regarding the relief requested in this Motion. Plaintiff confirmed that it does not oppose rescheduling the evidentiary hearing but prefers that the hearing be scheduled before November 22, 2021 if possible.

3

Respectfully submitted,

/s/ Victor M. Velarde
Juan C. Zorrilla
Fla. Bar No. 381403
Email: jzorrilla@fowler-white.com
Victor M. Velarde
Fla. Bar No. 105620
Email: vvelarde@fowler-white.com

FOWLER WHITE BURNETT, P.A.
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone:   (305) 789-9200
Facsimile:   (305) 789-9201

*Counsel for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by Notice

of Electronic Filing generated by CM/ECF, on November 3, 2021, on all counsel or parties of

record on the Service List below.

/s/ Victor M. Velarde
Victor M. Velarde
Fla. Bar No. 105620

| SERVICE LIST |  |
|---|---|
| *Unisource Discovery, Inc. v. Unisource Discovery, LLC and Steven A. Cerasale*<br>**Case No. 20-CIV-23276-DPG** | |
| Diego David Valdes, Esq.<br>Fla. Bar No. 251010<br>Diego David Valdes, P.A.<br>2350 Coral Way, Suite 403B<br>Coral Gables, Florida 33145<br>Telephone: (305) 910-6602<br>Facsimile: (305) 513-5924<br>E-mail: ddvlaw@gmail.com<br><br>*Counsel for Plaintiff, Unisource Discovery, Inc.* | |

4