**AFFIDAVIT OF NOEL MIJARES**

State of Florida                                  )

County of Miami-Dade            )

Noel Mijares personally appeared before me this 16th day of November 2021, and having taken an oath, Affiant stated that the information contained herein is true and correct.  Affiant is personally known to me, and states as follows:

1.    My name is Noel Mijares and I am the CEO and President of Unisource Discovery, Inc.

2.    I am over the age of 21

3.    I have read and assisted with Response To This Court's July 22, 2021 Order to Show Cause [DE 192], Defendants' Motion to Compel [DE 160], and the Order that granted sanctions [DE 140]. I am knowledgeable of many of these matters and qualified to attest to the representations herein.

4.    First, and most importantly, Unisource Discovery, Inc. did not avoid payment under the Order intentionally nor was Unisource's' action willful.  Unisource does not have in-house legal counsel and administratively the Order [DE 140] was not calendared because upon reading the Order it contained no deadline for payment.  Therefore, from an administrative/internal standpoint with no due date, and because no person in the office is educated at reading court Orders, no reflags were raised.

5.    Second, upon review of Defendants' Motion to Compel [DE 160] for resolution, including possible payment, we learned at this time, and temporarily, Unisource does not have the financial ability to pay the amount under the Order [DE 140].

1

6.     This is very concerning because Unisource does not want to be in continuous violation of Court Orders [on this matter] and not have the immediately ability to resolve.

7.     After a review of our financials, future business, and more, our best guess in the in April/May 2022 we can remit the amount under the Order [DE 140] to Defendants.

8.     I hereby declare under penalty of perjury that these statements are true and correct.

_____
Noel Mijares

_____
DATE: 11/16/21

County of Miami-Dade        )

State of Florida                   )

**BEFORE ME**, the undersigned authority, personally appeared Noel Mijares, who is personally known to me, after being first duly sworn, deposes and states *"Under penalties of perjury, I declare that I have read the foregoing and the facts stated in it are true and correct."*

**SWORN TO AND SUBSCRIBED** before me on this 16 day of November, 2021.

_____

Notary Public, _____

My Commission Expires:

RUDINA DAKA
Notary Public-State of Florida
Commission # GG 322224
My Commission Expires
April 17, 2022

(SEAL)