**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 20-CIV-23276-DPG**

UNISOURCE DISCOVERY, INC.
     Plaintiff,

v.

UNISOURCE    DISCOVERY,    LLC,    a
California  limited  liability  company,  and
STEVEN A. CERASALE, individually,
     Defendants.

## INDEX OF EXHIBITS

Pursuant to the Court's Order (DE 33), Defendants/Counter-Plaintiffs, Steven Cerasale and

Unisource Discovery, LLC, hereby file their electronic trial exhibits to be admitted into evidence:

| No. | Document | Date |
|---|---|---|
| 1. | Unisource Discovery, LLC – State of California Limited Liability Articles of Organization | May 11, 2001 |
| 2. | The subject Mark (Unisource Discovery Digital Document Retrieval) | 2001 |
| 3. | Website printout of Unisource Discovery, LLC's website (unisourcediscovery.com) reflecting use of the subject Mark | January 11, 2002 |
| 4. | Unisource Discovery, LLC's Invoice # 170061 reflecting use of the subject Mark | May 24, 2001 |
| 5. | Unisource Discovery, Inc. – State of Florida Electronic Articles of Incorporation | June 15, 2006 |
| 6. | Unisource Discovery, Inc. – Operating Agreement | June 15, 2006 |
| 7. | Correspondence between LegalZoom and Noel Mijares regarding federal trademark application | September 2008 – October 2008 |
| 8. | Unisource Discovery, Inc. – Trademark Registration Application | October 15, 2008 |
| 9. | USPTO Certificate of Registration regarding the subject Mark | June 9, 2009 |
| 10. | Unisource Discovery, Inc. – Close Corporation Shareholder Agreement | June 28, 2010 |
| 11. | Unisource Discovery, Inc. – Stock Purchase and License Agreement | June 28, 2010 |
| 12. | ALANet.org Publication by Noel Mijares | March/April 2010 |
| 13. | ALANet.org Publication by Noel Mijares | July/August 2010 |
| 14. | Email from Noel Mijares regarding "our new website for Unisource Discovery, Inc." | September 16, 2019 |

| 15. | Request for Documents Pursuant to Fla. Stat. § 607.1602 and 607.1603 to Plaintiff | September 28, 2018 |
|-----|-----------------------------------------------------------------------------------|--------------------|
| 16. | Complaint Pursuant to Fla. Stat. § 607.1604 | October 24, 2018 |
| 17. | Plaintiff's Demand Letter | February 21, 2020 |
| 18. | Email to Plaintiff's counsel regarding Order denying motion to dismiss state court Complaint for Documents | March 17, 2020 |
| 19. | Plaintiff's Demand Letter | May 12, 2020 |
| 20. | The Subpoena, Summons, & Affidavit Company – Articles of Incorporation | July 26, 2002 |
| 21. | Website printouts of The Subpoena, Summons, & Affidavit Company (subpoenacompany.com) | March 24, 2004 June 11, 2009 |
| 22. | The Subpoena, Summons, & Affidavit Company – Trademark registration application | August 16, 2016 |
| 23. | Corrected Transcript of Plaintiff's Deposition | June 30, 2021 |
| 24. | Plaintiff's Response to Defendants' First Request for Admissions | February 4, 2021 |
| 25. | All documents identified in Plaintiff's Exhibit List (if any) | N/A |
| 26. | All documents necessary for impeachment and rebuttal | N/A |

Respectfully submitted,

/s/ Victor M. Velarde
Juan C. Zorrilla
Fla. Bar No. 381403
Email: jzorrilla@fowler-white.com
Victor M. Velarde
Fla. Bar No. 105620
Email: vvelarde@fowler-white.com

FOWLER WHITE BURNETT, P.A.
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone:    (305) 789-9200
Facsimile:    (305) 789-9201

*Counsel for Defendants*

2

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by Notice

of Electronic Filing generated by CM/ECF, on November 29, 2021, on all counsel or parties of

record on the Service List below.

 /s/ Victor M. Velarde
Victor M. Velarde
Fla. Bar No. 105620

| **SERVICE LIST** |  |
| --- | --- |
| *Unisource Discovery, Inc. v. Unisource Discovery, LLC and Steven A. Cerasale*<br>**Case No. 20-CIV-23276-DPG** |  |
| Diego David Valdes, Esq.<br>Fla. Bar No. 251010<br>Diego David Valdes, P.A.<br>2350 Coral Way, Suite 403B<br>Coral Gables, Florida 33145<br>Telephone: (305) 910-6602<br>Facsimile: (305) 513-5924<br>E-mail: ddvlaw@gmail.com<br><br>*Counsel for Plaintiff, Unisource Discovery, Inc.* |  |

3