UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-23276-CIV-GAYLES/OTAZO-REYES

UNISOURCE DISCOVERY, INC.,
    Plaintiff,

v.

UNISOURCE DISCOVERY, LLC
and STEVEN A. CERASALE,
    Defendants.

_____ /

## ORDER

THIS CAUSE came before the Court upon Defendants Unisource Discovery, LLC and Steven A. Cerasale's ("Defendants") Motion to Compel Plaintiff to Comply with the Court's Order and for Reimbursement of Attorney's Fees [D.E. 160] (hereafter, "Defendants' Motion to Compel"); and Plaintiff's Motion to Extend Time for Payment of the Sanction Award [D.E. 205] (hereafter, "Plaintiff's Motion for Extension of Time"). These matters were referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Darrin P. Gayles, United States District Judge [D.E. 20]. Upon due consideration of the parties' submissions, it is

ORDERED AND ADJUDGED that Plaintiff's Motion for Extension of Time [D.E. 205] is DENIED. It is further

ORDERED AND ADJUDGED that Defendants' Motion to Compel [D.E. 160] is GRANTED. Plaintiff SHALL COMPLY with the undersigned's July 22, 2021 Order [D.E. 140] by making payment in full of the sanction award due to Defendants no later than **December 31, 2021**. FAILURE TO COMPLY MAY SUBJECT PLAINTIFF TO CONTEMPT OF COURT.

DONE AND ORDERED in Chambers at Miami, Florida, this 30th day of November, 2021.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:     United States District Judge Darrin P. Gayles
        Counsel of Record