UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:20-cv-23276-CIV-DPG

UNISOURCE DISCOVERY, INC.,

    Plaintiff,

v.

UNISOURCE DISCOVERY, LLC
and STEVEN A. CERASALE,

    Defendants.

_____

## PLAINTIFF, UNISOURCE DISCOVERY INC., MOTION FOR EXTENSION OF TIME TO SERVE WITNESS LIST AND EXHIBIT LIST

Plaintiff, Unisource Discovery Inc., moves the Court for a very brief extension of its deadline under the Joint Scheduling Order [DE 33] to serve witness and exhibit disclosures.

Pursuant to the Court's Case Management and Scheduling Order [DE 33] the current deadline to file the witness list and exhibit was November 29, 2021. Currently, the trial is scheduled for December 6, 2021, and the parties will jointly be seeking to extend the trial date. The Plaintiff mistakenly erred in calendaring this deadline and seeks to extend this single deadline by merely days because the completed exhibit/witness list/disclosures is attached hereto as Exhibit "A" and we have included our Certificate of Compliance RE Admitted Evidence Pursuant to Court Order [DE 33] as Exhibit "B".

### MEMORANDUM OF LAW

The extension will not cause the continuance of any pretrial conference, hearing, or trial in contravention of the Case Management and Scheduling Order. Federal Rule of Civil Procedure 6(b) empowers this Court to grant requests for extensions of time. The requested extension is

1

clearly very limited in length because the exhibit/witness list is completed, attached as an Exhibit, and does not evince any delay in the progress of this case to trial.

In addition, Federal Rule of Civil Procedure 16 grants district courts the power to police their dockets, including the imposition of deadlines. *Mingo v. Sugar Cane Growers Co-Op of Florida*, 864 F.2d 101, 102 (11th Cir. 1989).

If the parties, like the litigants here, diligently and timely pursue their rights but for reasons other than their own negligence are unable to comply with the court's deadline, the court should exercise its discretion and modify its scheduling order. *Payne v. Ryder Systems*, 173 F.R.D. 537, 539 (M.D. Fla. 1997); *Fellows v. Earth Construction Inc.*, 794 F.Supp. 531 (D.Va. 1992).

Plaintiff's Motion clearly sets forth a good faith basis for granting this enlargement. Plaintiff is not engaging in any type of delay tactic that would warrant denial of this Motion given the Exhibit/witness list is attached hereto, completed, and will be immediately filled should this Court enter an Order granting this very brief extension of time.

Plaintiff respectfully requests that the Court exercise its discretion and permit the requested extension of time for the good cause stated herein.

**WHEREFORE**, Plaintiff, Unisource Discovery Inc., respectfully requests that this Court grant this motion and extend time to enter the completed exhibit/witness list [attached as Exhibit "A"], with the remainder of the pretrial deadlines unmodified accordingly, based on the Court's docket.

## Compliance with S.D. Fla. L.R. 7.1(a)(3)

Pursuant to S.D. Fla. L.R. 7.1(a)(3) the Plaintiff has made reasonable efforts to confer (orally or in writing), with all parties or non-parties who may be affected by the relief sought in

2

the motion in a good faith effort to resolve by agreement the issues to be raised in the motion. No agreement was reached prior to filing this Motion.

## CERTIFICATE OF SERVICE

I hereby certify that this notice was served via the CM/ECF Court E-Filing Portal on this 1st day of December 2021 upon: Juan C. Zorilla, Esq., jzorilla@fowler-white.com, Fowler, White, Burnett, P.A., Counsel for Unisource Discovery, LLC and Steven A. Cerasale.

**DIEGO DAVID VALDES, P.A.**
2350 Coral Way, Suite 403B
Miami, FL 33145
Tel: 305-910-6602
Fax: 305-513-5924

By: /s/ Diego David Valdes

Diego David Valdes, Esq.
Florida State Bar No.: 251010

Email: ddvlaw@gmail.com
          ddv@ddvlawgroup.com
Attorney for Plaintiff:
Unisource Discovery, Inc.

3

Exhibit "A"

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:20-cv-23276-CIV-DPG**

UNISOURCE DISCOVERY, INC.,

    Plaintiff,

    v.

UNISOURCE DISCOVERY, LLC
and STEVEN A. CERASALE,

    Defendants.

_____

**PLAINTIFFS' UNISOURCE DISCOVERY, INC. INDEX OF EXHIBITS**

Pursuant to the Court's Order [DE 33], Plaintiff's Unisource Discovery, Inc. hereby file their electronic trial exhibits to be admitted into evidence.

| PRESIDING JUDGE Judge Darrin P. Gayles | | | | | PLAINTIFF'S ATTORNEY Diego D. Valdes, Esq. | DEFENDANT'S ATTORNEY Victor M. Velarde, Esq. |
|---|---|---|---|---|---|---|
| TRIAL DATE (S) December 6, 2021 | | | | | COURT REPORTER | COURTROOM DEPUTY |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| A | | | | | Unisource Discovery, Inc. Florida Articles of Incorporation June 15, 2006 | |
| B | | | | | United States Patent and Trademark Documents, e.g., Registration, Legal Review, Certificate | |
| C | | | | | USPTO Notice of Acceptance under Section 8 and Section 8 & 9 Renewals of Trademark | |
| D | | | | | Right to Use Notice, Trademark Infringement, Cease & Desist Letters | |
| E | | | | | Unisource Discovery, Inc. National, Regional and Local Marketing Branding and Advertising | |
| F | | | | | Unisource Discovery, Inc. "Active" Closed Corporation Shareholder Agreement June 28, 2021 | |
| G | | | | | Unisource Discovery, Inc. "Active" Stock Purchase & Licensing Agreement June 28, 2010 | |
| H | | | | | Unisource Discovery, Inc. Complaint for Damages and Injunctive Relief Filed August 6, 2020 | |
| I | | | | | Unisource Discovery, Inc "Known Instances of Customer Confusion" | |
| J | | | | | Unisource Discovery, Inc. "Verified Calculated Damages" as of May 2021 | |
| K | | | | | Cease & Desist Letters "Malicious Interference" to Unisource Discovery, LLC (California) | |
| L | | | | | Legal Letter from Rutan Attorneys regarding Steven Cerasale and Capital Contribution. | |
| M | | | | | Resignation Letter from Steven Cerasale dated May 15, 2018 | |

1

| N | | | | | | Unauthorized Use of the Registered Trademark by Unisource Discovery, LLC |
|---|---|---|---|---|---|---|
| O | | | | | | Denial of co-Owned Website www.unisourcediscovery.com |
| P | | | | | | Denial and Cancellation of co-Owned Email Account under URL unisourcediscovery.com |
| Q | | | | | | Affidavits of Noel Mijares and Rudina Daka regarding "Client Confusion" and "Poaching" |
| R | | | | | | All documents identified in Plaintiff's Exhibits and for impeachment and rebuttal. |
| S | | | | | | Deposition of Alfred Lutter, Shareholder of Unisource Discovery, Inc. |

## CERTIFICATE OF SERVICE

I hereby certify that this notice was served via the CM/ECF Court E-Filing Portal on this 1st day of December 2021 upon: Juan C. Zorilla, Esq., jzorilla@fowler-white.com, Fowler, White, Burnett, P.A., Counsel for Unisource Discovery, LLC and Steven A. Cerasale.

**DIEGO DAVID VALDES, P.A.**
2350 Coral Way, Suite 403B
Miami, FL 33145
Tel: 305-910-6602
Fax: 305-513-5924

By: */s/ Diego David Valdes*
Diego David Valdes, Esq.
Florida State Bar No.: 251010
Email:  ddvlaw@gmail.com
          ddv@ddvlawgroup.com
Attorney for Plaintiff:
Unisource Discovery, Inc.

2

# Exhibit "B"

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 20-CIV-23276-DPG**

UNISOURCE DISCOVERY, INC.
      Plaintiff,

v.

UNISOURCE    DISCOVERY,    LLC,
A California limited liability company, and
STEVEN A. CERASALE, individually,
      Defendants.

---

**CERTIFICATE OF COMPLIANCE RE ADMITTED EVIDENCE**
**PURSUANT TO COURT ORDER (DE 33)**

I, Diego David Valdes, Esq., counsel for Plaintiff, Unisource Discovery, Inc., hereby

certify the following:

Check the applicable sections:



☒ ALL EXHIBITS E-FILED. All documentary exhibits and photographs of nondocumentary physical exhibits to be admitted into evidence have been electronically filed in CM/ECF.

☐ EXHIBITS NOT E-FILED. Some documentary exhibits and/or physical exhibits to be admitted into evidence cannot be electronically filed in CM/ECF. This includes and contraband. The following identifies those exhibit numbers that have been retained by the Clerk, and separately identifies those proposed exhibit numbers retained by this filing party. (Attach a list.)

☐ AUDIO/VIDEO EXHIBITS. The following audio and/or video exhibits are to be entered into evidence during these proceedings. The filing party has conventionally filed with the Clerk of Court a CD or DVD containing the audio or video exhibit. (Attach a list.)

Any original exhibits that have been returned to or retained by the filing party after electronic filing shall be kept for safe keeping until the conclusion of any appeals. Upon order of the Court, the filing party agrees to return the original exhibits to the Clerk of Court.

This Certificate shall be filed by the date provided in the Court's Scheduling Order. Failure to timely comply with the Electronic Submission of Exhibits requirements provided in the Scheduling Order or with the requirements of Administrative Order 2016-70 governing the Electronic Sub-mission of Exhibits may result in the imposition of sanctions.

## CERTIFICATE OF SERVICE

I hereby certify that this notice was served via the CM/ECF Court E-Filing Portal on this 1st day of December 2021 upon: Juan C. Zorilla, Esq., jzorilla@fowler-white.com, Fowler, White, Burnett, P.A., Counsel for Unisource Discovery, LLC and Steven A. Cerasale.

**DIEGO DAVID VALDES, P.A.**
2350 Coral Way, Suite 403B
Miami, FL 33145
Tel: 305-910-6602
Fax: 305-513-5924

By: */s/ Diego David Valdes*
Diego David Valdes, Esq.
Florida State Bar No.: 251010
Email:  ddvlaw@gmail.com
              ddv@ddvlawgroup.com
Attorney for Plaintiff:
Unisource Discovery, Inc.