UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:20-cv-23276-CIV-DPG

UNISOURCE DISCOVERY, INC.,

    Plaintiff,

v.

UNISOURCE DISCOVERY, LLC
and STEVEN A. CERASALE,

    Defendants.

_____

## PLAINTIFFS' UNISOURCE DISCOVERY, INC. INDEX OF EXHIBITS

Pursuant to the Court's Order [DE 33], Plaintiff's Unisource Discovery, Inc. hereby file their electronic trial exhibits to be admitted into evidence.

| PRESIDING JUDGE Judge Darrin P. Gayles | | | | | PLAINTIFF'S ATTORNEY Diego D. Valdes, Esq. | DEFENDANT'S ATTORNEY Victor M. Velarde, Esq. |
|---|---|---|---|---|---|---|
| TRIAL DATE (S) December 6, 2021 | | | | | COURT REPORTER | COURTROOM DEPUTY |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| A | | | | | Unisource Discovery, Inc. Florida Articles of Incorporation June 15, 2006 | |
| B | | | | | United States Patent and Trademark Documents, e.g., Registration, Legal Review, Certificate | |
| C | | | | | USPTO Notice of Acceptance under Section 8 and Section 8 & 9 Renewals of Trademark | |
| D | | | | | Right to Use Notice, Trademark Infringement, Cease & Desist Letters | |
| E | | | | | Unisource Discovery, Inc. National, Regional and Local Marketing Branding and Advertising | |
| F | | | | | Unisource Discovery, Inc. "Active" Closed Corporation Shareholder Agreement June 28, 2021 | |
| G | | | | | Unisource Discovery, Inc. "Active" Stock Purchase & Licensing Agreement June 28, 2010 | |
| H | | | | | Unisource Discovery, Inc. Complaint for Damages and Injunctive Relief Filed August 6, 2020 | |
| I | | | | | Unisource Discovery, Inc "Known Instances of Customer Confusion" | |
| J | | | | | Unisource Discovery, Inc. "Verified Calculated Damages" as of May 2021 | |
| K | | | | | Cease & Desist Letters "Malicious Interference" to Unisource Discovery, LLC (California) | |
| L | | | | | Legal Letter from Rutan Attorneys regarding Steven Cerasale and Capital Contribution. | |
| M | | | | | Resignation Letter from Steven Cerasale dated May 15, 2018 | |

1

| N | | | | | | Unauthorized Use of the Registered Trademark by Unisource Discovery, LLC |
|---|---|---|---|---|---|---|
| O | | | | | | Denial of co-Owned Website www.unisourcediscovery.com |
| P | | | | | | Denial and Cancellation of co-Owned Email Account under URL unisourcediscovery.com |
| Q | | | | | | Affidavits of Noel Mijares and Rudina Daka regarding "Client Confusion" and "Poaching" |
| R | | | | | | All documents identified in Plaintiff's Exhibits and for impeachment and rebuttal. |
| S | | | | | | Deposition of Alfred Lutter, Shareholder of Unisource Discovery, Inc. |

## CERTIFICATE OF SERVICE

I hereby certify that this notice was served via the CM/ECF Court E-Filing Portal on this 1st day of December 2021 upon: Juan C. Zorilla, Esq., jzorilla@fowler-white.com, Fowler, White, Burnett, P.A., Counsel for Unisource Discovery, LLC and Steven A. Cerasale.

**DIEGO DAVID VALDES, P.A.**
2350 Coral Way, Suite 403B
Miami, FL 33145
Tel: 305-910-6602
Fax: 305-513-5924

By: */s/ Diego David Valdes*
Diego David Valdes, Esq.
Florida State Bar No.: 251010
Email:  ddvlaw@gmail.com
             ddv@ddvlawgroup.com
Attorney for Plaintiff:
Unisource Discovery, Inc.

2