**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 20-CIV-23276-DPG**

UNISOURCE DISCOVERY, INC.
        Plaintiff,
v.

UNISOURCE DISCOVERY, LLC,  and
STEVEN A. CERASALE, individually,
        Defendants.

---

**DEFENDANTS' WITNESS LIST AND EXHIBIT LIST IN ADVANCE
OF EVIDENTIARY PORTION OF HEARING ON DECEMBER 9, 2021**

Pursuant to the Court's Orders (DE 200 and DE 212), Defendants hereby file their List of

Witnesses and Exhibits for the evidentiary portion of the hearings scheduled on December 9, 2021

at 10:30 a.m. relating to Plaintiff's Amended Motion for Preliminary Injunction.

**PRELIMINARY STATEMENT**

The Court's Order (DE 200) ruled that "[a] witness and exhibit list shall be filed prior to

the evidentiary hearing." Counsel for Defendants has attempted to confer with Plaintiff's counsel

regarding the date/time to exchange and file the parties' respective witness and exhibits lists.

Plaintiff, however, has not responded to the undersigned's attempts to confer.

Defendants respectfully submit that the material facts relevant to Plaintiff's Amended

Motion for Preliminary Injunction are not in dispute because Plaintiff has not denied any fact set

forth in Defendants' response (DE 152). An evidentiary hearing, therefore, is not necessary. *See*

*Cumulus Media, Inc. v. Clear Channel Communications, Inc.*, 304 F.3d 1167, 1178 (11th Cir.

2002) ("An evidentiary hearing is required … only 'where facts are bitterly contested ….'").

The undersigned has also attempted to confer with Plaintiff's counsel to determine what

material fact(s) Plaintiff contends is/are in dispute, but Plaintiff's counsel has not agreed to confer.

In any event, Defendants respectfully submit their witness and exhibit list.

**WITNESS LIST**

| | |
|---|---|
| 1. | Steven Cerasale, individually and as corporate representative of Unisource Discovery, LLC c/o undersigned counsel |
| 2. | Noel Mijares, individually and as corporate representative of Unisource Discovery, Inc. c/o Diego David Valdes, Esq. |
| 3. | All persons necessary to provide impeachment and rebuttal evidence. |
| 4. | All persons identified in Plaintiff's Witness List. |

**EXHIBIT LIST**

| No. | Document |
|---|---|
| 1. | Unisource Discovery, LLC – State of California Limited Liability Articles of Organization (DE 213-1) |
| 2. | The subject Mark (Unisource Discovery Digital Document Retrieval) (DE 213-2) |
| 3. | Website printout of Unisource Discovery, LLC's website (unisourcediscovery.com) reflecting use of the subject Mark (DE 213-3) |
| 4. | Unisource Discovery, LLC's Invoice # 170061 reflecting use of the subject Mark (DE 213-4) |
| 5. | Unisource Discovery, Inc. – State of Florida Electronic Articles of Incorporation (DE 213-5) |
| 6. | Unisource Discovery, Inc. – Operating Agreement (DE 213-6) |
| 7. | Correspondence between LegalZoom and Noel Mijares regarding federal trademark application (DE 213-7) |
| 8. | Unisource Discovery, Inc. – Trademark Registration Application (DE 213-8) |
| 9. | USPTO Certificate of Registration regarding the subject Mark (DE 213-9) |
| 10. | Unisource Discovery, Inc. – Close Corporation Shareholder Agreement (DE 213-10) |
| 11. | Unisource Discovery, Inc. – Stock Purchase and License Agreement (DE 213-11) |
| 12. | ALANet.org Publication by Noel Mijares (DE 213-12) |
| 13. | ALANet.org Publication by Noel Mijares (DE 213-13) |
| 14. | Email from Noel Mijares regarding "our new website for Unisource Discovery, Inc." (DE 213-14) |
| 15. | Request for Documents Pursuant to Fla. Stat. § 607.1602 and 607.1603 to Plaintiff |

| | (DE 213-15) |
|---|---|
| 16. | Complaint Pursuant to Fla. Stat. § 607.1604 (DE 213-16) |
| 17. | Plaintiff's Demand Letter (DE 213-17) |
| 18. | Email to Plaintiff's counsel regarding Order denying motion to dismiss state court Complaint for Documents (DE 213-18) |
| 19. | Plaintiff's Demand Letter (DE 213-19) |
| 20. | The Subpoena, Summons, & Affidavit Company – Articles of Incorporation (DE 213-20) |
| 21. | Website printouts of The Subpoena, Summons, & Affidavit Company (subpoenacompany.com) (DE 213-21) |
| 22. | The Subpoena, Summons, & Affidavit Company – Trademark registration application (DE 213-22) |
| 23. | Corrected Transcript of Plaintiff's Deposition (DE 213-23) |
| 24. | Plaintiff's Response to Defendants' First Request for Admissions (DE 213-24) |
| 25. | All documents identified in Plaintiff's Exhibit List (if any) |
| 26. | All documents necessary for impeachment and rebuttal (including, but not limited to, the affidavits Plaintiff has filed in this case). |
| 27. | All documents attached to the motions to be heard |

Respectfully submitted,

/s/ Victor M. Velarde
Juan C. Zorrilla
Fla. Bar No. 381403
Email: jzorrilla@fowler-white.com
Victor M. Velarde
Fla. Bar No. 105620
Email: vvelarde@fowler-white.com

FOWLER WHITE BURNETT, P.A.
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 789-9200
Facsimile: (305) 789-9201

3

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by Notice

of Electronic Filing generated by CM/ECF, on December 8, 2021, on all counsel or parties of

record on the Service List below.

 /s/ Victor M. Velarde

Victor M. Velarde

| **SERVICE LIST**<br>*Unisource Discovery, Inc. v. Unisource Discovery, LLC and Steven A. Cerasale*<br>**Case No. 20-CIV-23276-DPG** | |
| --- | --- |
| Diego David Valdes, Esq.<br>Fla. Bar No. 251010<br>Diego David Valdes, P.A.<br>2350 Coral Way, Suite 403B<br>Coral Gables, Florida 33145<br>Telephone: (305) 910-6602<br>Facsimile: (305) 513-5924<br>E-mail: ddvlaw@gmail.com<br><br>*Counsel for Plaintiff, Unisource Discovery, Inc.* | |