**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 20-CIV-23276-DPG**

UNISOURCE DISCOVERY, INC.
     Plaintiff,

v.

UNISOURCE DISCOVERY, LLC, and
STEVEN A. CERASALE, individually,
     Defendants.

---

## PLAINTIFFS' WITNESS LIST AND EXHIBIT LIST IN COMPLIANCE WITH THE COURT'S ORDER [DE 212] FOR THE DECEMBER 9, 2021 EVIDENTIARY HEARING

Pursuant to the Court's Orders (DE 200 and DE 212), Plaintiffs file their Witness and Exhibits in compliance with this Court's Order [DE 212] for the evidentiary hearing scheduled on December 9, 2021 at 10:30 a.m., and states:

## PRELIMINARY STATEMENT

Pursuant to this Court Order [DE 200], the Court instructed the parties, *inter alia,* "[a] witness and exhibit list shall be filed prior to the evidentiary hearing."

In compliance with the Local Rule, Plaintiffs have made all efforts to confer with Defendants' legal counsel regarding the date/time to exchange and file the parties' respective witness and exhibits lists. Despite this effort, the Defendants have not responded to the multiple email correspondences requesting that the parties exchange information.

Plaintiffs respectfully submit their witness and exhibit list.

## WITNESS LIST

| | |
|---|---|
| 1. | Noel Mijares, individually and as corporate representative of Unisource Discovery, Inc. c/o undersigned counsel. |
| 2. | Steven Cerasale, individually and as corporate representative of Unisource Discovery, LLC (California) c/o Juan Zorilla, Esq. and Victor |

1

| | Velarde, Esq. |
|---|---|
| 3. | All persons necessary to provide impeachment and rebuttal evidence. |
| 4. | All persons identified in Defendant's Witness List. |

## EXHIBIT LIST

| No. | Document |
|---|---|
| A. | Unisource Discovery, Inc. Florida Articles of Incorporation June 15, 2006 [DE 222-1] |
| B. | United States Patent and Trademark Documents; Registration, Certificate [DE 222-2] |
| C. | USPTO Notice of Acceptance under Section 8 and Section 8 & 9 Renewals of Trademark [DE 222-3] |
| D. | Right to Use Notice, Trademark Infringement, Cease & Desist Letters [DE 222-4] |
| E. | Unisource Discovery, Inc. National, Regional and Local Marketing, Branding and Advertising [DE 222-5] |
| F. | Unisource Discovery, Inc. "Active" Close Corporation Shareholder Agreement dated June 28, 2010 [DE 222-6] |
| G. | Unisource Discovery, Inc. "Active" Stock Purchase & Licensing Agreement dated June 28, 2010 [DE 222-7] |
| H. | Unisource Discovery, Inc. Complaint for Damages and Injunctive Relief filed August 6, 2020 [DE 222-8] |
| I. | Unisource Discovery, Inc. "Known Instances of Customer Confusion" [DE 222-9] |
| J. | Unisource Discovery, Inc. "Verified Calculated Damages" as of May 2021 [DE 222-10] |
| K. | Cease & Desist Letters "Malicious Interference" to Unisource Discovery, LLC (California) and Steven Cerasale [DE 222-11] |
| L. | Legal Letter from Rutan Attorneys regarding Steven Cerasale and Capital Contributions [DE 222-12] |
| M. | Resignation Letter from Steven Cerasale dated May 15, 2018 [DE 222-13] |
| N. | Unauthorized Use of Registered Trademark by Unisource Discovery, LLC (California) [DE 222-14] |
| O. | Emails pertaining to co-owned Website under URL www.unisourcediscovery.com [DE 222-15] |

2

| | |
|---|---|
| P. | Denial and Cancellation of co-owned Email Account and Destruction of Evidence under URL www.unisourcediscovery.com [DE 222-16] |
| Q. | Affidavits of Noel Mijares and Rudina Daka [DE 222-17] |
| R. | All documents identified in Plaintiffs exhibits and for impeachment and rebuttal. [DE 222-18] |
| S. | Deposition Transcript of Alfred Lutter, Shareholder of Plaintiff Unisource Discovery, Inc. [DE 222-19] |

### CERTIFICATE OF SERVICE

I hereby certify that this notice was served via the CM/ECF Court E-Filing Portal on this 8th day of December 2021 upon: Juan C. Zorilla, Esq., jzorilla@fowler-white.com, Fowler, White, Burnett, P.A., Counsel for Unisource Discovery, LLC and Steven A. Cerasale.

**DIEGO DAVID VALDES, P.A.**
2350 Coral Way, Suite 403B
Miami, FL 33145
Tel: 305-910-6602
Fax: 305-513-5924

By: */s/ Diego David Valdes*
Diego David Valdes, Esq.
Florida State Bar No.: 251010
Email:  ddvlaw@gmail.com
            ddv@ddvlawgroup.com
Attorney for Plaintiff:
Unisource Discovery, Inc.