✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

|  Southern  | DISTRICT OF |  Florida  |
|---|---|---|

Unisource Discovery Inc.

V.

Unisource Discovery LLC. et al

**CLERK'S EXHIBIT AND WITNESS LIST**

Case Number:  20-CV-23276-GAYLES

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Alicia M. Otazo-Reyes | Diego David Valdes, Esq. | Victor M. Velarde, Esq. |
| HEARING DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 12/9/2021 | Jill Wells | Yesenia Rodriguez |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 |  | 12/9/2021 |  |  | Witness - Noel Mijares - Plaintiff Corpoirate Representative (sworn and testified) |
| C |  | 12/9/2021 |  | Y | USPTO Notice of Acceptance under Section 8 and Section 8&9 Renewals of Trademark DE222-3 |
| I |  | 12/9/2021 | X |  | Unisource Discovery, Inc. "Known Instances of Customer Confusion" DE 222-9 |
| J |  | 12/9/2021 | X |  | Unisource Discovery, Inc. "Verified Calculated Damages" DE 222-10 |
| K |  | 12/9/2021 |  | Y | Cease & Desist Letters "Malicious Interference" to Unisource Discovery, LLC DE222-9 |
| Q |  | 12/9/2021 |  | Y | Affidavits of Noel Mijares and Rudina Daka DE 222-17 |
|  | 1 | 12/9/2021 |  |  | Witness - Steven Cerasale - Defendant Corporate Representative (sworn and tesitified) |
| 8 |  | 12/9/2021 |  | Y | Unisource Discovery, Inc. - Trademark Registration Application DE 213-8 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages