UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 20-23276-CIV-GAYLES/OTAZO-REYES**

UNISOURCE DISCOVERY, INC.,

    Plaintiff,

v.

UNISOURCE DISCOVERY, LLC
and STEVEN A. CERASALE,

    Defendants.

_____ /

## **ORDER**

THIS CAUSE came before the Court upon Defendants Unisource Discovery, LLC and Steven A. Cerasale's (together, "Defendants") Motion to Strike or Dismiss Complaint, Strike Answer and Affirmative Defenses to Counterclaim, and Enter Default Against Plaintiff as to Counterclaim Based Upon Plaintiff's Willful Refusal to Comply with Court Order (hereafter, "Motion to Strike, etc.") [D.E. 202].  This matter was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Darrin P. Gayles, United States District Judge [D.E. 20].  The undersigned held a hearing on this matter, among others, on December 9, 2021 (hereafter, "Hearing").  In accordance with the undersigned's rulings at the Hearing, it is

ORDERED AND ADJUDGED that Defendants' Motion to Strike, etc. [D.E. 202] is HELD IN ABEYANCE pending Plaintiff's compliance with future Court-ordered deadlines.  It is further

ORDERED AND ADJUDGED that Defendants SHALL FILE a Status Report re: Compliance by **January 14, 2022**.

DONE AND ORDERED in Chambers at Miami, Florida, this 10th day of December, 2021.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:      United States District Judge Darrin P. Gayles
             Counsel of Record