**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 20-CIV-23276-DPG**

UNISOURCE DISCOVERY, INC.
     Plaintiff,

v.

UNISOURCE   DISCOVERY,   LLC,
A California limited liability company, and
STEVEN A. CERASALE, individually,
     Defendants.

---

**CERTIFICATE OF COMPLIANCE RE ADMITTED EVIDENCE**
**PURSUANT TO [DE 228] AND [DE 229]**

I, Diego David Valdes, Esq., counsel for Plaintiff Unisource Discovery, Inc., hereby certify the following Exhibits and Witness List as required under Local Rule 5.3:

Check the applicable sections:

☒ ALL EXHIBITS E-FILED. All documentary exhibits and photographs of nondocumentary physical exhibits to be admitted into evidence have been electronically filed in CM/ECF.

☐ EXHIBITS NOT E-FILED. Some documentary exhibits and/or physical exhibits to be admitted into evidence cannot be electronically filed in CM/ECF. This includes and contraband. The following identifies those exhibit numbers that have been retained by the Clerk, and separately identifies those proposed exhibit numbers retained by this filing party. (Attach a list.)

☐ AUDIO/VIDEO EXHIBITS. The following audio and/or video exhibits are to be entered into evidence during these proceedings. The filing party has conventionally filed with the Clerk of Court a CD or DVD containing the audio or video exhibit. (Attach a list.)

Any original exhibits that have been returned to or retained by the filing party after electronic filing shall be kept for safe keeping until the conclusion of any appeals. Upon order of the Court, the filing party agrees to return the original exhibits to the Clerk of Court.

This Certificate shall be filed by the date provided in the Court's Scheduling Order. Failure to timely comply with the Electronic Submission of Exhibits requirements provided in the Scheduling Order or with the requirements of Administrative Order 2016-70 governing the Electronic Sub-mission of Exhibits may result in the imposition of sanctions.

1

## CERTIFICATE OF SERVICE

I hereby certify that this notice was served via the CM/ECF Court E-Filing Portal on this 13th day of December 2021 upon: Juan C. Zorilla, Esq., jzorilla@fowler-white.com, Fowler, White, Burnett, P.A., Counsel for Unisource Discovery, LLC and Steven A. Cerasale.

**DIEGO DAVID VALDES, P.A.**
2350 Coral Way, Suite 403B
Miami, FL 33145
Tel: 305-910-6602
Fax: 305-513-5924

By: */s/ Diego David Valdes*
Diego David Valdes, Esq.
Florida State Bar No.: 251010
Email:  ddvlaw@gmail.com
        ddv@ddvlawgroup.com
Attorney for Plaintiff:
Unisource Discovery, Inc.