**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 20-CIV-23276-DPG**

UNISOURCE DISCOVERY, INC.
        Plaintiff,
v.

UNISOURCE   DISCOVERY,   LLC,   a
California  limited  liability  company,  and
STEVEN A. CERASALE, individually,
        Defendants.

**INDEX OF EXHIBITS ADMITTED INTO EVIDENCE**
**AT THE EVIDENTIARY PORTION OF THE DECEMBER 9, 2021 HEARING**

Pursuant to the Clerk's Notice (DE 229), Defendants/Counter-Plaintiffs, Steven Cerasale

and Unisource Discovery, LLC, hereby file the electronic trial exhibits that were admitted into

evidence at the evidentiary portion of the December 9, 2021 hearing.[1]

| Pl. No. | Def. No. | Document |
|---------|----------|----------|
| C | | USPTO Notice of Acceptance under Section 8 and Section 8 & 9 Renewals of Trademark  (DE 222-3) |
| K | | Cease & Desist Letters "Malicious Interference" to Unisource Discovery, LLC (California) and Steven Cerasale  (DE 222-11) |
| Q | | Affidavits of Noel Mijares and Rudina Daka (DE 222-17) |
| | 8 | Unisource Discovery, Inc. – Trademark Registration Application (DE 213-8) |

---

[1] Plaintiff filed an Amended Certificate of Compliance (DE 233) as to most of the exhibits that were introduced into evidence at the December 9, 2021 evidentiary hearing (which Certificate also mistakenly included Exhibit "B" that was ***not*** introduced into evidence).

Plaintiff's Certificate, however, did not include Exhibit 8, which was introduced into evidence at the December 9, 2021 hearing by stipulation of the parties.

Defendants/Counter-Plaintiffs, therefore, hereby file the complete and accurate exhibit list along with the exhibit that were admitted into evidence during the evidentiary portion of the hearing on December 9, 2021.

Respectfully submitted,

/s/ Victor M. Velarde
Juan C. Zorrilla
Fla. Bar No. 381403
Email: jzorrilla@fowler-white.com
Victor M. Velarde
Fla. Bar No. 105620
Email: vvelarde@fowler-white.com

FOWLER WHITE BURNETT, P.A.
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone:    (305) 789-9200
Facsimile:     (305) 789-9201

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by Notice of Electronic Filing generated by CM/ECF, on December 14, 2021, on all counsel or parties of record on the Service List below.

/s/ Victor M. Velarde
Victor M. Velarde
Fla. Bar No. 105620

| SERVICE LIST |  |
| --- | --- |
| *Unisource Discovery, Inc. v. Unisource Discovery, LLC and Steven A. Cerasale*<br>**Case No. 20-CIV-23276-DPG** |  |
| Diego David Valdes, Esq.<br>Fla. Bar No. 251010<br>Diego David Valdes, P.A.<br>2350 Coral Way, Suite 403B<br>Coral Gables, Florida 33145<br>Telephone: (305) 910-6602<br>Facsimile: (305) 513-5924<br>E-mail: ddvlaw@gmail.com<br><br>*Counsel for Plaintiff, Unisource Discovery, Inc.* |  |

2