**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 20-CIV-23276-DPG**

UNISOURCE DISCOVERY, INC.
     Plaintiff,
v.

UNISOURCE DISCOVERY, LLC, a
California limited liability company, and
STEVEN A. CERASALE, individually,
     Defendants.

---

**CERTIFICATE OF COMPLIANCE RE ADMITTED EVIDENCE INTRODUCED AT
EVIDENTIARY HEARING PURSUANT TO CLERK'S NOTICE (DE 229)[1]**

I, Victor M. Velarde, counsel for Defendants/Counter-Plaintiffs, Steven Cerasale and

Unisource Discovery, LLC, hereby certify the following:

Check the applicable sections:

☒ ALL EXHIBITS E-FILED. All documentary exhibits and photographs of nondocumentary physical exhibits admitted into evidence have been electronically filed in CM/ECF.

☐ EXHIBITS NOT E-FILED. Some documentary exhibits and/or physical exhibits to be admitted into evidence cannot be electronically filed in CM/ECF. This includes and contraband. The following identifies those exhibit numbers that have been retained by the Clerk, and separately identifies those proposed exhibit numbers retained by this filing party. (Attach a list.)

---

[1] Plaintiff filed an Amended Certificate of Compliance (DE 233) as to most of the exhibits that were introduced into evidence at the December 9, 2021 evidentiary hearing (which Certificate also mistakenly included Exhibit "B" that was *__not__* introduced into evidence).

Plaintiff's Certificate, however, did not include Exhibit 8, which was introduced into evidence at the December 9, 2021 hearing by stipulation of the parties.

This Certificate, therefore, certifies that the exhibits that were introduced into evidence (including Exhibit 8) at the evidentiary portion of the hearing on December 9, 2021 have been filed with the Court via CMECF. *See* Hearing Exhibits (DE 234) and its attachments.

☐ AUDIO/VIDEO EXHIBITS. The following audio and/or video exhibits are to be entered into evidence during these proceedings. The filing party has conventionally filed with the Clerk of Court a CD or DVD containing the audio or video exhibit. (Attach a list.)

Any original exhibits that have been returned to or retained by the filing party after electronic filing shall be kept for safe keeping until the conclusion of any appeals. Upon order of the Court, the filing party agrees to return the original exhibits to the Clerk of Court.

This Certificate shall be filed by the date provided in the Court's Scheduling Order. Failure to timely comply with the Electronic Submission of Exhibits requirements provided in the Scheduling Order or with the requirements of Administrative Order 2016-70 governing the Electronic Sub-mission of Exhibits may result in the imposition of sanctions.

Respectfully submitted,

/s/ Victor M. Velarde
Juan C. Zorrilla
Fla. Bar No. 381403
Email: jzorrilla@fowler-white.com
Victor M. Velarde
Fla. Bar No. 105620
Email: vvelarde@fowler-white.com

FOWLER WHITE BURNETT, P.A.
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone:    (305) 789-9200
Facsimile:    (305) 789-9201

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by Notice of Electronic Filing generated by CM/ECF, on December 14, 2021, on all counsel or parties of record on the Service List below.

 /s/ Victor M. Velarde
Victor M. Velarde
Fla. Bar No. 105620

| SERVICE LIST |  |
| --- | --- |
| *Unisource Discovery, Inc. v. Unisource Discovery, LLC and Steven A. Cerasale*<br>**Case No. 20-CIV-23276-DPG** |  |
| Diego David Valdes, Esq.<br>Fla. Bar No. 251010<br>Diego David Valdes, P.A.<br>2350 Coral Way, Suite 403B<br>Coral Gables, Florida 33145<br>Telephone: (305) 910-6602<br>Facsimile: (305) 513-5924<br>E-mail: ddvlaw@gmail.com<br><br>*Counsel for Plaintiff, Unisource Discovery, Inc.* |  |

3