**Form 1B**

**Notice of Appeal to a Court of Appeals From an Appealable Order of a District Court**

United States District Court for the Southern
District of Florida
Docket Number **1:20-cv-23276-CIV-DPG**

| | |
|---|---|
| Unisource Discovery, Inc., Plaintiff<br><br>v.<br><br>Unisource Discovery, LLC and Steven Cerasale, individually, Defendants | Notice of Appeal |

Plaintiff, Unisource Discovery, Inc., hereby appeals to the United States Court of Appeals for the Southern District 11th Circuit Appellate Court from the order Court Order Statement of Reasonable Attorney Fees [DE 215] entered on November 30, 2021.

(s) *Diego David Valdes, Esq.*
*Attorney for* Plaintiff, Unisource Discovery, Inc.
*Address*: 2350 Coral Way, Suite 403B, Miami, FL 33145