**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 20-CIV-23276-DPG**

UNISOURCE DISCOVERY, INC.
      Plaintiff,
v.

UNISOURCE DISCOVERY, LLC, a
California limited liability company, and
STEVEN A. CERASALE, individually,
      Defendants.

**NOTICE OF PLAINTIFF'S NON-COMPLIANCE AND OF FILING INCOMPLETE**
**PRETRIAL STIPULATION AND PROPOSED JURY INSTRUCTIONS**

Defendants hereby provide notice of Plaintiff's willful non-compliance with the Court's Order (DE 221) requiring the parties to confer and jointly draft the Pretrial Stipulation and proposed Jury Instructions.

1.      After Plaintiff's counsel refused to confer with the undersigned to prepare a Joint Pretrial Stipulation and proposed Jury Instructions, Plaintiff's counsel demanded that the undersigned provide Plaintiff with a draft of the Joint Pretrial Stipulation and Jury Instructions on December 27, 2021.

2.      That same day, Defendants' undersigned counsel prepared the proposed Pretrial Stipulation and proposed Jury Instructions and provided them to Plaintiff's counsel.

3.      From December 27 to December 30, the parties exchanged edits to the documents. Plaintiff's counsel, however, never provided Plaintiff's proposed exhibit list.

4.      On December 31, 2021 at 10:30 a.m., Plaintiff's counsel finally agreed to a conferral to finalize the Joint Pretrial Stipulation and Jury Instructions.

5.      But, Plaintiff's counsel claimed that he need "more time" to "review everything" and have a "meaningful conferral."

6. Plaintiff's counsel then unilaterally pushed the conferral from 10:30 a.m. to 11:45 a.m.

7. Plaintiff's counsel then again unilaterally pushed the conferral from 11:45 a.m. to 1:45 p.m., claiming he needed more time to "review everything."

8. Plaintiff's counsel then again unilaterally pushed the conferral from 1:45 p.m. to 3:00 p.m. claiming he needed more time to "review with his client" and have a meaningful conferral.

9. After 3:00 p.m., Plaintiff's counsel stopped answering the phone.

10. Defendants' counsel respectfully submits that the above is not a good faith attempt to confer or to comply with the Court's Order. Rather, the above appears to be a bad faith tactic to waste time.

11. As a result of Plaintiff's non-compliance, Defendants do not have a Joint Pretrial Stipulation of proposed Jury Instructions that can be submitted to the Court.

12. Therefore, Defendants hereby respectfully submit the "latest" versions of the proposed Pretrial Stipulation and Jury Instructions that the parties had after Plaintiff's counsel simply refused to confer (Exhibit "1" and "2" hereto).

13. The attached proposed Pretrial Stipulation and Jury Instructions has not been agreed-to in light of Plaintiff's refusal to cooperate and willful violation of the Court's Order.

14. Defendants' respectfully submit that Plaintiff's non-compliance is willful and warrants striking Plaintiff's pleadings and entering a default.

Respectfully submitted,

/s/ Victor M. Velarde
Juan C. Zorrilla
Fla. Bar No. 381403
Email: jzorrilla@fowler-white.com
Victor M. Velarde
Fla. Bar No. 105620
Email: vvelarde@fowler-white.com

FOWLER WHITE BURNETT, P.A.
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone:   (305) 789-9200
Facsimile:    (305) 789-9201

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by Notice of Electronic Filing generated by CM/ECF, on December 31, 2021, on all counsel or parties of record on the Service List below.

/s/ Victor M. Velarde
Victor M. Velarde
Fla. Bar No. 105620

| SERVICE LIST | |
|---|---|
| *Unisource Discovery, Inc. v. Unisource Discovery, LLC and Steven A. Cerasale* **Case No. 20-CIV-23276-DPG** | |
| Diego David Valdes, Esq. Fla. Bar No. 251010 Diego David Valdes, P.A. 2350 Coral Way, Suite 403B Coral Gables, Florida 33145 Telephone: (305) 910-6602 Facsimile: (305) 513-5924 E-mail: ddvlaw@gmail.com *Counsel for Plaintiff, Unisource Discovery, Inc.* | |

3