AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Southern _____ DISTRICT OF _____ Florida

Unisource Discovery Inc.

V.

Unisource Discovery LLC. et al

CORRECTED *

## CLERK'S EXHIBIT AND WITNESS LIST

Case Number: 20-CV-23276-GAYLES

| PRESIDING JUDGE | | | | | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|---|---|
| Alicia M. Otazo-Reyes | | | | | Diego David Valdes, Esq. | Victor M. Velarde, Esq. |
| HEARING DATE (S) | | | | | COURT REPORTER | COURTROOM DEPUTY |
| 12/9/2021 | | | | | Jill Wells | Yesenia Rodriguez |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | ` | 12/9/2021 | | | Witness - Noel Mijares - Plaintiff Corpoirate Representative (sworn and testified) |
| C | | 12/9/2021 | | Y | USPTO Notice of Acceptance under Section 8 and Section 8&9 Renewals of Trademark DE222-3 |
| I | | 12/9/2021 | X | | Unisource Discovery, Inc. "Known Instances of Customer Confusion" DE 222-9 |
| J | | 12/9/2021 | X | | Unisource Discovery, Inc. "Verified Calculated Damages" DE 222-10 |
| K | | 12/9/2021 | | Y | Cease & Desist Letters "Malicious Interference" to Unisource Discovery, LLC DE222-9 |
| Q | | 12/9/2021 | | Y | Affidavits of Noel Mijares and Rudina Daka DE 222-17 |
| | 1 | 12/9/2021 | | | Witness - Steven Cerasale - Defendant Corporate Representative (sworn and tesitified) |
| 8 | 8 | 12/9/2021 | | Y | Unisource Discovery, Inc. - Trademark Registration Application DE 213-8 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.