**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 20-23276-CIV-GAYLES/OTAZO-REYES**

UNISOURCE DISCOVERY, INC.,

      Plaintiff,

v.

UNISOURCE DISCOVERY, LLC
and STEVEN A. CERASALE,

      Defendants.

_____ /

**ORDER**

THIS CAUSE came before the Court upon Plaintiff Unisource Discovery, Inc.'s ("Plaintiff") Motion to Correct a Clerk's Error and/or Amend an Exhibit by Interlineation (hereafter, "Motion to Correct") [D.E. 236].  Because there was no Clerk's error, it is

ORDERED AND ADJUDGED that Plaintiff's Motion to Correct [D.E. 236] is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this 11th day of January, 2022.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:    United States District Judge Darrin P. Gayles
       Counsel of Record