**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 20-23276-CIV-GAYLES/OTAZO-REYES**

UNISOURCE DISCOVERY, INC.,

     Plaintiff,

v.

UNISOURCE DISCOVERY, LLC
and STEVEN A. CERASALE,

     Defendants.

_____ /

**<u>ORDER</u>**

THIS CAUSE came before the Court upon Plaintiff Unisource Discovery, Inc.'s ("Plaintiff") Motion for Clarification [D.E. 231].  Therein, Plaintiff asks the undersigned to clarify whether her Order [D.E. 230] took into account Plaintiff's Response [D.E. 208] to Defendants Unisource Discovery, LLC and Steven A. Cerasale's (together, "Defendants") Motion to Strike or Dismiss Complaint, Strike Answer and Affirmative Defenses to Counterclaim, and Enter Default Against Plaintiff as to Counterclaim Based Upon Plaintiff's Willful Refusal to Comply with Court Order (hereafter, "Motion to Strike, etc.") [D.E. 202].  The Order [D.E. 230] held the Motion to Strike, etc. [D.E. 202] in abeyance pending Plaintiff's compliance with future Court-ordered deadlines.  Upon due consideration, it is

ORDERED AND ADJUDGED that Plaintiff's Motion for Clarification [D.E. 231] is GRANTED IN PART.  The undersigned was fully apprized in the premises when she issued her Order [D.E. 230].

DONE AND ORDERED in Chambers at Miami, Florida, this 11th day of January, 2022.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:    United States District Judge Darrin P. Gayles
       Counsel of Record