**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 20-23276-CIV-GAYLES/OTAZO-REYES**

UNISOURCE DISCOVERY, INC.,

     Plaintiff,

v.

UNISOURCE DISCOVERY, LLC
and STEVEN A. CERASALE,

     Defendants.

_____/

**ORDER**

THIS CAUSE came before the Court upon Plaintiff Unisource Discovery, Inc.'s ("Plaintiff") Second Motion for Sanctions and Attorney's Fees Pursuant to Florida Statute 57.105 (hereafter, "Second Motion for Sanctions") [D.E. 183].

Plaintiff filed a previous Motion for Sanctions pursuant to Florida Statute 57.105 [D.E. 115], which was predicated on Defendants Unisource Discovery, LLC and Steven A. Cerasale (together, "Defendants") having filed a Counterclaim for Cancellation of Trademark, and which the undersigned denied. See Order [D.E. 167]. In its Second Motion for Sanctions, Plaintiff seeks the same relief with respect to Defendants' Motion for Summary Judgment as to Counterclaim for Cancellation of Trademark ("Motion for Summary Judgment") [D.E. 151]. Plaintiff has had a full opportunity to oppose Defendants' Motion for Summary Judgment both in writing and at a hearing held on December 9, 2021 [D.E. 227]. Plaintiff's challenges to the merits of Defendants' Motion for Summary Judgment in its Second Motion for Sanctions are redundant, superfluous and not the proper subject for consideration of Florida Statute 57.105 sanctions.

In their Response to the Second Motion for Sanctions ("Response"), Defendants seek the

imposition of sanctions against Plaintiff in the form of dismissal of the Complaint with prejudice. See Response [D.E. 186 at 8-11].  Because Defendants make similar arguments in other pending motions [D.E. 202, 243, 246], the undersigned need not address those arguments in this context.

Therefore, it is

ORDERED AND ADJUDGED that Plaintiff's Second Motion for Sanctions [D.E. 183] is DENIED and Defendants' request for sanctions in their Response [D.E. 186] is DENIED without prejudice.

DONE AND ORDERED in Chambers at Miami, Florida, this 11th day of January, 2022.

_____

ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:      United States District Judge Darrin P. Gayles
         Counsel of Record

2