**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 20-23276-CIV-GAYLES/OTAZO-REYES**

UNISOURCE DISCOVERY, INC.,

      Plaintiff,

v.

UNISOURCE DISCOVERY, LLC
and STEVEN A. CERASALE,

      Defendants.

_____ /

## <u>ORDER TO SHOW CAUSE</u>

THIS CAUSE came before the Court upon Defendants Unisource Discovery, LLC and Steven A. Cerasale's (collectively, "Defendants") Motion in Limine to Exclude Testimony and Documentary Evidence [D.E. 184]. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Darrin P. Gayles, United States District Judge [D.E. 20].

Upon review of the case docket, it appears that Plaintiff Unisource Discovery, Inc. ("Plaintiff") did not file a timely response in opposition to the Motion. Pursuant to Rule 7.1 of the Local Rules for the Southern District of Florida, failure to respond "may be deemed sufficient cause for granting the motion." S.D. Fla. L.R. 7.1. In light of the foregoing, it is

ORDERED AND ADJUDGED that, **by January 14, 2022**, Plaintiff shall show cause in writing why the Motion should not be granted. In the alternative, Plaintiff shall file a response in opposition to the Motion by the same date.

DONE AND ORDERED in Chambers at Miami, Florida, this 11th day of January, 2022.

ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

Copies via CM/ECF to:
United States District Judge Darrin P. Gayles
Counsel of Record

2