IN THE UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
DOCKET NUMBER: **1:20-CV-23276-CIV-DPG**

UNISOURCE DISCOVERY INC.,
Plaintiff-Appellant,

v.

UNISOURCE DISCOVERY, LLC
and STEVEN A. CERASALE,

Defendants-Appellees

_____

### **MOTION FOR VOLUNTARY DISMISSAL ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA WITHOUT PREJUDICE**

Plaintiff-Appellant, Unisource Discovery Inc., moves this Court for voluntary dismissal without prejudice of Unisource Discovery Inc. appeal, pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure and I.O.P. 1 to Eleventh Circuit Rule 42.

Each party will bear their respective costs and attorneys' fees incurred in connection with this appeal as there should be none since the appeal was filed on December 31, 2021.

**WHEREFORE**, Unisource Discovery Inc. moves the Court to dismiss this appeal *without* prejudice.

 Dated: January 12, 2021.

Respectfully submitted,

Ss// Diego David Valdes, Esq

## <u>CERTIFICATE OF INTERESTED PERSONS</u>

## <u>AND</u>

## <u>CORPORATE DISCLOSURE STATEMENT</u>

The Plaintiff-Appellant submit this list, which includes the trial judge, and all attorneys, persons, associations of persons, firms, partnerships or corporations that have an interest in the outcome of this review:

1.    Diego David Valdes, Esquire.

2.    Victor Velarde, Esquire.

3.    Judge Alicia M. Otazo-Reyes United States Magistrate Judge

4.    Judge Darrin P. Gayles, Presiding Judge

5.    Juan Zorrilla, Esquire

6.    Unisource Discovery, Inc.

7.    Unisource Discovery, LLC.

8.    Steven Carasele

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 12, 2021, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully submitted,

/s/ *Diego David Valdes*

Diego David Valdes,
Esq. Florida Bar No.
251010 Email:
ddvlaw@gmail.com
ddv@ddvlawgroup.com

**DIEGO DAVID VALDES, P.A.**
2350 Coral Way, Suite
403B Miami, FL 33145
Tel: 305-910-6602
Fax: 305-513-5924

Counsel for Plaintiff: Unisource Discovery, Inc.