**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 20-CIV-23276-DPG**

UNISOURCE DISCOVERY, INC.
        Plaintiff,
v.

UNISOURCE   DISCOVERY,   LLC,   a
California limited liability company, and
STEVEN A. CERASALE, individually,
        Defendants.

_____

**REPLY TO OPPOSITION TO MOTION**
**TO HOLD PLAINTIFF IN CONTEMPT OF COURT**

Defendants hereby file their Reply to Plaintiff's Opposition to the Motion to Hold Plaintiff

in Contempt of Court for violating the Court's Orders (DE 273).

1.      To date, Plaintiff has not complied with the Court's Orders requiring payment of

sanctions (DE 140, 215)—either in whole or in part.

2.      Plaintiff does not contend that its failure to comply was a mistake or inadvertent.

3.      Plaintiff does not contend that it attempted to comply.

4.      Plaintiff does not present any evidence to show that it was unable to comply.

5.      Rather, Plaintiff claims it cannot be held in contempt because "the burden of clear

and convincing evidence [ ] was not even addressed by the Defendants in their Motion" and

Defendants' Motion "is entirely devoid of th[e] required three-step analysis for contempt."

Opposition (DE 273) at p. 3.

6.      As Defendants explained in their Motion, the Court has already found that "[i]t is

clear from the above recitation that Plaintiff … failed to pay Defendant the discovery sanctions

amount, as required by the [Magistrate Judge]." Order (DE 268) at p. 3.

7.     The Court also admonished Plaintiff that "FAILURE TO COMPLY MAY SUBJECT PLAINTIFF TO CONTEMPT OF COURT." Order (DE 215) at p. 1.

8.     And as explained above, Plaintiff does not dispute that it failed to comply.

9.     What more "evidence" is needed?

10.    Plaintiff has been afforded chance after chance to comply. To date, Plaintiff has not even attempted to comply with the Court's Order in whole or in part.

11.    Holding Plaintiff in contempt is, therefore, warranted.

Respectfully submitted,

/s/ Victor M. Velarde
Juan C. Zorrilla
Fla. Bar No. 381403
Email: jzorrilla@fowler-white.com
Victor M. Velarde
Fla. Bar No. 105620
Email: vvelarde@fowler-white.com

FOWLER WHITE BURNETT, P.A.
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone:    (305) 789-9200
Facsimile:     (305) 789-9201

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by Notice

of Electronic Filing generated by CM/ECF, on February 3, 2022, on all counsel or parties of record

on the Service List below.

　/s/ Victor M. Velarde　　　　　　
Victor M. Velarde
Fla. Bar No. 105620

| SERVICE LIST | |
| --- | --- |
| *Unisource Discovery, Inc. v. Unisource Discovery, LLC and Steven A. Cerasale*<br>**Case No. 20-CIV-23276-DPG** | |
| Diego David Valdes, Esq.<br>Fla. Bar No. 251010<br>Diego David Valdes, P.A.<br>2350 Coral Way, Suite 403B<br>Coral Gables, Florida 33145<br>Telephone: (305) 910-6602<br>Facsimile: (305) 513-5924<br>E-mail: ddvlaw@gmail.com<br><br>*Counsel for Plaintiff, Unisource Discovery, Inc.* | |