**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 20-23276-CIV-GAYLES/OTAZO-REYES**

UNISOURCE DISCOVERY, INC.,
        Plaintiff,
v.

UNISOURCE DISCOVERY, LLC
and STEVEN A. CERASALE,
        Defendants.

_____ /

## <u>ORDER SETTING SHOW CAUSE HEARING</u><br><u>WHY PLAINTIFF SHOULD NOT BE HELD IN CONTEMPT OF COURT</u>

THIS CAUSE came before the Court upon Defendants Unisource Discovery, LLC and Steven A. Cerasale's (collectively, "Defendants") Motion to Hold Plaintiff in Contempt of Court (hereafter, "Motion for Contempt") [D.E. 271] for failure to comply with the undersigned's Order [D.E. 215].  The Order required Plaintiff to make payment in full of a $9,513.00 discovery sanction award by December 31, 2021 and stated that "FAILURE TO COMPLY MAY SUBJECT PLAINTIFF TO CONTEMPT OF COURT."  <u>Order</u> [D.E. 215].  It appears from the record that Plaintiff has failed to comply.    Therefore, it is

ORDERED AND ADJUDGED that Plaintiff SHALL APPEAR before the undersigned via Zoom video conference on **Tuesday, February 8, 2022** at **10:30 a.m.** to show cause why Defendants' Motion for Contempt [D.E. 271] should not be granted and why it should not be held in contempt of court for failing to comply with the Court's Order [D.E. 215].  Instructions for the Zoom video conference will be emailed to counsel prior to the show cause hearing.

DONE AND ORDERED in Chambers at Miami, Florida, this <u>4th</u> day of February, 2022.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

Copies via CM/ECF to:
United States District Judge Darrin P. Gayles
Counsel of Record