**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 20-23276-CIV-GAYLES/OTAZO-REYES**

UNISOURCE DISCOVERY, INC.,

     Plaintiff,

v.

UNISOURCE DISCOVERY, LLC
and STEVEN A. CERASALE,

     Defendants.

_____ /

**ORDER**

THIS CAUSE came before the Court for Contempt Hearing on Defendants Unisource Discovery, LLC and Steven A. Cerasale's (together, "Defendants") Motion to Hold Plaintiff in Contempt of Court (hereafter, "Motion for Contempt") [D.E. 271] for failure to comply with the undersigned's Sanctions Order [D.E. 215]. See Order Setting Show Cause Hearing [D.E. 276]. The Sanctions Order required Plaintiff, Unisource Discovery, Inc. ("Plaintiff") to make payment in full of a $9,513.00 discovery sanction by December 31, 2021 [D.E. 215, 140]. The undersigned held the Contempt Hearing on February 8, 2022

At the Contempt Hearing, Plaintiff's corporate representative, Noel Mijares, represented to the Court that Plaintiff had been suffering from financial hardship but committed to pay $4,000.00 of the discovery sanctions amount by Friday, February 11, 2022; and the balance of $5,513.00 by Monday, February 28, 2022. Defendants did not object. Given Plaintiff's commitment, it is

ORDERED AND ADJUDGED that Defendants' Motion for Contempt [D.E. 271] is DENIED and the Rule to Show Cause [D.E. 276] is DISCHARGED, subject to Plaintiff's compliance with the following conditions: Plaintiff SHALL PAY the discovery sanctions to

Defendants by making an initial payment in the amount of $4,000.00 by **Friday, February 11, 2022**; plus a final payment in the amount of $5,513.00 by **Monday, February 28, 2022**. **Plaintiff's failure to  timely and fully comply will result in a finding of contempt without further hearing.**

It is further ORDERED AND ADJUDGED that Defendants' request for reimbursement of reasonable fees incurred in connection with enforcing the Sanctions Order is GRANTED. Defendants SHALL SUBMIT their statement of reasonable fees within 20 days from the date of this Order, to which Plaintiff may respond if the parties are unable to reach agreement.

DONE AND ORDERED in Chambers at Miami, Florida, this 8th day of February, 2022.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:     United States District Judge Darrin P. Gayles
        Counsel of Record

2