**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-CIV-23276-DPG**

UNISOURCE DISCOVERY, INC.

      Plaintiff,

v.

UNISOURCE DISCOVERY, LLC, a
California limited liability company, and
STEVEN A. CERASALE, individually,

      Defendants.

_____

**DEFENDANTS' STATEMENT OF REASONABLE ATTORNEY'S FEES**
**PURSUANT TO COURT ORDER (DE 279)**

Defendants, Unisource Discovery, LLC and Steven A. Cerasale, by and through undersigned counsel, hereby file their Statement of Reasonable Attorney's Fees pursuant to the Court's Order (DE 279) and respectfully request a fee award of $4,473.00. This Statement is supported by the detailed time entries of counsel attached hereto as Exhibit "1."

1.      The Court's February 8, 2022 Order (DE 279) ordered that "Defendants' request for reimbursement of reasonable fees incurred in connection with enforcing the Sanctions Order is GRANTED" and instructed Defendants to "submit their statement of reasonable fees …, to which Plaintiff may respond if the parties are unable to reach agreement." Order (DE 279) at p. 2.

2.      In total, Defendants' counsel have dedicated 21.90 hours over the six-month period of August 2021 to February 2022 to get Plaintiff to comply with the Court's Sanction Order (DE 140).

3.      Of the total 21.90 hours, 21.30 hours were expended by the undersigned (Victor M. Velarde, Esq.), and 0.6 hours were expended by Juan C. Zorrilla, Esq.

4.    The time that Defendants' counsel expended are summarized below:

    A.    2.20 hours in connection with the Defendants' Motion to Compel Compliance (DE 160) and analyzing Plaintiff's response to Order to Show Cause (DE 204) and Plaintiff's Affidavit in support thereof (DE 206);

    B.    3.80 hours in connection with Plaintiff's Motion for Extension of Time to comply with the Sanctions Order (DE 205) and preparing the Response thereto (DE 207);

    C.    2.80 hours in connection with Plaintiff's Motion for Reconsideration (DE 224) and preparing the Response thereto (DE 237);

    D.    5.60 hours in connection with Defendants' Motion to Strike as Sanctions (DE 246), Response thereto (DE 255), and Reply thereto  (DE 261);

    E.    2.30 hours in connection with Defendants' Notice of Appeal (DE 241) and Motion to Dismiss (DE 256);

    F.    5.20 hours in connection with Defendants' Motion to Hold Plaintiff in Contempt (DE 271), Response thereto (DE 273), Reply (DE 274) and the contempt hearing.

5.    The attached spreadsheet (Exhibit 1 hereto) sets forth in detail each time entry supporting the above summary of fees.

6.    Defendants will voluntarily not seek reimbursement for the hours expended by Juan C. Zorrilla, Esq. (i.e., 0.60 hours) and will seek only the time expended by the undersigned at the reduced rate of $210.00 per hour.

7.    Defendants, therefore, respectfully request the Court to issue an award of attorney's fees covering a total of 21.30 hours at the rate of $210.00 per hour, for a total award of **$4,473.00**.

8.      On February 8, 2022, the undersigned provided Plaintiff's counsel with a copy of the attached time entries (Exhibit 1 hereto).

9.      On February 18, 2022, Plaintiff (through counsel) confirmed that it "object[s] to [the undersigned's] time entries" and "formally object[s] to [the] fee request." Plaintiff, however, did not state what time entries Plaintiff objects to, nor has Plaintiff stated what time entries (if any) Plaintiff does not object to.

10.     The history is clear: Plaintiff repeatedly and willfully refused to comply with the Court's Order (DE 140) imposing sanctions—which Order was imposing sanctions based upon Plaintiff's refusals to comply with other, prior Court Orders).

11.     No less than ***twenty-one*** docket entries (six of which were Court Orders) were dedicated to compelling Plaintiff to comply with the Court's Discovery Sanctions Order (DE 140). *See* Docket Entries 160, 192, 204, 205, 206, 207, 215, 224, 237, 239, 241, 246, 255, 256, 261, 268, 271, 273, 274, 276, and 279.

12.     Over a period of more than 6 months (and 21 docket entries), Plaintiff had opportunity after opportunity to comply with the Court's Discovery Sanctions Order (DE 140), and at every step, Plaintiff refused to comply until the Court held a contempt hearing.

13.     The fee requested herein (i.e., $4,473.00) were caused by Plaintiff's own repeated failures to comply with this Court's Order over a period of more than six months.

14.     Defendants respectfully submit that an award of $4,473.00 is eminently reasonable in light of Plaintiff's extraordinary and persistent refusal to comply with the Court's Orders.

3

Respectfully submitted,

/s/ Victor M. Velarde

Juan C. Zorrilla
Fla. Bar No. 381403
Email: jzorrilla@fowler-white.com
Victor M. Velarde
Fla. Bar No. 105620
Email: vvelarde@fowler-white.com

FOWLER WHITE BURNETT, P.A.
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone:   (305) 789-9200
Facsimile:   (305) 789-9201

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by Notice

of Electronic Filing generated by CM/ECF, on February 18, 2022, on all counsel or parties of

record on the Service List below.

/s/ Victor M. Velarde

Victor M. Velarde

| SERVICE LIST |
| :---: |
| *Unisource Discovery, Inc. v. Unisource Discovery, LLC and Steven A. Cerasale* |
| **Case No. 20-CIV-23276-DPG** |

| | |
| --- | --- |
| Diego David Valdes, Esq.<br>Fla. Bar No. 251010<br>Diego David Valdes, P.A.<br>2350 Coral Way, Suite 403B<br>Coral Gables, Florida 33145<br>Telephone: (305) 910-6602<br>Facsimile: (305) 513-5924<br>E-mail: ddvlaw@gmail.com<br><br>*Counsel for Plaintiff, Unisource Discovery, Inc.* | |

4