**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:20-cv-23276-CIV-DPG**

UNISOURCE DISCOVERY, INC.,

                Plaintiff,

    v.

UNISOURCE DISCOVERY, LLC
and STEVEN A. CERASALE,

                Defendants.

_____

## PLAINTIFF, UNISOURCE DISCOVERY, INC., NOTICE OF COMPLIANCE WITH COURT ORDER [DE 140] AND ORDER [279]

Plaintiff, Unisource Discovery, Inc. hereby files this Notice of Compliance with the Court Order [DE 140] and Order [DE 279] Statement of Reasonable Attorney's Fees and further states:

Plaintiff has complied fully with the Court Order as agreed with the Magistrate Judge Alicia M. Otazo-Reyes: Show Cause Hearing held on February 8, 2022.

Plaintiff states that it has issued final payment in the amount of $1,000.00 that was deposited electronically via wire transfer to Fowler White Burnett Trust Account, under Confirmation No.: 20220530249041 on Tuesday, February 22, 2022 at 6:28 PM.

Plaintiff further states that it has paid in full as of February 22, 2022 the balance agreed under the terms of the Court Order [DE 279].

## CERTIFICATE OF SERVICE

I hereby certify that this notice was served via the PACER E-Filing Portal on this 22nd day of

February, 2022 upon: Juan C. Zorilla, Esq., **jzorilla@fowler-white.com**, Fowler, White, Burnett,

P.A. counsel for Unisource Discovery, LLC and Steven A. Cerasale.

**DIEGO DAVID VALDES, P.A.**

2350 Coral Way, Suite 403B
Miami, FL 33145
Tel: 305-910-6602
Fax: 305-513-5924

By: /s/ *Diego David Valdes*
Diego David Valdes, Esq.
Florida State Bar No.: 251010
Email:      ddvlaw@gmail.com
                ddv@ddvlawgroup.com
Attorney for Plaintiff: Unisource Discovery, Inc.

2