**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 20-23276-CIV-GAYLES/OTAZO-REYES**

UNISOURCE DISCOVERY, INC.,

      Plaintiff,

v.

UNISOURCE DISCOVERY, LLC
and STEVEN A. CERASALE,

      Defendants.

_____ /

## **ORDER**

THIS CAUSE came before the Court upon Defendants Unisource Discovery, LLC and Steven A. Cerasale's (collectively, "Defendants") Statement of Reasonable Attorney's Fees Pursuant to Court Order (DE 279) (hereafter, "Statement"), filed on February 18, 2022.  See Statement [D.E. 285].  Defendants filed their Statement in compliance with the undersigned's Order granting "Defendants' request for reimbursement of reasonable fees incurred in connection with enforcing the Sanctions Order[s] [D.E. 140, 215]".  See Order [D.E. 279].

In their Statement, Defendants request a fee award of $4,473.00 at a discounted rate of $210.00 per hour, based on 21.3 hours expended by Attorney Victor M. Velarde (hereafter, "Attorney Velarde"), over a six-month period from August 2021 to February 2022 to obtain Plaintiff's to compliance with the Court's Sanctions Orders, filed at D.E. 140 and 215.   See Statement [D.E. 285 at 1–2].  Plaintiff has not filed an objection to Defendants' Statement.

"A reasonable award of attorney's fees is calculated using the lodestar method, which requires the court to multiply the reasonable hours expended by a reasonable hourly rate." Gary Brown & Assocs., Inc. v. Ashdon, Inc., No. 05-CV-80359, 2006 WL 8435138, at *1 (S.D. Fla.

2006) (citing Hensley v. Eckerhart, 461 U.S. 424, 433 (1983)).  "[T]he Court is an expert on the issues of the prevailing market's reasonable hourly rates for similar work and hours expended." Learning Connections, Inc. v. Kaufman, Englett & Lynd, PLLC, No. 11-CV-368, 2012 WL 13102412, at *4 (M.D. Fla. 2012) (citing Norman v. Housing Auth. of the City Montgomery, 836 F.2d 1292, 1303 (11th Cir. 1988)).

Having reviewed Defendants' Statement and applying her own knowledge and expertise, the undersigned concludes that the discounted hourly rate and number of hours expended by Attorney Velarde in obtaining compliance with the Sanctions Orders are reasonable.  Therefore, it is

ORDERED AND ADJUDGED that Defendants SHALL RECOVER from Plaintiff the amount of **$4,473.00**, representing the reasonable attorney's fees incurred in connection with Defendants' efforts to enforce the Sanctions Orders [D.E. 140, 215].

DONE AND ORDERED in Chambers at Miami, Florida, this 9th day of March, 2022.

ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:   United States District Judge Darrin P. Gayles
      Counsel of Record

2