**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 20-CIV-23276-DPG**

UNISOURCE DISCOVERY, INC.

     Plaintiff,

v.

UNISOURCE DISCOVERY, LLC, and
STEVEN A. CERASALE,

     Defendants.

---

**DEFENDANTS' MOTION TO COMPEL PLAINTIFF'S
COMPLIANCE WITH COURT ORDER (DE 289) OR ALTERNATIVELY
TO HOLD PLAINTIFF IN CONTEMPT OF COURT**

Defendants, Unisource Discovery, LLC and Steven A. Cerasale, hereby move to compel Plaintiff to comply with the Court's Order (DE 289) or to hold Plaintiff in contempt of Court.

1.　On March 9, 2022, the Court issued an Order (DE 289) ruling that Defendants' attorney's fees of $4,473.00 were reasonable and that "Defendant SHALL RECOVER from Plaintiff the amount of $4,473.00."

2.　As it has done with almost every Order of this Court, Plaintiff is refusing to comply.

3.　Just 30 minutes after the Court entered the Order (DE 289), Plaintiff confirmed via email that it "not only disagree[s] but objected to [Defendants' fees]."

4.　The undersigned informed Plaintiff's counsel that Plaintiff is essentially "objecting to complying with a Court Order" and asked Plaintiff's counsel to "[p]lease let me know when you can discuss" to try to avoid expending fees unnecessarily.

5.　At 3:18 p.m. that same day, Plaintiff responded by again confirming "[w]e are objecting to your fees, as they are unreasonable … We still object."

6. The undersigned "again invite[d] [Plaintiff's counsel] to please discuss this with [the undersigned]" to try to avoid expending unnecessary fees.

7. As Plaintiff has done throughout this litigation, Plaintiff did not agree to confer.

8. Also as Plaintiff has done throughout this litigation, Plaintiff is brazenly refusing to comply with a Court Order and claims to "object" to it.

9. Plaintiff has made it clear beyond dispute that Plaintiff will knowingly refuse to comply with Court Orders and will vexatiously cause fees to be wasted attempting to compel Plaintiff's compliance.

10. This time, the Court's Order (DE 289)—which Plaintiff has twice confirmed it will not comply with—is precisely the result of Plaintiff's willful violation of the Court's Sanctions Orders, which were (in turn) the result of Plaintiff's willful violations of the Court's discovery Orders.

11. Plaintiff's actions seem intent on causing the Court and Defendants to waste as much time and as many resources as possible attempting to compel Plaintiff to comply with its obligations.

12. Defendants, therefore, respectfully request the Court to either (1) compel Plaintiff to fully comply with the Court's Order (DE 289) immediately or be held in contempt; or (2) hold Plaintiff in contempt of Court, and to issue such further relief as the Court deems just and appropriate under the circumstances.

Respectfully submitted,

/s/ Victor M. Velarde
Juan C. Zorrilla
Fla. Bar No. 381403
Email: jzorrilla@fowler-white.com
Victor M. Velarde
Fla. Bar No. 105620
Email: vvelarde@fowler-white.com

FOWLER WHITE BURNETT, P.A.
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone:   (305) 789-9200
Facsimile:   (305) 789-9201

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by Notice of Electronic Filing generated by CM/ECF, on March 10, 2022, on all counsel or parties of record on the Service List below.

/s/ Victor M. Velarde
Victor M. Velarde

| SERVICE LIST |  |
| --- | --- |
| *Unisource Discovery, Inc. v. Unisource Discovery, LLC and Steven A. Cerasale*<br>**Case No. 20-CIV-23276-DPG** |  |
| Diego David Valdes, Esq.<br>Fla. Bar No. 251010<br>Diego David Valdes, P.A.<br>2350 Coral Way, Suite 403B<br>Coral Gables, Florida 33145<br>Telephone: (305) 910-6602<br>Facsimile: (305) 513-5924<br>E-mail: ddvlaw@gmail.com<br><br>*Counsel for Plaintiff, Unisource Discovery, Inc.* |  |