UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-cv-23276-GAYLES/OTAZO-REYES

**UNISOURCE DISCOVERY, INC.**,

    Plaintiff,

v.

**UNISOURCE DISCOVERY, LLC
and STEVEN A. CERASALE**,

    Defendants.
_____/

## ORDER

**THIS CAUSE** comes before the Court on Magistrate Judge Alicia M. Otazo-Reyes's Report and Recommendation on Cross-Motions for Summary Judgment (the "Report") [ECF No. 257] regarding Plaintiff Unisource Discovery, Inc.'s Motion for Summary Judgment Against Count I (Cancellation of Trademark) of Defendants' Counterclaim [DE 81] ("Plaintiff's Motion") [ECF No. 141] and Defendants', Unisource Discovery, LLC and Steven A. Cerasale, Motion for Summary Judgment as to Counterclaim for Cancellation of Trademark ("Defendants' Motion") [ECF No. 151]. On August 6, 2020, Plaintiff brought this action against Defendants Unisource Discovery, LLC and Steven A. Cerasale. [ECF No. 1]. On November 1, 2020, the Court referred this matter to Judge Otazo-Reyes, pursuant to 28 U.S.C. § 636(b)(1)(B), for a ruling on all pre-trial, non-dispositive matters and a report and recommendation on all dispositive matters. [ECF No. 20].

On July 23, 2021, Plaintiff filed its Motion seeking summary judgment in its favor as to Defendants' counterclaim for cancellation of trademark. [ECF No. 141]. On August 6, 2021,

Defendants filed their Motion also seeking summary judgment in their favor as to their counterclaim for cancellation of trademark. [ECF No. 151]. On January 13, 2022, Judge Otazo-Reyes issued her Report recommending that both Plaintiff's Motion and Defendants' Motion be denied. [ECF No. 257]. On January 20, 2022, Plaintiff and Defendants filed their respective Objections to the Report. [ECF Nos. 262 & 263].

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objections are made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objections are made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

Having conducted a *de novo* review of Plaintiff's Motion, Defendants' Motion, and the record, the Court agrees with Judge Otazo-Reyes's well-reasoned analysis and recommendation that both Plaintiff's Motion and Defendants' Motion be denied. As to Plaintiff's Objections, Defendants bring forth sufficient evidence to show a genuine issue of material fact as to Plaintiff's subjective intent to defraud the United States Patent and Trademark Office. As to Defendants' Objections, the Court shall not reconsider Judge Otazo-Reyes's Report in light of Plaintiff's Affidavit, *see* [ECF No. 182-1], which was submitted after Defendants filed their Motion and has since been stricken from the record, *see* [ECF No. 210].

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge Alicia M. Otazo-Reyes's Report and Recommendation on the Cross-Motions for Summary Judgment, [ECF No. 257], is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference.

2. Plaintiff's Motion for Summary Judgment Against Count I (Cancellation of Trademark) of Defendants' Counterclaim [DE 81], [ECF No. 141], is **DENIED**.

3. Defendants' Motion for Summary Judgment as to Counterclaim for Cancellation of Trademark, [ECF No. 151], is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 14th day of March, 2022.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE