**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:20-cv-23276-CIV-DPG**

UNISOURCE DISCOVERY, INC.,

      Plaintiff,

      v.

UNISOURCE DISCOVERY, LLC
and STEVEN A. CERASALE,

      Defendants.

_____

**PLAINTIFF, UNISOURCE DISCOVERY, INC., RESPONSE TO DEFENDANTS'**
**STATEMENT OF REASONABLE ATTORNEY'S FEES [DE 285]**

Plaintiff Unisource Discovery, Inc., files its response and objections to Defendants,

Unisource Discovery, LLC and Steven A. Cerasale, Statement of Reasonable Attorney's Fees

("Statement") [DE 285], and states:

In their Statement, Defendants are effectively arguing that because Plaintiff did not

*properly* object the Honorable Court should summarily enter an Order granting their request for

attorneys' fees.

The Defendants make three (3) primary arguments to push the Court to enter an Order

granting Defendants' fees:

    a.    On February 8, 2022, the undersigned provided Plaintiff's counsel with a copy of
        the attached time entries (Exhibit 1 hereto). *See* ¶8 of Def. Statement.

    b.    On February 18, 2022, Plaintiff (through counsel) confirmed that it "object[s] to
        [the undersigned's] time entries" and "formally object[s] to [the] fee request."
        Plaintiff, however, did not state what time entries Plaintiff objects to, nor has
        Plaintiff stated what time entries (if any) Plaintiff does not object to. *See* ¶9 of Def.
        Statement.

1

c.   The history is clear: Plaintiff repeatedly and willfully refused to comply with the Court's Order (DE 140) imposing sanctions—which Order was imposing sanctions based upon Plaintiff's refusals to comply with other, prior Court Orders). 11. No less than twenty-one docket entries (six of which were Court Orders) were dedicated to compelling Plaintiff to comply with the Court's Discovery Sanctions Order (DE 140). See Docket Entries 160, 192, 204, 205, 206, 207, 215, 224, 237, 239, 241, 246, 255, 256, 261, 268, 271, 273, 274, 276, and 279.  *See* ¶10 of Def. Statement

First, and as mentioned, Plaintiff did serve Defendants with its Objection. Whether or not the Honorable Court condones Plaintiff's type of Objection, it was done to preserve the record upon Plaintiff's full review and consideration of Defendants matrix of billing entries.

Under these circumstances here, if anything the Plaintiff's conduct is certainly not willful or in bad faith. *Malautea v. Suzuki Motor Co., Ltd.*, 987 F.2d 1536, 1542 (11th Cir.1993) Defendants are not prejudiced because they already received a generous sanction award.  Moreso, Defendants are not prejudiced because their new request for an additional sanctions award is really just another example of Defendants unfettered ambition to obtain contempt and/or to strike Plaintiff's Complaint and/or defenses [strategically] prior to trial, and likewise, has little to do with compelling compliance.

Respectfully speaking, the Court should not conclude that the *severe sanction* of summarily entering an Order granting Defendants' request attorneys' fee  -- without first reviewing Plaintiff's objections and response -- is warranted.

In this regard, Plaintiff has attached its "detailed" Objection and Response in Opposition to Defendants' Motion for Attorneys' Fees as **Exhibit "A".**

**WHEREFORE**, Plaintiff respectfully request that the Court:

1.   Grant the entry for consider of Plaintiff's Objection and Response to Defendants' billing entries that is attached as Exhibit "A";

2.      Enter an Order granting Plaintiff's Response and Objections and the request fee reduction; and

3.      Any other relief this Court believes is just and fair.

## CERTIFICATE OF SERVICE

I hereby certify that this notice was served via the PACER E-Filing Portal on this 23rd day of March, 2022 upon: Juan C. Zorilla, Esq., **jzorilla@fowler-white.com**, Fowler, White, Burnett, P.A. counsel for Unisource Discovery, LLC and Steven A. Cerasale.

**DIEGO DAVID VALDES, P.A.**

2350 Coral Way, Suite 403B
Miami, FL 33145
Tel: 305-910-6602
Fax: 305-513-5924

By: /s/ *Diego David Valdes*
Diego David Valdes, Esq.
Florida State Bar No.: 251010
Email:      ddvlaw@gmail.com
              legal@ddvlawgroup.com
Attorney for Plaintiff: Unisource Discovery, Inc.

3