**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 20-23276-CIV-GAYLES/OTAZO-REYES**

UNISOURCE DISCOVERY, INC.,

     Plaintiff,

v.

UNISOURCE DISCOVERY, LLC
and STEVEN A. CERASALE,

     Defendants.

_____ /

## ORDER

THIS CAUSE came before the Court upon Defendants Unisource Discovery, LLC and Steven A. Cerasale's (together, "Defendants") Motion to Compel Plaintiff's Compliance with Court Order [D.E. 289] (hereafter, "Motion to Compel") or Alternatively to Hold Plaintiff in Contempt of Court (hereafter, "Motion for Contempt") [D.E. 290].  On March 9, 2022, the undersigned awarded to Defendants the amount of $4,473.00 as reasonable fees incurred in connection with enforcing the Court's Sanctions Orders [D.E. 140, 215].  See Order [D.E. 289]. Plaintiff Unisource Discovery, Inc.'s ("Plaintiff") Motion for Reconsideration of that Order has been denied [D.E. 292].  Therefore, it is

ORDERED AND ADJUDGED that Defendants' Motion to Compel is GRANTED. Plaintiff SHALL COMPLY with the undersigned's March 9, 2022 Order [D.E. 289] by making payment in full of the $4,473.00 sanctions award no later than **April 15, 2022**. It is further

ORDERED AND ADJUDGED that Defendants' Motion for Contempt is DENIED WITHOUT PREJUDICE.  However, Plaintiff is admonished that failure to timely make the required payment MAY SUBJECT PLAINTIFF TO CONTEMPT OF COURT.

DONE AND ORDERED in Chambers at Miami, Florida, this <u>31st</u> day of March, 2022.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:     United States District Judge Darrin P. Gayles
        Counsel of Record