**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:20-cv-23276-CIV-DPG**

UNISOURCE DISCOVERY, INC.,

    Plaintiff,
 v.

UNISOURCE DISCOVERY, LLC
and STEVEN A. CERASALE,

    Defendants.

_____

**PLAINTIFF, UNISOURCE DISCOVERY, INC., NOTICE OF COMPLIANCE WITH COURT ORDER [DE 299]**

Plaintiffs, Unisource Discovery, Inc. hereby files this Notice of Compliance with the "Court Order" dated March 31, 2022 [DE 299] and states:

Plaintiff affirms that full payment in the amount of $4,473.00 has been issued to Fowler White Burnett Trust Account under Citibank Confirmation No. 20221050038368 as requested under Court Order [DE 299] and affirms full compliance herein.

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this notice was served via the PACER E-Filing Portal on this 15<u>th</u> day of <u>April</u>, 2022 upon: Juan C. Zorilla, Esq., **jzorilla@fowler-white.com**, Fowler, White, Burnett, P.A. counsel for Unisource Discovery, LLC and Steven A. Cerasale.

**DIEGO DAVID VALDES, P.A.**

2350 Coral Way, Suite 403B
Miami, FL 33145
Tel: 305-910-6602
Fax: 305-513-5924

By: /s/ *Diego David Valdes*
Diego David Valdes, Esq.
Florida State Bar No.: 251010
Email:      ddvlaw@gmail.com
                 legal@ddvlawgroup.com
Attorney for Plaintiff: Unisource Discovery, Inc.

2