**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

Case No. 1:20-cv-23276-DPG

**Unisource Discovery, Inc.**

      Plaintiff,

vs.

**Unisource Discovery, LLC**
**and Steven A. Cerasale**

      Defendants.

_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jesus Sanchelima, Esq. and Liany Estevez, Esq. of Sanchelima & Associates, P.A., hereby file this Notice of Appearance as counsel in this action for all purposes on behalf of Plaintiff Unisource Discovery, Inc. in the above styled action and requests that copies of all future pleadings and correspondence be forwarded to the undersigned.

Dated: April 27, 2022                 Respectfully submitted,

                                        */s/ Jesus Sanchelima*
                                        Jesus Sanchelima, Esq.
                                        Florida Bar No. 231207
                                        Email: jesus@sanchelima.com
                                        Liany Estevez, Esq.
                                        Florida Bar No. 1024902
                                        Email: estevez@sanchelima.com
                                        Sanchelima & Associates, P.A.
                                        235 S.W. Le Jeune Road
                                        Miami, Florida 33134
                                        Telephone: (305) 447-1617
                                        Facsimile: (305) 445-8484
                                        *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Jesus Sanchelima
Jesus Sanchelima, Esq.

**SERVICE LIST**

**Unisource Discovery, Inc. v. Unisource Discovery, LLC et al**
**Case No. 1:20-cv-23276-DPG**
**United States District Court, Southern District of Florida**

Juan Carlos Zorrilla
Fowler White Burnett
1395 Brickell Avenue
14th Floor
Miami, FL 33131
Telephone: 305-789-9200
Fax: 305-728-7561
Email: jzorrilla@fowler-white.com
*Attorneys for Defendants*

Victor Mariano Velarde
Fowler White Burnett, P.A.
Brickell Arch
1395 Brickell Avenue
14th Floor
Miami, FL 33131
Telephone: 305-789-9229
Fax: (305) 728-7529
Email: vvelarde@fowler-white.com
*Attorneys for Defendants*