**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

Case No. 1:20-cv-23276-DPG

**Unisource Discovery, Inc.**

      Plaintiff,

vs.

**Unisource Discovery, LLC**
**and Steven A. Cerasale**

      Defendants.
_____/

## NOTICE OF WITHDRAWAL OF MOTION (ECF NO. 302)

Plaintiff, Unisource Discovery, Inc., withdraws its Motion for the Court to Declare Similarity of the Marks an Admitted and Uncontested Fact Based Upon the Defendants Previous Admissions in the Record (ECF NO. 302).

The parties have amicably resolved this issue and agreed to stipulate that the following is an uncontested fact: "The Mark that Defendant Unisource Discovery, LLC has used in commerce since May 2001 is the same / identical Mark that Plaintiff registered on June 9, 2009."

Dated: May 17, 2022

Respectfully submitted,

*/s/ Jesus Sanchelima*
Jesus Sanchelima, Esq.
Florida Bar No. 231207
Email: jesus@sanchelima.com
Liany Estevez, Esq.
Florida Bar No. 1024902
Email: estevez@sanchelima.com
Sanchelima & Associates, P.A.
235 S.W. Le Jeune Road
Miami, Florida 33134
Telephone: (305) 447-1617
Facsimile: (305) 445-8484
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Jesus Sanchelima
Jesus Sanchelima, Esq.

## SERVICE LIST

**Unisource Discovery, Inc. v. Unisource Discovery, LLC et al**
**Case No. 1:20-cv-23276-DPG**
**United States District Court, Southern District of Florida**

| | |
|---|---|
| Juan Carlos Zorrilla | Victor Mariano Velarde |
| Fowler White Burnett | Fowler White Burnett, P.A. |
| 1395 Brickell Avenue | Brickell Arch |
| 14th Floor | 1395 Brickell Avenue |
| Miami, FL 33131 | 14th Floor |
| Telephone: 305-789-9200 | Miami, FL 33131 |
| Fax: 305-728-7561 | Telephone: 305-789-9229 |
| Email: jzorrilla@fowler-white.com | Fax: (305) 728-7529 |
| *Attorneys for Defendants* | Email: vvelarde@fowler-white.com |
| | *Attorneys for Defendants* |