**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 20-CIV-23276-DPG**

UNISOURCE DISCOVERY, INC.
    Plaintiff,
v.

UNISOURCE DISCOVERY, LLC, a
California limited liability company, and
STEVEN A. CERASALE, individually,
    Defendants.

## JOINT MOTION FOR 14-DAY EXTENSION OF TIME TO FILE JOINT PRETRIAL STIPULATION, PROPOSED JURY INSTRUCITON, AND VERDICT FORM

Plaintiff, Unisource Discovery Inc., and Defendants/Counter-Plaintiffs, Steven Cerasale and Unisource Discovery, LLC, hereby jointly move for a 14-day extension of time to file their Joint Pretrial Stipulation, Proposed Jury Instructions, and Verdict Form. As good cause, the parties state as follows:

1.    The parties have been diligently working together to finalize their pretrial stipulation, jury instructions, and verdict form.

2.    Pursuant to the Court's Order (DE 309), the parties' joint pretrial stipulation, proposed joint jury instructions, and proposed joint verdict form are due June 17, 2022.

3.    The parties have substantially complied.

4.    The parties have reached an agreement as to certain facts that will not require proof at trial and have also significantly narrowed the issues to be presented at trial.

5.    Moreover, the parties have worked together to prepare joint jury instructions.

6.    Additionally, to simplify the case at trial, Plaintiff filed its Amended Complaint (DE 310) on June 1, 2022 removing two Counts, and Defendants filed their Answer to the Amended Complaint (DE 311) on June 14, 2022.

7. The parties, however, have not yet been able to finalize their joint pretrial stipulation, jury instructions, or verdict form.

8. The current unfinalized version of the parties' jury instructions, pretrial stipulation, and verdict form are attached hereto as Composite Exhibit "1."

9. The parties are in the process of narrowing the issues even further and preparing additional stipulations, which the parties expect will significantly reduce the evidence needed at trial.

10. Over the past several weeks, counsel for both parties have dedicated significant time and effort to formulate proposed stipulations, narrow the issues to be presented at trial, and simplify this case.

11. The parties, however, need more time to finalize their joint effort.

12. The parties, therefore, jointly request the Court to extend their deadline to file their joint pretrial stipulation, proposed joint jury instructions, and proposed joint verdict form by 14 days—i.e., until July 1, 2022.

13. The parties respectfully submit that the extension of time is requested in good faith, for good cause, and not for the purpose of delay.

For the reasons set forth above, Plaintiff/Counter-Defendant, Unisource Discovery Inc., and Defendants/Counter-Plaintiffs, Steven Cerasale and Unisource Discovery, LLC, respectfully jointly request the Court to extend by 14 days their deadline to file the Joint Pretrial Stipulation, Proposed Jury Instructions, and Verdict Form—i.e., by July 1, 2022, and for such further relief as the Court deems just and appropriate under the circumstances.

/s/Victor M. Velarde
Juan C. Zorrilla
Fla. Bar No. 381403
Email: jzorrilla@fowler-white.com
Victor M. Velarde
Fla. Bar No. 105620
Email: vvelarde@fowler-white.com

FOWLER WHITE BURNETT, P.A.
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone:    (305) 789-9200
Facsimile:     (305) 789-9201

*Counsel for Defendants*

/s/Jesus Sanchelima
Jesus Sanchelima
Florida Bar No. 231207
Email: jesus@sanchelima.com
Liany Estevez
Florida Bar No. 1024902
Email: estevez@sanchelima.com
Sanchelima & Associates, P.A.
235 S.W. Le Jeune Road
Miami, Florida 33134
Telephone: (305) 447-1617
Facsimile: (305) 445-8484

Diego D. Valdes
Fla. Bar No. 251010
Email: ddvlaw@gmail.com
DIEGO DAVID VALDES, P.A.
2350 Coral Way
Suite 403 B
Miami, Florida 33145
Telephone:    (305) 910-6602
Facsimile:     (305) 513-5924

*Counsel for Plaintiff*

3

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by Notice

of Electronic Filing generated by CM/ECF, on June 19, 2022, on all counsel or parties of record

on the Service List below.

 /s/ Victor M. Velarde
Victor M. Velarde
Fla. Bar No. 105620

| **SERVICE LIST**<br>*Unisource Discovery, Inc. v. Unisource Discovery, LLC and Steven A. Cerasale*<br>**Case No. 20-CIV-23276-DPG** | |
|---|---|
| Diego David Valdes, Esq.<br>Fla. Bar No. 251010<br>Diego David Valdes, P.A.<br>2350 Coral Way, Suite 403B<br>Coral Gables, Florida 33145<br>Telephone: (305) 910-6602<br>Facsimile: (305) 513-5924<br>E-mail: ddvlaw@gmail.com<br><br>*Counsel for Plaintiff, Unisource Discovery, Inc.* | |