**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 20-CIV-23276-DPG**

UNISOURCE DISCOVERY, INC.

      Plaintiff,

v.

UNISOURCE DISCOVERY, LLC, and
STEVEN A. CERASALE,

      Defendants.

---

**MOTION FOR LEAVE TO HAVE STEVEN CERASALE APPEAR AND PROVIDE**
**TESTIMONY AT THE TRIAL BY ZOOM DUE TO MEDICAL CONDITION**
**PREVENTING HIM FROM TRAVELING AND REQUEST FOR HEARING**

Defendants hereby move for leave to have Defendant, Steven Cerasale, appear and provide testimony at the trial via Zoom (individually and as representative of Defendant Unisource Discovery, LLC). Mr. Cerasale also respectfully requests a hearing on this Motion to answer any questions the Court may have.

1. Mr. Cerasale resides in California.

2. Mr. Cerasale has undergone numerous surgeries and medical procedures relating to his knees over the past few years.

3. As a result of his medical condition, Mr. Cerasale has become minimally ambulatory. He cannot walk or stand without assistance, and he also cannot remain seated for a prolonged period of time.

4. Because of his medical condition, Mr. Cerasale cannot safely travel from his home in California to Florida to attend trial in person.

5. Mr. Cerasale, however, is able to appear at the trial via Zoom provided that he is able to, from time to time, stand.

6.      Attached to this Motion is Mr. Cerasale's affidavit and a doctor's note from Mr. Cerasale's physician, both of which confirm that Mr. Cerasale's medical condition prevents him from traveling.

For the reasons set forth above, Defendants respectfully request the Court to grant Defendant Steven Cerasale leave to appear and provide testimony at the trial via Zoom, and to issue such further relief as the Court deems just and appropriate under the circumstances.

## REQUEST FOR HEARING

Defendant, Steven Cerasale, respectfully requests a hearing on this Motion so that Mr. Cerasale could answer any questions the Court may have relating to this Motion. The undersigned estimates that the time required for a hearing will be no more than 15 minutes.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Defendant, Steven Cerasale's undersigned counsel conferred with counsel for Plaintiff in a good faith effort to resolve the issues raised in this motion. Plaintiff confirmed that it opposes the relief requested herein.

Respectfully submitted,

/s/ Victor M. Velarde
Juan C. Zorrilla
Fla. Bar No. 381403
Email: jzorrilla@fowler-white.com
Victor M. Velarde
Fla. Bar No. 105620
Email: vvelarde@fowler-white.com

FOWLER WHITE BURNETT, P.A.
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone:    (305) 789-9200
Facsimile:    (305) 789-9201

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by Notice of Electronic Filing generated by CM/ECF, on June 21, 2022, on all counsel or parties of record on the Service List below.

/s/ Victor M. Velarde
Victor M. Velarde

| SERVICE LIST | |
|---|---|
| *Unisource Discovery, Inc. v. Unisource Discovery, LLC and Steven A. Cerasale*<br>**Case No. 20-CIV-23276-DPG** | |
| Diego David Valdes, Esq.<br>Fla. Bar No. 251010<br>Diego David Valdes, P.A.<br>2350 Coral Way, Suite 403B<br>Coral Gables, Florida 33145<br>Telephone: (305) 910-6602<br>Facsimile: (305) 513-5924<br>E-mail: ddvlaw@gmail.com<br><br>*Counsel for Plaintiff,*<br>*Unisource Discovery, Inc.* | Jesus Sanchelima, Esq.<br>Florida Bar No. 231207<br>Email: jesus@sanchelima.com<br>Liany Estevez, Esq.<br>Florida Bar No. 1024902<br>Email: estevez@sanchelima.com<br>Sanchelima & Associates, P.A.<br>235 S.W. Le Jeune Road<br>Miami, Florida 33134<br>Telephone: (305) 447-1617<br>Facsimile: (305) 445-8484<br><br>*Counsel for Plaintiff,*<br>*Unisource Discovery, Inc.* |

3