**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 20-CIV-23276-DPG**

UNISOURCE DISCOVERY, INC.

      Plaintiff,

v.

UNISOURCE DISCOVERY, LLC, and
STEVEN A. CERASALE,

      Defendants.

_____

## OPPOSITION TO MOTION TO STRIKE FIRST AFFIRMATIVE DEFENSE

Defendants hereby file their Opposition to Plaintiff's Motion to Strike First Affirmative Defense (DE 313).

1.      Plaintiff's Motion fails because it is entirely based upon a material, unproven, and disputed contention—i.e., that "Defendants [are] purported licensees of Plaintiff." Mot. to Strike (DE 313) at p. 1.

2.      Plaintiff's argument is as follows: (i) "[a] licensee is precluded from arguing naked licensing"; (ii) "Defendants [are] … licensees of Plaintiff"; therefore, (iii) Defendants are "estopped" (or "precluded") "from arguing naked license."

3.      Of course, Plaintiff has not shown—and cannot show—that Defendants are "licensees of Plaintiff." To the contrary, Defendants denied that they were licensees of Plaintiff. *See* Answer (DE 311) at ¶ 11 (denying that Plaintiff "permitted [Defendant Unisource Discovery, LLC] the Right to Use the Mark"—i.e., denying that Defendants were licensees of Plaintiff).

4.      Plaintiff's argument, therefore, "fails because the first element of licensee estoppel does not exist." *Pandora Jewelers 1995, Inc. v. Pandora Jewelry, LLC*, 09-61490-CIV, 2011 WL 2174012, at *9 (S.D. Fla. June 2, 2011).

5.     To be clear, Defendants' First Affirmative Defense alleges that "Plaintiff has abandoned its Mark by having provided Defendants with a naked license." Answer (DE 311) at ¶ 81. Defendants did not allege—and certainly dispute—that they were licensees of Plaintiff.

For the reasons set forth above, Defendants, Unisource Discovery, LLC and Steven Cerasale, respectfully request the Court to deny Plaintiff's Motion to Strike First Affirmative Defense (DE 313) and for such further relief as the Court deems just and appropriate.

Respectfully submitted,

/s/ Victor M. Velarde
Juan C. Zorrilla
Fla. Bar No. 381403
Email: jzorrilla@fowler-white.com
Victor M. Velarde
Fla. Bar No. 105620
Email: vvelarde@fowler-white.com

FOWLER WHITE BURNETT, P.A.
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone:    (305) 789-9200
Facsimile:     (305) 789-9201

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by Notice

of Electronic Filing generated by CM/ECF, on July 5, 2022, on all counsel or parties of record on

the Service List below.

> /s/ Victor M. Velarde
> Victor M. Velarde
> Fla. Bar No. 105620

<table>
<tr><td colspan="2"><strong>SERVICE LIST</strong><br><em>Unisource Discovery, Inc. v. Unisource Discovery, LLC and Steven A. Cerasale</em><br><strong>Case No. 20-CIV-23276-DPG</strong></td></tr>
<tr><td>Diego David Valdes, Esq.<br>Fla. Bar No. 251010<br>Diego David Valdes, P.A.<br>2350 Coral Way, Suite 403B<br>Coral Gables, Florida 33145<br>Telephone: (305) 910-6602<br>Facsimile: (305) 513-5924<br>E-mail: ddvlaw@gmail.com<br><br><em>Counsel for Plaintiff, Unisource Discovery, Inc.</em></td><td>Jesus Sanchelima, Esq.<br>Florida Bar No. 231207<br>Email: jesus@sanchelima.com<br>Liany Estevez, Esq.<br>Florida Bar No. 1024902<br>Email: estevez@sanchelima.com<br>Sanchelima & Associates, P.A.<br>235 S.W. Le Jeune Road<br>Miami, Florida 33134<br>Telephone: (305) 447-1617<br>Facsimile: (305) 445-8484<br><br><em>Counsel for Plaintiff, Unisource Discovery, Inc.</em></td></tr>
</table>