**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 20-CIV-23276-DPG**

| | |
|---|---|
| UNISOURCE DISCOVERY, INC.<br>     Plaintiff,<br>v.<br><br>UNISOURCE DISCOVERY, LLC, a California limited liability company, and STEVEN A. CERASALE, individually,<br>     Defendants. | |

**PLAINTIFF'S TRIAL EXHIBIT LIST**

| Presiding Judge<br>The Honorable Judge Darrin P. Gayles | Plaintiff's Attorney<br>Diego D. Valdes, Esq. | Defendants' Attorney<br>Victor M. Velarde, Esq. |
|---|---|---|
| Trial Date(s):<br>09/26/2022 – 10/7/2022 | Court Reporter | Courtroom Deputy |

| No. | Date Offered | Objection | Marked | Admitted | Description | D.E. |
|---|---|---|---|---|---|---|
| 1. | | A<br>H | | | Letter in re Mutual goals, The Subpoena Company (7/29/2005)<br>[P000 315-320] | |
| 2. | | A<br>H | | | Memo in re Florida operations<br>[P 000321-323] | |
| 3. | | A<br>H<br>Parol Ev. | | | Letter and Memorandum on Proposed Operating Agreement (6/14/2006)<br>[P 000324-335] | |
| 4. | | Multiple documents combined in one PDF | | | Plaintiff's Articles of Incorporation (6/15/2006)<br>[P 000382-388] | 218-1 |

*Unisource Discovery Inc. v. Unisource Discovery LLC et al.*      Case No. 20-CIV-23276-DPG

| No. | Date Offered | Objection | Marked | Admitted | Description | D.E. |
|---|---|---|---|---|---|---|
| 5. | | | | | Operating Agreement (6/15/2006) [P 000336-348] | |
| 6. | | | | | USPTO Certificate and Registration with Title Status [P 000361)] | |
| 7. | | H A Multiple documents combined in one PDF | | | Plaintiff's advertising and promotional material (3/31/2010) [P 000 477 -505] | 218-5 |
| 8. | | | | | Stock Purchase and License Agreement (2010) [P00369-380] | 218-7 |
| 9. | | | | | Close Corporation Shareholder Agreement (6/28/2010) [P000389-402] | 218-6 |
| 10. | | H A Multiple documents combined in one PDF | | | USPTO Declarations Section 8 & Renewal § 9 (4/5/2019) [P 000 507–527) | 218-3 |
| 11. | | | | | Cease & Desist Letter in re Service Mark Infringement (2/21/2020) [P 000232] | 218-4 |
| 12. | | R UP Mislead Jury H | | | Cease & Desist Letters and Business Interruption (5/26/2020) [P 000 408] | 218-11 |

*Unisource Discovery Inc. v. Unisource Discovery LLC et al.*        Case No. 20-CIV-23276-DPG

| No. | Date Offered | Objection | Marked | Admitted | Description | D.E. |
|---|---|---|---|---|---|---|
| | | Multiple documents combined in one PDF | | | | |
| 13. | | R UP | | | Defendant Cerasale Resignation Letter (5/15/2018) [P 000 381] | 218-13 |
| 14. | | A H I Includes editorial / prejudicial comments that are not part of the original document | | | Defendants' website screenshot with Unauthorized Use of the Mark. (12/31/2020) (P 000 409-410) | 218-14 |
| 15. | | H R A Multiple documents combined in one PDF | | | Emails pertaining to co-owned Website and Trademark materials (9/13/2019) [P 000 403-407] | 218-15 |
| 16. | | R UP H I Excluded (in part) pursuant to DE 266 | | | Deposition Transcript of Alfred Lutter | 218-19 |
| 17. | | H A R I | | | Plaintiff's Client Orders Report (2006-2012) CONFIDENTIAL [P 000411 – 425] | |

*Unisource Discovery Inc. v. Unisource Discovery LLC et al.*      Case No. 20-CIV-23276-DPG

| No. | Date Offered | Objection | Marked | Admitted | Description | D.E. |
|---|---|---|---|---|---|---|
| | | Underlying documents not produced under Rule 1006 | | | | |
| 18. | | A H Multiple documents combined in one PDF Produced untimely | | | Emails Concerning Plaintiff's Out of State Use of Mark and Texas Documents ( 7/8/2013) [P 00425-436] | |
| 19. | | A H R Multiple documents combined in one PDF | | | Plaintiff's Emails/Order Confirmation with Legal Zoom for Mark application (9/29/2008) [P 000349-353; P00437-438] | |
| 20. | | A H R Multiple documents combined in one PDF | | | Legal Zoom Letters with search results (10/6/2008) (P 000354-358; 000437-438) | |
| 21. | | A H R Parol evid. Multiple documents combined in one PDF | | | Email in re Stock Purchase Agreement (05-30-10) [P 00118-120] | |
| 22. | | H A | | | Email in re AMEX and SM notice (05-26-15) | |

*Unisource Discovery Inc. v. Unisource Discovery LLC et al.*        Case No. 20-CIV-23276-DPG

| No. | Date Offered | Objection | Marked | Admitted | Description | D.E. |
|---|---|---|---|---|---|---|
| | | R | | | [P 00103-105] | |
| 23. | | H<br>A<br>R | | | Email in re visual structure approval (02-16-12)<br>[P 000124] | |
| 24. | | H<br>A<br>R | | | Email in re Plaintiff's share allocation, bookkeeping (09-29-08)<br>[P 00096] | |
| 25. | | H<br>A<br>R | | | Email in re website approval (03-19-13)<br>[P 000128-131] | |
| 26. | | H<br>A<br>R<br>I<br>UP<br>Mislead Jury<br>Excluded pursuant to DE 266 | | | Email in re Lutter software claims (04-12-10)<br>[P 00062-63] | |
| 27. | | H<br>A<br>R<br>UP<br>I<br>Mislead Jury<br>Excluded (in part) pursuant to DE 266 | | | Email in re Plaintiff's partial software ownership (03-02-09)<br>[P 000074; 000111] | |
| 28. | | H<br>A<br>R | | | Email in re approval of website design (02-18-12)<br>[P 000122] | |

*Unisource Discovery Inc. v. Unisource Discovery LLC et al.*        Case No. 20-CIV-23276-DPG

| No. | Date Offered | Objection | Marked | Admitted | Description | D.E. |
|---|---|---|---|---|---|---|
| 29. | | H<br>A<br>R | | | Email in re tax info and TM notice (11-16-15)<br> [P 00097-98] | |
| 30. | | H<br>A<br>R<br>Produced untimely (on June 30, 2022) in violation of the Court's Orders compelling production | | | Emails in re confusion with Steak N Shake client (6/28/2022)<br>[P 000 472-476] | |

6

Dated: September 16, 2022        Respectfully Submitted,


<u>/s/ *Jesus Sanchelima*</u>
Jesus Sanchelima, Esq.
Florida Bar No. 231207
Email: jesus@sanchelima.com
Liany Estevez, Esq.
Florida Bar No. 1024902
Email: estevez@sanchelima.com
Sanchelima & Associates, P.A.
235 S.W. Le Jeune Road
Miami, Florida 33134
Telephone: (305) 447-1617
Facsimile: (305) 445-8484
*Attorneys for Plaintiff*

Diego David Valdes, Esq.
Florida State Bar No.: 251010
Email: ddvlaw@gmail.com
Diego David Valdes, P.A.
2350 Coral Way, Suite 403B
Miami, FL 33145
Tel: 305-910-6602
Fax: 305-513-5924
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.


<u>/s/ Jesus Sanchelima</u>
Jesus Sanchelima, Esq.


## SERVICE LIST

**Unisource Discovery, Inc. v. Unisource Discovery, LLC et al**
**Case No. 1:20-cv-23276-DPG**
**United States District Court, Southern District of Florida**

Juan Carlos Zorrilla
Fowler White Burnett
1395 Brickell Avenue
14th Floor
Miami, FL 33131
Telephone: 305-789-9200
Fax: 305-728-7561
Email: jzorrilla@fowler-white.com
*Attorneys for Defendants*

Victor Mariano Velarde
Fowler White Burnett, P.A.
Brickell Arch
1395 Brickell Avenue
14th Floor
Miami, FL 33131
Telephone: 305-789-9229
Fax: (305) 728-7529
Email: vvelarde@fowler-white.com
*Attorneys for Defendants*

3