**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-CIV-23276-DPG**

UNISOURCE DISCOVERY, INC.

      Plaintiff,

v.

UNISOURCE DISCOVERY, LLC, a California limited liability company, and STEVEN A. CERASALE, individually,

      Defendants.

_____

**AGREED MOTION TO SEAL DOCKET ENTRY NO. 334-6**

Defendants hereby move to seal Docket Entry No. 334-6 (i.e., Defendants' Trial Exhibit 6). Plaintiff agrees to the relief requested in this Motion.

Defendants' undersigned counsel inadvertently did not redact Social Security Numbers reflected on page 15 of Defendants' Trial Exhibit 6 (DE 334-6). On September 20, 2022, Plaintiff's counsel informed the undersigned that the Social Security Numbers in Defendants' Trial Exhibit 6 were not redacted, and the undersigned immediately prepared and filed this Motion.

Defendants respectfully request the Court to seal Docket Entry 334-6 (i.e., Defendants' Trial Exhibit 6) because it reflects social security numbers that should have been redacted/sealed.

**CERTIFICATE OF GOOD FAITH CONFERENCE**

Prior to filing this Motion, Defendants' undersigned counsel conferred with Plaintiff's counsel regarding the relief requested in this Motion. Plaintiff has confirmed that it agrees to the relief requested in this Motion.

Respectfully submitted,

/s/ Victor M. Velarde

Juan C. Zorrilla
Fla. Bar No. 381403
Email: jzorrilla@fowler-white.com
Victor M. Velarde
Fla. Bar No. 105620
Email: vvelarde@fowler-white.com

FOWLER WHITE BURNETT, P.A.
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone:    (305) 789-9200
Facsimile:    (305) 789-9201

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by Notice of Electronic Filing generated by CM/ECF, on September 20, 2022, on all counsel or parties of record on the Service List below.

　　　　　　　　　　　　　　　　　/s/ Victor M. Velarde
　　　　　　　　　　　　　　　　Victor M. Velarde

| SERVICE LIST | |
| --- | --- |
| *Unisource Discovery, Inc. v. Unisource Discovery, LLC and Steven A. Cerasale* **Case No. 20-CIV-23276-DPG** | |
| Diego David Valdes, Esq. Fla. Bar No. 251010 Diego David Valdes, P.A. 2350 Coral Way, Suite 403B Coral Gables, Florida 33145 Telephone: (305) 910-6602 Facsimile: (305) 513-5924 E-mail: ddvlaw@gmail.com<br><br>*Counsel for Plaintiff, Unisource Discovery, Inc.* | Jesus Sanchelima, Esq. Florida Bar No. 231207 Email: jesus@sanchelima.com Liany Estevez, Esq. Florida Bar No. 1024902 Email: estevez@sanchelima.com Sanchelima & Associates, P.A. 235 S.W. Le Jeune Road Miami, Florida 33134 Telephone: (305) 447-1617 Facsimile: (305) 445-8484<br><br>*Counsel for Plaintiff, Unisource Discovery, Inc.* |