<table>
<tr><td colspan="2" align="center"><strong>UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF FLORIDA<br>CASE NO. 20-CIV-23276-DPG</strong></td></tr>
<tr><td>
UNISOURCE DISCOVERY, INC.<br>
    Plaintiff,<br>
v.<br><br>
UNISOURCE DISCOVERY, LLC, a California limited liability company, and STEVEN A. CERASALE, individually,<br>
    Defendants.
</td><td></td></tr>
</table>

## DEFENDANTS' TRIAL EXHIBIT LIST

| Presiding Judge<br>The Honorable Judge Darrin P. Gayles | Plaintiff's Attorney<br>Diego D. Valdes, Esq. | Defendants' Attorney<br>Victor M. Velarde, Esq. |
|---|---|---|
| Trial Date(s):<br>12/05/2022 | Court Reporter | Courtroom Deputy |

| No. | Date Offered | Objection | Marked | Admitted | Description | D.E. |
|---|---|---|---|---|---|---|
| 1. | | | | | Unisource Discovery, LLC – State of California Limited Liability Articles of Organization | 213-1 |
| 2. | | | | | The subject Mark (Unisource Discovery Digital Document Retrieval) | 213-2 |
| 3. | | | | | Website printout of Unisource Discovery, LLC's website (unisourcediscovery.com) reflecting use of the subject Mark | 213-3 |
| 4. | | | | | Unisource Discovery, LLC's Invoice # 170061 reflecting use of the subject Mark | 213-4 |

| No. | Date Offered | Objection | Marked | Admitted | Description | D.E. |
|---|---|---|---|---|---|---|
| 5. | | | | | Unisource Discovery, Inc. – State of Florida Electronic Articles of Incorporation | 213-5 |
| 6. | | | | | Unisource Discovery, Inc. – Operating Agreement | 213-6 |
| 7. | | | | | Correspondence between LegalZoom and Noel Mijares regarding federal trademark application | 213-7 |
| 8. | | | | | Unisource Discovery, Inc. – Trademark Registration Application | 213-8 |
| 9. | | | | | USPTO Certificate of Registration regarding the subject Mark | 213-9 |
| 10. | | | | | Unisource Discovery, Inc. – Close Corporation Shareholder Agreement | 213-10 |
| 11. | | | | | Unisource Discovery, Inc. – Stock Purchase and License Agreement | 213-11 |
| 12. | | | | | ALANet.org Publication by Noel Mijares | 213-12 |
| 13. | | | | | ALANet.org Publication by Noel Mijares | 213-13 |
| 14. | | | | | Email from Noel Mijares regarding "our new website for Unisource Discovery, Inc." | 213-14 |
| 15. | | | | | Request for Documents Pursuant to Fla. Stat. § 607.1602 and 607.1603 to Plaintiff | 213-15 |

| No. | Date Offered | Objection | Marked | Admitted | Description | D.E. |
|---|---|---|---|---|---|---|
| 16. | | **R** | | | Complaint Pursuant to Fla. Stat. § 607.1604 | 213-16 |
| 17. | | | | | Plaintiff's Demand Letter | 213-17 |
| 18. | | **R** | | | Email to Plaintiff's counsel regarding Order denying motion to dismiss state court Complaint for Documents | 213-18 |
| 19. | | | | | Plaintiff's Demand Letter | 213-19 |
| 20. | | | | | The Subpoena, Summons, & Affidavit Company – Articles of Incorporation | 213-20 |
| 21. | | | | | Website printouts of The Subpoena, Summons, & Affidavit Company (subpoenacompany.com) | 213-21 |
| 22. | | | | | The Subpoena, Summons, & Affidavit Company – Trademark registration application | 213-22 |
| 23. | | **H** | | | Corrected Transcript of Plaintiff's Deposition | 213-23 |
| 24. | | **H** | | | Plaintiff's Response to Defendants' First Request for Admissions | 213-24 |
| 25. | | | | | Summary of Unisource Discovery LLC's invoices to Lewis Brisbois through to April 2021 | 95-1 |
| 26. | | | | | Defendant's Client Orders Report CONFIDENTIAL | N/A |

| No. | Date Offered | Objection | Marked | Admitted | Description | D.E. |
|---|---|---|---|---|---|---|
| 27. | | | | | Summary of Unisource Discovery LLC Orders from 2001 to 2012 (summary and underlying data provided to Plaintiff on November 1, 2022) | N/A |
| 28. | | | | | All documents identified in Plaintiff's Exhibit List | N/A |
| 29. | | | | | All documents necessary for impeachment and rebuttal | N/A |