**THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

UNISOURCE DISCOVERY, INC.

     Plaintiff/Counter-Defendant,

       v.                     Case No.: 20-23276-CIV-DPG

UNISOURCE DISCOVERY, LLC,
and STEVEN A. CERASALE,

     Defendants/Counter-Plaintiffs,

_____ /

**<u>PLAINTIFF'S UPDATE TO PLAINTIFF'S TRIAL EXHIBIT LIST</u>**

     Plaintiff, Unisource Discovery, Inc. ("Plaintiff") submits an update to Plaintiff's Exhibit

List (ECF No. 333), adding the following exhibits:

| No. | Description | ECF No. |
|-----|-------------|---------|
| 31 | Chart summarizing Plaintiff's orders per state from 2006-2012 (Bates No. P000537) | 344-1 |
| 32 | Charts listing Plaintiff's orders per client annually from 2006-2012 (Bates Nos. P000538 - P000558) | 344-2 |
| 33. | Chart of Defendants' orders per state from 2006-2012 and reflecting Defendants' common law rights in the event that the Court finds there was no valid assignment, but Plaintiff's registration is still valid. (Bates No. P000559) | 344-3 |

The above-identified exhibits are attached to this list.

Dated: November 29, 2022 Respectfully Submitted,

/s/ Jesus Sanchelima
Jesus Sanchelima, Esq.
Florida Bar No. 231207
Email: jesus@sanchelima.com
Liany Estevez, Esq.
Florida Bar No. 1024902
Email: estevez@sanchelima.com
Sanchelima & Associates, P.A.
235 S.W. Le Jeune Road
Miami, Florida 33134
Telephone: (305) 447-1617
Facsimile: (305) 445-8484
*Attorneys for Plaintiff*

Diego David Valdes, Esq.
Florida State Bar No.: 251010
Email: ddvlaw@gmail.com
Diego David Valdes, P.A.
2350 Coral Way, Suite 403B
Miami, FL 33145
Tel: 305-910-6602
Fax: 305-513-5924
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 29, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Jesus Sanchelima
Jesus Sanchelima, Esq.

**SERVICE LIST**

**Unisource Discovery, Inc. v. Unisource Discovery, LLC et al**
**Case No. 1:20-cv-23276-DPG**
**United States District Court, Southern District of Florida**

Juan Carlos Zorrilla
Fowler White Burnett
1395 Brickell Avenue
14th Floor
Miami, FL 33131
Telephone: 305-789-9200
Fax: 305-728-7561
Email: jzorrilla@fowler-white.com
*Attorneys for Defendants*
***Via ECF***

Victor Mariano Velarde
Fowler White Burnett, P.A.
Brickell Arch
1395 Brickell Avenue
14th Floor
Miami, FL 33131
Telephone: 305-789-9229
Fax: (305) 728-7529
Email: vvelarde@fowler-white.com
*Attorneys for Defendants*
***Via ECF***