UNISOURCE DISCOVERY, INC.

    Plaintiff/Counter-Defendant,

       v.                          Case No.: 20-23276-CIV-DPG

UNISOURCE DISCOVERY, LLC,
and STEVEN A. CERASALE,

    Defendants/Counter-Plaintiffs,

_____ /

## JOINT PROPOSED VERDICT FORMS

    Plaintiff, Unisource Discovery Inc. ("Plaintiff"), and Defendants, Unisource Discovery, LLC and Steven A. Cerasale (collectively, "Defendants"), jointly submit their proposed verdict forms. Attached as Exhibit A is the proposed Verdict Form for Defendants' Counterclaims. And Attached as Exhibit B is the proposed Verdict Form for Plaintiff's Claims.

Dated: November 29, 2022

Respectfully submitted,

/s/ Victor M. Velarde
Juan C. Zorrilla
Fla. Bar No. 381403
Email: jzorrilla@fowler-white.com
Victor M. Velarde
Fla. Bar No. 105620
Email: vvelarde@fowler-white.com
Fowler White Burnett, P.A.
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone:    (305) 789-9200
Facsimile:     (305) 789-9201
*Counsel for Defendants*

/s/ Jesus Sanchelima
Jesus Sanchelima, Esq.
Florida Bar No. 231207
Email: jesus@sanchelima.com
Liany Estevez, Esq.
Florida Bar No. 1024902
Email: estevez@sanchelima.com
Sanchelima & Associates, P.A.
235 S.W. Le Jeune Road
Miami, Florida 33134
Telephone: (305) 447-1617
Facsimile: (305) 445-8484
*Counsel for Plaintiff*

Diego D. Valdes,
Fla. Bar No. 251010
Email: ddvlaw@gmail.com
Diego David Valdes, P.A.
2350 Coral Way
Suite 403 B
Miami, Florida 33145
Telephone: (305) 910-6602
Facsimile: (305) 513-5924
*Counsel for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

 /s/ Jesus Sanchelima
Jesus Sanchelima, Esq.

## SERVICE LIST

**Unisource Discovery, Inc. v. Unisource Discovery, LLC et al**
**Case No. 1:20-cv-23276-DPG**
**United States District Court, Southern District of Florida**

Juan Carlos Zorrilla
Fowler White Burnett
1395 Brickell Avenue
14th Floor
Miami, FL 33131
Telephone: 305-789-9200
Fax: 305-728-7561
Email: jzorrilla@fowler-white.com
*Attorneys for Defendants*
***Via ECF***

Victor Mariano Velarde
Fowler White Burnett, P.A.
Brickell Arch
1395 Brickell Avenue
14th Floor
Miami, FL 33131
Telephone: 305-789-9229
Fax: (305) 728-7529
Email: vvelarde@fowler-white.com
*Attorneys for Defendants*
**Via ECF**