UNISOURCE DISCOVERY, INC.

    Plaintiff/Counter-Defendant,

       v.                        Case No.: 20-23276-CIV-DPG

UNISOURCE DISCOVERY, LLC,
and STEVEN A. CERASALE,

    Defendants/Counter-Plaintiffs,

_____ /

## JOINT CASE SUMMARY

Plaintiff/Counter-Defendant, Unisource Discovery, Inc. and Defendants/Counter-Plaintiffs, Unisource Discovery, LLC and Steven A. Cerasale, submit a Joint Case Summary as requested by the Court during Calendar Call.

This case involves the mark (or brand) UNISOURCE DISCOVERY DIGITAL DOCUMENT RETRIEVAL. The Plaintiff is Unisource Discovery Inc. (who we will refer to as "Unisource Florida") on one side, and Defendant Unisource Discovery LLC (who we will refer to as "Unisource California") and Defendant Cerasale on the other side. Both sides are using the identical mark/brand for the same services.

In May 2001, Unisource California was created by Cerasale. In June 2006, Unisource Florida was created by Cerasale (who owned 50% of the corporation) and Noel Mijares (25%) and Lisa Corte (25%) who is Mijares' wife. It is Unisource Florida's position that it owns the Unisource mark including its registration with the United States Patent and Trademark Office since 2009. And that Unisource Florida granted a license to Unisource California to use the

mark/brand, which it later revoked in February 2020. It is Defendants' position that Unisource California owns the Unisource mark since May 2001 and that Unisource California granted a license to Unisource Florida to use the mark/brand.

Plaintiff has brought claims of counterfeiting and infringement of the federally registered Unisource mark (or brand), false designation of origin, common law unfair competition, and common law mark infringement.  Defendants have raised affirmative defenses and also brought a counterclaim stating that Unisource Florida's mark registration should be cancelled because Unisource Florida allegedly committed fraud when it filed its registration application in 2008.

Dated: December 2, 2022                      Respectfully submitted,

/s/  Victor M. Velarde                        /s/ Jesus Sanchelima
Juan C. Zorrilla                              Jesus Sanchelima, Esq.
Fla. Bar No. 381403                           Florida Bar No. 231207
Email: jzorrilla@fowler-white.com             Email: jesus@sanchelima.com
Victor M. Velarde                             Liany Estevez, Esq.
Fla. Bar No. 105620                           Florida Bar No. 1024902
Email: vvelarde@fowler-white.com              Email: estevez@sanchelima.com
Fowler White Burnett, P.A.                    Sanchelima & Associates, P.A.
Brickell Arch, Fourteenth Floor               235 S.W. Le Jeune Road
1395 Brickell Avenue                          Miami, Florida 33134
Miami, Florida 33131                          Telephone: (305) 447-1617
Telephone:    (305) 789-9200                  Facsimile: (305) 445-8484
Facsimile:     (305) 789-9201                 *Counsel for Plaintiff*
*Counsel for Defendants*

                                              Diego D. Valdes,
                                              Fla. Bar No. 251010
                                              Email: ddvlaw@gmail.com
                                              Diego David Valdes, P.A.
                                              2350 Coral Way
                                              Suite 403 B
                                              Miami, Florida 33145
                                              Telephone: (305) 910-6602
                                              Facsimile: (305) 513-5924
                                              *Counsel for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

<u>/s/ Jesus Sanchelima</u>
Jesus Sanchelima, Esq.

## SERVICE LIST

**Unisource Discovery, Inc. v. Unisource Discovery, LLC et al**
**Case No. 1:20-cv-23276-DPG**
**United States District Court, Southern District of Florida**

Juan Carlos Zorrilla
Fowler White Burnett
1395 Brickell Avenue
14th Floor
Miami, FL 33131
Telephone: 305-789-9200
Fax: 305-728-7561
Email: jzorrilla@fowler-white.com
*Attorneys for Defendants*
**Via ECF**

Victor Mariano Velarde
Fowler White Burnett, P.A.
Brickell Arch
1395 Brickell Avenue
14th Floor
Miami, FL 33131
Telephone: 305-789-9229
Fax: (305) 728-7529
Email: vvelarde@fowler-white.com
*Attorneys for Defendants*
**Via ECF**