# THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

UNISOURCE DISCOVERY, INC.

    Plaintiff/Counter-Defendant,

       v.                         Case No.: 20-23276-CIV-DPG

UNISOURCE DISCOVERY, LLC,
and STEVEN A. CERASALE,

    Defendants/Counter-Plaintiffs,

_____ /

## PLAINTIFF'S PROPOSED JURY SPECIAL INTERROGATORIES

Plaintiff/Counter-Defendant, Unisource Discovery, Inc. ("Plaintiff"), unilaterally submits the attached proposed Jury Special Interrogatories for Trial. Plaintiff requests that these be provided to the jury along with the verdict forms and jury instructions. Plaintiff believes these are important findings of facts that should be made.

## PRE-FILING CONFERENCE

Plaintiff certifies that counsel for the moving party has conferred with counsel for the Defendants in a good faith effort regarding these special interrogatories and Defendants oppose this filing and the use of special interrogatories.

Dated: December 2, 2022        Respectfully Submitted,

        */s/ Jesus Sanchelima*
        Jesus Sanchelima, Esq.
        Florida Bar No. 231207
        Email: jesus@sanchelima.com
        Liany Estevez, Esq.
        Florida Bar No. 1024902
        Email: estevez@sanchelima.com
        Sanchelima & Associates, P.A.
        235 S.W. Le Jeune Road
        Miami, Florida 33134
        Telephone: (305) 447-1617
        Facsimile: (305) 445-8484
        *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Jesus Sanchelima
Jesus Sanchelima, Esq.

**SERVICE LIST**

**Unisource Discovery, Inc. v. Unisource Discovery, LLC et al**
**Case No. 1:20-cv-23276-DPG**
**United States District Court, Southern District of Florida**

Juan Carlos Zorrilla
Fowler White Burnett
1395 Brickell Avenue
14th Floor
Miami, FL 33131
Telephone: 305-789-9200
Fax: 305-728-7561
Email: jzorrilla@fowler-white.com
*Attorneys for Defendants*
***Via ECF***

Victor Mariano Velarde
Fowler White Burnett, P.A.
Brickell Arch
1395 Brickell Avenue
14th Floor
Miami, FL 33131
Telephone: 305-789-9229
Fax: (305) 728-7529
Email: vvelarde@fowler-white.com
*Attorneys for Defendants*
***Via ECF***

1. Do you find, based on clear and convincing evidence, that Plaintiff did not have a good faith belief that it was entitled to file the registration application for the Mark?

Answer Yes or No          _____

2. Do you find, based on the preponderance of the evidence (more likely than not), that Defendant assigned the common law rights it may have had when the 2006 operating Agreement was signed?

Answer Yes or No          _____

3. Do you find, based on the preponderance of the evidence (more likely than not), that Defendant Cerasale was aware of Plaintiff's 2009 registration of the Mark at least as early as the date when he signed the 2010 Shareholders' Agreement?

Answer Yes or No          _____

4. Do you find, based on the preponderance of the evidence (more likely than not), that Defendants did not protest the 2009 registration prior to the filing of their counterclaim in 2020?

Answer Yes or No _____

5. Do you find, based on the preponderance of the evidence (more likely than not), that Defendants use of the Mark causes a likelihood of confusion with Plaintiff's use of Mark?

Answer Yes or No _____

SO SAY WE ALL.

_____
Foreperson's Signature

DATE: _____