**THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

UNISOURCE DISCOVERY, INC.

     Plaintiff/Counter-Defendant,

            v.                          Case No.: 20-23276-CIV-DPG

UNISOURCE DISCOVERY, LLC,
and STEVEN A. CERASALE,

     Defendants/Counter-Plaintiffs,

_____ /

**PLAINTIFF'S FINAL WITNESS LIST**

     Plaintiff/Counter-Defendant, Unisource Discovery, Inc. expects to call the following

witnesses at trial:

| | |
|---|---|
| 1. | Noel Mijares, individually and as corporate representative of Plaintiff c/o Diego David Valdes, P.A. and Sanchelima & Associates P.A. <br>(Expects to Call) |
| 2. | Steven Cerasale, individually and as corporate representative of Unisource Discovery, LLC c/o Fowler White Burnett, P.A. <br>(Expects to Call) |
| 3. | Jill Nolden <br>Telephone: 305-433-0427 <br>Email: jillnolden@hotmail.com <br>Address: c/o Sanchelima & Associates P.A. <br>(Expects to Call) |
| 4. | Kristen Morcos <br>Telephone: 650-799-0296 <br>Email: kristenmorcos@gmail.com <br>Address: c/o Sanchelima & Associates P.A. <br>(Expects to Call) |

All persons called by Defendants or necessary to provide impeachment and rebuttal evidence.

Dated: December 2, 2022        Respectfully Submitted,

        /s/ *Jesus Sanchelima*
        Jesus Sanchelima, Esq.
        Florida Bar No. 231207
        Email: jesus@sanchelima.com
        Liany Estevez, Esq.
        Florida Bar No. 1024902
        Email: estevez@sanchelima.com
        Sanchelima & Associates, P.A.
        235 S.W. Le Jeune Road
        Miami, Florida 33134
        Telephone: (305) 447-1617
        Facsimile: (305) 445-8484
        *Attorneys for Plaintiff*

        Diego David Valdes, Esq.
        Florida State Bar No.: 251010
        Email: ddvlaw@gmail.com
        Diego David Valdes, P.A.
        2350 Coral Way, Suite 403B
        Miami, FL 33145
        Tel: 305-910-6602
        Fax: 305-513-5924
        *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

<u>/s/ Jesus Sanchelima</u>
Jesus Sanchelima, Esq.

**SERVICE LIST**

**Unisource Discovery, Inc. v. Unisource Discovery, LLC et al**
**Case No. 1:20-cv-23276-DPG**
**United States District Court, Southern District of Florida**

Juan Carlos Zorrilla
Fowler White Burnett
1395 Brickell Avenue
14th Floor
Miami, FL 33131
Telephone: 305-789-9200
Fax: 305-728-7561
Email: jzorrilla@fowler-white.com
*Attorneys for Defendants*
***Via ECF***

Victor Mariano Velarde
Fowler White Burnett, P.A.
Brickell Arch
1395 Brickell Avenue
14th Floor
Miami, FL 33131
Telephone: 305-789-9229
Fax: (305) 728-7529
Email: vvelarde@fowler-white.com
*Attorneys for Defendants*
***Via ECF***