**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 20-CIV-23276-DPG**

UNISOURCE DISCOVERY, INC.

      Plaintiff,

v.

UNISOURCE DISCOVERY, LLC, and
STEVEN A. CERASALE,

      Defendants.

---

## DEFENDANTS/COUNTER-PLAINTIFFS' FINAL LIST OF TRIAL WITNESSES

Pursuant to the Court's instructions on November 30, 2022, Defendants/Counter-Plaintiffs, Unisource Discovery LLC and Steven Cerasale, hereby file their List of Trial Witnesses:

1. Steven Cerasale, individually
   and as corporate representative of Unisource Discovery, LLC
   c/o Fowler White Burnett, P.A.

2. Noel Mijares, individually
   and as corporate representative of Unisource Discovery, Inc.
   c/o Diego David Valdes, Esq.

3. Alfred Lutter
   Shareholder of Plaintiff

4. All persons necessary to provide impeachment and rebuttal evidence.

Respectfully submitted,

/s/ Victor M. Velarde
Juan C. Zorrilla
Fla. Bar No. 381403
Email: jzorrilla@fowler-white.com
Victor M. Velarde
Fla. Bar No. 105620
Email: vvelarde@fowler-white.com

FOWLER WHITE BURNETT, P.A.
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone:   (305) 789-9200
Facsimile:   (305) 789-9201

*Counsel for Defendants*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by Notice of Electronic Filing generated by CM/ECF, on December 2, 2022, on all counsel or parties of record on the Service List below.

_/s/ Victor M. Velarde_
Victor M. Velarde
Fla. Bar No. 105620

| SERVICE LIST<br>_Unisource Discovery, Inc. v. Unisource Discovery, LLC and Steven A. Cerasale_<br>**Case No. 20-CIV-23276-DPG** | |
| --- | --- |
| Diego David Valdes, Esq.<br>Fla. Bar No. 251010<br>Diego David Valdes, P.A.<br>2350 Coral Way, Suite 403B<br>Coral Gables, Florida 33145<br>Telephone: (305) 910-6602<br>Facsimile: (305) 513-5924<br>E-mail: ddvlaw@gmail.com<br><br>_Counsel for Plaintiff, Unisource Discovery, Inc._ | Jesus Sanchelima, Esq.<br>Florida Bar No. 231207<br>Email: jesus@sanchelima.com<br>Liany Estevez, Esq.<br>Florida Bar No. 1024902<br>Email: estevez@sanchelima.com<br>Sanchelima & Associates, P.A.<br>235 S.W. Le Jeune Road<br>Miami, Florida 33134<br>Telephone: (305) 447-1617<br>Facsimile: (305) 445-8484<br><br>_Counsel for Plaintiff, Unisource Discovery, Inc._ |