**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 20-CIV-23276-DPG**

UNISOURCE DISCOVERY, INC.
    Plaintiff,
v.

UNISOURCE   DISCOVERY,   LLC,   a
California  limited  liability  company,  and
STEVEN A. CERASALE, individually,
    Defendants.

---

**JOINT MOTION TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM**

Plaintiff/Counter-Defendant, Unisource Discovery Inc., and Defendants/Counter-Plaintiffs, Steven Cerasale and Unisource Discovery, LLC, hereby jointly move for leave to bring electronic equipment into the Courtroom during the trial scheduled to begin on December 5, 2022.

1.      Out of an abundance of caution, the parties jointly move for leave to bring into the Courtroom the following electronic equipment to be operated by counsel during the jury trial beginning on December 5, 2022:

        a.      One laptop and one tablet to be operated by counsel Victor M. Velarde, Esq. and Juan C. Zorrilla, Esq.

        b.      One laptop to be operated by counsel Jesus Sanchelima, Esq. and Liany Estevez, Esq.

        c.      Cellphones of counsel (i.e., one cellphone each for Jesus Sanchelima, Esq., Liany Estevez, Esq., Victor M. Velarde, Esq., and Juan C. Zorrilla, Esq.).

For the reasons set forth above, Plaintiff/Counter-Defendant, Unisource Discovery Inc., and Defendants/Counter-Plaintiffs, Steven Cerasale and Unisource Discovery, LLC, respectfully jointly request the Court to grant leave to bring the above listed electronic equipment into the Courtroom for the jury trial.

/s/Victor M. Velarde
Juan C. Zorrilla
Fla. Bar No. 381403
Email: jzorrilla@fowler-white.com
Victor M. Velarde
Fla. Bar No. 105620
Email: vvelarde@fowler-white.com

FOWLER WHITE BURNETT, P.A.
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone:    (305) 789-9200
Facsimile:    (305) 789-9201

*Counsel for Defendants*

/s/Jesus Sanchelima
Jesus Sanchelima
Florida Bar No. 231207
Email: jesus@sanchelima.com
Liany Estevez
Florida Bar No. 1024902
Email: estevez@sanchelima.com
Sanchelima & Associates, P.A.
235 S.W. Le Jeune Road
Miami, Florida 33134
Telephone: (305) 447-1617
Facsimile: (305) 445-8484

Diego D. Valdes
Fla. Bar No. 251010
Email: ddvlaw@gmail.com
DIEGO DAVID VALDES, P.A.
2350 Coral Way
Suite 403 B
Miami, Florida 33145
Telephone:    (305) 910-6602
Facsimile:    (305) 513-5924

*Counsel for Plaintiff*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by Notice of Electronic Filing generated by CM/ECF, on December 5, 2022, on all counsel or parties of record on the Service List below.

/s/ Victor M. Velarde
Victor M. Velarde
Fla. Bar No. 105620

| SERVICE LIST |
|---|
| *Unisource Discovery, Inc. v. Unisource Discovery, LLC and Steven A. Cerasale* |
| **Case No. 20-CIV-23276-DPG** |

| | |
|---|---|
| Diego David Valdes, Esq.<br>Fla. Bar No. 251010<br>Diego David Valdes, P.A.<br>2350 Coral Way, Suite 403B<br>Coral Gables, Florida 33145<br>Telephone: (305) 910-6602<br>Facsimile: (305) 513-5924<br>E-mail: ddvlaw@gmail.com<br><br>*Counsel for Plaintiff* | Jesus Sanchelima<br>Florida Bar No. 231207<br>Email: jesus@sanchelima.com<br>Liany Estevez<br>Florida Bar No. 1024902<br>Email: estevez@sanchelima.com<br>Sanchelima & Associates, P.A.<br>235 S.W. Le Jeune Road<br>Miami, Florida 33134<br>Telephone: (305) 447-1617<br>Facsimile: (305) 445-8484<br><br>*Counsel for Plaintiff* |