UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-23276-CIV-GAYLES

UNISOURCE DISCOVERY, INC,
      Plaintiff,

vs.

**DO NOT DISTROY**

UNISOURCE DISCOVERY, LLC,
      Defendants.

_____/

## QUESTION AND/OR COMMENT FROM THE JURY

The following question and/or comment is asked by the jury:

_____
Date/Time

_____
Foreperson

_____
Print Name

Answer to question and/or comment from jury:

Date:_____

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

When you apply for the service mark register does it allow for more than one person to be identified as the owner?

1- Did you have knowledge of any potential software issues prior to 2010?

2- Did you inform Mr. Cerasale that you purchased the other URLs in 2010?

3- Did you have direct communication with Mr. Alfred Lutter?

4- Why was the phrase Case Closed sometimes added to top of logo and not added other times?

Can you purchase another
software to replace the
existing one ?

- You stated you used Legal Zoom to File the TEAS Application, meaning They Filed it for you, Then why is your name on The Application and not The Legal Zoom Attorney's Information Who Filed it on your behalf.?

- When you Filed The TEAS Application, did you tell or explain to Mr. Cerasale in Any way (email, verbal) That if you guys were to part ways, That unisource california would not have Legal rights to use the brand/Logo?

- You said That you were not aware that unisource your unisource Florida info was removed from the website and email Access was removed. But, you testified That you paid Lutter an emergancy Fee because Mr. Cerasale emailed you That he was removing Access to server. What was it? were you or were you not Informed?

- You said you loss the templates in 2017. How when you loss access in 2019. If you own The license to The program, why didnt you Ask lutter for Access??

- WHY ~~WAS~~ WAS A NEW WEBSITE CREATED IN 2012?

- How COULD A NEW WEBSITE BE CREATED USING AN EXISTING DOMAIN NAME?

- IT WAS PREVIOUSLY STATED THAT EMAILS:
  - FOR UNISOURCE CALIF. END IN .COM
  - FOR UNISOURCE FL. END IN .NET

WHY DID ALL THE FLORIDA ADVERTISEMENT SHOWN HAVE AN EMAIL: advantage@UNISOURCEDISCOVERY.COM

Were you informed of ~~the~~ any
intellectual property rights of
the " Unisource Discovery " mark
~~for~~ ~~there been~~ prior to
becoming Marketing Director ?

- Jill has mentioned that her duties were to "protect the Brand". May she explain what she means by that? protect it from what/who?

- was she ever told that she had to protect unisource Florida From unisource California?

- If her duty was to "protect The brand", why wasnt unisource California, using the brand/logo a threat? what did she do about it?

- Because she began working with unisource Discovery in 2008, And her duty was to protect the brand, And Mr. Ceraseli was told it was to "protect them", did she help, Assist or was present when The Application was being created?

Are the phone numbers like 1-866-580-0022 and the websites

www.unisourcediscovery.com

www.unisourcediscovery.net

separate for CA & FL or are they shared when customers reach out?

Were you aware of the Unisource Digital logo not being officially registered?

Was this known to Mr. Mijares?

Why did the software owner get 10% from Sour Cerasale only and not 5% from each one of the other parties of Unisource?

Does that means that only Mr. Cerascle can use the software

Any Cognitive problems or Parkinson's disease? That will impair your memory to answer ~~the~~ ~~quest~~ you to answer the questions

↓

The answers are vague

Did the advertised use of the logo and website allow Mr. Bensale and Mr. Mijares to operate "together" outside of CA and FL? (after 2010)

Being a business owner I don't understand why you don't know much about your company such as sales, report production, PPP. Are you involved in the day to day operations of the company?