UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 20-23276-CIV-GAYLES

**UNISOURCE DISCOVERY, INC,**
　　　Plaintiff,

**DO NOT DISTROY**

VS.

**UNISOURCE DISCOVERY, LLC,**
　　　Defendants.

_____/

## QUESTION AND/OR COMMENT FROM THE JURY

The following question and/or comment is asked by the jury:

*We have reached a verdict*

12/8/22　6:48 PM
Date/Time

_____
Foreperson

_____
Print Name

Answer to question and/or comment from jury:

Date:_____

_____
**DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**