UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-cv-23276-DPG

UNISOURCE DISCOVERY, INC.,

     Plaintiff/Counter-Defendant,

v.

UNISOURCE DISCOVERY, LLC
and STEVEN A. CERASALE,

     Defendants/Counter-Plaintiffs.

_____/

## VERDICT FORM FOR DEFENDANTS' COUNTERCLAIMS

Based on the jury instructions that I have given you and taking into consideration the

Plaintiff's affirmative defenses:

(1) Do you find that the Defendants have proven their claim in Counterclaim I?

    **X** YES                    ____NO

If you have answered no to the question above, your verdict is for Plaintiff.

SO SAY WE ALL

DATE: _12/8/22_           _____
                                Foreperson's Signature