UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-cv-23276-DPG

UNISOURCE DISCOVERY, INC.,

      Plaintiff/Counter-Defendant,

v.

UNISOURCE DISCOVERY, LLC
and STEVEN A. CERASALE,

      Defendants/Counter-Plaintiffs.

_____/

## VERDICT FORM FOR PLAINTIFF'S CLAIMS

Based on the jury instructions that I have given you and taking into consideration the

Defendants' affirmative defenses:

(1) Do you find that the Plaintiff has proven its claim in Count I?

    ____YES                               **X** NO

If yes, did the defendants act willfully?

    ____YES                               ____NO

(2) Do you find that the Plaintiff has proven its claim in Count II?

    ____YES                               **X** NO

If yes, did the defendants act willfully

    ____YES                               ____NO

(3) Do you find that the Plaintiff has proven its claim in Count III?

____YES                              _X_NO

If yes, did the defendants act willfully?

____YES                              ____NO

(4) Do you find that the Plaintiff has proven its claim in Count IV?

____YES                              _X_NO

If yes, did the defendants act willfully?

____YES                              ____NO

(5) Do you find that the Plaintiff has proven its claim in Count V?

____YES                              _X_NO

If yes, did the defendants act willfully?

____YES                              ____NO

(6) Do you find that the Plaintiff has proven its claim in Count VI?

____YES                              _X_NO

If yes, did the defendants act willfully?

____YES                              ____NO

(7) Do you find that the Plaintiff has proven its claim in Count VII?

____YES                              _X_NO

If yes, did the defendants act willfully?

____YES                              ____NO

(8) Do you find that the Plaintiff has proven its claim in Count VIII?

_____YES                          _X_ NO

If yes, did the defendants act willfully?

_____YES                          _____NO

If you have answered yes to any of the 8 questions above, what is the amount of damages:

ACTUAL DAMAGES                                    $_____
(EXCEPT COUNT V COUNTERFEIT)

DEFENDANTS' PROFITS                              $_____
(EXCEPT COUNT V COUNTERFEIT)

PUNITIVE DAMAGES:
(For willful and deliberate conduct,             $_____
 only applicable in Counts III, IV, VI, and VII)

STATUTORY DAMAGES:                               $_____
(ONLY FOR COUNTERFEIT COUNT V)

If you have answered no to all 8 questions your verdict is for Defendant.

SO SAY WE ALL

DATE:___12/8/22_____            _____
                                 Foreperson's Signature

3