**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 20-CIV-23276-DPG**

UNISOURCE DISCOVERY, INC.
        Plaintiff,

v.

UNISOURCE   DISCOVERY,   LLC,   a
California limited liability company, and
STEVEN A. CERASALE, individually,
        Defendants.

## FINAL LIST OF TRIAL EXHIBITS

| Presiding Judge | Plaintiff's Attorney | Defendants' Attorney |
|---|---|---|
| The Honorable Judge Darrin P. Gayles | Jesus Sanchelima, Esq. | Victor M. Velarde, Esq. |
| **Trial Date(s):** 12/05/2022 – 12/08/2022 | **Court Reporter** Patricia Diaz / Quanincia Hill | **Courtroom Deputy** |

| Plf. Ex. | Def. Ex. | Date Offered | Marked | Admitted | Description | D.E. |
|---|---|---|---|---|---|---|
| P-01 | | 12/06/2022 | | Y | Letter in re Mutual goals, The Subpoena Company (7/29/2005) [P000 315-320] | |
| P-02 | | 12/05/2022 | | Y | Memo in re Florida operations [P 000321-323] | |
| P-03 | | 12/05/2022 | | Y | Letter and Memorandum on Proposed Operating Agreement (6/14/2006) [P 000324-335] | |
| P-04 | | 12/05/2022 | | Y | Plaintiff's Articles of Incorporation (6/15/2006) [P 000382-388] | |
| P-05 | | 12/05/2022 | | Y | Operating Agreement (6/15/2006) [P 000336-348] | |

| Plf. Ex. | Def. Ex. | Date Offered | Marked | Admitted | Description | D.E. |
|---|---|---|---|---|---|---|
| P-06 | | 12/05/2022 | | Y | USPTO Certificate and Registration with Title Status [P 000361)] | |
| P-07 | | 12/05/2022 | | Y | Plaintiff's advertising and promotional material (3/31/2010) [P 000 477 - 505] | |
| P-08 | | 12/05/2022 | | Y | Stock Purchase and License Agreement (2010) [P00369-380] | |
| P-09 | | 12/05/2022 | | Y | Close Corporation Shareholder Agreement (6/28/2010) [P000389-402] | |
| P-10 | | 12/05/2022 | | Y | USPTO Declarations Section 8 & Renewal § 9 (4/5/2019) [P 000 507–527) | |
| P-11 | | 12/05/2022 | | Y | Cease & Desist Letter in re Service Mark Infringement (2/21/2020) [P 000232] | |
| P-12 | | 12/05/2022 | | Y | Cease & Desist Letters and Business Interruption (5/26/2020) [P 000 408] | |
| P-13 | | 12/05/2022 | | Y | Defendant Cerasale Resignation Letter (5/15/2018) [P 000 381] | |
| P-14 | | 12/05/2022 | | Y | Defendants' website screenshot with Unauthorized Use of the Mark. (12/31/2020) (P 000 409-410) | |
| P-15 | | 12/07/2022 | | Y | Emails pertaining to co-owned Website and Trademark materials (9/13/2019) [P 000 403-407] | |

| Plf. Ex. | Def. Ex. | Date Offered | Marked | Admitted | Description | D.E. |
|---|---|---|---|---|---|---|
| P-16 | | 12/05/2022 | X | | Deposition Transcript of Alfred Lutter | |
| P-17 | | 12/07/2022 | | Y | Plaintiff's Client Orders Report (2006-2012) CONFIDENTIAL [P 000411 – 425] | |
| P-18 | | 12/07/2022 | X | | Emails Concerning Plaintiff's Out of State Use of Mark and Texas Documents ( 7/8/2013) [P 00425-436] | |
| P-19 | | 12/06/2022 | | Y | Plaintiff's Emails/Order Confirmation with Legal Zoom for Mark application (9/29/2008) [P 000349-353] | |
| P-20 | | 12/06/2022 | | Y | Legal Zoom Letters with search results (10/6/2008) (P 000354-358) | |
| P-21 | | 12/06/2022 | X | | Email in re Stock Purchase Agreement (05-30-10) [P 00118-120] | |
| P-22 | | 12/06/2022 | | Y | Email in re AMEX and SM notice (05-26-15) [P 00103-105] | |
| P-23 | | 12/06/2022 | | Y | Email in re visual structure approval (02-16-12) [P 000124] | |
| P-25 | | 12/06/2022 | | Y | Email in re website approval (03-19-13) [P 000128-131] | |
| P-28 | | 12/06/2022 | | Y | Email in re approval of website design (02-18-12) [P 000122] | |

3

| Plf. Ex. | Def. Ex. | Date Offered | Marked | Admitted | Description | D.E. |
|---|---|---|---|---|---|---|
| P-30 | | 12/06/2022 | | Y | Emails in re confusion with Steak N Shake client (6/28/2022) [P 000 472-476] | |
| P-31 | | 12/07/2022 | | Y | Chart summarizing Plaintiff's orders per state (based on billing customers) from 2006-2012 (Bates No. P000537) | |
| P-32 | | 12/07/2022 | | Y | Charts listing Plaintiff's orders per client (based on billing customers) annually from 2006-2012 (Bates Nos. P000538 - P000558) | |
| | D-02 | 12/07/2022 | | Y | The subject Mark (Unisource Discovery Digital Document Retrieval) | 343-2 |
| | D-08 | 12/07/2022 | | Y | Unisource Discovery, Inc. – Trademark Registration Application | 343-8 |
| | D-27 | 12/07/2022 | | Y | Summary of Unisource Discovery LLC Orders from 2001 to 2012 (summary and underlying data provided to Plaintiff on November 1, 2022) | 343-27 |
| | D-30 | 12/07/2022 | | Y | Affidavit of Noel Mijares dated September 30, 2021 | |
| | D-32 | 12/07/2022 | | Y | Affidavit of Noel Mijares dated September 13, 2021 | |
| | D-33 | 12/07/2022 | | Y | November 2, 2011 email from Steven Cerasale to Noel Mijares re: "Lutter" | |

| Plf. Ex. | Def. Ex. | Date Offered | Marked | Admitted | Description | D.E. |
|---|---|---|---|---|---|---|
| | D-34 | 12/07/2022 | | Y | July 30, 2014 email from Steven Cerasale to Noel Mijares re: "IT services payments" | |
| | D-35 | 12/07/2022 | | Y | July 30, 2014 email chain from Steven Cerasale to Noel Mijares re: "IT services payments" | |
| | D-36 | 12/07/2022 | | Y | Unisource Discovery, Inc. Profit & Loss Statement 2015 | |
| | D-37 | 12/07/2022 | X | | December 27, 2018 email from David Philips, Esq. re: production of Profit & Loss Statements | |
| | D-38 | 12/07/2022 | | Y | Unisource Discovery, Inc. Profit & Loss Statement 2016 | |
| | D-39 | 12/08/2022 | X | | Unisource Discovery, LLC Tax Returns 2020 | |
| | D-40 | 12/08/2022 | X | | Unisource Discovery, LLC Tax Returns 2021 | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by Notice

of Electronic Filing generated by CM/ECF, on December 16, 2022, on all counsel or parties of

record on the Service List below.

　/s/ Victor M. Velarde
Victor M. Velarde
Fla. Bar No. 105620

| SERVICE LIST |
|---|
| *Unisource Discovery, Inc. v. Unisource Discovery, LLC and Steven A. Cerasale* |
| **Case No. 20-CIV-23276-DPG** |

| | |
|---|---|
| Diego David Valdes, Esq.<br>Fla. Bar No. 251010<br>Diego David Valdes, P.A.<br>2350 Coral Way, Suite 403B<br>Coral Gables, Florida 33145<br>Telephone: (305) 910-6602<br>Facsimile: (305) 513-5924<br>E-mail: ddvlaw@gmail.com<br><br>*Counsel for Plaintiff* | Jesus Sanchelima<br>Florida Bar No. 231207<br>Email: jesus@sanchelima.com<br>Liany Estevez<br>Florida Bar No. 1024902<br>Email: estevez@sanchelima.com<br>Sanchelima & Associates, P.A.<br>235 S.W. Le Jeune Road<br>Miami, Florida 33134<br>Telephone: (305) 447-1617<br>Facsimile: (305) 445-8484<br><br>*Counsel for Plaintiff* |