UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-cv-23276-DPG

UNISOURCE DISCOVERY, INC.,

      Plaintiff/Counter-Defendant,

v.

UNISOURCE DISCOVERY, LLC
and STEVEN A. CERASALE,

      Defendants/Counter-Plaintiffs.
_____/

## FINAL JUDGMENT

**THIS MATTER** is before the Court following a four-day jury trial and pursuant to the jury's verdict, [ECF Nos. 364, 365]. The jury found that (i) based upon clear and convincing evidence, Defendants/Counter-Plaintiffs proved their Counterclaim for Cancellation of the Trademark on the basis of Plaintiff's fraud to the United States Patent and Trademark Office; and (ii) based upon a preponderance of the evidence, Plaintiff/Counter-Defendant did not prove their claims for Registered Service Mark Infringement, False Designation of Origin and Unfair Competition, Florida Common Law Service Mark Infringement, Florida Common Law Unfair Competition, Service Mark Counterfeiting, Service Mark Infringement, Florida Common Law Unfair Competition, and Deceptive and Unfair Trade Practice under Fla. Stat. § 501.204. Pursuant to the jury's verdict, [ECF Nos. 364, 365].

Final judgment is hereby entered in favor of Defendants/Counter-Plaintiffs Steven A. Cerasale and Unisource Discovery LLC and against Plaintiff/Counter-Defendant Unisource Discovery, Inc. Plaintiff/Counter-Defendant Unisource Discovery, Inc. shall take nothing by this

action, and Steven A. Cerasale and Unisource Discovery LLC shall go hence without day and recover costs from Plaintiff in a sum to be determined by the Court.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. U.S. Trademark Registration No. 3,634,516 for the mark "UNISOURCE DISCOVERY DIGITAL DOCUMENTAL RETRIEVAL" is hereby **CANCELLED**.

2. Unisource Discovery, LLC and Steven A. Cerasale have not infringed on any service mark or trademark rights of Unisource Discovery, Inc.

3. The Court retains jurisdiction to determine entitlement and award Unisource Discovery, LLC and Steven A. Cerasale their reasonable attorney's fees and costs.

4. The Court directs the Clerk to **administratively close** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, this **30th day of December 2022**.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

2