THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNISOURCE DISCOVERY, INC.

    Plaintiff/Counter-Defendant,

        v.                           Case No.: 20-23276-CIV-DPG

UNISOURCE DISCOVERY, LLC,
and STEVEN A. CERASALE,

    Defendants/Counter-Plaintiffs,
_____ /

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

Pursuant to Local Rule 11.1, the undersigned counsel Jesus Sanchelima and the law firm of Sanchelima & Associates, P.A. move this Court for an order permitting the undersigned to withdraw as counsel of record for Plaintiff/Counter-Defendant, Unisource Discovery, Inc. ("Plaintiff") and in support thereof states:

Final Judgment was entered on December 30, 2022 and this case has been administratively closed. ECF No. 368-1. However, the Court retained jurisdiction to determine entitlement and award Defendants' with reasonable attorney's fees and costs. Defendants' counsel has indicated their intent to file a motion for attorney's fees and costs.

Plaintiff has failed to fulfill an obligation to the undersigned counsel regarding the undersigned's services and has been given reasonable warning that counsel will withdraw unless the obligation is fulfilled. Plaintiff does not consent to undersigned's withdrawal as counsel. However, Plaintiff has not given a reason for objecting to the undersigned counsel's

withdrawal. Notwithstanding, the undersigned's engagement was limited to trying the case and this was done.

Plaintiff is already represented in this case by counsel Diego David Valdes of the law firm Diego David Valdes, P.A., who has represented Plaintiff since the beginning of the case and before the undersigned's engagement. Any and all documents for Plaintiff should continue to be forwarded to Diego Valdes. The undersigned's withdrawal can be accomplished without material adverse effect on the interests of the parties and it will not delay this proceeding. And the undersigned counsel for Plaintiff has delivered to Plaintiff all papers and property that relate to the proceeding and to which Plaintiff is entitled. The undersigned has provided notice to Defendants' counsel, who does not object to this motion and withdrawal of counsel.

WHEREFORE, the undersigned counsel move this Court for an Order granting the undersigned's Motion to Withdraw as counsel for Plaintiff.

## PRE-FILING CONFERENCE

Plaintiff certifies that counsel for the moving party has conferred with counsel for the Defendants in a good faith effort regarding this Motion and Defendants do not oppose this Motion and relief requested.

Dated: January 27, 2023                    Respectfully Submitted,

*/s/ Jesus Sanchelima*
Jesus Sanchelima, Esq.
Florida Bar No. 231207
Email: jesus@sanchelima.com
Sanchelima & Associates, P.A.
235 S.W. Le Jeune Road
Miami, Florida 33134
Telephone: (305) 447-1617
Facsimile: (305) 445-8484
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 27, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Jesus Sanchelima
Jesus Sanchelima, Esq.

**SERVICE LIST**

**Unisource Discovery, Inc. v. Unisource Discovery, LLC et al**
**Case No. 1:20-cv-23276-DPG**
**United States District Court, Southern District of Florida**

Juan Carlos Zorrilla
Fowler White Burnett
1395 Brickell Avenue
14th Floor
Miami, FL 33131
Telephone: 305-789-9200
Fax: 305-728-7561
Email: jzorrilla@fowler-white.com
*Attorneys for Defendants*
***Via ECF***

Victor Mariano Velarde
Fowler White Burnett, P.A.
Brickell Arch
1395 Brickell Avenue
14th Floor
Miami, FL 33131
Telephone: 305-789-9229
Fax: (305) 728-7529
Email: vvelarde@fowler-white.com
*Attorneys for Defendants*
***Via ECF***

Diego David Valdes, Esq.
Florida State Bar No.: 251010
Email: ddvlaw@gmail.com
Diego David Valdes, P.A.
2350 Coral Way, Suite 403B
Miami, FL 33145
Tel: 305-910-6602
Fax: 305-513-5924
*Attorney for Plaintiff*
***Via ECF***

Unisource Discovery Inc.
555 NE 15th Street
9th Floor, 934-A
Miami, Florida 33132
Email: nmijares@unisourcediscovery.net
*Plaintiff*
***Via Email and Via ECF to Plaintiff's counsel Diego David Valdes, Esq***

3