

# AIPLA
# 2021
## Report of the Economic Survey

Prepared Under Direction of the
American Intellectual Property Law Association
Law Practice Management Committee

**American Intellectual
Property Law Association**
1400 Crystal Drive, Suite 600
Arlington, VA 22202

www.aipla.org



# Report of the
# Economic Survey
# 2021

Prepared Under Direction of the
American Intellectual Property Law Association
Law Practice Management Committee

Arlene Neal, Chair

September 2021

Prepared by:



10097 Tyler Court, Suite 3 ■ Ijamsville, Maryland 21754
TEL: (240) 268-1262 ■ ARI@associationresearch.com

## INTRODUCTION

The AIPLA Economic Survey, developed and directed by the Law Practice Management Committee of the American Intellectual Property Law Association (AIPLA), reports the annual incomes and related professional and demographic characteristics of intellectual property (IP) law attorneys and associated patent agents. Conducted every other year by AIPLA, this survey also examines the economic aspects of intellectual property law practice, including individual billing rates and typical charges for representative IP law services. All U.S. AIPLA members, with the exception of student members were invited to participate.

The Law Practice Management Committee took an active role in reviewing the Economic Survey with a goal of improving the usefulness and value of the data that are collected and analyzed.

## DATA COLLECTION

An e-mail invitation to participate in the 2021 AIPLA Economic Survey was sent to 7,220 AIPLA members; accounting for bounces and requests to be removed from the database, the actual sample surveyed was 6,833. The e-mail included an individualized direct link to the Web-based questionnaire along with an attached letter requesting additional participation in the Firm portion of the Economic Survey. The initial e-mail was followed up by several e-mail reminders. Additionally, AIPLA sent out promotional emails with survey links as well. Similar to past years, additional efforts were made to collect the Firm Survey data. Contact information was collected directly from the Individual Survey respondents that was then used for distributing Firm Survey links directly to the appropriate people identified at each firm by the Individual Survey respondents.

A total of 740 individuals responded by completing some or all of the Individual questionnaire, yielding a 10.8% response rate, nearly the same rate as in 2019. Additional efforts to gather data for the Firm portion of the survey garnered 165 responses – slightly higher than the 160 received in 2019.

All data submitted by respondents were reviewed and evaluated for reasonableness and consistency; data anomalies and outliers were analyzed and corrected or deleted.

In many cases, respondents did not answer every question, so the total counts for each table may vary.

## CHANGES TO THE SURVEY

A number of enhancements were made to the **Individual Survey** instrument this year, including the addition of a few questions regarding the COVID-19 pandemic.

In Part I, questions about COVID-19 were added, expanding the questions about remote working. Additionally, respondents were given the option of *Prefer not to respond* for the gender and ethnicity questions. Lastly, two questions regarding familiarity with the Global Dossier were removed this year.

Part III (Private Practitioners) added two new questions about COVID-19 and billing rate changes and removed questions added in 2019 that requested data that is already collected on the Firm Survey.

The category of *Filing US Applications Abroad* that was added in 2019 in Part IV was revised so that respondents no longer were asked to indicate the top 3 countries for US applications entering foreign national phase or for US applications directly filed with foreign office. They were still asked, however, to choose one foreign country and answer all questions in that section based on that one foreign country. Another question was added in this section for respondents to indicate if there is a surcharge to clients for handling invoices from foreign counsel.

The reference to Covered Business Method (CBM) Review was removed when respondents were asked to estimate the total cost of filing or defending a petition for a post-grant proceeding. It was replaced with the category of PGR/IPR – Life Sciences. The other two categories (PGR/IPR – Electrical/Computer and PGR/IPR – Mechanical) remained the same.

Litigation – Trademark Opposition/Cancellation was updated from two categories (End of Discovery and Inclusive, all costs) to three categories (Through filing petition, Through end of discovery, and Inclusive, all costs).

The **2021 Firm Survey** instrument added new questions related to the COVID-19 pandemic. More specifically, there were questions about closing or reducing office space and remote working before, during, and after the pandemic. COVID-19 related questions associated with the summer associates' programs were also added. A new question about outsourcing services was included to replace two previous questions about outsourcing international filing and annuity payments. A new question requesting the percent change in the firm's revenue for IP legal services from 2019 to 2020 was also added. At the same time a number of questions were removed this year, including numerous detailed questions regarding support staff (billable and non-billable). Docketing and accounting system questions were removed as well as the section collecting the same charges data that is collected on the Individual Survey.

## DESCRIPTION OF STATISTICS AND FORMATTING CONVENTIONS

A minimum of three responses is required to show composite values. **The term "ISD" is used to show insufficient data.** Similar to the past few reports, table rows with one or two respondents have been omitted to protect the anonymity of respondents, and tables with no valid rows have likewise been omitted. In general, tables with less than 20 respondents overall were not shown in order to maintain statistical reliability of the data; however, exceptions were made, and some tables were included despite having fewer than 20 respondents overall. Location tables that display data for typical charges and litigation related matters were deleted when there were less than 20 respondents. The corresponding charges and litigation tables with data displayed by number of attorneys were kept. Additionally, for applicable tables, the 10th and 90th percentiles could only be shown if there were 10 or more respondents.

**Quartiles:** Quartiles are used to show distributions of real numbers. Responses are described by three quartiles: the first quartile, the median, and the third quartile. Quartiles identify interpolated locations on a distribution of values and do not necessarily represent actual reported values. Another label for quartiles is percentiles; the first quartile is the same as the 25th percentile, the median is the 50th percentile, and the third quartile is the 75th percentile. For example, when all reported values are listed from highest to lowest, the third quartile identifies the point on the list that is equal to or greater than 75 percent (three-quarters) of the reported values and the first quartile identifies the point on the list that is equal to or less than 25 percent (one-quarter).

**10th Percentile:** Also used to show distributions of real numbers, ninety percent of respondents reported this amount or more.

**90th Percentile:** Ten percent reported this amount or more. If there are fewer than 10 values, the 90th percentile cannot be calculated.

**Median (midpoint):** The median identifies the point in the distribution of reported values that is equal to or larger than one-half of reported values and equal to or smaller than one-half—that is, the mid-point. A median is shown when three or more values were reported by respondents. The first and third quartiles are shown when four or more values were reported by respondents. Quartiles and medians based on values reported by survey respondents are estimates of the quartiles and medians that could be determined if the

characteristics of the entire population represented by survey respondents were known. In general, the more values that are reported, the more accurately quartiles estimate the distribution of values among all AIPLA members.

**Mean (average):** The mean is shown when three or more values were reported by respondents. It is equal to the sum of all values divided by the number of values.

It should be noted that if the mean exceeds the median, it is because high values affect the calculations. It is also possible, especially with a small number of values, for the mean to exceed the third quartile.

Percentages in some tables and graphs may not sum exactly due to rounding.

Other definitions useful in understanding tabular information presented in this report are:

**Income:** Defined as *"total gross income in calendar year 2020 from your primary practice...including any partnership income, cash bonus, share of profits, and similar income you received, and any deferred compensation in which you vested in 2020."*

**Typical Charges:** Respondents were instructed to respond *"only if you have been personally responsible for a representative sample of the type of work to which the question pertains, either as a service provider (i.e., an attorney in private practice) or as a purchaser of such services (i.e., corporate counsel)."* When reporting, respondents were directed to assume *"a typical case with no unusual complications,"* and were asked *"what did you charge (or would have charged, e.g., based on a fixed fee rate schedule) or what were you charged (or would have expected to be charged, e.g., based on a fixed fee rate schedule), in 2020, for legal services only (including search fees, but not including copy costs, drawing fees or government fees) in each of the following types of US matters?"* Respondents were also asked to indicate the type of fee primarily used in 2020 (i.e., fixed fee, hourly, other).

**Estimated Litigation Costs:** Respondents were instructed to respond to these questions *"only if you have personal knowledge either as a service provider (attorney in private practice) or as a purchaser of such services (corporate counsel) of the costs incurred within the relatively recent past, for the type of work to which the question pertains. In each of the questions, 'total cost' is all costs, including outside legal and paralegal services, local counsel, associates, paralegals, travel and living expenses, fees and costs for court reporters, photocopies, courier services, exhibit preparation, analytical testing, expert witnesses, translators, surveys, jury advisors, and similar expenses."* Respondents were further instructed to estimate these based on a single IP asset, such as one patent at issue or one trademark, etc.

**Location:** The metropolitan areas of Boston, New York City, Philadelphia, Washington (DC-MD-VA), Chicago, and Minneapolis–St. Paul include all localities—central city and surrounding areas—within the primary metropolitan statistical area. Texas is the one state reported separately. There were sufficient responses to breakout Los Angeles and San Francisco separately; California firms outside of those metro areas were included in "Other West." Other categories exclude those named metropolitan areas.

## RESPONDENT BACKGROUND

- A total of 740 useable Individual Surveys were submitted this year.

- Solo practitioners made up 12.4% of the 2021 respondents, 38.5% were private firm, equity partners, and another 13.0% were private firm, partner-track attorneys. These numbers are all comparable to the 2019 respondent pool.

- Corporate IP and legal department, heads and attorneys represented 16.5% of the 2021 respondents.

| RESPONDENTS BY TYPE OF PRACTICE | | |
|---|---|---|
| PRIMARY PRACTICE | PERCENT | COUNT |
| **Private Firm** | | |
| Solo Practitioner | 12.4% | 92 |
| Private Firm, Equity Partner | 38.5% | 285 |
| Private Firm, Partner-Track Attorney | 13.0% | 96 |
| Private Firm, Non-Partner Track Attorney | 2.7% | 20 |
| Private Firm, Agent | 3.2% | 24 |
| Private Firm, Of Counsel | 4.1% | 30 |
| Total Private Firm | 73.9% | 547 |
| | | |
| **Corporate** | | |
| Corporate IP, Head | 7.8% | 58 |
| Corporate IP, Attorney | 6.6% | 49 |
| Corporate IP, Agent | 1.5% | 11 |
| Corporate Legal, Head | 0.9% | 7 |
| Corporate Legal, Attorney | 1.2% | 9 |
| Corporate Legal, Agent | 0.7% | 5 |
| Total Corporate | 18.7% | 139 |
| | | |
| **Government** | | |
| PTO Examiner | 1.4% | 10 |
| PTO Admin/Management | 0.8% | 6 |
| Government IP, not PTO | 1.2% | 9 |
| Total Government | 3.4% | 25 |
| | | |
| **Other** | 3.9% | 29 |
| Total Other | 3.9% | 29 |
| | | |
| Total | 100.0% | 740 |

## Total Costs: Litigation-Trademark Infringement by Location

**Litigation-Trademark Infringement <$1M Initial case management (000s) by Location (Q47Aa)**

| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Respondents | 40 | 0 | 1 | 1 | 3 | 4 | 2 | 2 | 3 | 2 | 6 | 4 | 5 | 3 | 4 |
| Mean (Average) | $22 | ISD | ISD | ISD | $11 | $26 | ISD | ISD | $10 | ISD | $30 | $24 | $18 | $52 | $13 |
| 10th Percentile 10% | $3 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |
| First Quartile 25% | $9 | ISD | ISD | ISD | ISD | $11 | ISD | ISD | ISD | ISD | $8 | $11 | $8 | ISD | $4 |
| Median (Midpoint) | $17 | ISD | ISD | ISD | $5 | $23 | ISD | ISD | $10 | ISD | $20 | $18 | $25 | $50 | $13 |
| Third Quartile 75% | $25 | ISD | ISD | ISD | ISD | $44 | ISD | ISD | ISD | ISD | $53 | $43 | $25 | ISD | $24 |
| 90th Percentile 90% | $50 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |

**Litigation-Trademark Infringement <$1M Inclusive of discovery, motions, and claim construction (000s) by Location (Q47Ab)**

| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Respondents | 38 | 0 | 1 | 0 | 3 | 4 | 2 | 1 | 3 | 1 | 7 | 4 | 5 | 3 | 4 |
| Mean (Average) | $200 | ISD | ISD | ISD | $103 | $200 | ISD | ISD | $252 | ISD | $205 | $124 | $130 | $553 | $111 |
| 10th Percentile 10% | $33 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |
| First Quartile 25% | $83 | ISD | ISD | ISD | ISD | $113 | ISD | ISD | ISD | ISD | $75 | $81 | $100 | ISD | $32 |
| Median (Midpoint) | $150 | ISD | ISD | ISD | $75 | $200 | ISD | ISD | $100 | ISD | $200 | $110 | $150 | $225 | $113 |
| Third Quartile 75% | $250 | ISD | ISD | ISD | ISD | $288 | ISD | ISD | ISD | ISD | $275 | $180 | $150 | ISD | $188 |
| 90th Percentile 90% | $365 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |

**Litigation-Trademark Infringement <$1M Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (000s) by Location (Q47Ac)**

| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Respondents | 38 | 0 | 1 | 0 | 3 | 4 | 2 | 1 | 4 | 0 | 6 | 5 | 5 | 3 | 4 |
| Mean (Average) | $415 | ISD | ISD | ISD | $392 | $575 | ISD | ISD | $340 | ISD | $329 | $188 | $450 | $1,212 | $297 |
| 10th Percentile 10% | $71 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |
| First Quartile 25% | $150 | ISD | ISD | ISD | ISD | $250 | ISD | ISD | $33 | ISD | $109 | $145 | $300 | ISD | $65 |
| Median (Midpoint) | $325 | ISD | ISD | ISD | $500 | $550 | ISD | ISD | $225 | ISD | $350 | $150 | $550 | $700 | $300 |
| Third Quartile 75% | $550 | ISD | ISD | ISD | ISD | $925 | ISD | ISD | $763 | ISD | $494 | $250 | $550 | ISD | $525 |
| 90th Percentile 90% | $720 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |

## Total Costs: Litigation-Trademark Infringement by Location

**Litigation-Trademark Infringement <$1M Cost of mediation (000s) by Location (Q47Ad)**

| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Respondents | 34 | 0 | 1 | 0 | 1 | 4 | 2 | 1 | 3 | 0 | 6 | 4 | 5 | 3 | 4 |
| Mean (Average) | $32 | ISD | ISD | ISD | ISD | $55 | ISD | ISD | $26 | ISD | $17 | $13 | $27 | $112 | $19 |
| 10th Percentile 10% | $5 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |
| First Quartile 25% | $10 | ISD | ISD | ISD | ISD | $20 | ISD | ISD | ISD | ISD | $8 | $8 | $18 | ISD | $9 |
| Median (Midpoint) | $25 | ISD | ISD | ISD | ISD | $25 | ISD | ISD | $25 | ISD | $20 | $10 | $25 | $30 | $23 |
| Third Quartile 75% | $25 | ISD | ISD | ISD | ISD | $120 | ISD | ISD | ISD | ISD | $25 | $21 | $38 | ISD | $25 |
| 90th Percentile 90% | $50 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |

**Litigation-Trademark Infringement $1-$10M Initial case management (000s) by Location (Q47Ae)**

| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Respondents | 33 | 0 | 1 | 1 | 3 | 3 | 1 | 1 | 3 | 0 | 6 | 3 | 5 | 3 | 3 |
| Mean (Average) | $48 | ISD | ISD | ISD | $43 | $35 | ISD | ISD | $17 | ISD | $39 | $47 | $78 | $103 | $53 |
| 10th Percentile 10% | $5 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |
| First Quartile 25% | $15 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | $12 | ISD | $8 | ISD | ISD |
| Median (Midpoint) | $30 | ISD | ISD | ISD | $50 | $25 | ISD | ISD | $20 | ISD | $33 | $25 | $125 | $95 | $30 |
| Third Quartile 75% | $78 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | $63 | ISD | $125 | ISD | ISD |
| 90th Percentile 90% | $125 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |

**Litigation-Trademark Infringement $1-$10M Inclusive of discovery, motions, and claim construction (000s) by Location (Q47Af)**

| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Respondents | 33 | 0 | 1 | 0 | 3 | 3 | 1 | 1 | 3 | 0 | 6 | 4 | 5 | 3 | 3 |
| Mean (Average) | $514 | ISD | ISD | ISD | $517 | $222 | ISD | ISD | $954 | ISD | $259 | $213 | $880 | $898 | $533 |
| 10th Percentile 10% | $77 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |
| First Quartile 25% | $150 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | $57 | $113 | $325 | ISD | ISD |
| Median (Midpoint) | $275 | ISD | ISD | ISD | $400 | $250 | ISD | ISD | $200 | ISD | $238 | $200 | $1,250 | $1,100 | $250 |
| Third Quartile 75% | $800 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | $450 | $325 | $1,250 | ISD | ISD |
| 90th Percentile 90% | $1,250 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |

## Total Costs: Litigation-Trademark Infringement by Location

**Litigation-Trademark Infringement $1-$10M Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (000s) by Location (Q47Ag)**

| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Respondents | 33 | 0 | 1 | 0 | 3 | 3 | 1 | 1 | 4 | 0 | 6 | 3 | 5 | 3 | 3 |
| Mean (Average) | $892 | ISD | ISD | ISD | $500 | $775 | ISD | ISD | $999 | ISD | $396 | $233 | $1,700 | $2,063 | $892 |
| 10th Percentile 10% | $147 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |
| First Quartile 25% | $200 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | $65 | ISD | $110 | ISD | $1,250 | ISD | ISD |
| Median (Midpoint) | $500 | ISD | ISD | ISD | $500 | $700 | ISD | ISD | $400 | ISD | $400 | $200 | $2,000 | $3,000 | $500 |
| Third Quartile 75% | $1,563 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | $2,531 | ISD | $694 | ISD | $2,000 | ISD | ISD |
| 90th Percentile 90% | $2,600 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |

**Litigation-Trademark Infringement $1-$10M Cost of mediation (000s) by Location (Q47Ah)**

| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Respondents | 31 | 0 | 1 | 1 | 2 | 3 | 1 | 1 | 3 | 0 | 5 | 3 | 5 | 3 | 3 |
| Mean (Average) | $59 | ISD | ISD | ISD | ISD | $37 | ISD | ISD | $102 | ISD | $25 | $22 | $90 | $145 | $48 |
| 10th Percentile 10% | $8 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |
| First Quartile 25% | $20 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | $15 | ISD | $75 | ISD | ISD |
| Median (Midpoint) | $40 | ISD | ISD | ISD | ISD | $40 | ISD | ISD | $50 | ISD | $25 | $15 | $100 | $100 | $25 |
| Third Quartile 75% | $100 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | $35 | ISD | $100 | ISD | ISD |
| 90th Percentile 90% | $100 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |

**Litigation-Trademark Infringement $10-$25M Initial case management (000s) by Location (Q47Ai)**

| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Respondents | 25 | 0 | 1 | 0 | 2 | 3 | 1 | 1 | 3 | 0 | 5 | 1 | 3 | 3 | 2 |
| Mean (Average) | $83 | ISD | ISD | ISD | ISD | $75 | ISD | ISD | $28 | ISD | $52 | ISD | $200 | $127 | ISD |
| 10th Percentile 10% | $5 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |
| First Quartile 25% | $23 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | $10 | ISD | ISD | ISD | ISD |
| Median (Midpoint) | $50 | ISD | ISD | ISD | ISD | $50 | ISD | ISD | $40 | ISD | $50 | ISD | $200 | $105 | ISD |
| Third Quartile 75% | $135 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | $95 | ISD | ISD | ISD | ISD |
| 90th Percentile 90% | $200 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |

## Total Costs: Litigation-Trademark Infringement by Location

**Litigation-Trademark Infringement $10-$25M Inclusive of discovery, motions, and claim construction (000s) by Location (Q47Aj)**

| | Total | | | | | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
| Number of Respondents | 25 | 0 | 1 | 0 | 2 | 3 | 1 | 1 | 3 | 0 | 5 | 1 | 3 | 3 | 2 |
| Mean (Average) | $837 | ISD | ISD | ISD | ISD | $467 | ISD | ISD | $1,023 | ISD | $351 | ISD | $1,750 | $1,460 | ISD |
| 10th Percentile 10% | $82 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |
| First Quartile 25% | $275 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | $128 | ISD | ISD | ISD | ISD |
| Median (Midpoint) | $400 | ISD | ISD | ISD | ISD | $350 | ISD | ISD | $400 | ISD | $400 | ISD | $1,750 | $1,750 | ISD |
| Third Quartile 75% | $1,750 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | $550 | ISD | ISD | ISD | ISD |
| 90th Percentile 90% | $2,002 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |

**Litigation-Trademark Infringement $10-$25M Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (000s) by Location (Q47Ak)**

| | Total | | | | | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
| Number of Respondents | 26 | 0 | 1 | 0 | 2 | 3 | 1 | 1 | 4 | 0 | 5 | 1 | 3 | 3 | 2 |
| Mean (Average) | $1,592 | ISD | ISD | ISD | ISD | $1,567 | ISD | ISD | $1,281 | ISD | $576 | ISD | $3,500 | $3,010 | ISD |
| 10th Percentile 10% | $148 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |
| First Quartile 25% | $438 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | $119 | ISD | $228 | ISD | ISD | ISD | ISD |
| Median (Midpoint) | $725 | ISD | ISD | ISD | ISD | $1,500 | ISD | ISD | $700 | ISD | $500 | ISD | $3,500 | $4,250 | ISD |
| Third Quartile 75% | $3,500 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | $3,025 | ISD | $963 | ISD | ISD | ISD | ISD |
| 90th Percentile 90% | $3,865 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |

**Litigation-Trademark Infringement $10-$25M Cost of mediation (000s) by Location (Q47Al)**

| | Total | | | | | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
| Number of Respondents | 23 | 0 | 1 | 0 | 1 | 3 | 1 | 1 | 3 | 0 | 4 | 1 | 3 | 3 | 2 |
| Mean (Average) | $104 | ISD | ISD | ISD | ISD | $117 | ISD | ISD | $128 | ISD | $39 | ISD | $150 | $208 | ISD |
| 10th Percentile 10% | $9 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |
| First Quartile 25% | $50 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | $18 | ISD | ISD | ISD | ISD |
| Median (Midpoint) | $75 | ISD | ISD | ISD | ISD | $100 | ISD | ISD | $75 | ISD | $50 | ISD | $150 | $125 | ISD |
| Third Quartile 75% | $150 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | $50 | ISD | ISD | ISD | ISD |
| 90th Percentile 90% | $260 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |

## Total Costs: Litigation-Trademark Infringement by Location

**Litigation-Trademark Infringement >$25M Initial case management (000s) by Location (Q47Am)**

| | | | | | | | Location | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
| Number of Respondents | 20 | 0 | 1 | 0 | 2 | 2 | 1 | 1 | 3 | 0 | 2 | 1 | 3 | 3 | 1 |
| Mean (Average) | $194 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | $48 | ISD | ISD | ISD | $500 | $295 | ISD |
| 10th Percentile 10% | $9 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |
| First Quartile 25% | $41 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |
| Median (Midpoint) | $100 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | $60 | ISD | ISD | ISD | $500 | $310 | ISD |
| Third Quartile 75% | $396 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |
| 90th Percentile 90% | $500 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |

**Litigation-Trademark Infringement >$25M Inclusive of discovery, motions, and claim construction (000s) by Location (Q47An)**

| | | | | | | | Location | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
| Number of Respondents | 20 | 0 | 1 | 0 | 2 | 2 | 1 | 1 | 3 | 0 | 2 | 1 | 3 | 3 | 1 |
| Mean (Average) | $1,718 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | $1,333 | ISD | ISD | ISD | $3,000 | $3,020 | ISD |
| 10th Percentile 10% | $48 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |
| First Quartile 25% | $263 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |
| Median (Midpoint) | $588 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | $800 | ISD | ISD | ISD | $3,000 | $2,750 | ISD |
| Third Quartile 75% | $3,000 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |
| 90th Percentile 90% | $5,717 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |

**Litigation-Trademark Infringement >$25M Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (000s) by Location (Q47Ao)**

| | | | | | | | Location | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
| Number of Respondents | 21 | 0 | 1 | 0 | 2 | 2 | 1 | 1 | 4 | 0 | 2 | 1 | 3 | 3 | 1 |
| Mean (Average) | $3,381 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | $1,773 | ISD | ISD | ISD | $7,500 | $5,337 | ISD |
| 10th Percentile 10% | $118 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |
| First Quartile 25% | $550 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | $245 | ISD | ISD | ISD | ISD | ISD | ISD |
| Median (Midpoint) | $1,000 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | $1,400 | ISD | ISD | ISD | $7,500 | $7,250 | ISD |
| Third Quartile 75% | $7,500 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | $3,673 | ISD | ISD | ISD | ISD | ISD | ISD |
| 90th Percentile 90% | $8,028 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |

## Total Costs: Litigation-Trademark Infringement by Type of Practice

**Litigation-Trademark Infringement <$1M Initial case management (000s) by Type of Practice (Q47Aa)**

| | Total | 1-3 Attorneys | 4-15 Attorneys | 16-59 Attorneys | 60 or more Attorneys | All Corporate |
|---|---|---|---|---|---|---|
| Number of Respondents | 40 | 14 | 7 | 5 | 12 | 2 |
| Mean (Average) | $22 | $18 | $13 | $18 | $31 | ISD |
| 10th Percentile 10% | $3 | $3 | ISD | ISD | $4 | ISD |
| First Quartile 25% | $9 | $5 | $2 | $8 | $10 | ISD |
| Median (Midpoint) | $17 | $18 | $10 | $18 | $25 | ISD |
| Third Quartile 75% | $25 | $21 | $25 | $28 | $44 | ISD |
| 90th Percentile 90% | $50 | $45 | ISD | ISD | $89 | ISD |

**Litigation-Trademark Infringement <$1M Inclusive of discovery, motions, and claim construction (000s) by Type of Practice (Q47Ab)**

| | Total | 1-3 Attorneys | 4-15 Attorneys | 16-59 Attorneys | 60 or more Attorneys | All Corporate |
|---|---|---|---|---|---|---|
| Number of Respondents | 38 | 13 | 6 | 5 | 12 | 2 |
| Mean (Average) | $200 | $123 | $111 | $275 | $314 | ISD |
| 10th Percentile 10% | $33 | $8 | ISD | ISD | $70 | ISD |
| First Quartile 25% | $83 | $63 | $58 | $88 | $150 | ISD |
| Median (Midpoint) | $150 | $100 | $93 | $250 | $200 | ISD |
| Third Quartile 75% | $250 | $200 | $175 | $475 | $331 | ISD |
| 90th Percentile 90% | $365 | $265 | ISD | ISD | $1,119 | ISD |

**Litigation-Trademark Infringement <$1M Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (000s) by Type of Practice (Q47Ac)**

| | Total | 1-3 Attorneys | 4-15 Attorneys | 16-59 Attorneys | 60 or more Attorneys | All Corporate |
|---|---|---|---|---|---|---|
| Number of Respondents | 38 | 14 | 6 | 5 | 11 | 2 |
| Mean (Average) | $415 | $211 | $153 | $490 | $753 | ISD |
| 10th Percentile 10% | $71 | $19 | ISD | ISD | $410 | ISD |
| First Quartile 25% | $150 | $144 | $59 | $250 | $500 | ISD |
| Median (Midpoint) | $325 | $200 | $118 | $350 | $550 | ISD |
| Third Quartile 75% | $550 | $263 | $250 | $800 | $700 | ISD |
| 90th Percentile 90% | $720 | $438 | ISD | ISD | $2,328 | ISD |

## Total Costs: Litigation-Trademark Infringement by Type of Practice

### Litigation-Trademark Infringement <$1M Cost of mediation (000s) by Type of Practice (Q47Ad)

|  | Total | 1-3 Attorneys | 4-15 Attorneys | 16-59 Attorneys | 60 or more Attorneys | All Corporate |
|---|---|---|---|---|---|---|
| Number of Respondents | 34 | 13 | 6 | 5 | 8 | 2 |
| Mean (Average) | $32 | $19 | $14 | $48 | $59 | ISD |
| 10th Percentile 10% | $5 | $4 | ISD | ISD | ISD | ISD |
| First Quartile 25% | $10 | $9 | $4 | $10 | $25 | ISD |
| Median (Midpoint) | $25 | $20 | $13 | $20 | $25 | ISD |
| Third Quartile 75% | $25 | $25 | $25 | $100 | $41 | ISD |
| 90th Percentile 90% | $50 | $40 | ISD | ISD | ISD | ISD |

### Litigation-Trademark Infringement $1-$10M Initial case management (000s) by Type of Practice (Q47Ae)

|  | Total | 1-3 Attorneys | 4-15 Attorneys | 16-59 Attorneys | 60 or more Attorneys | All Corporate |
|---|---|---|---|---|---|---|
| Number of Respondents | 33 | 12 | 5 | 4 | 10 | 2 |
| Mean (Average) | $48 | $31 | $21 | $18 | $95 | ISD |
| 10th Percentile 10% | $5 | $4 | ISD | ISD | $15 | ISD |
| First Quartile 25% | $15 | $11 | $7 | $6 | $41 | ISD |
| Median (Midpoint) | $30 | $28 | $20 | $18 | $113 | ISD |
| Third Quartile 75% | $78 | $48 | $35 | $29 | $125 | ISD |
| 90th Percentile 90% | $125 | $85 | ISD | ISD | $170 | ISD |

### Litigation-Trademark Infringement $1-$10M Inclusive of discovery, motions, and claim construction (000s) by Type of Practice (Q47Af)

|  | Total | 1-3 Attorneys | 4-15 Attorneys | 16-59 Attorneys | 60 or more Attorneys | All Corporate |
|---|---|---|---|---|---|---|
| Number of Respondents | 33 | 12 | 5 | 4 | 10 | 2 |
| Mean (Average) | $514 | $251 | $182 | $888 | $919 | ISD |
| 10th Percentile 10% | $77 | $25 | ISD | ISD | $278 | ISD |
| First Quartile 25% | $150 | $85 | $81 | $150 | $375 | ISD |
| Median (Midpoint) | $275 | $175 | $200 | $400 | $1,175 | ISD |
| Third Quartile 75% | $800 | $325 | $275 | $2,113 | $1,250 | ISD |
| 90th Percentile 90% | $1,250 | $820 | ISD | ISD | $1,489 | ISD |

## Total Costs: Litigation-Trademark Infringement by Type of Practice

**Litigation-Trademark Infringement $1-$10M Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (000s) by Type of Practice (Q47Ag)**

| | Total | 1-3 Attorneys | 4-15 Attorneys | 16-59 Attorneys | 60 or more Attorneys | All Corporate |
|---|---|---|---|---|---|---|
| Number of Respondents | 33 | 11 | 5 | 5 | 10 | 2 |
| Mean (Average) | $892 | $325 | $224 | $1,330 | $1,652 | ISD |
| 10th Percentile 10% | $147 | $31 | ISD | ISD | $408 | ISD |
| First Quartile 25% | $200 | $150 | $85 | $388 | $681 | ISD |
| Median (Midpoint) | $500 | $350 | $200 | $700 | $2,000 | ISD |
| Third Quartile 75% | $1,563 | $500 | $375 | $2,588 | $2,250 | ISD |
| 90th Percentile 90% | $2,600 | $640 | ISD | ISD | $3,036 | ISD |

**Litigation-Trademark Infringement $1-$10M Cost of mediation (000s) by Type of Practice (Q47Ah)**

| | Total | 1-3 Attorneys | 4-15 Attorneys | 16-59 Attorneys | 60 or more Attorneys | All Corporate |
|---|---|---|---|---|---|---|
| Number of Respondents | 31 | 12 | 5 | 4 | 8 | 2 |
| Mean (Average) | $59 | $30 | $33 | $85 | $111 | ISD |
| 10th Percentile 10% | $8 | $6 | ISD | ISD | ISD | ISD |
| First Quartile 25% | $20 | $11 | $6 | $20 | $63 | ISD |
| Median (Midpoint) | $40 | $25 | $50 | $35 | $100 | ISD |
| Third Quartile 75% | $100 | $40 | $50 | $200 | $100 | ISD |
| 90th Percentile 90% | $100 | $82 | ISD | ISD | ISD | ISD |

**Litigation-Trademark Infringement $10-$25M Initial case management (000s) by Type of Practice (Q47Ai)**

| | Total | 1-3 Attorneys | 4-15 Attorneys | 16-59 Attorneys | 60 or more Attorneys | All Corporate |
|---|---|---|---|---|---|---|
| Number of Respondents | 25 | 5 | 5 | 3 | 10 | 2 |
| Mean (Average) | $83 | $55 | $42 | $23 | $131 | ISD |
| 10th Percentile 10% | $5 | ISD | ISD | ISD | $16 | ISD |
| First Quartile 25% | $23 | $28 | $9 | ISD | $61 | ISD |
| Median (Midpoint) | $50 | $50 | $40 | $25 | $148 | ISD |
| Third Quartile 75% | $135 | $85 | $75 | ISD | $200 | ISD |
| 90th Percentile 90% | $200 | ISD | ISD | ISD | $200 | ISD |

## Total Costs: Litigation-Trademark Infringement by Type of Practice

### Litigation-Trademark Infringement $10-$25M Inclusive of discovery, motions, and claim construction (000s) by Type of Practice (Q47Aj)

| | Total | 1-3 Attorneys | 4-15 Attorneys | 16-59 Attorneys | 60 or more Attorneys | All Corporate |
|---|---|---|---|---|---|---|
| Number of Respondents | 25 | 5 | 5 | 3 | 10 | 2 |
| Mean (Average) | $837 | $221 | $364 | $1,025 | $1,413 | ISD |
| 10th Percentile 10% | $82 | ISD | ISD | ISD | $400 | ISD |
| First Quartile 25% | $275 | $103 | $159 | ISD | $625 | ISD |
| Median (Midpoint) | $400 | $250 | $350 | $300 | $1,750 | ISD |
| Third Quartile 75% | $1,750 | $325 | $575 | ISD | $1,750 | ISD |
| 90th Percentile 90% | $2,002 | ISD | ISD | ISD | $2,317 | ISD |

### Litigation-Trademark Infringement $10-$25M Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (000s) by Type of Practice (Q47Ak)

| | Total | 1-3 Attorneys | 4-15 Attorneys | 16-59 Attorneys | 60 or more Attorneys | All Corporate |
|---|---|---|---|---|---|---|
| Number of Respondents | 26 | 5 | 5 | 4 | 10 | 2 |
| Mean (Average) | $1,592 | $426 | $505 | $1,400 | $2,788 | ISD |
| 10th Percentile 10% | $148 | ISD | ISD | ISD | $510 | ISD |
| First Quartile 25% | $438 | $228 | $163 | $325 | $1,088 | ISD |
| Median (Midpoint) | $725 | $500 | $300 | $850 | $3,500 | ISD |
| Third Quartile 75% | $3,500 | $588 | $950 | $3,025 | $3,688 | ISD |
| 90th Percentile 90% | $3,865 | ISD | ISD | ISD | $4,277 | ISD |

### Litigation-Trademark Infringement $10-$25M Cost of mediation (000s) by Type of Practice (Q47Al)

| | Total | 1-3 Attorneys | 4-15 Attorneys | 16-59 Attorneys | 60 or more Attorneys | All Corporate |
|---|---|---|---|---|---|---|
| Number of Respondents | 23 | 5 | 5 | 3 | 8 | 2 |
| Mean (Average) | $104 | $36 | $49 | $173 | $162 | ISD |
| 10th Percentile 10% | $9 | ISD | ISD | ISD | ISD | ISD |
| First Quartile 25% | $50 | $14 | $9 | ISD | $88 | ISD |
| Median (Midpoint) | $75 | $50 | $50 | $200 | $150 | ISD |
| Third Quartile 75% | $150 | $50 | $88 | ISD | $150 | ISD |
| 90th Percentile 90% | $260 | ISD | ISD | ISD | ISD | ISD |

## Total Costs: Litigation-Trademark Infringement by Type of Practice

**Litigation-Trademark Infringement >$25M Initial case management (000s) by Type of Practice (Q47Am)**

| | Total | 1-3 Attorneys | 4-15 Attorneys | 16-59 Attorneys | 60 or more Attorneys | All Corporate |
|---|---|---|---|---|---|---|
| Number of Respondents | 20 | 4 | 4 | 2 | 8 | 2 |
| Mean (Average) | $194 | $81 | $76 | ISD | $359 | ISD |
| 10th Percentile 10% | $9 | ISD | ISD | ISD | ISD | ISD |
| First Quartile 25% | $41 | $24 | $7 | ISD | $153 | ISD |
| Median (Midpoint) | $100 | $83 | $50 | ISD | $463 | ISD |
| Third Quartile 75% | $396 | $135 | $170 | ISD | $500 | ISD |
| 90th Percentile 90% | $500 | ISD | ISD | ISD | ISD | ISD |

**Litigation-Trademark Infringement >$25M Inclusive of discovery, motions, and claim construction (000s) by Type of Practice (Q47An)**

| | Total | 1-3 Attorneys | 4-15 Attorneys | 16-59 Attorneys | 60 or more Attorneys | All Corporate |
|---|---|---|---|---|---|---|
| Number of Respondents | 20 | 4 | 4 | 2 | 8 | 2 |
| Mean (Average) | $1,718 | $189 | $456 | ISD | $3,414 | ISD |
| 10th Percentile 10% | $48 | ISD | ISD | ISD | ISD | ISD |
| First Quartile 25% | $263 | $68 | $119 | ISD | $2,813 | ISD |
| Median (Midpoint) | $588 | $250 | $500 | ISD | $3,000 | ISD |
| Third Quartile 75% | $3,000 | $250 | $750 | ISD | $5,250 | ISD |
| 90th Percentile 90% | $5,717 | ISD | ISD | ISD | ISD | ISD |

**Litigation-Trademark Infringement >$25M Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (000s) by Type of Practice (Q47Ao)**

| | Total | 1-3 Attorneys | 4-15 Attorneys | 16-59 Attorneys | 60 or more Attorneys | All Corporate |
|---|---|---|---|---|---|---|
| Number of Respondents | 21 | 4 | 4 | 3 | 8 | 2 |
| Mean (Average) | $3,381 | $402 | $453 | $2,310 | $7,020 | ISD |
| 10th Percentile 10% | $118 | ISD | ISD | ISD | ISD | ISD |
| First Quartile 25% | $550 | $131 | $133 | ISD | $7,313 | ISD |
| Median (Midpoint) | $1,000 | $500 | $475 | $2,000 | $7,500 | ISD |
| Third Quartile 75% | $7,500 | $575 | $750 | ISD | $7,995 | ISD |
| 90th Percentile 90% | $8,028 | ISD | ISD | ISD | ISD | ISD |

Total Costs: Litigation-Trademark Infringement by Type of Practice

**Litigation-Trademark Infringement >$25M Cost of mediation (000s) by Type of Practice (Q47Ap)**

|  | Total | 1-3 Attorneys | 4-15 Attorneys | 16-59 Attorneys | 60 or more Attorneys | All Corporate |
|---|---|---|---|---|---|---|
| Number of Respondents | 19 | 4 | 4 | 2 | 7 | 2 |
| Mean (Average) | $180 | $34 | $81 | ISD | $309 | ISD |
| 10th Percentile 10% | $9 | ISD | ISD | ISD | ISD | ISD |
| First Quartile 25% | $50 | $13 | $10 | ISD | $225 | ISD |
| Median (Midpoint) | $125 | $38 | $58 | ISD | $250 | ISD |
| Third Quartile 75% | $250 | $50 | $175 | ISD | $250 | ISD |
| 90th Percentile 90% | $350 | ISD | ISD | ISD | ISD | ISD |

Litigation-Trademark Infringement

**A strong correlation between the amount at risk in a trademark infringement action and the overall attorney hours required to litigate the action (Q47B)**

| | In your experience is there a strong correlation between the amount at risk in a trademark infringement action and the overall attorney hours required to litigate the action? | | Total |
|---|---|---|---|
| | Yes | No | Count |
| All Individuals | 64.9% | 35.1% | 77 |
| 1-3 Attorneys | 60.7% | 39.3% | 28 |
| 4-15 Attorneys | 70.6% | 29.4% | 17 |
| 16-59 Attorneys | 55.6% | 44.4% | 9 |
| 60 or more Attorneys | 78.6% | 21.4% | 14 |
| All Corporate | 55.6% | 44.4% | 9 |

**The total cost of asserting a trademark infringement action in comparison to the total cost of defending such an action (Q47C)**

| | In your experience, how does the total cost of asserting a trademark infringement action compare to the total cost of defending such an action? | | Total |
|---|---|---|---|
| | About the same | Cost of asserting is a percent of the cost of defending | Count |
| All Individuals | 83.6% | 16.4% | 61 |
| 1-3 Attorneys | 86.4% | 13.6% | 22 |
| 4-15 Attorneys | 76.9% | 23.1% | 13 |
| 16-59 Attorneys | 75.0% | 25.0% | 8 |
| 60 or more Attorneys | 92.3% | 7.7% | 13 |
| All Corporate | 80.0% | 20.0% | 5 |

**Litigation-Trademark Infringement**

**Cost of asserting as a percent of the cost of defending (Q47Cx)**

| | | Total | 1-3 Attorneys | 4-15 Attorneys | 16-59 Attorneys | 60 or more Attorneys | All Corporate |
|---|---|---|---|---|---|---|---|
| % of the cost of defending | Number of Respondents | 10 | 3 | 3 | 2 | 1 | 1 |
| | Mean (Average) | 100.0% | 101.7% | 121.7% | ISD | ISD | ISD |
| | 10th Percentile 10% | 61.0% | ISD | ISD | ISD | ISD | ISD |
| | First Quartile 25% | 77.5% | ISD | ISD | ISD | ISD | ISD |
| | Median (Midpoint) | 107.5% | 100.0% | 120.0% | ISD | ISD | ISD |
| | Third Quartile 75% | 121.3% | ISD | ISD | ISD | ISD | ISD |
| | 90th Percentile 90% | 125.0% | ISD | ISD | ISD | ISD | ISD |

**Minimum and maximum 2020 attorney billing rates for IP work (Q31a-Q31b)**

| Number of Attorneys/Location | | | Number of Firms Reporting | Mean (Average) | First Quartile 25% | Median (Midpoint) | Third Quartile 75% |
|---|---|---|---|---|---|---|---|
| Minimum billing rate for IP work | All Firms | | 134 | $296 | $225 | $278 | $350 |
| | Number of Attorneys | One | 21 | $370 | $280 | $380 | $473 |
| | | Two | 8 | $305 | $243 | $298 | $388 |
| | | 3-5 | 21 | $307 | $250 | $300 | $355 |
| | | 6-10 | 17 | $274 | $200 | $250 | $325 |
| | | 11-30 | 25 | $254 | $188 | $240 | $313 |
| | | 31-100 | 22 | $255 | $219 | $260 | $283 |
| | | 101 or More | 19 | $321 | $235 | $295 | $375 |
| | Location | Boston CMSA | 8 | $326 | $239 | $300 | $394 |
| | | NYC CMSA | 11 | $305 | $250 | $295 | $360 |
| | | Philadelphia CMSA | 6 | $268 | $208 | $238 | $355 |
| | | Washington, DC CMSA | 19 | $333 | $250 | $325 | $400 |
| | | Other East | 5 | $286 | $178 | $275 | $400 |
| | | Metro Southeast | 6 | $276 | $244 | $270 | $318 |
| | | Other Southeast | 3 | $325 | ISD | $325 | ISD |
| | | Chicago CMSA | 9 | $332 | $268 | $300 | $403 |
| | | Minne.-St. Paul PMSA | 7 | $271 | $180 | $275 | $340 |
| | | Other Central | 19 | $240 | $185 | $235 | $285 |
| | | Texas | 9 | $328 | $255 | $275 | $410 |
| | | Los Angeles CMSA | 5 | $328 | $250 | $315 | $413 |
| | | San Francisco CMSA | 5 | $433 | $323 | $500 | $510 |
| | | Other West | 19 | $248 | $195 | $200 | $295 |
| Maximum billing rate for IP work | All Firms | | 134 | $625 | $445 | $550 | $750 |
| | Number of Attorneys | One | 21 | $452 | $338 | $425 | $500 |
| | | Two | 8 | $378 | $313 | $375 | $423 |
| | | 3-5 | 21 | $510 | $400 | $490 | $550 |
| | | 6-10 | 17 | $566 | $498 | $550 | $648 |
| | | 11-30 | 25 | $582 | $490 | $560 | $675 |
| | | 31-100 | 22 | $741 | $638 | $715 | $876 |
| | | 101 or More | 19 | $1,032 | $785 | $995 | $1,200 |
| | Location | Boston CMSA | 8 | $949 | $475 | $750 | $1,410 |
| | | NYC CMSA | 11 | $685 | $575 | $695 | $785 |
| | | Philadelphia CMSA | 6 | $815 | $505 | $923 | $1,069 |
| | | Washington, DC CMSA | 19 | $563 | $400 | $550 | $680 |
| | | Other East | 5 | $405 | $313 | $400 | $500 |
| | | Metro Southeast | 6 | $549 | $350 | $488 | $718 |
| | | Other Southeast | 3 | $605 | ISD | $500 | ISD |
| | | Chicago CMSA | 9 | $613 | $475 | $535 | $808 |
| | | Minne.-St. Paul PMSA | 7 | $630 | $385 | $507 | $870 |
| | | Other Central | 19 | $520 | $375 | $480 | $660 |
| | | Texas | 9 | $709 | $523 | $635 | $863 |
| | | Los Angeles CMSA | 5 | $633 | $458 | $500 | $875 |
| | | San Francisco CMSA | 5 | $850 | $538 | $695 | $1,240 |
| | | Other West | 19 | $541 | $450 | $500 | $600 |

## Average billing rate for IP work (Q31c)

| | | Number of Firms Reporting | Mean (Average) | First Quartile 25% | Median (Midpoint) | Third Quartile 75% |
|---|---|---|---|---|---|---|
| All Firms | | 134 | $435 | $350 | $400 | $495 |
| Number of Attorneys | One | 21 | $405 | $326 | $400 | $493 |
| | Two | 8 | $353 | $313 | $350 | $388 |
| | 3-5 | 21 | $414 | $351 | $390 | $441 |
| | 6-10 | 17 | $395 | $328 | $400 | $438 |
| | 11-30 | 25 | $392 | $337 | $383 | $430 |
| | 31-100 | 22 | $452 | $364 | $466 | $559 |
| | 101 or More | 19 | $601 | $450 | $529 | $740 |
| Location | Boston CMSA | 8 | $574 | $400 | $497 | $705 |
| | NYC CMSA | 11 | $474 | $400 | $457 | $575 |
| | Philadelphia CMSA | 6 | $491 | $354 | $465 | $664 |
| | Washington, DC CMSA | 19 | $440 | $390 | $400 | $450 |
| | Other East | 5 | $354 | $305 | $350 | $405 |
| | Metro Southeast | 6 | $395 | $332 | $361 | $434 |
| | Other Southeast | 3 | $473 | ISD | $425 | ISD |
| | Chicago CMSA | 9 | $452 | $395 | $490 | $508 |
| | Minne.-St. Paul PMSA | 7 | $415 | $328 | $384 | $503 |
| | Other Central | 19 | $362 | $300 | $353 | $400 |
| | Texas | 9 | $447 | $363 | $431 | $538 |
| | Los Angeles CMSA | 5 | $441 | $365 | $450 | $513 |
| | San Francisco CMSA | 5 | $633 | $431 | $500 | $900 |
| | Other West | 19 | $366 | $310 | $350 | $425 |