**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 20-23276-CIV-GAYLES/OTAZO-REYES**

UNISOURCE DISCOVERY, INC.,

     Plaintiff/Counter-Defendant,

v.

UNISOURCE DISCOVERY, LLC
and STEVEN A. CERASALE,

     Defendants/Counter-Plaintiffs.

_____ /

## ORDER GRANTING IN PART
## PLAINTIFF'S MOTION FOR EXTENSION OF TIME

THIS CAUSE came before the Court upon Plaintiff/Counter-Defendant Unisource Discovery, Inc.'s ("Plaintiff") Response and Objection to Defendants/Counter-Plaintiffs Unisource Discovery, LLC and Steven Cerasale's ("Defendants") Bill of Costs and Motion for Extension of Time to Respond to Verified Motion for Attorney's Fees and Non-Taxable Costs (hereafter, "Motion for Extension of Time") [D.E. 373]. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Darrin Gayles, United States District Judge [D.E. 375]. For the reasons stated below, Plaintiff's Motion for Extension of Time is GRANTED IN PART.

On January 30, 2023, Defendants filed their Motion for Bill of Costs [D.E. 371] as the prevailing party in the case pursuant to a Final Judgment against Plaintiff that was entered on December 30, 2022 [D.E. 367]. On February 9, 2023, Defendants filed their Motion for Verified Attorney's Fees and Non-Taxable Costs [D.E. 372]. On February 13, 2023, Plaintiff filed his response in opposition to Defendants' Motion for Bill of Costs, arguing that the Court should deny

1

Defendants' Bill of Costs as untimely because, pursuant to Local Rule 7.3(c) of the Southern District of Florida (hereafter, "Local Rule 7.3(c)"), Defendants had thirty days from entry of the Final Judgment, *i.e.* by January 29, 2023, to file their Bill of Costs but "filed their Bill of Costs [D.E. 371] on January 30, 2023," and thus, "are jurisdictionally one-day . . . untimely." See Motion for Extension of Time [D.E. 373 at 3–4].   Alternatively, Plaintiff requests an extension through March 25, 2023, to respond to Defendants' Bill of Costs if the Court finds the Bill of Costs timely. See id. at 4. Plaintiff also seeks an extension through March 25, 2023, to file its response to Defendants' Verified Motion for Attorney's Fees and Non-Taxable Costs, which Defendants oppose as excessive but agree to an extension through March 15, 2023. See id.

Federal Rule of Civil Procedure 6(a)(1) (hereafter, "Rule 6(a)(1)") governs the computation of time for motion papers and states, "if the last day is a Saturday, Sunday, or legal holiday, the period continues to run until the end of the next day that is not a Saturday, Sunday, or legal holiday." Fed. R. Civ. P. 6(a)(1)(C).  Pursuant to Local Rule 7.3(c), Defendants had thirty days from entry of the December 30, 2023, Final Judgment [D.E. 367] to file their Bill of Costs, bringing their deadline to January 29, 2023.  However, January 29, 2023, was a Sunday.  Therefore, under Rule 6(a)(1), Defendants' deadline to file their Bill of Costs was "the next day that is not a Saturday, Sunday, or legal holiday" – *i.e.*, Monday, January 30, 2023.  Thus, the Court finds that Defendants timely filed their Bill of Costs [D.E. 371].

The Court further finds that Plaintiffs' requests for extensions of time through March 25, 2023, to further respond to the Bill of Costs and respond to Defendants' Verified Motion for Attorney's Fees and Non-Taxable Costs are excessive.  Accordingly, it is

ORDERED AND ADJUDGED that: (1) Plaintiff SHALL respond to Defendants' Bill of

Costs within **ten (10) days from the date of this order**; and (2) Plaintiff SHALL respond to

Defendants' Verified Motion for Attorney's Fees and Non-Taxable Costs by **March 15, 2023**.

DONE AND ORDERED in Chambers at Miami, Florida this 16th day of February, 2023.

ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Darrin P. Gayles
Counsel of Record

3