THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNISOURCE DISCOVERY, INC.                    Case No.:  1:20-cv-23276-DPG


         Plaintiffs,

v.


UNISOURCE DISCOVERY, LLC, a
California Limited Liability Company
and STEVEN A. CERASALE, individually,
 c
Defendants.

_____


### PLAINTIFF UNISOURCE DISCOVERY, INC UNCONTESTED MOTION FOR EXTENSION OF TIME TO FILE ITS REPLY TO DEFENDANT'S MOTION FOR BILL OF COSTS [DE 371]

Plaintiff, Unisource Discovery Inc. a Florida Corporation ("Plaintiff"), respectfully moves this Court, pursuant to Fed. R. Civ. P. 7 for entry of the attached Order extending the time for the Plaintiff to file its Reply to Defendants Motion for Bill of Costs.

For its reasons, the Plaintiff relies upon the following:

1. Plaintiffs' counsel is a small law firm and due to extensive scheduling with other cases, it requires additional time to prepare and submit a Response.

2. Plaintiffs' counsel has conferred with Defendant's counsel, and all parties agreed to the extension of time up to March 3, 2023.

### Statement of Compliance with Local Rule 7.1

Pursuant to Local Rule 7.1, Plaintiff discussed this motion with Defendants' counsel for this extension request and the Defendants agreed to the extension of time.

1

Wherefore, Plaintiff respectfully requests the entry of the attached Order granting the Plaintiff an extension of time to March 3, 2023 for the filing of its Response to Defendants Bill of Costs [DE 371].

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that this notice was served via the CM/ECF Court E-Filing Portal on this 27th day of February 2023 upon: Juan C. Zorilla, Esq., jzorilla@fowler-white.com, Fowler, White, Burnett, P.A., Counsel for Unisource Discovery, LLC and Steven A. Cerasale.

**DIEGO DAVID VALDES, P.A.**
2350 Coral Way, Suite 403B
Miami, FL 33145
Tel: 305-910-6602
Fax: 305-513-5924

By: */s/ Diego David Valdes*

Diego David Valdes, Esq.
Florida State Bar No.: 251010

Email:  ddvlaw@gmail.com
          legal@ddvlawgroup.com
Attorney for Plaintiff:
Unisource Discovery, Inc.