# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 1:20-cv-23276-CIV-DPG

UNISOURCE DISCOVERY, INC.,

    Plaintiff/Counter-defendant,

    v.

UNISOURCE DISCOVERY, LLC
and STEVEN A. CERASALE,

    Defendants/Counter-plaintiffs

_____

### PLAINTIFF/COUNTER-DEFENDANT, UNISOURCE DISCOVERY INC., MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS/COUNTER-PLAINTIFFS' MOTION FOR ATTORNEYS FEES [DE 372]

Plaintiff/Counter-defendant, Unisource Discovery Inc., files its Moton of Extension of Time to Respond to Defendant/counter-plaintiffs Motion for Attorney's Fees [DE 372], and states,

### Relevant Procedural Background

On August 6, 2020, Plaintiff/counter-defendant filed their original complaint [DE 1] and on March 3, 2021l,  Defendants/Counter-plaintiff filed their first counterclaim [DE 81].

A Final Judgement against Plaintiff/Counter-defendant was entered on December  30, 2022 [DE 367].

Plaintiff/Counter-defendant did not file an appeal.

On January 30, 2023,  Defendants/counter-plaintiffs filed their Bill of Costs [DE 371].

On February 9, 2023, Defendants/Counter-Plaintiffs filed their verified motion for attorneys' fees [DE 372].

### A.  Request For An Extension of Time

On February 9, 2023, Defendants/Counter-Plaintiffs filed their verified motion for attorneys' fees [DE 372].  This motion is populated with a significant number of entries from eight (8) attorneys that need to be closely reviewed and spanning approximately 20 pages. Also, undersigned legal counsel requires this additional time because of other cases and deadlines that are making February-March 2023 an unusually hectic month.

As such, Defendants/Counter-Plaintiffs will need only an additional seven (7) days from the March 15, 2023 filing deadline– making the new deadline March 22, 2023.

### Local Rule 7.1 – Conferral With Defendants/Counter-Plaintiffs

I hereby certify that in accordance with S.D. Fla. Local Rule 7.1(a)(3), Defendants/Counter-Plaintiffs  agree to an extension of time for Plaintiff/Counter-defendant to respond to their motion for attorneys' fees.

**WHEREFORE**, Plaintiff/Counter-defendant requests the Honorable Court:

1.  Grant an extension of time to respond until March 22, 2023; and

2.  Any other relief this Court believes is just and fair.

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by Notice of Electronic Filing generated by CM/ECF, on Juan C. Zorilla, Esq., jzorilla@fowler-white.com Fowler, White, Burnett, P.A., counsel for Unisource Discovery, LLC and Steven A. Cerasale on this day 9th of March, 2023.

**DIEGO DAVID VALDES, P.A.**
2350 Coral Way, Suite 403B
Miami, FL 33145

2

Tel: 305-910-6602
Fax: 305-513-5924
By: /s/ *Diego David Valdes*
Diego David Valdes, Esq.
Florida State Bar No.: 251010
Email: legal@ddvlawgroup.com
Attorney for Plaintiff:
Unisource Discovery, Inc.