UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-cv-23276-GAYLES/OTAZO-REYES

**UNISOURCE DISCOVERY, INC.**,

    Plaintiff/Counter-Defendant,

v.

**UNISOURCE DISCOVERY, LLC
and STEVEN A. CERASALE**,

    Defendant/Counter-Plaintiffs.
_____/

## ORDER

**THIS CAUSE** comes before the Court on Magistrate Judge Alicia M. Otazo-Reyes' Report and Recommendation (the "Report"), [ECF No. 386], regarding Defendant/Counter-Plaintiffs', Unisource Discovery, LLC and Steven A. Cerasale (collectively, "Defendants"), Memorandum in Support of Bill of Costs, (the "Motion for Costs"), [ECF No. 371]. On February 15, 2023, the Court referred the Motion for Costs to Judge Otazo-Reyes, pursuant to 28 U.S.C. § 636(b)(1)(B), for a report and recommendation. [ECF No. 375]. On May 25, 2023, Judge Otazo-Reyes issued her Report recommending that the Motion for Costs be granted in part. [ECF No. 386]. No objections were filed be either party.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objections are made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific

objections are made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

Having reviewed the Report for clear error, the Court agrees with Judge Otazo-Reyes' well-reasoned analysis and conclusion that the Motion should be granted in part.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge Alicia M. Otazo-Reyes' Report and Recommendation, [ECF No. 386], is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference.

2. Defendants' Motion for Costs, [ECF No. 371], is **GRANTED in part**.

3. Defendants are hereby awarded $2,643.60 in taxable costs as the prevailing party in this action.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 12th day of June, 2023.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE