**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-CIV-23276-DPG**

UNISOURCE DISCOVERY, INC.

      Plaintiff,

v.

UNISOURCE DISCOVERY, LLC, a California limited liability company, and STEVEN A. CERASALE, individually,

      Defendants.

_____

## MOTION FOR WRIT OF EXECUTION

Pursuant to Rule 69, Fed. R. Civ. P., Defendants/Counter-Plaintiffs Unisource Discovery LLC and Steven A. Cerasale (collectively, "Defendants") hereby move for the issuance of a Writ of Execution.

1. On June 12 2023, the Court entered an Order (DE 388) awarding Defendants **$2,643.60** in taxable costs. *See* Order (DE 388) at p. 2.

2. On June 26, 2023, the Court entered another Order (DE 389) awarding Defendants **$330,850.47** in attorney's fees and non-taxable costs. *See* Order (DE 389) at p. 2.

3. Both Orders remain unsatisfied.

4. Rule 69(a)(1), Fed. R. Civ. P., provides that "[a] money judgment is enforced by a writ of execution."

5. Defendants, therefore, respectfully requests the Court to enter a Writ of Execution relating to the two Order (DE 388 and DE 389). A copy of the proposed Writ of Execution is attached hereto as Exhibit "1."

WHEREFORE, for the foregoing reasons, Defendants/Counter-Plaintiffs Unisource Discovery LLC and Steven A. Cerasale respectfully request the Court to direct the Clerk to issue the Writ of Execution (Exhibit 1 hereto).

Respectfully submitted,

/s/ Victor M. Velarde
Juan C. Zorrilla
Fla. Bar No. 381403
Email: jzorrilla@fowler-white.com
Victor M. Velarde
Fla. Bar No. 105620
Email: vvelarde@fowler-white.com

FOWLER WHITE BURNETT, P.A.
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone:   (305) 789-9200
Facsimile:    (305) 789-9201

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by Notice of Electronic Filing generated by CM/ECF, on July 14, 2023, on all counsel or parties of record on the Service List below.

/s/ Victor M. Velarde
Victor M. Velarde

| **SERVICE LIST** *Unisource Discovery, Inc. v. Unisource Discovery, LLC and Steven A. Cerasale* **Case No. 20-CIV-23276-DPG** | |
|---|---|
| Diego David Valdes, Esq. Fla. Bar No. 251010 Diego David Valdes, P.A. 2350 Coral Way, Suite 403B Coral Gables, Florida 33145 Telephone: (305) 910-6602 Facsimile: (305) 513-5924 E-mail: ddvlaw@gmail.com<br><br>*Counsel for Plaintiff/Counter-Defendant, Unisource Discovery, Inc.* | |

3