DC 11 (Rev. 11/2002) Writ of Execution

# WRIT OF EXECUTION

| UNITED STATES DISTRICT COURT | DISTRICT | Southern District of Florida |
|---|---|---|

TO THE MARSHAL OF:

the Southern District of Florida

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME

UNISOURCE DISCOVERY INC

you cause to be made and levied as well a certain debt of:

| DOLLAR AMOUNT | | DOLLAR AMOUNT |
|---|---|---|
| $330,850.47, plus interest at the Florida statutory rate | and | $2,643.60, plus interest at the Florida statutory rate |

in the United States District Court for the ___Southern___ District of ___Florida___ ,

before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

Unisource Discovery Inc. v. Unisource Discovery LLC and Steven A. Cerasale, Case No. 20-cv-23276-GAYLES/OTAZO-REYES. Order of June 12 2023 (DE 388) an Order of June 26, 2023 (DE 389).

and also the costs that may accrue under this writ.

And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE | DISTRICT |
|---|---|
| CITY | DATE |

Witness the Honorable _____

*(United States Judge)*

| DATE | CLERK OF COURT |
|---|---|
| Jul 14, 2023 | Angela E. Noble |
| | (BY) DEPUTY CLERK   P. Curtis |

## RETURN

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|