**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-CIV-23276-DPG**

UNISOURCE DISCOVERY, INC.

      Plaintiff,

v.

UNISOURCE DISCOVERY, LLC, a
California limited liability company, and
STEVEN A. CERASALE, individually,

      Defendants.

---

**MOTION FOR COURT ORDER TO COMPEL PLAINTIFF**
**TO COMPLETE AND SERVE FORM 1.977**

Pursuant to Fla. R. Civ. P. 1.560(b), Defendants/Counter-Plaintiffs hereby move for an Order to compel Plaintiff/Counter-Defendant, Unisource Discovery, Inc., to complete and serve Form 1.977.

1. On June 12, 2023, the Court entered an Order (DE 388) awarding Defendants $2,643.50 in taxable costs.

2. On June 26, 2023, the Court entered another Order (DE 389) awarding Defendants $330,850.47 in attorney's fees and non-taxable costs.

3. Both Orders remain unsatisfied.

4. Federal Rule of Civil Procedure 69(a) provides that "[t]he procedure on execution … must accord with the procedure of the state where the court is located." Fed. R. Civ. P. 69(a).

5. Further, under Florida Rule of Civil Procedure 1.560, "the Court, at the request of the judgment creditor, shall order the judgment debtor … to complete form 1.977, including all

required attachments, within 45 days of the order or such other reasonable time as determined by the court." Fla. R. Civ. P. 1.560.

6.      The judgment creditor (i.e., Defendants) hereby requests this Court to order the judgment debtor (i.e., Plaintiff) to complete Form 1.977, including all required attachments, within 45 days of the Court's Order.

7.      A blank copy of the Form 1.977 is attached hereto as Exhibit "1."

For the foregoing reasons, Defendants/Counter-Plaintiffs Unisource Discovery LLC and Steven A. Cerasale respectfully request the Court to compel Plaintiff, Unisource Discovery, Inc., to complete and serve Form 1.977 (Exhibit 1 hereto), including all required attachments, within 45 days of the Court's Order, and for such further relief as the Court deems just and appropriate under the circumstances.

## <u>CERTIFICATE OF GOOD FAITH CONFERENCE</u>

The undersigned hereby certifies that he conferred with counsel for Plaintiff/Counter-Defendant regarding the relief requested in this Motion in a good faith effort to resolve the issues raised in this Motion, and Plaintiff/Counter-Defendant opposes the relief requested in this Motion.

Respectfully submitted,

/s/ Victor M. Velarde

Victor M. Velarde
Fla. Bar No. 105620
Email: vvelarde@fowler-white.com

FOWLER WHITE BURNETT, P.A.
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone:   (305) 789-9200
Facsimile:    (305) 789-9201

CASE NO. 20-CIV-23276-DPG

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by Notice of Electronic Filing generated by CM/ECF, on August 30, 2023, on all counsel or parties of record on the Service List below.

 /s/ Victor M. Velarde
Victor M. Velarde

| SERVICE LIST<br>*Unisource Discovery, Inc. v. Unisource Discovery, LLC and Steven A. Cerasale*<br>**Case No. 20-CIV-23276-DPG** | |
| --- | --- |
| Diego David Valdes, Esq.<br>Fla. Bar No. 251010<br>Diego David Valdes, P.A.<br>2350 Coral Way, Suite 403B<br>Coral Gables, Florida 33145<br>Telephone: (305) 910-6602<br>Facsimile: (305) 513-5924<br>E-mail: ddvlaw@gmail.com<br><br>*Counsel for Plaintiff/Counter-Defendant,*<br>*Unisource Discovery, Inc.* | |