**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-CIV-23276-DPG**

UNISOURCE DISCOVERY, INC.

      Plaintiff,

v.

UNISOURCE DISCOVERY, LLC, a California limited liability company, and STEVEN A. CERASALE, individually,

      Defendants.

_____

## <u>NOTICE OF DISCOVERY HEARING VIA ZOOM</u>

Pursuant to the Court's , Defendants, Unisource Discovery, LLC and Steven A. Cerasale, hereby file their notice of the zoom hearing on **October 18, 2023** at **2:30 p.m.**, before the Honorable Alicia M. Otazo-Reyes regarding the following discovery matters:

1)    Plaintiff's refusal to schedule deposition in aid of execution;

2)    Plaintiff's failure to respond or produce any documents responsive to Defendants' First Request for Production of Documents in Aid of Execution, which were due on September 29, 2023;

3)    Plaintiff's failure to respond to Defendants' First Request for Admissions in Aid of Execution, which were due on September 29, 2023;

4)    Plaintiff's failure to respond or Defendants' First Set of Interrogatories in Aid of Execution, which were due on September 29, 2023.

CASE NO. 20-CIV-23276-DPG

## BRIEF DESCRIPTION OF DISCOVERY MATTERS

Plaintiff has refused to schedule its deposition in aid of execution despite several requests by the undersigned counsel.

Plaintiff has also not responded to Defendants' First Request for Production of Documents in Aid of Execution, First Request for Admissions in Aid of Execution, or First Set of Interrogatories in Aid of Execution, which were served on August 30, 2023.

Plaintiff's responses and documents were due on September 29, 2023.

Plaintiff has not requested an extension and has not provided any justification for its failure to respond.

## CERTIFICATE OF GOOD FAITH CONFERENCE

The undersigned emailed Plaintiff's counsel to confer regarding the deposition of Plaintiff in aid of execution on September 25, 2023 at 12:50 p.m.; September 26, 2023 at 6:52 p.m.; and on October 5, 2023 at 1:46 p.m. Plaintiff (through counsel) ignored those emails.

The undersigned also emailed Plaintiff's counsel to confer regarding Plaintiff's failure to respond to discovery on October 3, 2023 at 10:48 a.m.; October 4, 2023 at 3:04 p.m.; October 10, 2023 at 3:38 p.m. Plaintiff (through counsel) ignored those emails as well.

CASE NO. 20-CIV-23276-DPG

Respectfully submitted,

/s/ Victor M. Velarde
Juan C. Zorrilla
Fla. Bar No. 381403
Email: jzorrilla@fowler-white.com
Victor M. Velarde
Fla. Bar No. 105620
Email: vvelarde@fowler-white.com

FOWLER WHITE BURNETT, P.A.
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone:    (305) 789-9200
Facsimile:    (305) 789-9201

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by Notice of Electronic Filing generated by CM/ECF, on October 13, 2023, on all counsel or parties of record on the Service List below.

/s/ Victor M. Velarde
Victor M. Velarde
Fla. Bar No. 105620

| **SERVICE LIST** |  |
| --- | --- |
| *Unisource Discovery, Inc. v. Unisource Discovery, LLC and Steven A. Cerasale*<br>**Case No. 20-CIV-23276-DPG** | |
| Diego David Valdes, Esq.<br>Fla. Bar No. 251010<br>Diego David Valdes, P.A.<br>2350 Coral Way, Suite 403B<br>Coral Gables, Florida 33145<br>Telephone: (305) 910-6602<br>Facsimile: (305) 513-5924<br>E-mail: ddvlaw@gmail.com<br><br>*Counsel for Plaintiff, Unisource Discovery, Inc.* | |