**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 20-23276-CIV-GAYLES/OTAZO-REYES**

UNISOURCE DISCOVERY, INC.,

       Plaintiff/Counter-Defendant,

v.

UNISOURCE DISCOVERY, LLC
and STEVEN A. CERASALE,

       Defendants/Counter-Plaintiffs.

_____ /

**<u>ORDER</u>**

THIS CAUSE came before the Court upon Defendants/Counter-Plaintiffs Unisource Discovery, LLC and Steven A. Cerasale's (together, "Defendants") Notice of Discovery Hearing [D.E. 397].  This matter was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Darrin P. Gayles, United States District Judge [D.E. 20].  The undersigned held a hearing on this matter on October 18, 2023 (hereafter, "Hearing"), at which Plaintiff/Counter-Defendant Unisource Discovery, Inc. ("Plaintiff") failed to appear.

At the Hearing, the undersigned found that Plaintiff's counsel had due notice of the Hearing but elected not to appear or to cooperate with Defendants' counsel in rescheduling the Hearing; and that the Court had not received any requests to reschedule the Hearing from Plaintiff's counsel.

Based on the foregoing, it is

ORDERED AND ADJUDGED that Defendants' Motion to Compel Written Discovery in Aid of Execution [D.E. 398] is GRANTED.  Plaintiff shall respond to Defendants' Requests for Production, Requests for Admission and Interrogatories in Aid of Execution within **twenty (20) days** from the date of this Order.  It is further

ORDERED AND ADJUDGED that Defendants' Motion to Compel Appearance at Deposition in Aid of Execution [D.E. 399] is GRANTED. Plaintiff shall appear for deposition at a time and date to be coordinated with Plaintiff's counsel or, if Plaintiff's counsel fails to cooperate, to be scheduled unilaterally by Defendants' counsel.

Failure to comply with this Order will subject both Plaintiff and Plaintiff's counsel to contempt proceedings.

DONE AND ORDERED in Chambers at Miami, Florida, this 18th day of October, 2023.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:     United States District Judge Darrin P. Gayles
        Counsel of Record