**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 20-CIV-23276-DPG**

UNISOURCE DISCOVERY, INC.
     Plaintiff,

v.

UNISOURCE DISCOVERY, LLC, a
California limited liability company, and
STEVEN A. CERASALE, individually,
     Defendants.

---

**MOTION TO HOLD PLAINTIFF/COUNTER-DEFENDANT**
**IN CONTEMPT OF COURT**

Defendants/Counter-Plaintiffs, Unisource Discovery, LLC and Steven A. Cerasale, hereby move to hold Plaintiff/Counter-Defendant, Unisource Discovery, Inc. ("Plaintiff"), in contempt of Court for violating the Court's Order (DE 396).

1.     The Court's Order (DE 396) required Plaintiff to "complete under oath Florida Rule of Civil Procedure Form 1.977, including all required attachments, and serve on the attorneys for [Defendants] on or before November 2, 2023."

2.     November 2, 2023, came and went, and Plaintiff failed to serve the Form 1.977.

3.     Under Florida Rule of Civil Procedure 1.560(b), "[f]ailure to obey the order [to complete form 1.977] may be considered contempt of court." Fla. R. Civ. P. 1.560(b).

4.     Additionally, Florida Rule of Civil Procedure 1.380(b)(2)(D) provides that if "a party or an officer, director, or managing agent of a party … fails to obey an order," courts may impose "an order treating as a contempt of court the failure to obey [the order]." Fla. R. Civ. P. 1.380(b)(2)(D).

5.     Moreover, the Court may hold parties in civil contempt based upon "the Court's inherent power to enforce compliance with its lawful orders." *Millennium Funding, Inc. v. 1701*

*Mgmt. LLC*, 21-CV-20862, 2022 WL 18456536, at *2 (S.D. Fla. Dec. 12, 2022), *report and recommendation adopted*, 21-CV-20862, 2023 WL 371932 (S.D. Fla. Jan. 24, 2023).

6.      More specifically, courts in this District have held parties in contempt for violating Orders to timely complete and serve Forms 1.977. *See Millennium Funding, Inc.*, 2022 WL 18456536 at *2 (holding in contempt a party who failed to timely complete form 1.977); *TracFone Wireless, Inc. v. Holden Prop. Services, LLC*, 103 F. Supp. 3d 1357, 1360 (S.D. Fla. 2015) (same).

7.      Those same cases have also imposed daily fines upon the non-complying parties until they complete Form 1.977.

8.      For example, the court in *Millenium Funding, Inc.* "[i]mpose[d] a fine of $500 per day, upon each of the Judgment Debtors, respectively, until they purge[d] themselves of the contempt." 2022 WL 18456536 at *2.

9.      Similarly, in *TracFone Wireless, Inc.*, the court ordered that "[i]f Defendants have not complied with this order within fourteen (14) calendar days of receiving a copy of this order, Defendants shall be fined in the amount of $300.00 per day." 103 F. Supp. 3d at 1362.

10.     Here, Plaintiff has failed to comply with the Court's Order by failing to timely complete and serve Form 1.977.

11.     This is not the first (second, third, or fourth) time Plaintiff has disregarded an Order of this Court. Plaintiff's repeated violations of Court Orders has led to four Orders to Show Cause requiring Plaintiff to show cause why it should not be sanctioned, several Orders imposing sanctions against Plaintiff, and even more Orders compelling Plaintiff to comply with the Order imposing sanctions. *See* Orders to Show Cause (DE 21, 192, 254, and 276); *see also* Sanctions Orders (DE 40, 46, 118, 140, 168, 215).

12.     Because Plaintiff failed to comply with the Court's Order to timely completely Form 1.977 (and because of Plaintiff's well-documented and repeated failures to comply with this Court's Orders), Defendants/Counter-Plaintiffs respectfully submit that holding Plaintiff in contempt is warranted.

For the reasons set forth above, Defendants/Counter-Plaintiffs respectfully request the Court to enter an Order providing the following relief:

a.     holding Plaintiff in contempt of Court;

b.     imposing upon Plaintiff a daily fine until Plaintiff serves a completed Form 1.977 along with all its attachments;

c.     awarding Defendants/Counter-Plaintiffs their reasonable attorney's fees and costs in connection with this Motion; and

d.     providing such further relief as the Court deems just and appropriate under the circumstances.

## CERTIFICATE OF GOOD FAITH CONFERENCE

I HEREBY CERTIFY that the undersigned counsel has made reasonable efforts to confer with Plaintiff's counsel, but has been unable to do so. Specifically, the undersigned emailed counsel for Plaintiff on November 3, 2023 at 5:50 p.m. informing Plaintiff's counsel that Plaintiff missed the Court-ordered deadline to produce Form 1.977 and its attachments; stating that if Plaintiff does not comply, Defendants "will have no choice but to seek relief from the Court"; and inviting a conference with Plaintiff's counsel. In response on November 6, 2023 at 5:04 p.m., Plaintiff's counsel did not agree to confer but instead asked the undersigned to email a copy of DE 395-1. A few minutes later (i.e., on November 6, 2023 at 5:07 p.m.), the undersigned emailed Plaintiff's counsel another copy of DE 395-1. The undersigned then followed up with Plaintiff's counsel on November 8, 2023 at 10:29 a.m. As of the filing of this Motion, Plaintiff has not responded.

Respectfully submitted,


/v/ Victor M. Velarde
Victor M. Velarde
Fla. Bar No. 105620
Email: vvelarde@fowler-white.com

FOWLER WHITE BURNETT, P.A.
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone:    (305) 789-9200
Facsimile:     (305) 789-9201
*Counsel for Defendants/Counter-Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by Notice of Electronic Filing generated by CM/ECF, on November 10, 2023, on all counsel or parties of record on the Service List below.

  /s/ Victor M. Velarde
Victor M. Velarde
Fla. Bar No. 105620

| SERVICE LIST |
| :---: |
| *Unisource Discovery, Inc. v. Unisource Discovery, LLC and Steven A. Cerasale* |
| **Case No. 20-CIV-23276-DPG** |

| | |
| --- | --- |
| Diego David Valdes, Esq.<br>Fla. Bar No. 251010<br>Diego David Valdes, P.A.<br>2350 Coral Way, Suite 403B<br>Coral Gables, Florida 33145<br>Telephone: (305) 910-6602<br>Facsimile: (305) 513-5924<br>E-mail: ddvlaw@gmail.com<br><br>*Counsel for Plaintiff, Unisource Discovery, Inc.* | |

4