**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 20-CIV-23276-DPG**

UNISOURCE DISCOVERY, INC.
        Plaintiff,
v.

UNISOURCE   DISCOVERY,   LLC,   a
California  limited  liability  company,  and
STEVEN A. CERASALE, individually,
        Defendants.

### MOTION TO HOLD PLAINTIFF AND ITS COUNSEL IN CONTEMPT OF COURT FOR FAILING TO COMPLY WITH COURT ORDER (DE 401)

Defendants/Counter-Plaintiffs, Unisource Discovery, LLC and Steven A. Cerasale, hereby move to hold Plaintiff/Counter-Defendant, Unisource Discovery, Inc. ("Plaintiff"), and its counsel in contempt of Court for violating the Court's October 18, 2023 Order (DE 401).

1.      On August 30, 2023, Defendants served their First Request for Production of Documents in Aid of Execution, First Request for Admissions in Aid of Execution, or First Set of Interrogatories in Aid of Execution to Plaintiff.

2.      Plaintiff's response deadline was September 29, 2023.

3.      When Plaintiff did not respond, the undersigned counsel scheduled a hearing with the Magistrate Judge seeking to compel responses.[1]

---

[1] Plaintiff's counsel did not agree to coordinate the hearing with the undersigned. Over a period of two weeks, Plaintiff's counsel refused to respond to any of the undersigned's attempts via email or phone to schedule the hearing. After receiving Notice of the Hearing (DE 397), Plaintiff's counsel waited until the afternoon before the hearing to claim a "conflict" (which conflict was for a time earlier in the day and did not directly conflict with the scheduled hearing).

Despite the fact that there was no real conflict, the undersigned attempted to coordinate with Plaintiff's counsel to reschedule the hearing to a date that was agreeable to Plaintiff's counsel. Specifically, the undersigned proposed 12 alternative hearing dates to Plaintiff's counsel.

Plaintiff's counsel, however, again ignored the undersigned's attempts to coordinate the rehearing.

4. After the hearing, the Magistrate Judge entered an Order (DE 401).

5. The Order (DE 401) required Plaintiff to "respond to Defendants' Requests for Production, Requests for Admission and Interrogatories in Aid of Execution within twenty (20) days from the date of this Order"—i.e., by no later than November 7, 2023. Order (DE 401) at p. 1.

6. The Order also stated that "[f]ailure to comply with this Order will subject both Plaintiff and Plaintiff's counsel to contempt proceedings." *Id.* at p. 2.

7. November 7, 2023 came and went, and Plaintiff did not respond to any of the discovery requests.

8. As of the date of this Motion, Plaintiff has not served any responses to Defendants' discovery requests and has not requested additional time.

9. As explained in Defendants' pending Motion for Contempt (DE 402)—which relates to Plaintiff's failure to comply with another, separate Court Order—this is not the first (second, third, or fourth) time Plaintiff has disregarded an Order of this Court. Plaintiff's repeated violations of Court Orders has led to four Orders to Show Cause requiring Plaintiff to show cause why it should not be sanctioned, several Orders imposing sanctions against Plaintiff, and even more Orders compelling Plaintiff to comply with the Order imposing sanctions. *See* Orders to Show Cause (DE 21, 192, 254, and 276); *see also* Sanctions Orders (DE 40, 46, 118, 140, 168, 215).

10. Plaintiff and its counsel failed to comply with the Court's Order (DE 401) even after knowing that such failure would "subject both Plaintiff and Plaintiff's counsel to contempt proceedings."

11. Therefore, Defendants respectfully submit that holding Plaintiff and its counsel in contempt is warranted.

For the reasons set forth above, Defendants respectfully request the Court to enter an Order providing the following relief:

a.   holding Plaintiff and its counsel in contempt of Court;

b.   imposing upon Plaintiff and its counsel a daily fine until Plaintiff serves complete responses to Defendants' discovery requests and make a complete production of responsive documents;

c.   awarding Defendants their reasonable attorney's fees and costs in connection with this Motion; and

d.   providing such further relief as the Court deems just and appropriate under the circumstances.

Respectfully submitted,

/v/ Victor M. Velarde
Victor M. Velarde
Fla. Bar No. 105620
Email: vvelarde@fowler-white.com

FOWLER WHITE BURNETT, P.A.
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone:   (305) 789-9200
Facsimile:    (305) 789-9201
*Counsel for Defendants/Counter-Plaintiffs*

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by Notice of Electronic Filing generated by CM/ECF, on November 10, 2023, on all counsel or parties of record on the Service List below.

 /s/ Victor M. Velarde
Victor M. Velarde
Fla. Bar No. 105620

| SERVICE LIST | |
|---|---|
| *Unisource Discovery, Inc. v. Unisource Discovery, LLC and Steven A. Cerasale*<br>**Case No. 20-CIV-23276-DPG** | |
| Diego David Valdes, Esq.<br>Fla. Bar No. 251010<br>Diego David Valdes, P.A.<br>2350 Coral Way, Suite 403B<br>Coral Gables, Florida 33145<br>Telephone: (305) 910-6602<br>Facsimile: (305) 513-5924<br>E-mail: ddvlaw@gmail.com<br><br>*Counsel for Plaintiff, Unisource Discovery, Inc.* | |

4