**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:20-cv-23276-CIV-DPG

UNISOURCE DISCOVERY, INC.,

      Plaintiff/Counter-defendant,

      v.

UNISOURCE DISCOVERY, LLC
and STEVEN A. CERASALE,

      Defendants/Counter-plaintiffs
_____

**SUPPLEMENTAL FILING OF MIAMI BEACH POLICE REPORT**
**AND U.S. POSTAL INSPECTOR TO**
**UNISOURCE DISCOVERY INC.  MOTION TO INVESTIGATE FRAUD UPON THE**
**COURT PURSUANT TO THE COURT'S INHERENT AUTHORITY,**
**PURSAUNT TO 18 U.S.C § 1028 AND 18 U.S.C. § 1341, AND**
**TO TEMPORARILY STAY THE CASE PENDING THE INVESTIGATION [DE 410]**

Unisource Discovery Inc. ("Unisource") files this supplement of a police report in-connection with its filed Motion Investigate Fraud Upon the Court pursuant to the District Court's inherent authority and pursuant to 18 U.S.C § 1028 and 18 U.S.C. § 1341 and to temporarily stay the case pending the investigation outcome on January 31, 2024 [DE 410], and states, as follows,

On January 31, 2024, Unisource filed its Motion Investigate Fraud Upon the Court  and To Investigate because on January 29, 2024, an unknown person, through the United States Postal Service, committed identify theft when filing a counterfeit and fraudulent letter/motion with the United Stated District Court in the name of Mr. Mijares [DE 410].  The fraudulent letter was addressed to Judge Darrin Phillip Gayles, and was filed by The Clerk of the Court under DE 409.

On February 2, 2024, Unisource Discovery received a second letter, which was "returned to sender" with the envelope dated January 24, 2024, and having the sender listed as Mr. Noel Mijares. This second (2) fraudulent letter, was addressed to Honorable Lauren Louis, Federal Magistrate

1

Judge.  On February 3, 2024, Noel Mijares contracted the Miami Beach Police Department and a police report was created – case no.: 2024-13449. *See* Exhibit "A"

On the same day Mr. Mijares reported this matter to the United States Postal Inspector – case no.: 37561252.

The letter and envelope will be undergoing fingerprint recognition.

Noel Mijares is seeking that the Court investigate this very serious matter given the fact this fraud has been committed upon The United States District Court as well as Mr. Mijares.

**WHEREFORE,** Unisource Discovery Inc. respectfully requests:

1. The Court enter an Order that opens an investigation to determine the Sender's identity;

2. The Court enter an Order for an evidentiary hearing to take evidence from the parties with the goal of investigating the identity theft and determine if the Sender is a party;

3. The Court enter an Order to temporarily stay/abate case movement until the investigation is completed; and

4. Any other relief this Court believes is just and fair.

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a true and correct copy of the foregoing was served by Notice of Electronic Filing generated by CM/ECF, on Juan C. Zorilla, Esq., [jzorilla@fowler-white.com](mailto:jzorilla@fowler-white.com) Fowler, White, Burnett, P.A., counsel for Unisource Discovery, LLC and Steven A. Cerasale on this 6th day of February, 2024.

**DIEGO DAVID VALDES, P.A.**
2350 Coral Way, Suite 403B
Miami, FL 33145
Tel: 305-910-6602
Fax: 305-513-5924

By: /s/ *Diego David Valdes*
Diego David Valdes, Esq.
Florida State Bar No.: 251010
Email: legal@ddvlawgroup.com
Attorney for Plaintiff:
Unisource Discovery, Inc.