UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:20-cv-23276-CIV-DPG

UNISOURCE DISCOVERY, INC.,

    Plaintiff,

    v.

UNISOURCE DISCOVERY, LLC
and STEVEN A. CERASALE,

    Defendants.

_____

## LISA COTE AFFIDAVIT
## FOR JUDGMENT DEBTOR UNISOURCE DISCOVERY INC.

State of Florida                  )

County of Miami-Dade        )

Lisa Cote personally appeared before me this 8th day of February 2024, and having taken an oath, Affiant stated that the information contained herein is true and correct.  Affiant is personally known to me, and states as follows:

1.      My name is Lisa Cote, and I am over the age of 21.

2.      On December 30, 2022, the Court entered a final judgment against Unisource Discovery Inc. in the above captioned case. They are now judgment debtors.

3.      I am not a party in the above captioned case.

4.      I have been a joint owner of judgment debtor Unisource Discovery Inc. since year 2006 and currently have a 25% ownership interest in judgment debtor Unisource Discovery Inc.

5.      Judgment creditors are also owners of judgment debtor Unisource Discovery Inc.

1

6.      Judgment creditors Steven Cerasale has a 40% ownership interest in judgment debtor Unisource Discovery Inc. and Alred Lutter, as judgment creditor, has a 10% interest in judgment debtor Unisource Discovery Inc.

7.      Therefore, I personally have joint ownership interest in all property owned by judgment debtor Unisource Discovery Inc.

8.      I hereby declare under penalty of perjury that these statements are true and correct.

Lisa Cote

*Lisa Cote*
DATE:

County of Miami-Dade          )

State of Florida                      )

**BEFORE ME**, the undersigned authority, personally appeared Lisa Cote, who is personally known to me, after being first duly sworn, deposes and states "Under penalties of perjury, I declare that I have read the foregoing and the facts stated in it are true and correct."

**SWORN TO AND SUBSCRIBED** before me on this 8th day of February 2024.

Notary Public, _____

My Commission Expires:
(SEAL)

RUDINA DAKA
NOTARY PUBLIC
Comm. # HH 343971
My Comm. Expires
Apr 17, 2027
STATE OF FLORIDA