**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-CV-23276-DPG**

UNISOURCE DISCOVERY, INC.,

      Plaintiff,

v.

UNISOURCE DISCOVERY, LLC, a California Limited Liability Company and, STEVEN CERASALE, individually,

      Defendants.

_____

## <u>NOTICE OF APPEARANCE</u>

PLEASE TAKE NOTICE that Chloe M. Horton, Esq. of Fowler White Burnett, P.A., hereby gives notice of her appearance as co-counsel of record for Defendants, Unisource Discovery, LLC and Steven Cerasale, and requests that she be copied of all future pleadings, motions, orders, court filings or notices and correspondence in this action.

      Email:      Chloe M. Horton, Esquire
                     chorton@fowler-white.com

      Respectfully submitted,

      /s/ Chloe M. Horton
      _____
      Chloe M. Horton
      Fla. Bar No. 1039500
      Email: chorton@fowler-white.com

      FOWLER WHITE BURNETT, P.A.
      Brickell Arch, Fourteenth Floor
      1395 Brickell Avenue
      Miami, Florida 33131
      Telephone:   (305) 789-9200
      Facsimile:    (305) 789-9201

CASE NO. 20-CV-23276-DPG

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by Notice of Electronic Filing generated by CM/ECF, on June 6, 2024, on all counsel or parties of record on the Service List below.

 /s/ Chloe M. Horton
Chloe M. Horton

| SERVICE LIST | |
|---|---|
| *Unisource Discovery, Inc. v. Unisource Discovery, LLC and Steven Cerasale*<br>**Case No. 20-CV-23276-DPG** | |
| Diego David Valdes, Esq.<br>Fla. Bar No. 251010<br>DIEGO DAVID VALDES, P.A.<br>2350 Coral Way, Suite 403B<br>Miami, Florida 33145<br>Telephone: (305) 910-6602<br>Facsimile: (305) 513-5924<br>E-mail: ddvlaw@gmail.com<br><br>*Counsel for Plaintiff, Unisource Discovery, Inc.* | |

- 2 -