**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 20-CIV-23276-DPG**

UNISOURCE DISCOVERY, INC.
    Plaintiff,
v.

UNISOURCE     DISCOVERY,     LLC,    a
California  limited  liability  company,  and
STEVEN A. CERASALE, individually,
    Defendants.

---

**NOTICE OF PLAINTIFF'S PARTIAL COMPLIANCE AND**
**CONTINUED NON-COMPLIANCE WITH THE COURT'S ORDERS**

In advance of the in-person Contempt Hearing on Thursday, June 13, 2024 at 2:00 PM,

Judgment Creditors, Unisource Discovery LLC and Steven A. Cerasale, hereby provide notice of

Plaintiff's partial compliance and continued non-compliance with the Court's Orders.

**I.      Plaintiff's partial compliance.**

On April 18 and 19, 2024, Plaintiff produced documents that were responsive to **_some_**, but

not all, of the Court's Orders. This production was made in an unrelated state court action, *Steven*

*Cerasale et al. v. Unisource Discovery, Inc. et al.*, Case No. 2018-036161-CA-01.

Plaintiff also completed the Florida Rule of Civil Procedure Form 1.977.

Finally, Plaintiff agreed to sit for deposition on January 1, 2024 (which deposition was not

completed as a result of Plaintiff's incomplete document production).

To be clear, Plaintiff has not answered **_any_** of the written discovery requests in this action.

But Plaintiff provided information and documents in an unrelated action that could be considered

responsive to the discovery here. Plaintiff, therefore, arguably has "partially complied."

## II.   Plaintiff's continued non-compliance.

### A.   Plaintiff has not responded or produced documents in response to the Request for Production of Documents, as required by Court Order (DE 401).

Plaintiff has not provided any response or responsive documents to the following Requests

for Production, which is in violation of the Court's Order compelling discovery (D.E. 401):

| Request No. 7 | All communications with Noel Mijares; The Subpoena, Summons, & Affidavit Company ("the Subpoena Company"); and/or Unisource Discovery Inc relating to any loan agreement(s) made between the Subpoena Company and Unisource Discovery, Inc. |
| --- | --- |
| Request No. 8 | All meeting minutes from any meeting(s) relating to any loan agreement(s) made between the Subpoena Company and Unisource Discovery, Inc. This may include, but is not limited to, negotiations or shareholder meetings relating to any loan agreement made between the Subpoena Company and Unisource Discovery, Inc. |
| Request No. 9 | All documents that you contend support the following statement set forth in the Loan Agreement dated November 21, 2022 (Exhibit "1" hereto): "The Lender has provided a loan of $662,389.64 USD to the Borrower." |
| Request No. 10 | All documents reflecting that Unisource Discovery Inc informed its shareholders that Unisource Discovery Inc intended to sign the Loan Agreement (Exhibit 1 hereto). |
| Request No. 12 | All documents reflecting that Unisource Discovery Inc informed its shareholders that Unisource Discovery Inc intended to encumber and/or place a security interest on the property set forth in the UCC-1 Financing Statement (Exhibit "2" hereto). |
| Request No. 13 | All meeting minutes from any meeting(s) wherein the UCC-1 Financing Statement (Exhibit 2 hereto) was discussed or was intended to be discussed. |
| Request No. 14 | All documents reflecting $662,389.64 being provided to Unisource Discovery Inc. by The Subpoena Company (including, but not limited to, bank account statements, wire transfer confirmations, canceled checks, receipts, etc.). |
| Request No. 15 | All documents reflecting what Unisource Discovery Inc did with the $662,389.64 ostensibly loaned by The Subpoena Company. |
| Request No. 18 | Any documents reflecting any agreement to transfer or divert Unisource Discovery Inc.'s funds, revenues, costs, expenses, and/or accounts receivable to any person or entity. |
| Request No. 19 | For the period of January 1, 2022 to the present, the documents (including, but not limited to invoices, emails, and other correspondence) reflecting the amounts charged or requested for any services or goods provided by Unisource Discovery Inc. |

2

| Request No. 20 | All documents reflecting that Rudina Daka notarized the signatures on the Loan Agreement (Exhibit 1 hereto) on or around November 21, 2022 and not on a later date (including, but not limited to, the original scan of the Loan Agreement with all metadata preserved). |
|---|---|

**B.     Plaintiff has not answered the First Set of Interrogatories in Aid of Execution, which was required by Court Order (DE 401).**

To date, Plaintiff has not answered the following Interrogatories, which is in violation of the Court's October 18, 2023 Order compelling discovery (D.E. 401):

| Interrogatory No. 7 | Identify all documents reflecting communications (including, but not limited to, correspondence, emails, facsimiles, cancelled checks, wire transfer receipts, invoices, and texts) relating to the November 21, 2022 Loan Agreement (Loan Agreement). As part of your answer, state the date, content, author(s), and recipient(s) of each such document and/or communication. |
|---|---|
| Interrogatory No. 8 | Identify all documents reflecting the money transfer by the Subpoena, Summons, & Affidavit Company to you made in accordance with or as reflected in the Loan Agreement (Exhibit "1" hereto). |
| Interrogatory No. 9 | Identify all documents that demonstrate how you used the money you received from the Loan Agreement (Exhibit 1 hereto). |
| Interrogatory No. 10 | Identify all documents that show any payments you have made in accordance with the Loan Agreement (Exhibit 1 hereto). |

## CONCLUSION

Judgment Creditors, Unisource Discovery LLC and Steven A. Cerasale, respectfully request that the Court (1) order Plaintiff, Unisource Discovery Inc., to immediately provide answers to Interrogatories Nos. 7–10 and serve a complete response and produce the documents requested in Request Nos. 7–10, 12–15, 18–20 (listed above); or (2) hold Plaintiff and its counsel in contempt of Court, impose upon Plaintiff and its counsel a daily fine until Plaintiff serves complete responses and document production, and award Defendants their reasonable attorney's fees and costs in connection with their Motion (DE 403), including this filing and the June 13, 2024 hearing.

3

CASE NO. 20-CIV-23276-DPG

**CERTIFICATE OF CONFERRAL**

On May 24, 2024, the undersigned reached out to Plaintiff's counsel to discuss the outstanding discovery requests. Plaintiff did not respond. On June 5, 2024, the undersigned reached out again to Plaintiff's counsel to discuss the narrowing of issues for the June 13th hearing. The same day, Plaintiff responded requesting clarification as to what information was outstanding. The undersigned responded shortly thereafter that while Plaintiff did not provide answers or documents in response to any of the discovery requests in this case, in light of the documents produced in an unrelated state court case, the issues for the hearing could be narrowed. The undersigned also provided a detailed list of the information that was still needed after accounting for the documents already produced. As of the filing of this notice, Defendants have not yet heard from Plaintiff.

Respectfully submitted,

/s/ Chloe M. Horton
Victor M. Velarde
Fla. Bar No. 105620
Email: vvelarde@fowler-white.com

Chloe M. Horton
Fla. Bar No. 1039500
Email: chorton@fowler-white.com

FOWLER WHITE BURNETT, P.A.
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone:   (305) 789-9200
Facsimile:    (305) 789-9201

4

CASE NO. 20-CIV-23276-DPG

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by Notice of Electronic Filing generated by CM/ECF, on June 7, 2024, on all counsel or parties of record on the Service List below.

<u>  /s/ Chloe M. Horton</u>
Chloe M. Horton
Fla. Bar No. 1039500

| **SERVICE LIST** *Unisource Discovery, Inc. v. Unisource Discovery, LLC and Steven A. Cerasale* **Case No. 20-CIV-23276-DPG** | |
|---|---|
| Diego David Valdes, Esq. Fla. Bar No. 251010 Diego David Valdes, P.A. 2350 Coral Way, Suite 403B Coral Gables, Florida 33145 Telephone: (305) 910-6602 Facsimile: (305) 513-5924 E-mail: ddvlaw@gmail.com  *Counsel for Plaintiff, Unisource Discovery, Inc.* | |

5