**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:20-cv-23276-CIV-DPG**

UNISOURCE DISCOVERY, INC.,

                Plaintiff,

    v.

UNISOURCE DISCOVERY, LLC
and STEVEN A. CERASALE,

                Defendants.

_____

## <u>PLAINTIFF, UNISOURCE DISCOVERY, INC., NOTICE OF COMPLIANCE WITH COURT ORDER [DE 414]</u>

Plaintiffs, Unisource Discovery, Inc. hereby files this Notice of Compliance with the Order of this Court dated May 24, 2024 [DE 414] by Responding to Defendants Request for Production of Documents and Response to Interrogatories and Court Order [DE 396, 401] and said responsive documents have been emailed to Defendants' Counsel on Tuesday, June 11, 2024 and additional responses to Defendants follow-up questions were emailed on Wednesday June 12, 2024,  for their ready access.

Plaintiff, Unisource Discovery, Inc. has provided all responsive documents in its possession, custody and/or control.

## CERTIFICATE OF SERVICE

I hereby certify that this notice was served via the PACER E-Filing Portal on this 13<u>th </u>day of June, 2024, upon: Juan C. Zorilla, Esq., **jzorilla@fowler-white.com**, Fowler, White, Burnett, P.A. counsel for Unisource Discovery, LLC and Steven A. Cerasale.

**DIEGO DAVID VALDES, P.A.**

2350 Coral Way, Suite 403B
Miami, FL 33145
Tel: 305-910-6602
Fax: 305-513-5924

By: <u>/s/</u> *Diego David Valdes*
Diego David Valdes, Esq.
Florida State Bar No.: 251010
Email:        ddvlaw@gmail.com
              legal@ddvlawgroup.com
Attorney for Plaintiff: Unisource Discovery, Inc.