**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:20-cv-23276-CIV-DPG**

UNISOURCE DISCOVERY, INC.,

Plaintiff,

v.

UNISOURCE DISCOVERY, LLC
and STEVEN A. CERASALE,

Defendants.

_____

## UNISOURCE DISCOVERY INC. MOTION FOR ENLARGMENT OF TIME TO COMPLY WITH THE JULY 9, 2024, ORDER [DE 435]

Plaintiff/Judgment Debtor, Unisource Discovery, Inc., by and through their undersigned counsel, moves for a short extension of time to comply with the July 9 ,2024, Court Order [DE 435] to Tuesday July 16, 2022, and states,

1.      On July 9, 2024, the Court entered an Order directing Unisource to make certain revisions to its discovery responses and likewise directed Unisource to Bates stamp its production of documents [DE 435].

2.      First, the undersigned has had an incredibly hectic week and has not been able to devote the necessary time to secure that Unisource is in strict compliance with the July 9, 2024 order. This is especially true because the Order was entered recently just three business days ago.

3.      It is on a rare occasion that Unisource will make a request for an extension of time -- in fact, this is the first occasion in the last 24 months (or more) that Unisource has requested an extension of time from the Honorable Court.

4.      Likewise, Bates stamping documents, as required in the July 9, 2024, Order, is a

1

timely task and, therefore, additional time is necessary.

5.      Pursuant to Local Rule 7.1 the undersigned conferred with counsel for defendants, Chloe Horton, Esq., and she does not oppose Unisource's request for an extension of time until July 16, 2024.

6.      The interests of justice, therefore, will be served by granting the request for extension of time to Unisource because no party will be prejudiced and the additional time will allow Unisource's counsel to adequately prepare the revised discovery responses.

**WHERFORE**, Judgment Debtor, Unisource Discovery, Inc, respectfully request the Court enter an Order granting enlargement of time to July 16, 2024, and any other relief this Court finds just and fair.

## CERTIFICATE OF SERVICE

I hereby certify that this notice was served via the CM/ECF Court E-Filing Portal on this 12th day of July 2024 upon: Juan C. Zorilla, Esq., jzorilla@fowler-white.com, Fowler, White, Burnett, P.A., Counsel for Unisource Discovery, LLC and Steven A. Cerasale.

**DIEGO DAVID VALDES, P.A.**
2350 Coral Way, Suite 403B
Miami, FL 33145
Tel: 305-910-6602
Fax: 305-513-5924

By: */s/ Diego David Valdes*
Diego David Valdes, Esq.
Florida State Bar No.: 251010
**Email:  ddvlaw@gmail.com**
         **ddv@ddvlawgroup.com**
Attorney for Plaintiff:
Unisource Discovery, Inc.

2