**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-CIV-23276-DPG**

UNISOURCE DISCOVERY, INC.

      Plaintiff,

v.

UNISOURCE DISCOVERY, LLC, a California limited liability company, and STEVEN A. CERASALE, individually,

      Defendants.

---

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO COMPLY WITH JULY 9, 2024 ORDER [D.E. 435]**

Defendants hereby respond to Plaintiff's Motion for Extension of Time to Comply with the Court's July 9, 2024 Order [D.E. 435].

1.  The Court's Order gave "Plaintiff … one **final** opportunity to properly respond to Defendants' discovery requests by **Friday, July 12, 2024**." [D.E. 435 at p. 2].

2.  On his deadline (July 12, 2024), Plaintiff requested additional time and confirmed that he needs more time because Plaintiff intends to produce new documents (that have not already been produced) and needs more time to bates-stamp the documents and respond according to the Court's directions.

3.  In light of Plaintiff's representation that Plaintiff is not seeking additional time just to waste time by referring to its same non-responsive/incomplete document production, Defendants do not oppose the requested extension.

CASE NO. 20-CIV-23276-DPG

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by Notice of Electronic Filing generated by CM/ECF, on July 12, 2024, on all counsel or parties of record on the Service List below.

Respectfully submitted,

/s/ Chloe M. Horton
Victor M. Velarde
Fla. Bar No. 105620
Email: vvelarde@fowler-white.com

Chloe M. Horton
Fla. Bar No. 1039500
Email: chorton@fowler-white.com

FOWLER WHITE BURNETT, P.A.
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone:   (305) 789-9200
Facsimile:   (305) 789-9201

| **SERVICE LIST** *Unisource Discovery, Inc. v. Unisource Discovery, LLC and Steven A. Cerasale* **Case No. 20-CIV-23276-DPG** | |
|---|---|
| Diego David Valdes, Esq. Fla. Bar No. 251010 Diego David Valdes, P.A. 2350 Coral Way, Suite 403B Coral Gables, Florida 33145 Telephone: (305) 910-6602 Facsimile: (305) 513-5924 E-mail: ddvlaw@gmail.com *Counsel for Plaintiff, Unisource Discovery, Inc.* | |

2