**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-CIV-23276-DPG**

UNISOURCE DISCOVERY, INC.

      Plaintiff,

v.

UNISOURCE   DISCOVERY,   LLC,   a
California  limited  liability  company,  and
STEVEN A. CERASALE, individually,

      Defendants.

---

## MOTION TO COMPEL COMPLIANCE WITH COURT ORDER AND FOR CONTEMPT

Defendants/Counter-Plaintiffs, Unisource Discovery, LLC and Steven A. Cerasale (collectively, "Defendants"), hereby move to compel Plaintiff/Counter-Defendant, Unisource Discovery, Inc., to pay the fees ordered by the Court (DE 439), and to hold Plaintiff in contempt.

1.      The Court's Order (DE 439) required Plaintiff "to pay Defendants an award of reasonable attorneys' fees in the amount of $4,862.50 … within 30 days."

2.      Plaintiff's payment, therefore, was due on January 2, 2025.

3.      January 2, 2025 came and went, and Plaintiff has failed to pay and has not even attempted to provide any excuse for its failure to pay.

4.      Plaintiff repeatedly circumvented the Court's Orders by failing to pay sanctions. *See* Sanctions Orders (DE 40, 46, 118, 140, 168, 215).

5.      Because Plaintiff has failed to comply with the Court's Order without excuse, Defendants respectfully submit that holding Plaintiff in contempt is warranted.

For the reasons set forth above, Defendants/Counter-Plaintiffs respectfully request the Court to enter an Order granting the following relief:

a.     holding Plaintiff and its counsel in contempt of Court;

b.     imposing upon Plaintiff and its counsel a daily fine until Plaintiff pays the sanctions;

c.     awarding Defendants their reasonable attorney's fees and costs in connection with this Motion; and

d.     providing such further relief as the Court deems just and appropriate under the circumstances.

Respectfully submitted,

/s/ Chloe M. Horton
Victor M. Velarde
Fla. Bar No. 105620
Email: vvelarde@fowler-white.com

Chloe M. Horton
Fla. Bar No. 1039500
Email: chorton@fowler-white.com

FOWLER WHITE BURNETT, P.A.
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone:     (305) 789-9200
Facsimile:     (305) 789-9201

CASE NO. 20-CIV-23276-DPG

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by Notice of Electronic Filing generated by CM/ECF, on February 18, 2025, on all counsel or parties of record on the Service List below.

 /s/ Chloe M. Horton
Chloe M. Horton
Fla. Bar No. 1039500

| **SERVICE LIST**<br>*Unisource Discovery, Inc. v. Unisource Discovery, LLC and Steven A. Cerasale*<br>**Case No. 20-CIV-23276-DPG** | |
|---|---|
| Diego David Valdes, Esq.<br>Fla. Bar No. 251010<br>Diego David Valdes, P.A.<br>2350 Coral Way, Suite 403B<br>Coral Gables, Florida 33145<br>Telephone: (305) 910-6602<br>Facsimile: (305) 513-5924<br>E-mail: ddvlaw@gmail.com<br><br>*Counsel for Plaintiff, Unisource Discovery, Inc.* | |

3