**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:20-cv-23276-CIV-DPG**

UNISOURCE DISCOVERY, INC.,

    Plaintiff,

    v.

UNISOURCE DISCOVERY, LLC
and STEVEN A. CERASALE,

    Defendants.

_____

**UNISOURCE DISCOVERY INC. SECOND MOTION TO**
**CANCEL AND RESCEDULE THE MARCH 31, 2025, HEARING**

Plaintiff, Unisource Discovery Inc. filed this Motion to cancel and reschedule this March 31, 2025, hearing.

Undersigned counsel for Unisource Discovery, Diego Valdes, Esq. cannot attend and prepare for the hearing that is currently scheduled for March 31, 2025.  The undersigned was noticed that a jury trial located in Miami-Dade Circuit Court will commence in the trial period beginning on April 1, 2025.  The Miami-Dade Circuit Court styled case number is 2023-002637-CA-01.

On March 26, 2025, the undersigned received confirmation from the Judge's chambers that the trial period will indeed commence on April 1, 2025.

The undersigned predicts that after April 7, 2025, the undersigned will be relieved on this conflict because the trial will be concluded.

Given the foregoing, the undersigned respectfully request that the Court enter a paperless order rescheduling the March 31, 2025, hearing.

1

**<u>Local Rule 7.1 – Conferral With Defendants</u>**

I hereby certify that in accordance with S.D. Fla. Local Rule 7.1(a)(3), Plaintiff conferred with Defendants Counsel and all parties agreed to an extension to reschedule the hearing.

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by Notice of Electronic Filing generated by Florida E-Portal on Chloe Horton, Esq., chorton@fowler-white.com, Fowler, White, Burnett, P.A., counsel for Defendants Unisource Discovery, LLC and Steven Cerasale, individually on this 26th day of March, 2025.

**DIEGO DAVID VALDES, P.A.**
2350 Coral Way, Suite 403B
Miami, FL 33145
Tel: 305-910-6602
Fax: 305-513-5924

<u>/s/ Diego Valdes, Esq.</u>
Diego David Valdes, Esq.
Florida Bar No. 251010
Email: legal@ddvlawgroup.com
Counsel for Plaintiff: Unisource Discovery, Inc.