**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:20-cv-23276-CIV-DPG

UNISOURCE DISCOVERY, INC.,

    Plaintiff/Counter-defendant,

    v.

UNISOURCE DISCOVERY, LLC
and STEVEN A. CERASALE,

    Defendants/Counter-plaintiffs

_____

## PLAINTIFF, UNISOURCE DISCOVERY INC., VERIFIED RESPONSE AND OBJECTIONS TO THE COURT'S APRIL 8, 2025, REPORT AND RECOMMENDATION [DE 449]

Plaintiff, Unisource Discovery Inc., through undersigned counsel, files its response and written objections to the Magistrate's April 8, 2025, Report and Recommendation, and states as follows:

1. On April 8, 2025, Court entered its report and recommendation ("R&R") [DE 449]. In the R&R, the Court ordered that "A party serve and file written objections, if any, to this Report and Recommendation with the Honorable Darrin P. Gayles, United States District Judge, within FOURTEEN (14) days of this Report and Recommendation."

1

2.     The deadline to file written objections was extended to May 27, 2025.

3.     The Plaintiff objects to paragraph 3 of the certified facts of the Report.   The Plaintiff does not have the ability to pay for the outstanding balance in the amount of $4,862.50.

4.     The Plaintiff objects to paragraph 4 of the certified facts of the Report.   The plaintiff did not purposefully fail to appear; the undersigned missed the prior hearing due to a family medical issue and apologizes to the Court for the prior hearing.

5.     The Plaintiff objects to paragraph number 2 of the Recommendations stating that the Plaintiff is in contempt, as the Plaintiff does not have the ability to pay any monies as the company has no bank accounts and is not operating at this time.

6.     The Plaintiff objects to paragraph 3 of the Recommendations as the Plaintiff and Plaintiff's counsel did not purposefully miss the last hearing and was due to an out-of-town personal family medical issue and the undersigned apologizes to the Court, your Honor, and opposing Counsel for the same.

7.     Plaintiff's counsel informed the Court and Defense counsel that due to a family issue, which was out of town, Plaintiffs counsel needed to reschedule.

8.     Lastly, there is nothing to suggest that Plaintiff is acting in bad faith – especially since nothing similar has occurred historically in the case, and, again, the undersigned has undertaken immediate measures to seek relief. *Carter v. Butts Cty.,*

*Ga.*, 110 F. Supp. 3d 1325, 1332 (M.D. Ga. 2015), (citing *Glover v. City of Pensacola*, 2 372 F. App'x 952 , 955 n.6 (11th Cir. 2010)

## **VERIFIED**

The Plaintiffs' Counsel hereby declares under penalty of perjury that these statements are true and correct

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by Notice of Electronic Filing generated by Florida E-Portal on Chloe Horton, Esq., chorton@fowler-white.com, Fowler, White, Burnett, P.A., counsel for Defendants Unisource Discovery, LLC and Steven Cerasale, individually on this 27th day of May, 2025.

**DIEGO DAVID VALDES, P.A.**
2350 Coral Way, Suite 403B
Miami, FL 33145
Tel: 305-910-6602
Fax: 305-513-5924

/s/ Diego Valdes, Esq.
Diego David Valdes, Esq.
Florida Bar No. 251010
Email: legal@ddvlawgroup.com
Counsel for Plaintiff: Unisource Discovery, Inc.

3