**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-CIV-23276-DPG**

UNISOURCE DISCOVERY, INC.
        Plaintiff,
v.

UNISOURCE   DISCOVERY,   LLC,   and
STEVEN A. CERASALE, individually,
        Defendants.

**OPPOSITION TO PLAINTIFF'S OBJECTIONS TO THE**
**APRIL 8, 2025 REPORT AND RECOMMENDATION [DE 449]**

Defendants/Counter-Plaintiffs (collectively "Defendants"), hereby file their Response in Opposition to Plaintiff/Counter-Defendant's Verified Response and Objections to the Court's April 8, 2025 Report and Recommendation [DE 449] (the "Objection").

**ARGUMENT**

Plaintiff's sole argument that "Plaintiff does not have the ability to pay any monies" is insufficient to support its objection. The Magistrate's Report and Recommendation determined that Plaintiff was to be held in contempt for failing to pay the outstanding sanction of $4,862.50 and failure to show good cause as to why Plaintiff should not be held in contempt. Rep. and Rec. (DE 449) at ¶¶ 3, 4.

Inability to pay the sanction is not sufficient grounds to avoid being held in contempt. *S.E.C. v. Greenberg*, 105 F. Supp. 3d 1342, 1353 (S.D. Fla. 2015) ("When an order requires a party to pay a certain sum, a showing by the alleged contemnor that he or she was unable to pay the entire amount is insufficient to avoid being held in contempt.").

Plaintiff's only objection is that it does not have the ability to pay the outstanding balance of $4,862.50. Objection (DE 455) at ¶ 3, 5. This objection is legally insufficient to avoid

contempt. Additionally, Plaintiff does not contend that it did not have the ability to pay the sanction when the sanction was originally due on January 2, 2025, which was over six months ago. *See* Order (DE 439) at p. 5. Nor does Plaintiff state that it will be unable to pay this sanction in the future.

Importantly, Plaintiff has not verified any facts, nor has Plaintiff submitted any documentation to support its legally insufficient argument. Instead, Plaintiff's counsel (not Plaintiff) verified the Objection. To the extent Plaintiff's counsel intended to verify facts that he personally knows—i.e., that he was unable to attend the hearing due to a family matter—such facts are irrelevant to the fact that Plaintiff has not paid the sanction and has not provided any reason as to why it has failed to pay the sanction. *See* Objection (DE 455) at ¶¶ 4, 6, 7; *see also F.T.C. v. Leshin*, 618 F.3d 1221, 1233 (11th Cir. 2010) ("[I]n civil contempt proceedings the question is not one of intent but whether the alleged contemnors have complied with the court's order.").

To the extent Plaintiff's counsel intended to "verify" the current status of Plaintiff's financial condition, such information would be inadmissible hearsay.

WHEREFORE, Defendants/Counter-Plaintiffs, UNISOURCE DISCOVERY, LLC, and STEVEN A. CERASALE, respectfully request that the Court overrule Plaintiff/Counter-Defendant's Objections to the Magistrate's Report and Recommendation, and grant all other such relief that the Court deems just and proper under the circumstances.

CASE NO. 20-CIV-23276-DPG

Respectfully submitted,

/s/ Chloe M. Horton
Victor M. Velarde
Fla. Bar No. 105620
Email: vvelarde@fowler-white.com
Chloe M. Horton
Fla. Bar No. 1039500
Email: chorton@fowler-white.com
FOWLER WHITE BURNETT, P.A.
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone:   (305) 789-9200
Facsimile:    (305) 789-9201

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by Notice of Electronic Filing generated by CM/ECF, on June 13, 2025, on all counsel or parties of record on the Service List below.

/s/ Chloe M. Horton
Chloe M. Horton
Fla. Bar No. 1039500

| SERVICE LIST | |
| --- | --- |
| *Unisource Discovery, Inc. v. Unisource Discovery, LLC and Steven A. Cerasale*<br>**Case No. 20-CIV-23276-DPG** | |
| Diego David Valdes, Esq.<br>Fla. Bar No. 251010<br>Diego David Valdes, P.A.<br>2350 Coral Way, Suite 403B<br>Coral Gables, Florida 33145<br>Telephone: (305) 910-6602<br>Facsimile: (305) 513-5924<br>E-mail: ddvlaw@gmail.com<br><br>*Counsel for Plaintiff, Unisource Discovery, Inc.* | |

3