**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-CIV-23276-DPG**

UNISOURCE DISCOVERY, INC.
      Plaintiff,
v.

UNISOURCE   DISCOVERY,   LLC,   and
STEVEN A. CERASALE, individually,
      Defendants.

**STATEMENT OF REASONABLE ATTORNEY'S FEES**
**AND COSTS PURSUANT TO COURT ORDER [DE 458]**

Pursuant to the Court's Order [DE 458], Defendants Unisource Discovery, LLC and

Steven A. Cerasale, hereby timely file the undersigned counsel's Statement of Reasonable Fees

and Costs. This Statement is supported by the detailed time entries of counsel attached hereto as

Exhibit "1" and detailed descriptions of costs attached hereto as Exhibit "2."

**I.**       **Attorney's Fees – Time Expended.**

Under the Court's Order, "Defendants shall be entitled to an award of its reasonable

attorney's fees and costs, incurred in connection with this Motion, from Plaintiff." *See* Order

[DE 458 at p. 2].

In total, Defendants' counsel have dedicated 7.70 hours over the six-month period of

February 2025 to August 2025 to attempt to get Plaintiff to comply with the subject Court order.

Of the 7.70 hours, 7.50 hours were expended by the undersigned (Chloe M. Horton, Esq.)

and the remaining 0.20 hours were expended by Victor M. Velarde, Esq.

The time that Defendants' counsel expended are summarized below:

1.       3.60 hours in connection with the Motion to Compel and for Contempt [DE 440]

      and hearing [D.E. 447];

2. 4.30 hours in connection with the Magistrate's Report and Recommendation as to Defendants' Motion to Compel and for Contempt [DE 449] and Plaintiff/Counter-Defendant's Objections to same [DE 455].

The attached spreadsheet (Exhibit 1 hereto) sets forth in detail each time entry supporting the above summary of fees.

Defendants, therefore, respectfully request the Court to issue an award of attorney's fees covering a total of 7.70 hours (i.e., 7.50 hours of the undersigned's time, and 0.20 hours of Victor M. Velarde, Esq.'s time).

## II.    Attorney's Fees – Reasonable Hourly Rate

As a result of the long-standing relationship between Defendants and the undersigned's law firm, the undersigned's law firm agreed to significantly reduce the hourly rates charged to Defendants for the time expended by the undersigned and Victor M. Velarde, Esq. Specifically, the undersigned's hourly rate charged to Defendants for this case was $275.00, although the undersigned's rate increased on May 1, 2025 to $375.00, and Victor M. Velarde, Esq.'s reduced hourly rate charged to Defendants in this case is $210.00.

The undersigned's standard hourly rate is $375.00. The undersigned graduated from University of Florida Levin College of Law in 2022, and was admitted to practice law in Florida on September 23, 2022.

Victor M. Velarde's standard hourly rate is $450.00. This standard hourly rate is below the market based upon Mr. Velarde's litigation experience. Specifically, Mr. Velarde has been practicing civil, commercial and intellectual property litigation since September 24, 2013, when he was admitted to the Florida Bar (i.e., almost 12 years).

The Eleventh Circuit has held that "the agreed-upon fee rate does not necessarily act as a cap or ceiling in determining the reasonable hourly rate. Instead, as the magistrate judge

2

correctly noted, an agreed-upon rate is relevant evidence to determine the fee rate, but it is not necessarily determinative." *Tire Kingdom, Inc. v. Morgan Tire & Auto, Inc.*, 253 F.3d 1332, 1337 (11th Cir. 2001) (awarding a higher hourly rate than was charged by the attorneys to the party); *see also City of Huntsville v. Proliance Energy, LLC*, CV-02-HS-1296-NE, 2005 WL 8158017, at *1 (N.D. Ala. July 1, 2005) ("[T]he court must reject the defendants' argument that the court is prohibited from awarding more than the plaintiff's contract-rate. Instead, the court must issue an award that provides 'the reasonable worth of services rendered.' The only limitation … is that the rate the court awards must not result in a 'windfall for the prevailing party.'").

Rather, the reasonable hourly rate to be awarded "is the prevailing market rate in the relevant legal community for similar services by lawyers of reasonably comparable skills, experience, and reputation." *Loranger v. Stierheim*, 10 F.3d 776, 781 (11th Cir. 1994). Moreover, the Court "is itself an expert on the question and may consider its own knowledge and experience concerning reasonable and proper fees and may form an independent judgment either with or without the aid of witnesses as to value." *Id.*

Defendants respectfully submit that the hourly rates of $450.00 for Victor M. Velarde, Esq,'s time and $375.00 for the undersigned's time are reasonable, well in line with the market rates, and should be awarded. *See CBRE, Inc. v. Capital Commercial Real Estate Group, Inc.*, 19-61235-CIV, 2019 WL 7708503, at *2 (S.D. Fla. Oct. 10, 2019), report and recommendation adopted, 19-CIV-61235-RAR, 2019 WL 7708499 (S.D. Fla. Oct. 28, 2019) (holding that the following rates were reasonable in a trademark infringement case: $360.00 for "an associate … [who] has practiced since 2013"; $350.00 for an "associate in the firm who has been practicing law for 5 years"; $185.00 for "a paralegal with the firm since 2014"); *Tobinick v. Novella*, 14-80781-CV, 2018 WL 6978637, at *5 (S.D. Fla. Nov. 20, 2018), report and recommendation

FOWLER WHITE BURNETT P.A. • CITIGROUP CENTER, 201 SOUTH BISCAYNE BOULEVARD, 20TH FLOOR, MIAMI, FL 33131 • (305) 789-9200

adopted, 9:14-CV-80781, 2018 WL 6978629 (S.D. Fla. Dec. 6, 2018) (awarding the following hourly rates in a trademark case: $325.00 for "an associate attorney … [who] has been practicing for four years"; and $400.00 for "a partner … [who] has been practicing for eleven years"); *see also Domond v. PeopleNetwork APS*, 750 Fed. Appx. 844, 848 (11th Cir. 2018) (finding that "Miami rates … included an average partner rate of $655").

Defendants, therefore, respectfully request that they be awarded fees based upon the reasonable hourly rates of $450.00 for Victor M. Velarde, Esq.'s time and $375.00 for the undersigned's time.

Applying the requested reasonable rates, Defendants request an award of $2,902.50 in reasonable attorney's fees (i.e., 7.50 hours at the undersigned's rate of $375.00 and 0.20 hours at the rate of $450.00 for Victor M. Velarde, Esq.). Alternatively, Defendants would be entitled to an award of attorney's fees of $2,132.50 based upon the significantly reduced hourly rates (i.e., 7.50 hours at the undersigned's reduced rate of $275.00, and 0.20 hours at the reduced rate of $350.00 for Victor M. Velarde, Esq., which has already been found to be a reasonable rate by the Magistrate [DE 439]).

## III.    Reasonable Costs

The undersigned's reasonable costs are broken down into three categories:

1.    Parking for attendance at the Show Cause hearing on April 7, 2025;

2.    Docket report for case during hearing; and

3.    Westlaw research for preparation of Response in Opposition to Plaintiff's Objections to Report and Recommendation.

The attached spreadsheet (Exhibit 2 hereto) sets forth in detail each specific cost incurred by the undersigned.

Defendants, therefore, respectfully request that they be awarded reasonable costs in the amount of $148.32.

Respectfully submitted,


/s/ Chloe M. Horton
Victor M. Velarde
Fla. Bar No. 105620
Email: vvelarde@fowler-white.com
Chloe M. Horton
Fla. Bar No. 1039500
Email: chorton@fowler-white.com
FOWLER WHITE BURNETT, P.A.
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone:    (305) 789-9200
Facsimile:     (305) 789-9201

5

CASE NO. 20-CIV-23276-DPG

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by Notice of Electronic Filing generated by CM/ECF, on August 13, 2025, on all counsel or parties of record on the Service List below.

   /s/ Chloe M. Horton
Chloe M. Horton
Fla. Bar No. 1039500

| **<u>SERVICE LIST</u>** *Unisource Discovery, Inc. v. Unisource Discovery, LLC and Steven A. Cerasale* **Case No. 20-CIV-23276-DPG** | |
|---|---|
| Diego David Valdes, Esq. Fla. Bar No. 251010 Diego David Valdes, P.A. 2350 Coral Way, Suite 403B Coral Gables, Florida 33145 Telephone: (305) 910-6602 Facsimile: (305) 513-5924 E-mail: ddvlaw@gmail.com  *Counsel for Plaintiff, Unisource Discovery, Inc.* | |

6